**1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-21031-CIV-ALTONAGA/O'SULLIVAN

LINDSEY HORNE,

        Plaintiff,

vs.

CARNIVAL CRUISE LINES,

        Defendant.

_____/

VOLUME I

VIDEOTAPED DEPOSITION OF MICHAEL PANARIELLO
Thursday, October 22, 2015
11:14 a.m. to 3:14 p.m.
1980 Coral Way
Miami, Florida

Stenographically Reported By:
FELICIA C. ORTEGA, FPR
Florida Professional Reporter

**2**

APPEARANCES

On Behalf of the Plaintiff:
  GERSON & SCHWARTZ, P.A.
  1980 Coral Way
  Miami, Florida  33145
  (305) 371-6000
  ngerson@gslawusa.com
  BY:  NICHOLAS I. GERSON, ESQUIRE

On Behalf of the Defendant:
  MASE LARA, P.A.
  2601 South Bayshore Drive, Suite 800
  Miami, Florida  33133
  (305) 377-3770
  tbriggs@maselara.com
  BY:  THOMAS A. BRIGGS, ESQUIRE

**3**

INDEX OF PROCEEDINGS

Deposition of MICHAEL PANARIELLO      Page

Direct Examination by Mr. Gerson     5
Certificate of Oath         129
Certificate of Reporter       130
Read and Sign Letter      131
Errata Sheet         132

PLAINTIFF'S EXHIBITS

Number     Description     Page
No. 1      Affidavit     60

**4**

Deposition taken before FELICIA C. ORTEGA, Florida Professional Reporter and Notary Public in and for the State of Florida at Large in the above cause.

* * * * *

THE COURT REPORTER:  Today is Thursday, October 22, 2015.

We are here in the matter of Lindsey Horne versus Carnival Cruise Lines for the videotaped depo of Michael Panariello.

Would counsel state their appearance, please?

MR. GERSON:  Nick Gerson on behalf of Plaintiff, Lindsey Horne.

MR. BRIGGS:  Tom Briggs on behalf of the Defendant, Carnival.

THE COURT REPORTER:  Do you swear the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes.

THEREUPON,

MICHAEL PANARIELLO

having been first duly sworn, was examined and testified as follows:

1 (Pages 1 to 4)

de792b55-03d4-4f22-a132-af5159ec7481

5

```
 1              DIRECT EXAMINATION
 2  BY MR. GERSON:
 3      Q.  Good morning.
 4      A.  Morning.
 5      Q.  My name is Nick Gerson.  I'll be taking your
 6  deposition today.  Have you had your deposition taken
 7  before?
 8      A.  Yes.
 9      Q.  How many times have you had it taken before?
10      A.  Hundreds.
11      Q.  So you're familiar with the process and how
12  this works?
13      A.  Yes.
14      Q.  You understand that you're required to answer
15  truthfully and honestly and to the best of your ability?
16      A.  Yes.
17      Q.  Go ahead and tell me -- well, let me give you a
18  couple of ground rules that I use in my depositions.  If
19  you don't understand a question, tell me that you don't
20  understand it.  If you answer it, I'll assume that you
21  understood it, okay?
22      A.  Okay.
23      Q.  Aside from that, if your lawyer makes
24  objections in the deposition, those are not intended to
25  influence your answer, okay?
```

6

```
 1      A.  Correct.
 2      Q.  You should answer the question as if no
 3  objection has been made, unless you're specifically
 4  instructed not to review -- not to answer a question.
 5      A.  Okay.
 6      Q.  Okay.  Go ahead and please tell me your name
 7  for the record.
 8      A.  Michael Panariello.
 9      Q.  And what is your job title, sir?
10      A.  Director of Security for Carnival Cruise Line.
11      Q.  And what is your address?
12      A.  3655 Northwest 87th Avenue, Miami, Florida,
13  33178.
14      Q.  What's your home address?
15      A.  8049 Southwest 19th Court, Davie, Florida,
16  33324.
17      Q.  Is that a house or an apartment?
18      A.  House.
19      Q.  Do you reside there with anyone?
20      A.  No.
21      Q.  How long have you lived there?
22      A.  Almost eight years.
23      Q.  Do you have any other residences?
24      A.  No.
25      Q.  You're the Director of Security for Carnival
```

7

```
 1  Cruise Lines, is that correct?
 2      A.  Correct.
 3      Q.  Do you have any other job titles?
 4      A.  No.
 5      Q.  Have you ever been referred to as the Deputy
 6  Director of Security or the Deputy Security Officer for
 7  Carnival?
 8      A.  Deputy Company Security Officer, but we don't
 9  use that title.  That's not my official title.
10      Q.  Okay.  Are you also the Deputy Company Security
11  Officer?
12      A.  Correct.
13          MR. BRIGGS:  Object to form.
14  BY MR. GERSON:
15      Q.  Yes?
16      A.  Yes.
17          MR. BRIGGS:  Same objection.
18  BY MR. GERSON:
19      Q.  What is a Deputy Company Security Officer?
20      A.  I handle anything when the Company Security
21  Officer is not available.
22      Q.  How long have you been the Deputy Company
23  Security Officer?
24      A.  2012, I believe it was.
25      Q.  And tell me, as the Deputy Company Security
```

8

```
 1  Officer, what your duties and responsibilities are?
 2      A.  Handle the administrative part of the Security
 3  Department.
 4      Q.  Anything else?
 5      A.  Anything to do with the administrative.
 6      Q.  Define administrative.
 7      A.  Making sure all documents are in order,
 8  handling all audits that happen on the cruise ships and
 9  in our facility.
10      Q.  What else?
11      A.  Training requirements, hiring and firing of
12  security officers.
13      Q.  What else?
14      A.  I believe that covers it.
15      Q.  When you say you "handle all audits", what
16  audits are you referring to?
17      A.  Our shipboard audits that are conducted by our
18  corporation by our RSO, which is a recognized security
19  organization that's hired by the flag of the vessel, and
20  it's got to do with the security audits on board the
21  vessels.
22      Q.  Who is the RSO?
23      A.  Lloyd's Register.
24      Q.  And how often are these audits conducted?
25      A.  Lloyd's is -- the vessel is done three times
```

de792b55-03d4-4f22-a132-af5159ec7481

9

1  every five years.  Our corporate audits are done yearly
2  or annually.
3      Q.  And the audits are written in -- are the
4  results of the audits are written in the report?
5      A.  Yes.
6          MR. BRIGGS:  Object to form.
7  BY MR. GERSON:
8      Q.  And I imagine security issues are contained in
9  the audit?
10         MR. BRIGGS:  Object to form.
11         THE WITNESS:  Correct.
12 BY MR. GERSON:
13     Q.  Are securities issues contained in the audit?
14     A.  Yes.
15     Q.  And when was the last audit that was performed
16 on the Sensation?
17     A.  That, I'm not sure.
18     Q.  Okay.  Has an audit, security audit, been
19 conducted in 2015?
20     A.  That, I'm not sure.
21     Q.  Okay.  Who, other than yourself, would know if
22 you're not sure?
23     A.  Well, I'm just not sure right here.  I mean, if
24 I had documents, my files with me, I would be able to
25 tell you.

10

1      Q.  Well, you're the Director of Security for
2  Carnival, right?
3      A.  Correct.
4      Q.  Is there anyone above you?
5      A.  Yes.
6      Q.  Who is that?
7      A.  Company Security Officer.
8      Q.  Who's that?
9      A.  Dominic Froio.
10     Q.  And that's who you report to?
11     A.  Correct.
12     Q.  Dominic Froio?
13     A.  Correct.
14     Q.  Can you spell the last fame?
15     A.  F-R-O-I-O.
16     Q.  F-R-O-I-O?
17     A.  Yes.
18     Q.  And is he based out of Miami?
19     A.  Yes.
20     Q.  And he's the Company Security Officer?
21         MR. BRIGGS:  Object to form.
22         THE WITNESS:  Correct.
23 BY MR. GERSON:
24     Q.  Does he have any other job titles?
25     A.  Not that I'm aware of, no.

11

1      Q.  The company audits, do you attend the ship
2  audits?
3      A.  No, I don't go out on board while they're out
4  there, no.
5      Q.  Okay.  What's the last audit, security audit,
6  that you remember --
7      A.  I believe --
8      Q.  -- conducted by Lloyd's?
9      A.  I'd have to look at my documents in my office.
10     Q.  You have them?
11     A.  Do I have -- I have the documents, yes, in
12 files.
13     Q.  They're in the office?
14     A.  They have to be kept for five years.
15     Q.  So there would be one for every year?
16     A.  Correct, that Lloyd's did.  They do it three
17 times every five years.
18     Q.  Tell me what some of the things that are
19 contained in the audits that relate to security?
20     A.  The security of the vessel, to make sure
21 restricted area doors are not open on board checking, to
22 make sure they have the proper life locking devices on
23 them.
24     Q.  Uh-huh.
25     A.  That's basically it.

12

1          To make sure the restricted areas on the vessel
2  are -- are secure.
3      Q.  Are the crew members on board when the audits
4  are conducted?
5      A.  Yes.
6      Q.  Does the company notify the cruise line when
7  the audits are being conducted?
8      A.  Yes.
9      Q.  So could the company knows in advance that
10 Lloyd's is going to be coming onto the ship and
11 performing an audit?
12     A.  Correct.
13     Q.  Do -- and the findings in the audit are
14 contained in some sort of report?
15         MR. BRIGGS:  Object to form.
16         THE WITNESS:  Yes.
17 BY MR. GERSON:
18     Q.  Okay.  Does Lloyd's review your Security Manual
19 as part of the audit process?
20     A.  I'm not sure what they look at.
21     Q.  Okay.  Do you have to -- you're provided a copy
22 of the report?
23     A.  Yes.
24     Q.  Okay.  And who else is provided a copy of the
25 report?

3  (Pages 9 to 12)

de792b55-03d4-4f22-a132-af5159ec7481

13

1    A.  I would assume our corporation and the Master
2  of the Vessel for files.
3    Q.  Tell me every person that you know of at
4  Carnival, other than yourself, that receives a copy of
5  the audit performed by Lloyd's?
6    MR. BRIGGS:  Object to form.
7    THE WITNESS:  I know I receive a copy of
8  it, because I have to keep it for five years in
9  my office.  I'm not sure who else they send it
10  to, or if there's anybody else.
11  BY MR. GERSON:
12    Q.  Okay.  So you're the primary -- is the audit
13  sent to you directly or you just carboned on it?
14    MR. BRIGGS:  Object to form.
15    THE WITNESS:  No, it's sent -- sent to me,
16  yes.
17  BY MR. GERSON:
18    Q.  Okay.  And who from Lloyd's -- can you tell me
19  who from Lloyd's that you've dealt with respect to those
20  audits?
21    A.  Joseph Bullerman.
22    Q.  Okay.  And how many times in the last five
23  years has the issue regarding security patrols on a
24  Carnival vessel been discussed in the audit?
25    MR. BRIGGS:  Object to form.

14

1    THE WITNESS:  Regarding security patrols?
2  BY MR. GERSON:
3    Q.  Uh-huh.
4    A.  None that I'm aware of.
5    Q.  None that you're aware of?
6    A.  Yeah.
7    Q.  Okay.  Has the issue of crime ever been brought
8  up in any of the security audits?
9    A.  Not that I can remember, no.
10    Q.  Okay.  Not that you can remember, it's
11  possible, you just don't recall?
12    MR. BRIGGS:  Object to form.  Don't guess.
13    THE WITNESS:  Don't remember.
14  BY MR. GERSON:
15    Q.  Don't remember.  Okay.
16    You're the Deputy Company Security Officer and
17  also the Director of Security for Carnival Cruise Lines,
18  right?
19    MR. BRIGGS:  Object to form.
20    THE WITNESS:  Correct.
21  BY MR. GERSON:
22    Q.  Are there any other job titles?
23    MR. BRIGGS:  Object to form.
24    THE WITNESS:  No.
25  BY MR. GERSON:

15

1    Q.  Okay.  As the Director of Security for Carnival
2  Cruise Lines, tell me what your duties and
3  responsibilities are?
4    MR. BRIGGS:  Object to form.
5  BY MR. GERSON:
6    Q.  What are your duties and responsibilities?
7    A.  You want me to repeat them?
8    MR. BRIGGS:  Object to form.
9  BY MR. GERSON:
10    Q.  I don't know if they're different.  Let me just
11  explain to you.  I don't know if they're different from
12  the fact that you said that you're also the Deputy
13  Company Security Officer, so you may have more than one
14  job title, so I'm trying to find out whether or not your
15  duties and responsibilities as a Deputy Company Security
16  Officer are any different as the Director of Security for
17  Carnival Cruise Lines?
18    A.  No difference at all.
19    Q.  No difference at all.  So it's -- your --
20  you're the person who is responsible for making sure that
21  Carnival ships are safe?
22    MR. BRIGGS:  Object to form.
23    THE WITNESS:  If the Company Security
24  Officer is not available, correct.
25  BY MR. GERSON:

16

1    Q.  If the Company Security Officer is not
2  available.  So, ultimately, whose responsibility is it to
3  ensure that Carnival ships are kept as safe as possible?
4    MR. BRIGGS:  Object to form.
5    THE WITNESS:  You want me to go down the
6  list or --
7    The Company Security Officer.
8  BY MR. GERSON:
9    Q.  Which is?
10    A.  Dominic Froio.
11    Q.  Yeah.
12    A.  Then you have the Master of every vessel on
13  every ship.  Then you have the Ship Security Officer and
14  then you have of the security staff that works on board.
15    Q.  Do you have any authority to make any changes
16  to Carnival Cruise Lines Ship Security Manual?
17    A.  Ship Security Manual?
18    Q.  Yes.
19    Do you know what the Ship Security Manual is?
20    A.  I know what it is, yes.
21    Q.  What is the Ship Security Manual?
22    A.  That's our policies and procedures.
23    Q.  And are you involved in making any changes or
24  updates to Carnival Cruise Lines Ship Security Manual?
25    A.  The suggestions are brought to me, I discuss

4  (Pages 13 to 16)

de792b55-03d4-4f22-a132-af5159ec7481

17

1 them with our staff and the office and then the changes
2 are made if they need to be made, yes.
3    Q.  Who has to approve the change?
4    A.  The Company Security Officer.
5    Q.  So that would be Dominic?
6    A.  Correct.
7    Q.  And so you and Dominic together make decisions,
8 is that a fair statement?
9       MR. BRIGGS:  Object to form.
10       THE WITNESS:  Yes.
11 BY MR. GERSON:
12    Q.  Is it a fair statement to say that you and
13 Dominic together make decisions on behalf of Carnival as
14 far as -- as far as how to improve the Security Manual,
15 if needed?
16    A.  Yes.
17    Q.  Okay.  And tell me -- you've been the Director
18 of Security for eight years, is that correct?
19       MR. BRIGGS:  Object to form.
20       THE WITNESS:  No, I believe 2012.
21 BY MR. GERSON:
22    Q.  Since 2012, I'm sorry.
23       You lived at your former address -- at your
24 address for eight years.
25       Okay.  So prior to 2012, what did you -- what

18

1 did you do?  What was your job?
2    A.  I was a Staff Investigator.
3    Q.  And who were you a Staff Investigator for?
4    A.  Carnival Cruise Line.
5    Q.  How long were you a Staff Investigator?
6    A.  2007 to 2012.
7    Q.  And prior to then what -- well, tell me what
8 were your duties and responsibilities as Staff
9 Investigator?
10    A.  To investigate any -- any incidents that
11 happened on board the vessels or assist in the
12 investigations.
13    Q.  And what types of incidents would you
14 investigate?
15    A.  Any criminal incidents that happened on board a
16 vessel.
17    Q.  And how many criminal incidents in the last
18 five years have you -- or during your tenure as a Staff
19 Investigator, how many criminal incidents would you say
20 you investigated within those five years?
21    A.  Maybe 50.
22    Q.  What type of incidents were they?
23    A.  Offhand I don't remember all of them, but there
24 was thefts that would happen on board.  We handled
25 internal investigations with the crew members, sexual

19

1 assaults, physical altercations.
2    Q.  And when you say "sexual assaults", would that
3 also include rapes?
4    A.  Yes.
5    Q.  Isn't it true that Carnival doesn't distinguish
6 between a sexual assault and rape, it's just considered a
7 sexual assault?
8       MR. BRIGGS:  Object to form.
9       THE WITNESS:  Our security reports a sexual
10 assault/rape as title of the classification, so
11 I'm not sure --
12 BY MR. GERSON:
13    Q.  So there is a classification from Carnival that
14 Carnival uses as part of their policies and procedures
15 that specifically refers to a rape, as opposed to a
16 sexual assault?
17       MR. BRIGGS:  Object to form.
18       THE WITNESS:  Yes.
19 BY MR. GERSON:
20    Q.  How many, out of the 50 criminal incidents that
21 you say that you investigated between 2007 and 2012, how
22 many of those were rape and/or rape and sexual assaults?
23       MR. BRIGGS:  Object to form.
24       THE WITNESS:  I don't know.
25 BY MR. GERSON:

20

1    Q.  More than one?
2    A.  More than one, yes.
3       MR. BRIGGS:  Object to form.
4 BY MR. GERSON:
5    Q.  Okay.  More than 49?
6    A.  That, I don't know.
7       MR. BRIGGS:  Object to form.
8 BY MR. GERSON:
9    Q.  More than 10?
10       MR. BRIGGS:  Object to form.
11       THE WITNESS:  Not sure.
12 BY MR. GERSON:
13    Q.  In 2012, you were a Staff Investigator, right?
14       MR. BRIGGS:  Object to form.
15       THE WITNESS:  I believe for part of the
16 year, yes.
17 BY MR. GERSON:
18    Q.  Do you recall any rapes or sexual assaults that
19 you investigated?
20       MR. BRIGGS:  Object to form.
21       THE WITNESS:  No, I don't remember.
22 BY MR. GERSON:
23    Q.  You don't recall any?
24    A.  I don't recall any, no.
25       MR. BRIGGS:  Object to form.

de792b55-03d4-4f22-a132-af5159ec7481

21

BY MR. GERSON:

Q.  We'll get back to that.  We're going to go back to that topic in a second.  Let me ask you, what's your education background?

A.  College, criminal invest -- criminal justice.

Q.  Where did you go to college?

A.  Broward.

Q.  Broward what?

A.  Broward College.

Q.  Broward Community College?

A.  Yeah.

Q.  What was your degree in, criminal justice?

A.  Correct.

Q.  Graduated?

A.  Yes.

Q.  What year?

A.  '89, I believe it was.

Q.  What did you do after?  Are you from down here?

A.  Yes -- well, I wasn't born here.

Q.  That's what I mean.

A.  I was born in New York.  Been here since I was ten years old.

Q.  So you graduated 1989 from Broward Community College with a degree in criminal justice?

MR. BRIGGS:  Object to form.

22

THE WITNESS:  Correct.

BY MR. GERSON:

Q.  Did you -- did you obtain any other degrees, any graduate degrees?

A.  No.

Q.  Okay.  Is that the -- is the degree from Broward Community College the extent of your formal education?

A.  Yes.

Q.  And after -- and from 1989 what was the first job that you -- what was your first job after college?

A.  Well, I was already working when I went to college.

So when I started that job?

Q.  Uh-huh.

A.  1982 I started.

Q.  Okay.  What were you -- where were you employed at?

A.  Town of Davie Police Department.

Q.  Town of Davie Police Department?

A.  Correct.

Q.  And what was your position?

A.  Service Aide.

Q.  And what were some of things you did as a Service Aide?  What were your duties and

23

responsibilities?

A.  Handle traffic accidents and wrote parking tickets.

Q.  What did you do after that?

A.  '86 I was promoted to a police officer and I went to the police academy.

Q.  Okay.  How long were you a police officer for?

A.  Till 2007.

Q.  And what were the circumstances of you leaving -- what department?

A.  Town of Davie Police Department.

Q.  So approximately, how long were you a police officer?

A.  Twenty years.

Q.  Did you ever receive any promotions?

A.  When I was a police officer, no.  I was road patrol officer.

Q.  Road patrol?

A.  Yes.

Q.  The entire 20 years?

A.  Correct.

Q.  And you were responsible for?

A.  First responder, handling all dispatch calls.

Q.  What was your territory, just --

A.  Changed every night.  Different zone within the

24

town limits.

Q.  Tell me what areas.

MR. BRIGGS:  Object to form.

THE WITNESS:  You mean for the whole city?

BY MR. GERSON:

Q.  Just in general, just to have an idea.

A.  The city was broken down into zones and usually broken by major roadways.  If you know the area, I can give you streets.

Q.  Sure.

A.  From University Drive to Pine Island Road and then from State Road 84 to Griffin Road would be one zone, and I would be responsible for patrolling that zone or handling calls on that zone.

Q.  So you were responding to DUIs, traffic accidents, things of that nature?

MR. BRIGGS:  Object to form.

THE WITNESS:  Well, yeah, pulling over people for DUI.  I didn't respond to them too often.

BY MR. GERSON:

Q.  Do you recall any incidents?

MR. BRIGGS:  Object to form.

THE WITNESS:  Incidents of?

BY MR. GERSON:

6 (Pages 21 to 24)

de792b55-03d4-4f22-a132-af5159ec7481

25

```
 1        Q.  Any DUI that you responded to as a police
 2   officer?
 3        A.  Yeah.
 4        Q.  Tell me.
 5        A.  Halloween one year I pulled over somebody that
 6   was in a chicken outfit and gave them roadsides on video
 7   in a chicken outfit.
 8        Q.  What year was that?
 9        A.  I don't remember.
10        Q.  Approximately?
11        A.  I couldn't even tell you.
12            MR. BRIGGS:  Object to form.
13   BY MR. GERSON:
14        Q.  Any other DUIs that you remember?
15        A.  It's hard to remember them.  It's --
16        Q.  But you remember --
17        A.  -- for traffic infractions and then going
18   through the investigation that, you know, you can smell
19   the alcoholic beverage.
20        Q.  Give me another one that you remember, just off
21   the top of your head.
22            MR. BRIGGS:  Object to form.
23            THE WITNESS:  Most of them were those type
24   of situations, pulling someone over committing a
25   traffic violation, swerving down the road,
```

26

```
 1   driving down the road, that led into the
 2   investigation for DUI.
 3   BY MR. GERSON:
 4        Q.  Did you ever investigate any rapes or sexual
 5   assaults?
 6            MR. BRIGGS:  Object to form.
 7            THE WITNESS:  Yes.
 8   BY MR. GERSON:
 9        Q.  Any that you remember?
10        A.  No.
11        Q.  No?
12        A.  No.
13            We would just be the first responders and we
14   would call our detective bureau to handle that type of
15   incident.
16        Q.  Was your discharge from Town of Davie Police
17   Department, was that voluntary or involuntary?
18        A.  Voluntary.
19        Q.  What did you do next?
20        A.  I was off for a few months and then I came to
21   work at Carnival Cruise Lines.
22        Q.  Why did you leave?
23        A.  Retired.
24        Q.  You retired?
25        A.  Twenty years in Town of Davie, you can retire.
```

27

```
 1        Q.  Congratulations.
 2        A.  Thank you.
 3        Q.  I guess your retirement was brief.
 4        A.  Well, yeah.
 5        Q.  And then you decided to go work for Carnival
 6   Cruise Lines?
 7        A.  Yes.
 8        Q.  And that was in 2007?
 9            MR. BRIGGS:  Object to form.
10            THE WITNESS:  Yes.
11   BY MR. GERSON:
12        Q.  Yes?
13        A.  Yes.
14        Q.  You were hired as a Staff Investigator?
15        A.  Correct.
16            MR. BRIGGS:  Object to form.
17   BY MR. GERSON:
18        Q.  You held that position as Staff Investigator
19   from 2007 to 2012, right?
20            MR. BRIGGS:  Object to form.
21            THE WITNESS:  Right.
22   BY MR. GERSON:
23        Q.  From 2012 to the present, you have been the
24   Director of Security for Carnival Cruise Lines and you're
25   also the Deputy Company Security Officer?
```

28

```
 1            MR. BRIGGS:  Object to form.
 2   BY MR. GERSON:
 3        Q.  Correct?
 4        A.  Correct.
 5        Q.  Okay.  When you started working for the police
 6   back in, what did you say?
 7            MR. BRIGGS:  '86.
 8            MR. GERSON:  '86.  Thank you.
 9   BY MR. GERSON:
10        Q.  -- you received training?
11        A.  Yes.
12        Q.  Okay.  And have you received -- have you taken
13   any training or certificates since your training with the
14   police department?
15            MR. BRIGGS:  Object to form.
16            THE WITNESS:  Since the original training
17   at the police department or training I received
18   all through my 20 years, you're saying?
19   BY MR. GERSON:
20        Q.  You were trained, I assume, by the police
21   department to be a police officer, right?
22        A.  Correct, police academy.
23        Q.  At the police academy?
24        A.  Correct.
25        Q.  Prior to becoming Staff Investigator with
```

7 (Pages 25 to 28)

de792b55-03d4-4f22-a132-af5159ec7481

29

1  Carnival, did you receive any formal training?
2      MR. BRIGGS:  Object to form.
3      THE WITNESS:  At Carnival Cruise Lines,
4  training, you're saying?
5  BY MR. GERSON:
6      Q.  Yes.
7      A.  I didn't know if you meant training before I
8  got --
9      Q.  If you received any training in between working
10 the police department and working for Carnival, I'd like
11 to know about it.
12     Why don't you tell me what your training has
13 been, aside from the training you received prior to
14 working as a police officer for Town and Country [sic].
15     MR. BRIGGS:  Object to form.
16     THE WITNESS:  Town of Davie.
17 BY MR. GERSON:
18     Q.  Excuse me, Town of Davie.  Town and Country is
19 a mall.
20     A.  The original training I got was in the police
21 academy.
22     Q.  That was in '86, right?
23     A.  '86.  And I received training throughout my
24 career at the Town of Davie Police Department to keep
25 your certificate to be a State of Florida police officer,

30

1  you have to have forty hours of training every year --
2  every couple of years.  So it was remedial training, it
3  was still on-the-job training.
4      Q.  Uh-huh.
5      A.  Then I retired.
6      Q.  Okay.  And so when you started working on --
7  when you started working as Staff Investigator for
8  Carnival, how many ships were you responsible for?
9      MR. BRIGGS:  Object to form.
10 BY MR. GERSON:
11     Q.  How many ships -- do you know how many ships
12 you were responsible for investigating incidents on when
13 you started working for Carnival as a Staff Investigator?
14     MR. BRIGGS:  Object to form.
15     THE WITNESS:  In 2007, I believe there was
16 18 ships, I'm not positive, but I wasn't
17 personally responsible for 18 ships.
18     The security -- we weren't specifically
19 assigned a certain vessel to each individual
20 investigator.  Once a week -- we have
21 investigators that are on duty 24/7, so during
22 that time if anything happens on the 18 ships,
23 they would call the on-duty investigator, could
24 be three o'clock in the morning to handle -- or
25 to notify of us of anything that happened on

31

1  board their vessel.
2      All right.  That still doesn't say that
3  just because that I'm the on-duty investigator
4  that I'm going to get the investigation.  It
5  could be anyone of the investigators in the
6  office that's assigned it from the manager of
7  investigations.  He assigns the investigation.
8  BY MR. GERSON:
9      Q.  How many on-duty investigators are there
10 currently employed by Carnival?
11     A.  Five.
12     Q.  And who are they?
13     A.  Robert Williams.
14     Q.  Uh-huh.
15     A.  Steve Riley.
16     Q.  Uh-huh.
17     A.  Greg Thomasich [phonetic].
18     Q.  Uh-huh.
19     A.  Salvatore Garofalo.
20     Q.  Okay.
21     A.  And John Butchko.
22     Q.  And they all report to you?
23     MR. BRIGGS:  Object to form.
24     THE WITNESS:  Ultimately, they report to
25 me.  I'm not the direct supervisor, no.

32

1  BY MR. GERSON:
2      Q.  The direct supervisor would be who?
3      A.  Bob Williams, he's the Senior Manager of
4  Investigations.
5      Q.  Bob Williams.
6      A.  Robert Williams.  Same thing.
7      Q.  Robert Williams is Senior Manager of
8  Investigations?
9      A.  Correct.
10     Q.  Robert Williams, Senior Manager of
11 Investigations, reports to you?
12     MR. BRIGGS:  Object to form.
13     THE WITNESS:  To me and Dominic.
14 BY MR. GERSON:
15     Q.  To you and Dominic.
16     So, essentially, if I were to understand the
17 hierarchy, you've got the Security Officers on a ship,
18 right?
19     A.  Correct.
20     Q.  You have an Assistant Chief Security Officer?
21     A.  On the ships.
22     MR. BRIGGS:  Object to form.
23 BY MR. GERSON:
24     Q.  On the ship, right.
25     Then you've got a Chief Security Officer for

8 (Pages 29 to 32)

de792b55-03d4-4f22-a132-af5159ec7481

33

1    the ship?
2         A.  Right.
3              MR. BRIGGS:  Object to form.
4    BY MR. GERSON:
5         Q.  Then you have got the Staff Investigators,
6    correct?
7              MR. BRIGGS:  Object to form.
8              THE WITNESS:  Are you looking for the
9    chain?
10   BY MR. GERSON:
11        Q.  Yeah, give me.  I think --
12        A.  You have the Security Officers on the vessel,
13   you have Assistant Chief Security Officer on the vessel,
14   you have a Chief Security Officer on the vessel, then you
15   have a Ship Security Officer on the vessel, who the Chief
16   reports to, and then the Ship Security Officer reports to
17   the Master of the Vessel or the Captain.
18        Q.  Uh-huh.
19        A.  Then the Captain reports to Dominic Froio.
20   Then I'm underneath Dominic Froio, then Robert Williams
21   is underneath me, and then the investigators are
22   underneath me.
23        Q.  What are the investigators what are they --
24   what are they trained to do?
25              MR. BRIGGS:  Object to form.

34

1    BY MR. GERSON:
2         Q.  People like Robert Williams, Bob Williams, and
3    the other investigators, tell me what are their duties
4    and responsibilities?
5              MR. BRIGGS:  Object to form.
6              THE WITNESS:  To assist the vessel in the
7    investigation of the crimes and then coordinate
8    with law enforcement who is going to handle the
9    investigation, once the ship gets to a port of
10   call.
11   BY MR. GERSON:
12        Q.  And at what point are the Staff Investigators,
13   is that the right -- right title?
14        A.  Correct, in the office.
15        Q.  So the Staff Investigator are shoreside?
16        A.  Correct.
17        Q.  And so when someone is alleged that they have
18   been raped, for instance, the incident gets reported
19   either to someone on the cruise ship staff who notifies
20   the Assistant Chief Security Officer, right?
21              MR. BRIGGS:  Object to form.
22              THE WITNESS:  Correct.  Usually, if
23   somebody on the ship reports it, it's reported
24   to either -- it depends on the time of day and
25   who's working -- it's going to be the Assistant

35

1    Chief Security Officer or the Chief Security
2    Officer.  Depends on the time of day and who's
3    working.
4    BY MR. GERSON:
5         Q.  Understood.  And then?
6         A.  And then it's like a dispatch.  Assistant Chief
7    Security Officer will contact a security officer to do
8    the investigation.
9         Q.  The Assistant Chief Security Officer will
10   contact the Chief Security Officer?
11              MR. BRIGGS:  Object to form.
12              THE WITNESS:  If it's a sexual assault,
13   yes.
14   BY MR. GERSON:
15        Q.  How quickly is the assistant -- how -- when is
16   the Assistant Chief Security Officer supposed to notify
17   Chief Security Officer for a ship when he learns there's
18   been an allegation of a rape or a sexual assault?
19              MR. BRIGGS:  Object to form.
20              THE WITNESS:  Supposed to notify him no
21   matter what time of day it is, he's supposed to
22   call.
23   BY MR. GERSON:
24        Q.  Right away?
25        A.  As soon as he's got the facts of the case, yes.

36

1              MR. BRIGGS:  Object to form.
2    BY MR. GERSON:
3         Q.  As soon as he learns there's been allegations
4    made of rape or sexual assault?
5         A.  Correct.
6         Q.  What about aggravated assault, is that also a
7    situation where the Chief Security Officer should be
8    notified immediately?
9              MR. BRIGGS:  Object to form.
10              THE WITNESS:  Aggravated assault, yes.
11   BY MR. GERSON:
12        Q.  Would you consider someone being punched in the
13   head and strangled or choked an example of an aggravated
14   assault?
15              MR. BRIGGS:  Object to form.
16              THE WITNESS:  I would say so, yes.
17   BY MR. GERSON:
18        Q.  Why does -- can you tell me why Carnival has
19   shoreside investigators?  What is the purpose of
20   shoreside investigators?
21        A.  To assist the ship in their investigation and
22   to liaison with law enforcement.
23        Q.  As a matter of Carnival policy and procedures
24   are shoreside investigators supposed to conduct an
25   investigation before law enforcement is contacted?

9  (Pages 33 to 36)

de792b55-03d4-4f22-a132-af5159ec7481

37

1    A.  No.  The ship conducts the investigation, they
2  give us the facts of case, and then we contact law
3  enforcement.
4    Q.  Right, but when you say "us", that includes --
5    A.  The --
6    Q.  -- the Staff Investigators?
7    A.  -- right.
8         The Staff Investigators aren't out there
9  investigating it.  They're giving -- what do I say, how
10  do I say -- the guidelines, basically, to make sure they
11  have done steps one, two, three and four and they've
12  contacted witnesses and taken statements, to make sure
13  that's being fully investigated on board, so we can
14  forward this investigation to law enforcement to see if
15  they're going to respond to investigate the case.
16    Q.  So tell me what steps one, two and three and
17  four are, as you just --
18    A.  Basically, the five Ws and the H, how to
19  conduct an investigation.
20         MR. BRIGGS:  Object to form.
21  BY MR. GERSON:
22    Q.  Okay.  Tell me what they are.
23    A.  Who, what, why, where, when and how.
24    Q.  Who, what, where, when -- why, when and how?
25    A.  Right.

38

1    Q.  And so statements are taken, is that correct,
2  before the Staff Investigators were notified?
3         MR. BRIGGS:  Object to form.
4         THE WITNESS:  It depends.  Every incident
5  depends.
6  BY MR. GERSON:
7    Q.  Okay.  Okay.  Well, give me -- tell me what the
8  procedures is for when a passenger alleges that she was
9  raped or sexual assault.  Tell me what the procedure is
10  that Carnival follows or --
11    A.  First procedure.
12         MR. BRIGGS:  Hold on.  Let him finish the
13  question.
14         I'll object to form of the question.
15  BY MR. GERSON:
16    Q.  Please tell me with -- in as much detail as
17  possible what the procedures are, or Carnival's
18  procedures are, for once a crime, like a rape or sexual
19  assault, has been reported, or an assault?
20    A.  First, is to offer the victim of the crime
21  medical, if she needs any kind of medical assistance.  If
22  she does need medical assistance, the doctor and nurse on
23  board are notified.  Depends on the time of day.  They
24  meet in the medical center.  They do their procedures
25  in the medical center.  And then we try to, after that,

39

1  question the victim to the -- to the facts of the case to
2  find out exactly what happened.  So if she knows who did
3  it or doesn't know who did, we can get a description and
4  try to locate the -- the suspect.
5    Q.  Okay.  What else?
6         MR. BRIGGS:  Object to form.
7         THE WITNESS:  Once we have all that verbal
8  information from the victim, then the ship
9  notifies the staff or the on-call investigator,
10  so we can relay that information to law
11  enforcement to see if they're going to respond
12  to the vessel, whatever port it's at, or when it
13  gets back to the home port in the U.S. whether
14  they're going to conduct an investigation.
15  BY MR. GERSON:
16    Q.  And who is responsible for contacting law
17  enforcement in the event of a crime, like a rape or
18  sexual assault?
19         MR. BRIGGS:  Object to form.
20         THE WITNESS:  The Staff Investigator
21  shoreside.
22  BY MR. GERSON:
23    Q.  And isn't it true that was not always a
24  requirement that Carnival notify members of law
25  enforcement once a rape or sexual assault has been

40

1  reported?
2         MR. BRIGGS:  Object to form.
3         THE WITNESS:  Since I've been there 2007,
4  we have always notified law enforcement.  If
5  it's before then, I don't know.
6  BY MR. GERSON:
7    Q.  Has Carnival always been required to offer
8  crime victims a rape kit?
9         MR. BRIGGS:  Object to form.
10         THE WITNESS:  Since 2007, they have always
11  done that.
12  BY MR. GERSON:
13    Q.  It's your testimony that Carnival has always
14  offered a rape kit to clients -- to passengers who have
15  been allegedly raped or sexually assaulted?
16         MR. BRIGGS:  Object to form.
17         THE WITNESS:  Since 2007, since I've been
18  there, yes.
19  BY MR. GERSON:
20    Q.  Once a Staff Investigator is notified, do they
21  board the ship?
22    A.  It depends.  We don't fly out and meet the ship
23  in a port of call.  We'll wait for it to come back to
24  home port, correct.
25    Q.  So once the ship is back in home port, then the

10  (Pages 37 to 40)

de792b55-03d4-4f22-a132-af5159ec7481

41

1   Staff Investigator goes to the scene?
2        MR. BRIGGS:  Object to form.
3        THE WITNESS:  If it's a local ship, like
4   Miami, Fort Lauderdale, home port, correct.  We
5   don't fly to --
6   BY MR. GERSON:
7        Q.  I understand.
8        A.  -- outside ports.
9        Q.  So you understand why you're here today, right?
10       MR. BRIGGS:  Object to form.
11  BY MR. GERSON:
12       Q.  Do you know why you're here today?
13       A.  I can -- can I assume?  It's because I'm the
14  Director of Security and I know the ship's security --
15  you're calling it's a manual, I'm not sure if we're
16  talking about the same thing, but I'm more in charge of
17  the Ship Security Plan, which is the Vessel Security
18  Plan, so I can only assume that's why I was depoed to
19  come here.
20       Q.  What about the other 99 times that you've been
21  deposed, why have you been deposed in those cases?
22       MR. BRIGGS:  Object to form.
23       THE WITNESS:  The other 98 of them had to
24  do with law enforcement at the police
25  department.

42

1   You asked if I've ever been deposed before,
2   I meant.
3   BY MR. GERSON:
4        Q.  How many depositions have you taken or how many
5   times have you been deposed as a Carnival employee?
6        A.  Once.
7        Q.  This is the first time?
8        A.  No, second.
9        Q.  Okay.  When was the last time?
10       A.  I believe a few years ago.
11       Q.  What was the context of that deposition?
12       A.  Ship Security Plan.
13       Q.  And what were the allegations that were made a
14  couple of years ago?
15       MR. BRIGGS:  Object to form.
16  BY MR. GERSON:
17       Q.  What was the case about that you were deposed
18  in a couple of years ago?
19       A.  I believe it was a sexual assault.
20       Q.  Okay.  When you say you "believe it was a
21  sexual assault", was it -- was it also possibly a rape?
22       MR. BRIGGS:  Object to form.
23       THE WITNESS:  That, I'm not sure.
24  BY MR. GERSON:
25       Q.  Do you know the difference between a rape and

43

1   sexual assault?
2        A.  Yes.
3        Q.  What's the difference?
4        A.  Penetration.
5        Q.  Okay.  And the case that you were deposed in a
6   couple of years ago, that was -- do you remember where
7   that deposition took place?
8        A.  Well, down here somewhere.  I don't remember
9   the attorney's office.
10       Q.  And that was a passenger that was allegedly
11  raped, was it not?
12       A.  Correct.
13       Q.  And was that passenger raped by another crew
14  member or another passenger?
15       MR. BRIGGS:  Object to form.
16       THE WITNESS:  I don't know the facts of the
17  case.
18  BY MR. GERSON:
19       Q.  Certainly, my client's allegations, Ms. Horne's
20  allegations that she's made is not the first time you
21  have ever been notified of a sexual assault or rape on a
22  Carnival cruise ship, correct?
23       MR. BRIGGS:  Object to form.
24       THE WITNESS:  Correct.
25  BY MR. GERSON:

44

1        Q.  Isn't it true that most, if not all, of the
2   rapes and sexual assaults that you've been notified about
3   and for which you're aware, have been allegedly have
4   occurred on Carnival ships, have occurred in passenger
5   staterooms?
6        MR. BRIGGS:  Object to form.
7        THE WITNESS:  Did you say most of them?
8   BY MR. GERSON:
9        Q.  Yes.
10       A.  I would say most of them have.
11       Q.  The majority of them, right?
12       MR. BRIGGS:  Object to form.
13       THE WITNESS:  Yeah, I would say, yeah.
14  BY MR. GERSON:
15       Q.  All of them?
16       MR. BRIGGS:  Object to form.
17       THE WITNESS:  I don't know any that I can
18  remember were in public areas.
19  BY MR. GERSON:
20       Q.  Right.  The only place really where someone
21  could be raped would be -- well, strike that.
22       The only ones that you're aware of are
23  passengers that are raped in their staterooms, right?
24       MR. BRIGGS:  Object to form.
25       THE WITNESS:  Well, in a state room.

11  (Pages 41 to 44)

de792b55-03d4-4f22-a132-af5159ec7481

45

1   BY MR. GERSON:
2       Q.   In a state room.
3           And some of those rapes have been committed by
4   other Carnival employees, have they not?
5           MR. BRIGGS:  Object to form.
6           THE WITNESS:  Yes.
7   BY MR. GERSON:
8       Q.   Allegations have been made that they've been
9   raped by Carnival employees, correct?
10      A.   Yes.
11      Q.   And isn't it true that in those instances where
12  an allegation has been made that a Carnival crew member
13  has committed, or allegedly committed, a rape or a sexual
14  assault, the crew member is sent back to his home
15  country?
16          MR. BRIGGS:  Object to form.
17          THE WITNESS:  Can you repeat it one more
18  time?
19  BY MR. GERSON:
20      Q.   Sure.  Isn't it true that as a matter of policy
21  and procedure that Carnival repatriates a crew member
22  who's been allegedly to have been accused or committed a
23  rape or sexual assault?
24          MR. BRIGGS:  Object to form.
25          That's --

46

1   BY MR. GERSON:
2       Q.   You can answer the question.
3       A.   I'm trying to make sure I understand the
4   question.
5       Q.   What don't you understand?
6           MR. BRIGGS:  Hold on.  That wasn't a
7   question.  You didn't ask a question.
8           MR. GERSON:  I did ask a question.
9           MR. BRIGGS:  It was a statement.
10  BY MR. GERSON:
11      Q.   Isn't it true that as a matter of policy and
12  procedure that when a Carnival employee has been accused
13  of a rape or sexual assault the crew member is sent back
14  to their home country?
15          MR. BRIGGS:  Object to form.
16          THE WITNESS:  After the investigation and
17  we're authorized by law enforcement, Customs and
18  Border Protection, Homeland Security requires us
19  to repatriate them.  They're not allowed to stay
20  in the U.S.  That's their policies that we have
21  to -- if they're being released by law
22  enforcement because they've either finished
23  their investigation.  When they tell us we can
24  repatriate them, that's when we send them back
25  to their home country, because we terminate

47

1   them.
2   BY MR. GERSON:
3       Q.   What are the circumstances as far as why you
4   send them back to their home country?
5           MR. BRIGGS:  Object to form.
6           THE WITNESS:  Because Homeland Security
7   refuses to allow us to leave them in the U.S.
8   because they're not U.S. citizens.
9   BY MR. GERSON:
10      Q.   So Carnival employees non U.S. citizens that
11  are -- explain.  I don't understand what you're --
12      A.   There's at least 60 different nationalities
13  that work aboard our cruise ships.
14          MR. BRIGGS:  Object to form.
15  BY MR. GERSON:
16      Q.   Okay.
17      A.   So if you're saying the suspect, I'm assuming
18  you're saying, raped a guest, once the investigation is
19  complete and we're cleared by law enforcement, Homeland
20  Security, because they're not U.S. citizens, we can't
21  just dump them off in the U.S.  We have to put them under
22  guard, take them to an airport, and send them back to
23  country where they came from.
24      Q.   What if -- the determination of whether or not
25  to contact law enforcement is an internal decision, is it

48

1   not?
2           MR. BRIGGS:  Object to form.
3           THE WITNESS:  Any time a crew member is
4   alleged to commit a crime against a guest, law
5   enforcement is contacted.  There is no ifs ands
6   or butts.
7   BY MR. GERSON:
8       Q.   What policy is that stated in?
9           MR. BRIGGS:  Object to form.
10          THE WITNESS:  That's just our -- I don't
11  know if it's a written policy.  That's just the
12  way it's been.  That we make sure we have
13  clearance from law enforcement to send this
14  person out of the country.
15  BY MR. GERSON:
16      Q.   Are you familiar with the Cruise Ship Vessel
17  Safety and Security Act of 2010?
18      A.   Yes.
19      Q.   Tell me what your understanding of what the
20  Cruise Ship Vessel Safety and Security Act of 2010 is?
21      A.   Which part of it?
22      Q.   Tell me what it is, generally.
23      A.   It's cruise vessels or cruise lines have to
24  investigate certain number of crimes, I'm not sure
25  exactly how many they are, and then notify law

12  (Pages 45 to 48)

de792b55-03d4-4f22-a132-af5159ec7481

49

1  enforcement about these crimes.
2      Q.  Do you know when it was passed?
3      A.  2010.
4      Q.  Okay.  Do you know why it was passed?
5          MR. BRIGGS:  Object to form.
6          THE WITNESS:  Do I know why?  I don't know
7      all the legislation and all that about it.
8  BY MR. GERSON:
9      Q.  Do you know -- can you tell me as the Director
10  of Security for Carnival Cruise Lines, can you tell me
11  what the Cruise Ship Vessel Safety and Security Act of
12  2010 requires Carnival to do in the event of a rape or
13  sexual assault?
14     A.  To investigate the incident and notify law
15  enforcement.
16     Q.  What else?
17         MR. BRIGGS:  Object to form.
18         THE WITNESS:  Are you talking about the
19     administrative part posted on our website and
20     all that stuff?
21  BY MR. GERSON:
22     Q.  No, I'm asking you what your familiarity is
23  with the Cruise Ship Vessel Safety and Security Act of
24  2010?
25         MR. BRIGGS:  Object to form.

50

1          THE WITNESS:  That's all I know about it.
2  BY MR. GERSON:
3      Q.  That's all you know about it, yes?
4          MR. BRIGGS:  Object to form.
5          THE WITNESS:  For investigating crimes,
6      that we have to investigate crimes and notify
7      law enforcement.
8  BY MR. GERSON:
9      Q.  Are there any other requirements?
10         MR. BRIGGS:  Object to form.
11         THE WITNESS:  I'm sure there are, yeah.
12  BY MR. GERSON:
13     Q.  You mean you don't --
14     A.  I'd have to refresh my memory.
15         MR. BRIGGS:  Object to form.
16  BY MR. GERSON:
17     Q.  Well, isn't it your job to be familiar with the
18  security and safety requirements under federal law?
19         MR. BRIGGS:  Object to form.
20         THE WITNESS:  The security requirements.
21  BY MR. GERSON:
22     Q.  Okay.  Do you know that the Cruise Ship Vessel
23  Safety and Security Act of 2010 is a federal law?
24     A.  Yes.
25     Q.  Does Carnival follow all of the federal laws

51

1  that they are required to?
2      A.  Yes.
3      Q.  As the Director of Security for Carnival are
4  you required, as part of your job, to be familiar what
5  those laws are?
6      A.  Yes.
7      Q.  Okay, so tell me, the Cruise Ship Vessel Safety
8  and Security Act of 2010, what are the requirements as
9  far as video recording?
10         MR. BRIGGS:  Object to form.
11         THE WITNESS:  Video recording what?
12  BY MR. GERSON:
13     Q.  Surveillance video.
14         MR. BRIGGS:  Object to form.
15         THE WITNESS:  Are you talking about the
16     cameras on our vessels?
17  BY MR. GERSON:
18     Q.  Yes.
19     A.  That we have to have cameras on our vessels, is
20  that what you're saying?
21     Q.  Tell me what your understanding is.
22     A.  My understanding it hasn't been -- they haven't
23  given a date of when we have to have cameras on our
24  vessels.
25     Q.  Your understanding, as the Director of Security

52

1  for Carnival, is that there is no requirement under
2  federal law regarding an obligation to maintain
3  surveillance on Carnival vessels?
4          MR. BRIGGS:  Object to form,
5      mischaracterizes testimony.
6  BY MR. GERSON:
7      Q.  You can answer, sir.
8      A.  It's my understanding that there needs to be
9  cameras, but the quantity of cameras and location of
10  cameras haven't been stated yet of how many we have to
11  have or where they have to be on the vessel.
12     Q.  Under federal law is Carnival required to
13  maintain surveillance?
14     A.  Yes.
15     Q.  Okay.  And are they required to maintain video
16  surveillance?
17         MR. BRIGGS:  Object to form.
18         THE WITNESS:  Yes.
19  BY MR. GERSON:
20     Q.  And what is the purpose of -- do you know what
21  the purpose of the requirement under the Cruise Ship
22  Vessel Safety and Security Act of 2010 is to maintain the
23  security surveillance?
24         MR. BRIGGS:  Object to form.
25  BY MR. GERSON:

13  (Pages 49 to 52)

de792b55-03d4-4f22-a132-af5159ec7481

53

1      Q.  Video recording security surveillance.
2      MR. BRIGGS:  Same objection.
3      THE WITNESS:  I didn't understand that one.
4  BY MR. GERSON:
5      Q.  Sure.
6      Do you know why federal law requires, under the
7  Cruise Ship Vessel Safety and Security Act of 2010,
8  cruise ships to maintain video recording surveillance?
9      MR. BRIGGS:  Object to form.
10     THE WITNESS:  To prevent crime and assist
11 in investigations.
12 BY MR. GERSON:
13     Q.  And does Carnival do that?
14     A.  Yes.  We have cameras on our ships.
15     Q.  Does Carnival maintain video to assist in
16 documenting crimes on its vessels for purposes of
17 prosecution in the event of an alleged rape or sexual
18 assault?
19     A.  Absolutely.
20     Q.  Okay.  What else is your familiarity with
21 regard to video recording on Carnival vessels under the
22 Cruise Ship Vessel Safety and Security Act of 2010?
23     MR. BRIGGS:  Object to form.
24     THE WITNESS:  If anything is captured on
25 the video, we are supposed to turn it over to

54

1  law enforcement.
2  BY MR. GERSON:
3      Q.  And what are some of things that you train your
4  employees to look for in -- when accessing potential
5  video recordings on Carnival ships?
6      MR. BRIGGS:  Object to form.
7      THE WITNESS:  We're looking for evidence of
8  a crime.
9  BY MR. GERSON:
10     Q.  Okay.  And tell me what some -- approximately,
11 how many cameras are there on the Carnival Sensation?
12     A.  Couldn't tell you.
13     Q.  If I were to tell you there were roughly nine
14 hundred, would that sound about right?
15     A.  No.
16     MR. BRIGGS:  Object to form.
17 BY MR. GERSON:
18     Q.  No, it wouldn't?
19     A.  No.
20     Q.  Approximately, how many would you say that
21 there are?
22     MR. BRIGGS:  Object to form.
23     THE WITNESS:  I'm not sure.
24 BY MR. GERSON:
25     Q.  You're the Director of Security?

55

1      MR. BRIGGS:  Object to form.
2      THE WITNESS:  Yes.
3  BY MR. GERSON:
4      Q.  Okay.  Who determines where the security
5  cameras go?
6      A.  Shipbuilding.
7      Q.  Shipbuilding?
8      A.  Uh-huh.
9      Q.  Do you have any involvement in the placement of
10 security cameras?
11     A.  Not -- not when these ships were built, no.
12     Q.  What are the duties and responsibilities of a
13 Carnival ship, under the Cruise Ship Vessel Safety and
14 Security Act of 2010, in the event of a sexual assault?
15     MR. BRIGGS:  Object to form.
16     THE WITNESS:  You have to repeat that one.
17 BY MR. GERSON:
18     Q.  Sure.
19     Do you know what vessel owner's
20 responsibilities are when -- with respect to sexual
21 assault in the -- pursuant to the Cruise Ship Vessel
22 Safety and Security Act of 2010?
23     MR. BRIGGS:  Object to form.
24     THE WITNESS:  To fully investigate the
25 crime and notify law enforcement.

56

1  BY MR. GERSON:
2      Q.  Anything else?
3      MR. BRIGGS:  Object to form.
4      THE WITNESS:  Not offhand.
5  BY MR. GERSON:
6      Q.  Have you ever read the Cruise Ship Vessel
7  Safety and Security Act of 2010?
8      A.  Few times.
9      Q.  When was the last time?
10     A.  Probably over a year ago.
11     Q.  And why -- why did you read it?
12     A.  To tell you the truth, I don't even remember.
13     Q.  As you sit here today, have you told me your
14 entire familiarity with the Cruise Ship Vessel Safety and
15 Security Act of 2010?
16     MR. BRIGGS:  Object to form.
17     THE WITNESS:  That I can remember, yes.
18 BY MR. GERSON:
19     Q.  Do you know what is the requirements for
20 reporting crimes under the CVSSA; and by CVSAA, you know
21 what I'm referring to?
22     A.  Yes.
23     MR. BRIGGS:  Object to form.
24     THE WITNESS:  The requirements of -- I
25 missed the last part.

14  (Pages 53 to 56)

de792b55-03d4-4f22-a132-af5159ec7481

57

BY MR. GERSON:
Q.  Sure.
What are the requirements to report crimes under the CVSSA?
MR. BRIGGS:  Object to form.
THE WITNESS:  Requirements as?
BY MR. GERSON:
Q.  When a crime has been reported.
A.  We have -- if it meets one of the serious violations that are listed, we are required to report it and notify law enforcement.
Q.  When are you supposed to notify law enforcement?
A.  I'm not sure if there was a time limit on there.  We notify them immediately, as soon as we find out, if that's what you're asking.
Q.  So it's your understanding, under the CVSSA, Carnival is supposed to notify the nearest --
A.  I'm not saying -- I'm not sure what it says there.  I'm saying what we do, when there is an allegation made and there's enough information from the ship to notify us shoreside, we immediately contact law enforcement for that -- whoever is handling that area.  So if it's the Port of Miami, it would be the FBI field office.  If it's Port Canaveral, it would be the -- I

58

believe it's the Tampa field office.  Each area the port falls under, that's who we would contact.
Q.  Okay.  Have you ever received any training in response to the CVSSA?
A.  Training as in?
Q.  Training as to what's required under the CVSSA.
A.  Not specific training, no.
Q.  Are your employees trained under the CVSSA?
A.  I'm not sure I understand.
Q.  Are your security officers -- you know what a security officer is?
A.  Yeah.
Q.  Security officer is what?
A.  Be the first responder on the ship.
Q.  Who are the people that patrol the ship, what are they called?
A.  Security officers.
Q.  And the security officers, do they receive any training under the CVSSA?
A.  Yes.
Q.  What training do they receive?
A.  They have PowerPoints, videos, everything on board the vessel to -- to -- to give them that training.
Q.  Okay.  Who determines the training?
A.  Who?  We do.

59

Q.  Who is "we", you?
A.  Carnival Cruise Lines, security, yes.
Q.  So tell me how do you -- you said that there are videos?
A.  Correct.
Q.  Where do you get the videos from?
A.  From a conference we hold every year.  We have law enforcement come in and train our command that work on the vessels to then train our security officers.
Q.  And the videos are then provided to the ship's security officers and other personnel?
A.  The ship's security officers on board, yes.
Q.  Are they tested?
MR. BRIGGS:  Object to form.
THE WITNESS:  No written test, no.  No written test, no.
BY MR. GERSON:
Q.  What does Carnival do to ensure that your security officers are complying with the requirements under the CVSSA?
A.  Based on their training, the completion of the training, and then their performance while they're performing their duties on the job.
Q.  Okay.  What do you -- what -- how does Carnival evaluate whether or not they're doing their job

60

correctly?
MR. BRIGGS:  Object to form.
THE WITNESS:  At the end of each contract, they're given written evaluations.
BY MR. GERSON:
Q.  Anything else?
A.  Besides the evaluations?
Q.  Uh-huh.
A.  No.
Q.  Now, you filed an affidavit in this case, correct?
A.  Correct.
Q.  And we'll mark this affidavit as Exhibit 1.  Show it to your attorney.
(Plaintiff's Exhibit 1 was marked for identification.)
BY MR. GERSON:
Q.  Why don't you take a look at your affidavit, which we'll mark as Exhibit 1 -- or take a look a look at what's been marked as Exhibit 1, and ask you if you have read that.
A.  Yes.
Q.  Okay.  You know what a Security Plan is, do you not?
A.  Yes.

15  (Pages 57 to 60)

de792b55-03d4-4f22-a132-af5159ec7481

61

1    MR. BRIGGS: Object to form.
2  BY MR. GERSON:
3    Q.  What is the Security Plan?
4    A.  The Ship Security Plan.
5    Q.  Okay.  And what is the purpose of Ship Security
6  Plan?
7    A.  To establish guidelines for the security of the
8  vessel.
9    Q.  Okay.  And who devises the Security Plan?
10    A.  Who writes it?
11    MR. BRIGGS: Object to form.
12    THE WITNESS: The cruise line.
13  BY MR. GERSON:
14    Q.  Are you involved in writing the Security Plan?
15    A.  Yes.
16    Q.  And what is your involvement in writing the
17  Security Plan?
18    A.  It's to make sure the vessel is secure from any
19  terrorist attacks.
20    Q.  Is it your testimony that the Ship Security
21  Plan only is used to address terrorists attacks?
22    A.  Yes.
23    Q.  How do you know what to include in the Ship
24  Security Plan --
25    MR. BRIGGS: Object to form.

62

1  BY MR. GERSON:
2    Q.  -- since you write it?
3    MR. BRIGGS: Object to form.
4    THE WITNESS: What to include in it?
5  BY MR. GERSON:
6    Q.  Yes.
7    A.  There's guidelines that are required by the
8  flag of each vessel.
9    Q.  What other guidelines are required?
10    MR. BRIGGS: Object to form.
11    THE WITNESS: The United States Coast
12    Guard, International Ship and Port Security
13    Plan, IMO.
14  BY MR. GERSON:
15    Q.  Uh-huh.
16    Is it your testimony that the Ship Security
17  Plan is only in place to prevent the vessel from
18  terrorism?
19    MR. BRIGGS: Object to form.
20    THE WITNESS: Terrorist attacks, yes.
21  BY MR. GERSON:
22    Q.  Yes?
23    A.  Terrorist attacks, yes.
24    Q.  That's it?
25    A.  Yes.

63

1    MR. BRIGGS: Object to form.
2  BY MR. GERSON:
3    Q.  Is the word "terrorist attack" used in any of
4  the United States Coast Guard or the International Ship
5  and Port Facility Security Guidelines as far as Security
6  Plan requirements?
7    MR. BRIGGS: Object to form.
8    THE WITNESS: I believe so, yes.
9  BY MR. GERSON:
10    Q.  You believe so?
11    Tell me what your -- the basis your belief is.
12    A.  Ship Security Plans were developed --
13    Q.  Wasn't my question, but go ahead.
14    A.  Well, I'm just telling you the Ship Security
15  Plan was developed in direct correlation to the attacks
16  of 9/11, the terrorist attacks.
17    So in 2003, ISPS formulated the rules that we
18  had to have Ship Security Plans.
19    Q.  So prior to 2003, Carnival had no Security
20  Plan?
21    A.  I was not here.  As far as I know, yes, it did.
22    Q.  You were working for -- you worked as a Staff
23  Investigator from 2007 until 2012, right?
24    A.  Correct.
25    Q.  Okay.  And before then, you didn't work for

64

1  Carnival?
2    MR. BRIGGS: Object to form.
3    THE WITNESS: Before 2007, correct.
4  BY MR. GERSON:
5    Q.  So your understanding is that -- so it's your
6  testimony that the Ship Security Plan does not address
7  any provisions related to protecting passengers or crew
8  from personal crime, such as sexual assault or robberies?
9    MR. BRIGGS: Object to form.
10    THE WITNESS: Correct.
11  BY MR. GERSON:
12    Q.  Does the Ship Security Plan address any
13  security measures that could be helpful in preventing
14  passengers from being subject to personal crimes, such as
15  sexual assault or rapes or aggravated assault?
16    A.  No, it does not.
17    Q.  Is there anything prohibiting Carnival -- or
18  strike that.
19    Are you aware of any law or any rule or
20  regulation that states that a cruise ship company like
21  Carnival cannot include provisions that specifically
22  protect passengers from personal crimes, such as rape or
23  sexual assault, in its Security Plan?
24    MR. BRIGGS: Object to form.
25    THE WITNESS: Say it one more time.

16  (Pages 61 to 64)

de792b55-03d4-4f22-a132-af5159ec7481

65

1      MR. GERSON:  Repeat the question, please.
2      (Thereupon, the last question was read back
3  by the reporter as above recorded.)
4      MR. BRIGGS:  Same objection.
5      THE WITNESS:  The Security Plan is in place
6  to -- to -- is designed for the security of the
7  vessel, it's ship security sensitive
8  information, so that's what's in the Ship
9  Security Plan.
10  BY MR. GERSON:
11      Q.  That wasn't what I asked.
12      My question for you, sir, was:  Are you aware
13  of any law, rule, regulation or any other authority that
14  prevents or prohibits a cruise line from including
15  provisions in its Security Plan that were related to
16  from personal crimes, such as sexual assaults, rapes or
17  any other violent crimes?
18      MR. BRIGGS:  Object to form.
19      THE WITNESS:  No, I don't know.
20  BY MR. GERSON:
21      Q.  So if Carnival wanted to include provisions in
22  its Security Plan that were related to helping protect
23  passengers or crew members from personal crimes, such as
24  sexual assault, rapes or any other violent crimes,
25  Carnival could, if it wanted to?

66

1      A.  No, because the only thing in the Ship Security
2  Plan is security sensitive information.
3      Q.  When was the last time you reviewed the
4  guidelines under the International Ship and Port Security
5  Code of 2003?
6      MR. BRIGGS:  Object to form.
7      THE WITNESS:  I refer to it when -- when I
8  need to.  I don't remember the whole book, no.
9  BY MR. GERSON:
10      Q.  Does the Security Plan address patrol orders of
11  your Security personnel?
12      A.  No.
13      Q.  Okay.  Does it -- are you required to address
14  the frequency and intensity of visual and physical
15  inspections of your -- performed by your guards and
16  patrols?
17      MR. BRIGGS:  Object to form.
18      THE WITNESS:  Say it one more time.
19  BY MR. GERSON:
20      Q.  Sure.
21      I think what you're telling me is that the
22  Security Plan is only in place to prevent terrorist
23  attacks.
24      MR. BRIGGS:  Object to form.
25      THE WITNESS:  It's in place to prevent

67

1  terrorist attacks for the security of the
2  vessel, correct.
3  BY MR. GERSON:
4      Q.  So Carnival has no provisions in its Security
5  Plan to help protect passengers from rapes or sexual
6  assaults or violent crimes, right?
7      MR. BRIGGS:  Object to form.
8      THE WITNESS:  Correct.
9  BY MR. GERSON:
10      Q.  And tell me when was the last time the Security
11  Plan was updated?
12      MR. BRIGGS:  Object to form.
13      THE WITNESS:  2013.
14  BY MR. GERSON:
15      Q.  Does the Security Plan require performing
16  routine security patrols?
17      MR. BRIGGS:  Object to form.
18      THE WITNESS:  Routine security patrols?
19  BY MR. GERSON:
20      Q.  Yes.
21      A.  For the restricted areas, yes.
22      Q.  Okay.  What else; for restricted areas?
23      MR. BRIGGS:  Object to form.
24      THE WITNESS:  The Ship Security Plan is
25  only for restricted areas, correct.  Patrols for

68

1  restricted areas.
2  BY MR. GERSON:
3      Q.  What about monitoring passenger areas?
4      A.  Doesn't specify, no.
5      Q.  When you say it "doesn't specify" in there,
6  what do you mean?
7      A.  When they are patrolling for restricted areas,
8  that's what's in the ships Security Plans.
9      Q.  What are "restricted areas"?
10      A.  Those areas designated by the vessel, which are
11  restricted.
12      Q.  So the Security Plan addresses security patrols
13  of non-passenger or restricted areas, is that accurate?
14      A.  Correct.
15      MR. BRIGGS:  Object to form.
16  BY MR. GERSON:
17      Q.  Okay.  Does it -- does the Security Plan
18  address any of the shipboard personnel assigned security
19  responsibilities?
20      A.  Yes.
21      Q.  What does the Ship Security Plan address with
22  respect to assigned security responsibilities?
23      A.  You're saying responsibilities, I'm not sure
24  what -- what you mean.  It gives what each -- the
25  officer, the assistant and the chief and staff captain

17 (Pages 65 to 68)

de792b55-03d4-4f22-a132-af5159ec7481

69

1 responsibilities are.
2    Q.  Okay.  Are security incident reporting
3 requirements mandated under the Security Plan?
4    A.  No.
5    Q.  They are not?
6    A.  No.
7    Q.  So it's your testimony that the ISPS Code does
8 not require a Vessel Security Plan to report security
9 incidents under federal law?
10      MR. BRIGGS:  Object to form.
11      THE WITNESS:  It depends on -- it depends
12 on the incident, yes.  Not criminal incidents as
13 in sexual assaults or physical assaults, only
14 incidents to do with vessel security.
15 BY MR. GERSON:
16    Q.  When there's been a claim that a passenger has
17 been raped or sexually assaulted on a cruise ship,
18 doesn't that sometimes includes allegations of inadequate
19 security?
20    A.  It's a security of the vessel; not the persons
21 on the vessel.
22    Q.  Okay.
23    A.  So we -- we report incidents of breaches of
24 security, something to do with the security of the
25 vessel, not the people on the vessel.

70

1    Q.  Okay.  What is a breach of security?
2    A.  Anybody that enters into a restricted area
3 unauthorized; anybody that -- a stowaway boards the
4 vessel and they're not supposed to; anybody brings a
5 firearm on board.
6    Q.  Okay.  If the Ship Security Plan doesn't
7 address helping protect passengers from rape or sexual
8 assault on Carnival ships, what documents do exist that
9 address crime prevention on Carnival vessels?
10      MR. BRIGGS:  Object to form.
11      THE WITNESS:  The Ship Security Manual.
12 BY MR. GERSON:
13    Q.  Does the Ship Security Manual have any specific
14 provisions related to preventing rape or sexual assault?
15    A.  It has, I believe, patrol techniques in there.
16    Q.  When you say "patrol techniques", you're
17 familiar with the Ship Security Manual as well?
18    A.  I reviewed it, yes.
19    Q.  Let me ask you this:  Going back to the vessel
20 security -- the Ship Security Plan, there's a Security
21 Plan for each vessel, right?
22    A.  Yes.
23    Q.  And they're specific, obviously, to the
24 configuration, the layout of the ship?
25    A.  Correct.

71

1    Q.  Does the vessel security guide -- or does,
2 excuse me.
3      Does the -- does the ISPS Code -- you agree the
4 ISPS Code is the one of the guidelines that is used for
5 cruise ships to devise their Ship Security Plans, do you
6 not?
7      MR. BRIGGS:  Object to form.
8      THE WITNESS:  Yes.
9 BY MR. GERSON:
10    Q.  Well, do you know that or do you not know?
11    Do you know?
12    A.  Yes.
13      MR. BRIGGS:  Object to form.
14 BY MR. GERSON:
15    Q.  What else is there?
16      MR. BRIGGS:  Object to form.
17 BY MR. GERSON:
18    Q.  What other guidelines are required to help
19 devise the Ship Security Plan?
20      MR. BRIGGS:  Object to form.
21      THE WITNESS:  I'm not sure if there are.
22 BY MR. GERSON:
23    Q.  You're not aware of any others?
24    A.  I'm not sure, no.
25    Q.  And under -- well, to your -- as the Director

72

1 of Security for Carnival, are your vessel security
2 officers supposed to have knowledge of their training and
3 experience?
4      MR. BRIGGS:  Object to form.
5      THE WITNESS:  Are the vessel security
6 officers supposed to have?
7 BY MR. GERSON:
8    Q.  Knowledge of their training and experience.
9      MR. BRIGGS:  Object to form.
10      THE WITNESS:  Knowledge of their training?
11 BY MR. GERSON:
12    Q.  Yes.  Does the Vessel Security Plan require its
13 security officers to be familiar with their training and
14 experience as part of their duties and responsibilities
15 under international law and under the Ship Security Plan?
16      MR. BRIGGS:  Object to form.
17      THE WITNESS:  It's confusing me what you
18 mean -- they have knowledge of their own
19 training, is that what you're asking?
20 BY MR. GERSON:
21    Q.  Yes.
22    A.  I'm sure they have knowledge of their own
23 training.
24    Q.  Okay.  Do you expect your security officers to
25 be familiar with their training as required under federal

18  (Pages 69 to 72)

73

1  law?
2         MR. BRIGGS:  Object to form.
3         THE WITNESS:  Yes.
4  BY MR. GERSON:
5         Q.  Do you expect your security officers to be
6  familiar with their requirements under the Vessel
7  Security Plan?
8         A.  Yes.
9         Q.  Do you expect your security officers to be
10 familiar with how to maintain a crime scene?
11        A.  Yes.
12        Q.  Do you -- do you expect your security officers
13 to be familiar with reporting crimes?
14        A.  Security reporting?
15        Q.  Procedure of reporting crimes under federal
16 law.
17        MR. BRIGGS:  Object to form.
18        THE WITNESS:  They're not required to know
19    that because we do that from the office.
20 BY MR. GERSON:
21        Q.  When you say "they're not required to do that",
22 what do you mean?
23        A.  A security officer is not required to contact
24 law enforcement.  That's the job of the shoreside Staff
25 Investigator.

74

1         Q.  Say that again.
2         A.  I said, the security officer, that's not in his
3  job to contact law enforcement.  They contact Staff
4  Investigator.
5         Q.  Are you familiar with a security audit?
6         A.  Yes.
7         Q.  The security audit is also required under the
8  Security Plan or the ISPS Code of 2003?
9         A.  Correct.
10        MR. BRIGGS:  Object to form.
11 BY MR. GERSON:
12        Q.  And does the security audit state or is
13 there -- are the issues -- strike that.
14        Is ensuring security awareness or vigilance on
15 board a requirement under the Security Audit and Security
16 Plan on the vessel?
17        MR. BRIGGS:  Object to form.
18 BY MR. GERSON:
19        Q.  I see you're looking at the document that's on
20 my desk and --
21        A.  Because I don't know where else to look.
22        Q.  I'm asking you --
23        A.  I promise you I can't read the document.
24        Q.  I'm trying to gauge what your personal
25 knowledge is of the --

75

1         A.  I'm trying to think what audit you're talking
2  about.  We have numerous audits that -- that occur on our
3  vessels.
4         Q.  Okay.  Well, the audit that is required under
5  the ISPS; you know what the ISPS is?
6         MR. BRIGGS:  Object to form.
7  BY MR. GERSON:
8         Q.  ISPS of 2003.
9         MR. BRIGGS:  Object to form.
10        THE WITNESS:  Yes.
11 BY MR. GERSON:
12        Q.  Are audits performed regarding ensuring the
13 reporting and recording of all security incidents?
14        MR. BRIGGS:  Object to form.
15        THE WITNESS:  Not sure.
16 BY MR. GERSON:
17        Q.  Are audits required to ensure that adequate
18 training for vessel security personnel is adequate?
19        MR. BRIGGS:  Object to form.
20        THE WITNESS:  Yes.
21 BY MR. GERSON:
22        Q.  Okay.  What about knowledge of current security
23 threats and patterns?
24        MR. BRIGGS:  Object to form.
25        THE WITNESS:  Are --

76

1         MR. BRIGGS:  What about it?
2         THE WITNESS:  Yeah.
3         MR. GERSON:  Am I taking your depo also.
4         MR. BRIGGS:  No, but are you going to ask
5     questions?
6         You can try.
7         MR. GERSON:  I can notice you after, but --
8         MR. BRIGGS:  Why don't you ask a question
9     that isn't objectionable?
10        MR. GERSON:  Why don't you just object and
11    not question --
12        MR. BRIGGS:  He can't answer your vague
13    confusing questions.
14        Ask him a question that's not
15    objectionable.
16 BY MR. GERSON:
17        Q.  Let's make this easy, sir.  If you don't
18 understand my question, just say you don't understand,
19 okay?
20        A.  All right.
21        Q.  That's all.
22        So under the Vessel Security Plan, are your
23 security officers required to have knowledge of current
24 security threats and patterns?
25        MR. BRIGGS:  Object to form.

19  (Pages 73 to 76)

de792b55-03d4-4f22-a132-af5159ec7481

77

```
1          THE WITNESS:  Yes.
2   BY MR. GERSON:
3      Q.  Okay.  And what does Carnival do to ensure that
4   its officers are familiar with current security threats
5   and patterns?
6          MR. BRIGGS:  Object to form.
7          THE WITNESS:  They are given routine
8   updates.
9   BY MR. GERSON:
10     Q.  Okay.  And who provides those updates?
11     A.  Carnival Corporation.
12     Q.  Who from Carnival Corporation?
13     A.  Maritime Security.
14     Q.  And does that fall under your responsibilities?
15     A.  Maritime Security, no.
16     Q.  Maritime Security?
17     A.  It's a different department inside Carnival
18  Corporation, not Carnival Cruise Lines.
19     Q.  Who's in charge -- how is Maritime Security
20  different from your responsibilities?
21         MR. BRIGGS:  Object to form.
22         THE WITNESS:  Maritime Security is, I would
23  say, analysts, basically.  They work for the
24  corporation, which is the ten different cruise
25  lines that are underneath Carnival Corporation.
```

78

```
1   So they put the information out, current threats
2   in different areas of the world, or different
3   ports we go to.
4   BY MR. GERSON:
5      Q.  Okay.  How many terrorist attacks have there
6   been on a Carnival ship in the last five years?
7      A.  Zero.
8      Q.  How many rapes have there been on a Carnival
9   ship in the last five years?
10     A.  Not sure.
11     Q.  How many claims of sexual assault have there
12  been on a Carnival ship in the last five years?
13         MR. BRIGGS:  Object to form.
14         THE WITNESS:  I'm not sure.
15  BY MR. GERSON:
16     Q.  Do you attend any of the security trainings?
17         MR. BRIGGS:  Object to form.
18         THE WITNESS:  Which security trainings?
19  BY MR. GERSON:
20     Q.  Well, are there security trainings?
21         MR. BRIGGS:  Object to form.
22         THE WITNESS:  Yes.
23  BY MR. GERSON:
24     Q.  How often does Carnival have security
25  trainings?
```

79

```
1          MR. BRIGGS:  Object to form.
2          THE WITNESS:  Shoreside, I -- we have a
3   conference once a year.
4   BY MR. GERSON:
5      Q.  Who runs the conference?
6      A.  I do.
7      Q.  You do, okay.
8          And at those conferences, how many times has
9   the issue of rape and sexual assault been addressed?
10         MR. BRIGGS:  Object to form.
11         THE WITNESS:  Almost every year.
12  BY MR. GERSON:
13     Q.  Every year?
14     A.  Yeah.
15     Q.  Tell me what -- tell me what -- tell me
16  what you told -- how many people attend the seminar -- or
17  it's a training?
18     A.  It's a conference, yes.
19     Q.  Conference.
20         Where does the conference take place?
21     A.  At Carnival Cruise Lines.
22     Q.  How many people go to the conference?
23     A.  Probably 40 to 50 people a year.
24     Q.  Who is supposed to attend?
25         MR. BRIGGS:  Object to form.
```

80

```
1          THE WITNESS:  The Ships Security Officers
2   and the Chief Security Officers.
3   BY MR. GERSON:
4      Q.  And tell me what has been discussed at the
5   prior trainings -- or the prior conferences?
6      A.  It's -- it's basically everything.  It's
7   training on -- on investigating crimes.  They have care
8   team training.  We have the FBI train them on evidence
9   collection and preservation.  We have the FBI come in and
10  teach them about terrorist training or terrorist events,
11  current events.  We have the Federal Air Marshall teach
12  them on observation techniques.
13     Q.  Okay.  Do you think it's unreasonable for your
14  security officers to be familiar with all those
15  techniques?
16     A.  Unreasonable?
17         MR. BRIGGS:  Object to form.
18  BY MR. GERSON:
19     Q.  Yes.  Is it?
20     A.  Is it unreasonable to know it?
21         MR. BRIGGS:  Object to form.
22  BY MR. GERSON:
23     Q.  Yes.
24     A.  No, I don't think it's unreasonable.
25     Q.  Is it unreasonable for your security officers
```

20  (Pages 77 to 80)

de792b55-03d4-4f22-a132-af5159ec7481

81

1  to be familiar with their training with respect to the
2  Cruise Ship Vessel -- CVSSA?
3      MR. BRIGGS:  Object to form.
4      THE WITNESS:  For them to be unfamiliar
5  with it?
6  BY MR. GERSON:
7      Q.  Yes.
8      A.  I'm not sure.  Say it again.
9      Q.  Is it unreasonable, as the Director of Security
10  for Carnival Cruise Lines, to expect your security
11  officers to be familiar with their training with respect
12  to CVSSA?
13      MR. BRIGGS:  Object to form.
14      THE WITNESS:  They should be familiar with
15  it.
16  BY MR. GERSON:
17      Q.  Now, you mentioned that the issue of rape and
18  sexual assault has been addressed every year at the -- at
19  these annual conventions that you have -- seminars --
20      MR. BRIGGS:  Object to form.
21  BY MR. GERSON:
22      Q.  -- is that correct?
23      MR. BRIGGS:  Objection.
24      THE WITNESS:  Correct, investigations.
25  BY MR. GERSON:

82

1      Q.  Okay.  Investigations of the crimes?
2      MR. BRIGGS:  Object to form.
3      THE WITNESS:  Investigations of crimes,
4  yes.
5  BY MR. GERSON:
6      Q.  What about has the issue of prevention of
7  crime of rape or sexual assault been discussed at these
8  conventions -- or seminars, excuse me?
9      A.  Prevention of crime, period, yes.
10      Q.  Okay.  What crimes?
11      A.  Any -- any crimes that are on board the vessel.
12  We teach them prevention, which is including observation
13  techniques, patrol techniques, responsible service of
14  alcohol.  It's all taught.
15      Q.  This seminar that you have once a year that's
16  only for the ship security -- the ship -- the Chief
17  Security Officer to attend, is that correct?
18      MR. BRIGGS:  Object to form.
19      THE WITNESS:  The Chief Security Officers
20  and the Ship Security Officers who are the Staff
21  Captains.
22  BY MR. GERSON:
23      Q.  Okay.  The Ship Security Officers and the Chief
24  Security Officer, who is also the Staff Captain.
25      So your -- the security officers, the guys that

83

1  are doing the patrolling, for instance, they're not
2  required to attend any of these, correct?
3      A.  Correct.
4      Q.  Whose job is it to make sure that your security
5  employees are aware about prior sexual assaults on your
6  ships?
7      A.  To be --
8      MR. BRIGGS:  Object to form.
9      THE WITNESS:  Oh, that would be the
10  Chief Security -- the conference -- after they
11  come to the conference, then they basically
12  bring back the conference to the security
13  officers.  That's where if the conference was
14  videotaped, the videotape would be on board.
15  The officer is required to view the videotape.
16  Depends on who allowed us to videotape.  Some
17  government agencies don't allow you to
18  videotape.
19      So it's the Chief Security Officer and
20  Staff Captains are responsible to make sure the
21  security officers on board are aware of the
22  different techniques to prevent crime on board.
23  BY MR. GERSON:
24      Q.  So it's your testimony that after the security
25  seminars every year that they are videoed and then a copy

84

1  is shown to all of your security officers on a particular
2  vessel?
3      MR. BRIGGS:  Object to form.
4      THE WITNESS:  Not every year, they're not
5  videoed.  Like I said, it depends on the
6  government agency.  The last videotape I think
7  was done in 2011.  There's PowerPoints.  There's
8  all different training that they get on board
9  that's brought back from the conference, or it
10  could be from previous conferences, for them to
11  review.  It depends when they were hired.  They
12  might not have been here when those previous
13  conferences occurred.
14  BY MR. GERSON:
15      Q.  Okay.  And can you tell me what specifically
16  Carnival is doing to try and protect passengers from rape
17  and sexual assault on its vessels?
18      MR. BRIGGS:  Object to form.
19      THE WITNESS:  It -- it -- the additional,
20  the training we give to everybody on board,
21  it's -- it's hard to explain.  I know what
22  you're getting at, but it's the constant
23  training we give them on board to -- to
24  recognize people that might be intoxicated that
25  could potentially become a victim of an assault;

21 (Pages 81 to 84)

de792b55-03d4-4f22-a132-af5159ec7481

85

1    patrolling the areas to make sure the certain
2    areas of the ship, if it's a secluded area,
3    there's nothing going on in those areas,
4    especially during different times of the day.
5        We try to avoid any type of criminal
6    activity on board our vessels and that's what we
7    direct to all of our employees that work in
8    security.
9        Every crew member on board the vessel, not
10   just security officers, have some type of
11   familiarization training regarding security,
12   because they're all out there with their eyes
13   and ears, just like we are.  If they see
14   something suspicious, they're to contact
15   security.  So they have that type of training
16   from our HR department, familiarization
17   training, about what security is and what is
18   expected of them, if they see something
19   suspicious on the vessel.
20   BY MR. GERSON:
21       Q.   You're familiar with the Security Manual, are
22   you not?
23       A.   Yes.
24       Q.   The Security Manual is a different document as
25   opposed to the Security Plan, correct?

86

1        MR. BRIGGS:  Object to form.
2        THE WITNESS:  Correct.
3    BY MR. GERSON:
4        Q.   Is the issue of rape, prevention of rape or
5    sexual assault, stated anywhere in the Ship Security
6    Manual?
7        MR. BRIGGS:  Object to form.
8        THE WITNESS:  The prevention of it?
9    BY MR. GERSON:
10       Q.   Yes.
11       A.   I don't know if the prevention of it.  I
12   believe the investigation is in there.
13       Q.   When you say the investigation, you mean the
14   investigation of any criminal incident, correct?
15       A.   Correct.
16       Q.   Carnival goes into various -- a lot of detail
17   about what to do once a crime has been reported on a
18   Carnival ship, right?
19       A.   Correct.
20       Q.   We've already gone over what some of those are.
21       Who determines -- or strike that.
22       As the Director of Security for Carnival, are
23   you aware of anything Carnival has ever done as far as an
24   analysis of sexual assaults or rapes that have taken
25   place on any of the ships to evaluate patterns and

87

1    trends?
2        MR. BRIGGS:  Object to form.
3        THE WITNESS:  No, I'm not.
4    BY MR. GERSON:
5        Q.   You're not aware of anything that Carnival has
6    ever done to evaluate the patterns and trends of crimes,
7    such as rapes and sexual assaults occurring on Carnival
8    ships?
9        MR. BRIGGS:  Object to form.
10       THE WITNESS:  I know they've been done.
11   I'm not aware what they are.
12   BY MR. GERSON:
13       Q.   When you say you "know they've been done", how
14   do you know they've been done?
15       A.   Because that falls under our Manager of
16   Investigations and --
17       Q.   Okay, okay.
18       A.   -- his analysts.
19       Q.   But the Manager of Investigations is someone
20   below you, right?
21       A.   Right.
22       Q.   That person reports to you?
23       A.   Correct.
24       Q.   Then you report to the VP of Security, right?
25       A.   Correct.

88

1        MR. BRIGGS:  Object to form.
2    BY MR. GERSON:
3        Q.   And so tell me what has been -- the analysis
4    been of sexual assault and rapes on Carnival ships in the
5    last three years?
6        MR. BRIGGS:  Object to form.
7        THE WITNESS:  I don't know.
8    BY MR. GERSON:
9        Q.   Okay.  Do you know how many times someone has
10   been allegedly raped or sexually assaulted on a Carnival
11   ship in the last three years?
12       MR. BRIGGS:  Object to form.
13       THE WITNESS:  No.
14   BY MR. GERSON:
15       Q.   Do you know whether that number has gone up or
16   down in the last three years?
17       MR. BRIGGS:  Object to form.
18       THE WITNESS:  No.
19   BY MR. GERSON:
20       Q.   Do you know whether or not, as a consequence of
21   the numerous prior rapes and sexual assaults that have
22   been alleged to have occurred on a Carnival ship, whether
23   there have been any adjustments to any of the physical
24   security systems on Carnival vessels?
25       MR. BRIGGS:  Object to form.

22  (Pages 85 to 88)

de792b55-03d4-4f22-a132-af5159ec7481

89

1    THE WITNESS: No.
2  BY MR. GERSON:
3    Q.  So Carnival hasn't done anything that you're
4  aware of to change or improve the physical security on
5  its ships to protect passengers from rape or sexual
6  assault?
7    MR. BRIGGS: Object to form.
8    THE WITNESS: I'm not saying they haven't
9  done anything. I'm saying I don't know of any.
10  It doesn't all go through me. I'm the
11  administrative part of the Security Department.
12  So if it has to do with the safety of the vessel
13  itself, that's my area.
14    The Senior Manager of Investigations
15  handles the criminal investigations part, if
16  anything happens, or is alleged to have
17  happened, to a guest or a crew member on board.
18  BY MR. GERSON:
19    Q.  Well, you're the Director of Security, right?
20    MR. BRIGGS: Object to form.
21    THE WITNESS: Correct.
22  BY MR. GERSON:
23    Q.  So you're telling me that the Staff
24  Investigators report to you, after there's been a crime
25  committed on a Carnival ship, right?

90

1    MR. BRIGGS: Object to form.
2    THE WITNESS: Staff Investigators report to
3  Senior Manager of Investigations.
4  BY MR. GERSON:
5    Q.  And then that Senior Manager of Investigations
6  reports to you?
7    A.  Correct.
8    MR. BRIGGS: Object to form.
9  BY MR. GERSON:
10    Q.  And then you report to VP?
11    MR. BRIGGS: Object to form.
12    THE WITNESS: If you're drawing a straight
13  line, yes.
14  BY MR. GERSON:
15    Q.  So you're not aware of any adjustments to the
16  physical security systems on Carnival ships, including
17  the Carnival Sensation, in the last three years, are you?
18    MR. BRIGGS: Object to form.
19    THE WITNESS: I haven't been told of any,
20  correct.
21  BY MR. GERSON:
22    Q.  And you have never discussed any at any of the
23  security seminars that you have presented at over the
24  last five years, have you?
25    A.  I have not.

91

1    MR. BRIGGS: Object to form.
2  BY MR. GERSON:
3    Q.  Have you ever notified the Chief Security
4  Officers at any of these seminars of the number of
5  reported rapes and sexual assaults that have been
6  reported to Carnival?
7    MR. BRIGGS: Object to form.
8    THE WITNESS: I believe it's in there, but
9  I don't remember doing it, no.
10  BY MR. GERSON:
11    Q.  When you say you "believe it's in there", what
12  do you mean you believe it's in there, you believe it's
13  in where?
14    A.  I don't teach the whole seminar.
15    Q.  The Security Manual, you're familiar with
16  what -- strike that.
17    Security officers responsibilities are detailed
18  in the Security Manual, is that correct?
19    A.  Correct.
20    Q.  Okay. And it's my understanding that the last
21  time the security officer post orders were revised was
22  October of 2009?
23    MR. BRIGGS: Object to form.
24    THE WITNESS: Is that what it says? I'm
25  not sure.

92

1  BY MR. GERSON:
2    Q.  That's my understanding, yes.
3    MR. BRIGGS: Objection.
4    THE WITNESS: I'd have to say if that's the
5  date that's on there, if there's -- that's the
6  current one, yes, October 12, 2009.
7  BY MR. GERSON:
8    Q.  Okay. So the Cruise Ship Vessel Safety and
9  Security Act is dated 2010, right?
10    MR. BRIGGS: Object to form.
11    THE WITNESS: Yes.
12  BY MR. GERSON:
13    Q.  Okay. So Carnival has not updated any of its
14  security officer post orders in the last six years, has
15  it?
16    MR. BRIGGS: Object to form.
17    THE WITNESS: Based on that, yes.
18  BY MR. GERSON:
19    Q.  Well, "based on that", I'm referring to the
20  Carnival cruise Ship Security Manual, right? You know
21  what that is?
22    A.  Correct.
23    Q.  This was produced by your attorney in this
24  case?
25    MR. BRIGGS: Form.

23 (Pages 89 to 92)

de792b55-03d4-4f22-a132-af5159ec7481

93

```
 1        THE WITNESS:  Correct.
 2   BY MR. GERSON:
 3        Q.  This Ship Security Manual is what your officers
 4   are required to be familiar with as part of their duties
 5   and responsibilities, are they not?
 6        A.  Correct.
 7        Q.  So if post orders are not more clearly defined
 8   in the Security Manual, then the officers duties and
 9   responsibilities are going to be limited to what the
10   manual says, right?
11        MR. BRIGGS:  Object to form.
12        THE WITNESS:  Correct.
13   BY MR. GERSON:
14        Q.  Okay.  And can you tell me anywhere in the --
15   anywhere in the Security Manual that discusses prevention
16   of rape or sexual assault for passengers or crew?
17        A.  I said before, I don't think it's in the
18   manual, just the investigations of it.
19        Q.  So there are no provisions in the Security
20   Manual that address rape -- prevention of rape or sexual
21   assault on Carnival vessels, correct?
22        MR. BRIGGS:  Object to form.
23        THE WITNESS:  Correct.
24   BY MR. GERSON:
25        Q.  The only thing the manual addresses is
```

94

```
 1   investigations of the incident, right?
 2        MR. BRIGGS:  Object to form.
 3        THE WITNESS:  Of criminal incidents.
 4   BY MR. GERSON:
 5        Q.  Of criminal incident.
 6        And what Carnival employees should do in the
 7   event of a criminal incident, right?
 8        MR. BRIGGS:  Object to form.
 9        THE WITNESS:  Correct.
10   BY MR. GERSON:
11        Q.  Now, the Ship Manual -- who determines the
12   staffing levels of Carnival ships?  And when I mean
13   staffing levels, I mean security officers.
14        A.  That are working on each individual ship?
15        Q.  Yes.
16        A.  It's -- there's a lot of factors that go into
17   it, but our -- we make a recommendation to our
18   HR department of how many should be on board and then
19   whether there's cabin availability, then a decision is
20   made.
21        Q.  And what -- and you're involved in that?
22        A.  We have another person in our office that
23   handles that.
24        Q.  When you say another person in your office that
25   handles that, or helps you handle that, what do you mean?
```

95

```
 1        A.  He's our Port Security Manager.
 2        Q.  Okay.
 3        A.  He handles the staffing and the budget of
 4   security officers that are on the vessel.
 5        Q.  Okay.  He reports to you?
 6        A.  Yes.
 7        Q.  Okay.  So have you ever made any
 8   recommendations to Carnival to increase the number of
 9   security patrols on any vessels?
10        A.  Yes.
11        Q.  And tell me about that.
12        MR. BRIGGS:  Object to form.
13   BY MR. GERSON:
14        Q.  What recommendation have you made?
15        A.  Each year, prior to the new budget coming out
16   we always make recommendations to increase.
17        Q.  When was the last time that a recommendation --
18   tell me what the last recommendation you made was to
19   increase the number of security officers for a particular
20   vessel?
21        A.  It was to -- let me see.  I'm trying to think
22   what year.  Might have been -- this is '15 -- so 2013
23   or 2012 when a new ship came out to increase, because it
24   was a larger ship, to increase more officers on that
25   vessel.
```

96

```
 1        Q.  Okay.
 2        A.  I don't know if it was '12 or '13.
 3        Q.  Was that the Carnival Breeze?
 4        A.  Yes.
 5        Q.  Carnival Breeze is roughly, what, 4,000
 6   passengers on it?
 7        MR. BRIGGS:  Objection.
 8        THE WITNESS:  Correct.
 9   BY MR. GERSON:
10        Q.  What guideline does Carnival follow in terms of
11   passenger to security officers on-duty ratio?
12        MR. BRIGGS:  Object to form.
13        THE WITNESS:  I'm not sure if there are
14   guidelines.
15   BY MR. GERSON:
16        Q.  How does Carnival determine how many security
17   officers should be on-duty at any particular time?
18        A.  That's left up to the Ship Security Officer,
19   Staff Captain.
20        Q.  Staff Captain?
21        A.  Yes.
22        Q.  So you made a recommendation that Carnival, in
23   2012/2013, should increase the number of security
24   officers on the Breeze?
25        MR. BRIGGS:  Object to form.
```

de792b55-03d4-4f22-a132-af5159ec7481

97

1       THE WITNESS:  Correct.
2   BY MR. GERSON:
3       Q.  What is the ratio that Carnival follows right,
4   now passengers to security officers?
5       A.  I don't believe there is a ratio.
6       Q.  So how does Carnival evaluate the security
7   needs of a cruise ship?
8       MR. BRIGGS:  Object to form.
9       THE WITNESS:  Not sure.
10  BY MR. GERSON:
11      Q.  Okay.  You're the Director of Security for
12  Carnival, aren't you?
13      MR. BRIGGS:  Objection.
14      THE WITNESS:  Correct.
15  BY MR. GERSON:
16      Q.  Why don't you know what the criteria is to
17  evaluate the security needs of a Carnival cruise ship if
18  you're the Director of Security?
19      A.  Because I don't know if there is a criteria.
20      Q.  Based on your training and experience as a
21  police officer, don't you know, from that training and
22  background and experience, that there are certain areas
23  of town that require increased police patrols?
24      A.  Yes.
25      Q.  Okay.  And how do you know that?

98

1       A.  Based on what's going on in those areas.
2       Q.  How do you become familiar with what's going on
3   in those areas?
4       A.  Based on reports.
5       Q.  Okay.  And who provides those reports, the
6   police department, right?
7       A.  Correct.
8       MR. BRIGGS:  Object to form.
9   BY MR. GERSON:
10      Q.  So based on your knowledge, training,
11  experience as a police officer for 20 years, you would
12  agree that the determination of whether or not to
13  increase a patrol, or provide more police officers in a
14  particular area, is based on the level of criminal
15  activity that has been ongoing, would you not?
16      A.  Correct.
17      Q.  Okay.  And so -- but as a Director of Security
18  for Carnival, you're not aware of any criteria that
19  Carnival uses to evaluate the security needs of its
20  ships, do you?
21      MR. BRIGGS:  Object to form.
22      THE WITNESS:  No.  The criminal
23  activities -- it's not like the same as a city,
24  what we use in our criteria.  It -- I'm trying
25  to figure out how to say it.  The crimes on

99

1   cruise ship are a lot less than in a city.
2       Q.  Okay.  Well, how many crimes -- how many times
3   in the last three years have there been rapes or sexual
4   assaults?
5   assaults?
6       MR. BRIGGS:  Object to form.
7   BY MR. GERSON:
8       Q.  On a cruise ship?
9       A.  I don't know.
10      Q.  Well, why don't you know?
11      MR. BRIGGS:  Object to form.
12      THE WITNESS:  Because I'm the
13  administrative part of the Security Department,
14  the security of the vessel.
15  BY MR. GERSON:
16      Q.  When you say you're the administrative part of
17  the vessel, sir, you filed an affidavit that we referred
18  to as Exhibit 1.  And according to your affidavit, you
19  are -- as a Director of Security Services familiar with
20  and authorized to view the Ship Security Plans for each
21  of Carnival's vessels, right?
22      A.  Correct.
23      Q.  And not everyone is allowed to review those
24  documents, are they?
25      A.  Correct.

100

1       Q.  Those documents, according to Carnival, is
2   highly sensitive information, correct?
3       A.  Correct.
4       MR. BRIGGS:  Object to form.
5   BY MR. GERSON:
6       Q.  And you also have the authority, I think you
7   told me earlier, to make changes or to make
8   recommendations to changes to the Security Manual, right?
9       A.  Security Plan.
10      Q.  And the Security Manual?
11      MR. BRIGGS:  Object to form.
12      THE WITNESS:  Well, we were talking about
13  the Security Plan.  If you throw in the Security
14  Manual, yes.
15  BY MR. GERSON:
16      Q.  You have the authority to make changes to both,
17  don't you?
18      A.  Well, the Security Manual anybody can look at.
19      Q.  I didn't say look at.  I said, you have the
20  authority to make recommendations and to make changes to
21  both the Security Plan and the Security Manual.
22      MR. BRIGGS:  Object to form.
23      THE WITNESS:  Correct.
24  BY MR. GERSON:
25      Q.  Okay.  And you also have access to developing

25  (Pages 97 to 100)

de792b55-03d4-4f22-a132-af5159ec7481

101

1    or updating the Ship Security Plans and responses to
2    security assessments that are required under the --
3    excuse me -- required under the ISPS Code, are you not?
4         MR. BRIGGS:  Object to form.
5         THE WITNESS:  Yes.
6    BY MR. GERSON:
7         Q.  And you've done that, have you not?
8         MR. BRIGGS:  Object to form.
9         THE WITNESS:  Done what?
10   BY MR. GERSON:
11        Q.  You've reviewed the security assessment and
12   made changes to the Ship Security Plan in the past,
13   right?
14        MR. BRIGGS:  Object to form.
15        THE WITNESS:  If they were any
16   recommendations made by the Ship Security
17   Officer, yes, we would review them and then make
18   changes if we feel necessary.
19   BY MR. GERSON:
20        Q.  Only the Company Security Officer, the Deputy
21   Company Security Officer, Director, which would be you,
22   the Masters, Staff Captains and Chief Security Officers,
23   are the only people at -- that are authorized to view the
24   Ship Security Plans and the Ship Security Assessments,
25   right?

102

1         MR. BRIGGS:  Object to form.
2         THE WITNESS:  Correct, without the
3    permission of the Company Security Officer.
4    BY MR. GERSON:
5         Q.  So you have the authority to -- well, let me
6    ask you this:  The recommendations that you made to
7    increase the number of security officers on the Carnival
8    Breeze was that accepted or not accepted?
9         A.  It was accepted.
10        Q.  Okay.  And the reasons for that was what?
11        A.  Because it was a larger ship and there were
12   more guests on board and more crew members.
13        Q.  And how many security officers were there on --
14   how many security officers were there before you made the
15   recommendation?
16        A.  Well, there weren't any.  It was a new ship.
17        Q.  Okay.
18        A.  So the recommendation, because of the new ship
19   and the amount of guests and crew that would be on the
20   ship, we requested the number of security officers.
21        Q.  And how many did you request?
22        A.  Sixteen.
23        Q.  And of those 16 security officers, that
24   includes an Assistant Chief Security Officer, right?
25        MR. BRIGGS:  Object to form.

103

1         THE WITNESS:  Two Assistant Chiefs.
2    BY MR. GERSON:
3         Q.  Two Assistant Chief Security Officers, a Chief
4    Security Officer, right?
5         MR. BRIGGS:  Object to form.
6         THE WITNESS:  Correct.
7    BY MR. GERSON:
8         Q.  And just regular security officers?
9         A.  Correct.
10        Q.  And the security officers are the one supposed
11   to be conducting the routine patrols?
12        A.  Correct.
13        Q.  So on a 4,000 passenger ship, there were
14   roughly 12 security officers on the vessel, on the
15   Breeze?
16        MR. BRIGGS:  Object to form.
17        THE WITNESS:  Thirteen.
18   BY MR. GERSON:
19        Q.  Thirteen.
20        And they don't all work at the same time, do
21   they?
22        A.  No.
23        Q.  They have shifts, right?
24        A.  Correct.
25        Q.  And let's talk about the Sensation.  How many

104

1    security officers were employed on the Sensation?
2         MR. BRIGGS:  Object to form.
3         THE WITNESS:  Security officers, ten.
4    BY MR. GERSON:
5         Q.  Yeah, ten.
6         And how many are on-duty between the hours of
7    12:00 a.m. and 6:00 a.m.
8         A.  Not sure.
9         Q.  You have no idea, as you sit here today?
10        A.  That's left up to the --
11        MR. BRIGGS:  Form.
12        THE WITNESS:  -- Ship Security Officer and
13   the Chief Security Officer.
14   BY MR. GERSON:
15        Q.  The Ship Security Officer is John Manuel?
16        A.  No, he's the Chief Security Officer.
17        Q.  Who is --
18        A.  He's the one who does the scheduling, the Chief
19   Security Officer.
20        Q.  So who is responsible for determining the
21   schedules for security officers on the Sensation?
22        MR. BRIGGS:  Object to form.
23        THE WITNESS:  Chief Security Officer.
24   BY MR. GERSON:
25        Q.  What's his name?

26  (Pages 101 to 104)

de792b55-03d4-4f22-a132-af5159ec7481

105

1     A. Well, I don't know who's on there now.
2     THE WITNESS: There's contracts so people
3 switch around. They move from ship to ship.
4 They're not on the same ship all the time.
5 BY MR. GERSON:
6     Q. I understand.
7     Okay. So you don't know what the staffing
8 levels are of your ships?
9     MR. BRIGGS: Object to form.
10     THE WITNESS: I know --
11 BY MR. GERSON:
12     Q. You told me --
13     A. Total. I know what the total staffing. You
14 asked me how many security officers, I told you ten.
15     Q. Out of those ten, you've got two Assistant
16 Chief Security Officers?
17     A. No, that's additional.
18     MR. BRIGGS: Object to form.
19     THE WITNESS: There's 13 total if you're
20 going to include --
21 BY MR. GERSON:
22     Q. On the Sensation.
23     A. I apologize if you meant all of them. There's
24 ten security officers, two assistant chiefs and a chief;
25 so there's 13 in the Security Department on board the

106

1 vessel.
2     Q. Okay. And how many -- do you know what -- do
3 you know how many security officers were performing
4 patrols between the hours of 12:00 a.m. -- and 12:00 p.m.
5 and 6:00 a.m. back in September 3, 2014 on the Sensation?
6     A. No, I do not.
7     Q. Do you -- if I were to tell you that there were
8 only three, does that sound accurate?
9     MR. BRIGGS: Object to form.
10     THE WITNESS: That sounds probably right,
11 yeah.
12 BY MR. GERSON:
13     Q. Who determines -- or strike that.
14     Based on your knowledge, training and
15 experience, you're aware, sir, that most of the rapes and
16 sexual assaults occur in the cabins, right?
17     MR. BRIGGS: Object to form.
18     THE WITNESS: Correct.
19 BY MR. GERSON:
20     Q. Okay. Would it be unreasonable for Carnival to
21 assign more security guards to areas such as the
22 passenger corridors?
23     A. You're asking my opinion?
24     Q. Based on your knowledge, training and
25 experience, would it be unreasonable for Carnival to

107

1 assign more security to areas such as the passenger decks
2 between the hours of 12:00 a.m. -- 12:00 p.m. -- or
3 12:00 a.m. to 6:00 a.m.
4     MR. BRIGGS: Object to form.
5     THE WITNESS: I would love to have more
6 security officers patrolling cabin areas.
7 BY MR. GERSON:
8     Q. Why is that?
9     A. Because I'm a former police officer. The more
10 I have -- it's -- it's common sense, trying to be honest
11 with you here.
12     Q. I appreciate that.
13     A. Yes, I would love to have more officers to
14 patrol, not just the cabin areas, to patrol the vessel,
15 but part of the patrolling is the cabin areas.
16     Q. Have you ever made any recommendation to any of
17 your higher-ups, the Mr. -- excuse me.
18     A. Froio.
19     Q. -- yeah, Froio.
20     A. Froio.
21     Q. Froio. Italian names.
22     A. Yeah.
23     Q. Have you ever made any recommendations to him,
24 to Froio to increase the number of security personnel on
25 Carnival ships?

108

1     A. It's a department consensus and then he puts it
2 in the budget and there's budget committees in any
3 private corporation that makes the decision.
4     Q. Have you ever -- since you would love to have
5 more security officers on -- patrolling the ship, have
6 you ever had any conversations with Mr. Vroio [sic]?
7     A. Froio.
8     Q. Froio.
9     Have you ever had any conversations with him
10 about the need to have more security on Carnival ships?
11     A. Just at budget time when it comes up, we're
12 always requesting more.
13     Q. And how long have you been requesting more
14 security officers for?
15     A. Probably since I've been there in 2007. I know
16 we've requested them.
17     Q. What have you been told as far as -- what have
18 you been told in response?
19     A. No cabin space.
20     Q. So -- who's told you that?
21     A. The HR department who schedules how many cabins
22 need to be available for each department.
23     Q. So it's your testimony as Director of Security
24 that you have made recommendations to Carnival that they
25 should have more security officers on all of Carnival

27 (Pages 105 to 108)

de792b55-03d4-4f22-a132-af5159ec7481

109

1  ships since you've been the Director of Security at
2  Carnival?
3      MR. BRIGGS:  Object to form.
4      THE WITNESS:  For different ships, yeah, to
5  increase them.
6  BY MR. GERSON:
7      Q.  And they haven't increased them, have they?
8      A.  Just the newer ships when -- because of more --
9  the more capacity, guest capacity and crew capacity, they
10  have increased them.  The ships that have had the same
11  capacity, the same amount officers, have always stayed
12  that way.
13      Q.  So the only ship that you're aware of that
14  Carnival increased the number of security officers on the
15  ship was the Carnival Breeze, correct?
16      MR. BRIGGS:  Object to form.
17      THE WITNESS:  They're class vessels.  The
18  Dream Class vessel.  The Carnival Dream, the
19  Carnival Magic and the Carnival Breeze.  They
20  are the same tonnage of vessel.
21  BY MR. GERSON:
22      Q.  Dream, Magic and?
23      A.  Breeze.
24      Q.  Breeze.
25      And there's a total of how many vessels?

110

1      A.  Twenty-four.
2      Q.  And how many -- I think you told me before that
3  there are -- on the Carnival Sensation, it's your
4  understanding that there are a total of how many security
5  officers total?
6      A.  Thirteen.
7      Q.  And that would be?
8      A.  That includes --
9      Q.  That includes two Assistant Chief Security
10  Officers --
11      A.  And one chief.
12      Q.  -- and one Chief Security Officer.  That leaves
13  ten regular security officers?
14      A.  Correct.
15      MR. BRIGGS:  Object to form.
16  BY MR. GERSON:
17      Q.  And then out of the ten, five are on how
18  many -- how is their schedule determined, determined by
19  the ship -- the Chief Security Officer for the ship?
20      MR. BRIGGS:  Object to form.
21      THE WITNESS:  Correct.
22  BY MR. GERSON:
23      Q.  So maybe you have most of those -- the
24  remaining ten, they're the ones that patrol the ship?
25      A.  Well, that's part of their assignment, yes,

111

1  patrolling.  I mean, the Chief and the Assistant Chief
2  patrol also when they're on-duty.  They don't just sit in
3  an office.
4      Q.  They can do whatever they want?
5      MR. BRIGGS:  Object to form.
6      THE WITNESS:  Right, I'm just saying --
7  BY MR. GERSON:
8      Q.  Assistant Chief Security Officer and the Chief
9  Security Officer, they do whatever they want, right?
10      MR. BRIGGS:  Object to form.
11  BY MR. GERSON:
12      Q.  When I say they do whatever they want, meaning,
13  they don't have responsibilities to patrol the ship and
14  man, you know, and check locations, like the regular
15  security officers do, right?
16      MR. BRIGGS:  Object to form.
17      THE WITNESS:  They're all included, but
18  that's not their main post order, if you want to
19  say.
20  BY MR. GERSON:
21      Q.  Right.
22      A.  The Chief or the Assistant Chiefs aren't going
23  to be assigned to patrol the vessel, like the security
24  officers are assigned to do, correct.
25      Q.  So the Dream, Magic and Breeze, if there are

112

1  ten security officers working on the Sensation, or were
2  working on the Sensation, you don't know how many were
3  actually on-duty between the hours of 12:00 a.m.
4  and 6:00 a.m.
5      MR. BRIGGS:  Object to form.
6      THE WITNESS:  No.
7  BY MR. GERSON:
8      Q.  But you would agree that somewhere in the
9  neighborhood of two to three sounds about right --
10      MR. BRIGGS:  Object to form.
11  BY MR. GERSON:
12      Q.  -- based on your prior experience working for
13  Carnival?
14      MR. BRIGGS:  Object to form.
15      THE WITNESS:  Yes.
16  BY MR. GERSON:
17      Q.  So how many -- do you know how many passengers
18  were on the Sensation -- holds?
19      A.  Not offhand.
20      Q.  If I were to tell you the guest capacity was
21  about 2,000 and 56, would that sound accurate?
22      MR. BRIGGS:  Object to form.
23      THE WITNESS:  I'm pretty sure it's above
24  2,000, but I'm not sure exactly.
25  BY MR. GERSON:

28  (Pages 109 to 112)

de792b55-03d4-4f22-a132-af5159ec7481

113

1    Q.  Okay.  Now, so you've made recommendations
2  every year that Carnival should increase the number of
3  security officers it has for all vessels, right?
4        MR. BRIGGS:  Object to form.
5        THE WITNESS:  That department has.
6  BY MR. GERSON:
7    Q.  Is that partly because of the size of the
8  ships?
9    A.  Correct.
10    Q.  And is that also because of the number of
11  passengers that each ship holds?
12    A.  Correct.
13    Q.  And would you, as the Director of Security,
14  would you like to see higher passenger to security
15  officer ratio in order to help provide more or better
16  security on passenger Carnival ships?
17        MR. BRIGGS:  Object to form.
18        THE WITNESS:  Yes.
19  BY MR. GERSON:
20    Q.  Okay.  And you would agree that security
21  officers provide a deterrent to potential criminals that
22  may be intending on committing a crime?
23        MR. BRIGGS:  Object to form.
24        THE WITNESS:  Yes.
25  BY MR. GERSON:

114

1    Q.  And it's your testimony that you've been told
2  that there aren't enough staterooms to accommodate the
3  security officers?
4        MR. BRIGGS:  Object to form.
5        THE WITNESS:  That's got to do with the
6        state room's availability for the security
7        department, correct, and yeah, availability for
8        staterooms, because they would have to take crew
9        members away from other departments to make them
10        available for additional security officers.
11  BY MR. GERSON:
12    Q.  Okay.  Is -- how many more security officers
13  would you -- have you recommended for, say, the
14  Sensation?
15        MR. BRIGGS:  Object to form.
16        THE WITNESS:  Two.
17  BY MR. GERSON:
18    Q.  Two.  And what would -- when did you make that
19  recommendation?
20    A.  Every year at budget time we try to increase
21  the -- there's different class vessels classified to.
22    Q.  So in 2014, you recommended that Carnival
23  increase its security officers for the Sensation by at
24  least two?
25    A.  Correct.

115

1        MR. BRIGGS:  Object to form.
2  BY MR. GERSON:
3    Q.  And they didn't accept your proposal, did they?
4        MR. BRIGGS:  Object to form.
5        THE WITNESS:  Correct.
6  BY MR. GERSON:
7    Q.  And what about on the -- excuse me.  What about
8  on the Liberty, did you request that they increase the
9  number of security officers on the Liberty?
10    A.  I believe it was across the board to increase
11  two because we know the cabin holds two people.  We knew
12  it would be one cabin, so it would be across the board to
13  increase two additional officers per vessel.
14    Q.  At least two additional officers?
15    A.  Yes.
16    Q.  You asked they increase the number of security
17  officers on the Liberty?
18        MR. BRIGGS:  Object to form.
19        THE WITNESS:  Yes.
20  BY MR. GERSON:
21    Q.  That would have been prior to 2014, right?
22        MR. BRIGGS:  Object to form.
23        THE WITNESS:  Correct.
24  BY MR. GERSON:
25    Q.  Same thing with the Destiny; you requested that

116

1  they increase security on the Destiny?
2        MR. BRIGGS:  Object to form.
3        THE WITNESS:  Well, Sunshine.
4        What year are talking about?  The Destiny
5        is not around anymore.
6  BY MR. GERSON:
7    Q.  2011.
8    A.  Right, back then.
9    Q.  Now, it's the Carnival Sunshine?
10    A.  Correct.
11    Q.  You requested back, prior to 2011, they
12  increase more security on the Destiny, now the Sunshine?
13        MR. BRIGGS:  Object to form.
14        THE WITNESS:  Correct.
15  BY MR. GERSON:
16    Q.  Same thing for Ecstasy?
17        MR. BRIGGS:  Objection.
18        THE WITNESS:  Yes.
19  BY MR. GERSON:
20    Q.  Same thing for the Valor?
21        MR. BRIGGS:  Objection.
22        THE WITNESS:  Yes.
23  BY MR. GERSON:
24    Q.  You requested more security for the Conquest,
25  prior to 2012?

29  (Pages 113 to 116)

de792b55-03d4-4f22-a132-af5159ec7481

117

1    MR. BRIGGS:  Objection.
2    THE WITNESS:  Yes.
3  BY MR. GERSON:
4    Q.  I mean, you said since you've been at Carnival
5  working as a secur -- as Director of Security, that every
6  year you've requested more security officers by a minimum
7  of two for all Carnival ships?
8    A.  Right, I didn't know --
9    MR. BRIGGS:  Objection.
10    THE WITNESS:  That's why I said all
11  Carnival ships.  Now, we're going one ship at a
12  time.
13  BY MR. GERSON:
14    Q.  I know, I'm just going through some of
15  them since I don't really know --
16    A.  I told you for all Carnival ships, we request
17  the extra two officers each budget year, because we know
18  it's one cabin for two officers and it's been denied,
19  except for the ships, the newer ships, that came out that
20  had more capacity, guest and crew.  Those ships, the
21  Carnival Sunshine, when it changed from the Destiny to
22  the Sunshine, it increased the crew and guest capacity,
23  so we were given two more officers for that ship.
24    Q.  Have you ever made these requests in written
25  form?

118

1    A.  Our budget manager might have -- might be on --
2  it's a spreadsheet I believe.  I don't do budgets, I
3  apologize.
4    Q.  Okay.
5    A.  I'm sure it's on a spreadsheet that would show
6  the request and then what the final budget report says we
7  get.
8    Q.  Okay.  And who, other than Mr. Froio, have you
9  discussed the need to increase security officers on
10  Carnival ships?
11    MR. BRIGGS:  Object to form.
12    THE WITNESS:  What's -- it's our
13  department.  It's within our department.
14  BY MR. GERSON:
15    Q.  So you --
16    A.  It's a collective.  It's like a police
17  department, like you were saying, it's collective.  Even
18  though we have our titles, we're all still the one
19  department so it's always discussed and things are
20  brought to Dominic, whether any suggestions should be
21  made, and it's a collective thing that we needed to try
22  to increase security people and that's why we put it in
23  the budget every year to increase it.
24    Q.  You just been -- the response has been it's not
25  in the budget?

119

1    MR. BRIGGS:  Object to form.
2    THE WITNESS:  Correct.
3  BY MR. GERSON:
4    Q.  The response of Mr. Froio has been that it's
5  not in the budget?
6    MR. BRIGGS:  Object to form.
7    THE WITNESS:  He doesn't make the decision.
8  He submits it.  It's his budget, because he's
9  the VP --
10  BY MR. GERSON:
11    Q.  Uh-huh.
12    A.  -- with the increase of two officers and then
13  it's the corporation -- or the company, budget committee
14  or whatever they call them, I'm not into budgets, so I'm
15  not sure exactly they're called -- will come out with a
16  final budget and then when you finally see what your
17  number is for how many security officers are going to be
18  on what ship.
19    Q.  Don't you base -- isn't part of your -- the
20  recommendations that you've made to increase the number
21  of security officers because you feel that Carnival needs
22  to have an increased security presence on its ships?
23    A.  That's the way I feel and when we present --
24  obviously, when you want to make increase in budget, you
25  have to present why you want to do the increase and

120

1  that's -- our response is to have the -- the more
2  officers on board, but when we have to show them the
3  reason why we want them on board, the numbers don't
4  calculates for the incidents that are happening on board,
5  for them to justify giving us the increase.
6    Q.  Well, have they asked you how many rapes and
7  sexual assaults have been allegedly to have occurred on
8  Carnival ships?
9    MR. BRIGGS:  Object to form.
10    THE WITNESS:  They haven't asked me.  They
11  might have asked the Manager of Investigations,
12  but I know they ask how many incidents were on
13  board because they keep track of the total
14  amount of incidents from year-to-year, which are
15  any incident that can happen.
16  BY MR. GERSON:
17    Q.  And you've suggested two, right?
18    MR. BRIGGS:  Object to form.
19    THE WITNESS:  Correct.
20  BY MR. GERSON:
21    Q.  Would it be unreasonable for Carnival and as
22  Director of Security to have more than two?
23    MR. BRIGGS:  Object to form.
24  BY MR. GERSON:
25    Q.  I mean, I think you said you'd like to see as

121

1 many as possible.
2    A. Well, I'll always say that.
3    Q. Uh-huh. Now, do you know how long it takes to
4 patrol the entire ship, such as like the Sensation
5    A. No, not exactly.
6    Q. Okay. You would agree with the fact that
7 Carnival security officers post orders are to patrol the
8 engine room as frequently as the passenger corridors?
9       MR. BRIGGS: Object to form.
10      THE WITNESS: Correct.
11 BY MR. GERSON:
12   Q. Okay. You would agree that Carnival security
13 officers post orders are to patrol the fitness center at
14 2:00 a.m.?
15      MR. BRIGGS: Object to form.
16      THE WITNESS: To patrol the fitness center
17    at 2:00 a.m.?
18 BY MR. GERSON:
19   Q. Yeah.
20   A. I'm not sure.
21   Q. Isn't it true that the security officers,
22 Carnival security officers, are required to patrol the
23 entire ship once an offer -- once an hour while they're
24 on-duty?
25      MR. BRIGGS: Object to form.

122

1       THE WITNESS: I believe that's what's in
2    there. The engine room you're mentioning is a
3    different patrol. That's SSP Patrol that I was
4    talking about earlier.
5 BY MR. GERSON:
6    Q. Carnival security officers' responsibilities
7 they're outlined in the Security Manual, right?
8       MR. BRIGGS: Object to form.
9       THE WITNESS: Correct.
10 BY MR. GERSON:
11   Q. And that's the only place that their -- their
12 post orders are stated, right?
13   A. Correct.
14   Q. Carnival does not require security officers to
15 be posted in -- or have manned posts, right?
16      Do you know what a manned post is?
17   A. No.
18   Q. Stationary post.
19   A. Well, do they -- well, there are some areas
20 that we have stationary posts like our night clubs. Is
21 that what you mean?
22   Q. Yes.
23   A. That's a manned post.
24   Q. Other than the night clubs are there any
25 other -- well, isn't it true that Carnival doesn't

123

1 require its security officers to manned posts, such as
2 decks that have passenger cabins?
3       MR. BRIGGS: Object to form.
4       THE WITNESS: Manned posts, standing still,
5    no.
6 BY MR. GERSON:
7    Q. Would it be unreasonable for Carnival to
8 require its security officers to have one patrol
9 responsibility per deck?
10      MR. BRIGGS: Object to form.
11      THE WITNESS: Would it be?
12 BY MR. GERSON:
13   Q. Unreasonable.
14   A. Unreasonable? In my opinion, again, no, it
15 wouldn't be unreasonable to have one patrol per deck,
16 you're saying?
17   Q. Yeah. For instance, say we have -- say there
18 are -- say you have five decks that have passengers
19 cabins on a ship, would it be unreasonable for Carnival
20 to have a security guard for each deck and they just
21 patrol that deck for their entire shift?
22      MR. BRIGGS: Objection.
23      THE WITNESS: You're asking -- I don't feel
24    it's unreasonable, right.
25 BY MR. GERSON:

124

1    Q. As Director of Security for Carnival --
2    A. I just explained, I wish I could have as many I
3 can on the ship. I wish I could have one person patrol
4 one deck.
5    Q. Do you know how much it would cost to have an
6 additional two or four security officers per ship?
7       MR. BRIGGS: Object to form.
8       THE WITNESS: No. The budget -- our budget
9    manager would know.
10 BY MR. GERSON:
11   Q. Okay. So have you ever recommended to anyone
12 from Carnival that they have security officers assigned
13 to a particular deck per ship?
14   A. No.
15   Q. Has anyone ever recommended that?
16   A. No.
17   Q. Are you aware of anything Carnival has done to
18 modify any of their security patrols, based on any of the
19 statistics reported for rapes and sexual assaults?
20   A. I'm sorry, say it one more time.
21   Q. Isn't it -- are you aware of, as Director of
22 Security for Carnival and as the Deputy Security Officer
23 for Carnival, are you aware of anything that Carnival has
24 done in the last four years to modify any of their
25 security patrols based on any statistics?

31 (Pages 121 to 124)

de792b55-03d4-4f22-a132-af5159ec7481

125

1       A.  Not based on statistics, no.
2       Q.  Are you aware of anything Carnival has done to
3   modify their security patrols based on anything?
4       A.  I don't know what you mean "modify patrols".
5   Patrols are random patrols.  They don't specifically
6   follow the same route every time they're walking around
7   the vessel.  That's where I'm getting confused.
8       Q.  Who determines the route the security officers
9   patrol?
10      A.  The security officer.
11      Q.  And why doesn't Carnival have any -- why
12  doesn't Carnival tell the security officers where they
13  should patrol and how often?
14          MR. BRIGGS:  Object to form.
15          THE WITNESS:  That's because it depends on
16  what's going on in the vessel.  You can't have
17  the same route because if there's somebody
18  thinking like a criminal, they could watch the
19  security officer go by and then time him and see
20  how long it takes him to get back to that
21  location, watch him leave again and now commit
22  their crime because they know they might have,
23  as you said, an hour before it takes to get
24  around the ship, to come back and commit a
25  crime so --

126

1   BY MR. GERSON:
2       Q.  So based on your -- sorry, go ahead.
3       A.  That's why it's random.
4       Q.  So if Carnival had more security officers to
5   fixed posts, such as the cabin state room floors, then
6   that would alleviate that problem, wouldn't it?
7           MR. BRIGGS:  Object to form.
8           THE WITNESS:  Alleviate the problem
9   somebody watching them, you're saying?
10  BY MR. GERSON:
11      Q.  Carnival would be able to have more security
12  coverage if it had security officers stationed on decks,
13  right?
14          MR. BRIGGS:  Object to form.
15          THE WITNESS:  Well, yeah, more bodies, more
16  coverage.
17  BY MR. GERSON:
18      Q.  More bodies, more coverage.
19      So if there -- you know, your testimony is that
20  are only roughly two to three security officers that are
21  actively on patrol on Carnival ships like the Sensation
22  between the hours of 12:00 a.m. and 6:00 a.m.?
23          MR. BRIGGS:  Object to form.
24          THE WITNESS:  I believe so.
25  BY MR. GERSON:

127

1       Q.  And that's not enough, is it?
2           MR. BRIGGS:  Object to form.
3           THE WITNESS:  Do I believe it's enough?  I
4   just said how many times that I wish I could
5   have as many as I can.
6   BY MR. GERSON:
7       Q.  How many would you wish?  Let me ask you this:
8   How many would you like to have?
9           MR. BRIGGS:  Object to form.
10          THE WITNESS:  I can't throw a number out
11  there.  I'm just saying that since I've been
12  here in 2007 the Sensation had 13 officers
13  that we're speaking about.  We've asked for
14  increases every year and we still have 13
15  officers.
16  BY MR. GERSON:
17      Q.  And so based on your knowledge, training and
18  experience as a police officer and as a -- the Director
19  of Security for Carnival, it wouldn't be unreasonable to
20  increase the security patrol coverage, would it?
21          MR. BRIGGS:  Object to form.
22          THE WITNESS:  If it was my plan, no, we
23  would increase it, yeah.
24  BY MR. GERSON:
25      Q.  What other recommendations would you make to

128

1   Carnival, or what other recommendations have you made to
2   Carnival, to improve the quality of safety and security
3   on its vessels?
4           MR. BRIGGS:  Object to form.
5           THE WITNESS:  I believe that would be just
6   the increase in security.
7   BY MR. GERSON:
8       Q.  Okay.  Now, now --
9       A.  Can I -- is there a way you could call for a
10  glass of water?
11          MR. GERSON:  Oh, sure.  We can take --
12          THE WITNESS:  Yeah, I was going to say, can
13  we take a break?
14          MR. GERSON:  Sure.
15          (Brief recess taken.)
16          (The deposition was continued on Volume II. )
17          (Reading and signing of the deposition was not
18  waived by the witness and all parties.)
19
        _____
                DEPONENT
20
21      SUBSCRIBED AND SWORN TO BEFORE me
22  this_____day of_____, 2015, in the City of
23  Miami, County of Miami-Dade, State of Florida.
24
        _____
            NOTARY PUBLIC
25

32 (Pages 125 to 128)

129

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, FELICIA C. ORTEGA, Florida Professional Reporter,
Notary Public, State of Florida, certify that
MICHAEL PANARIELLO personally appeared before me on the
22nd day of October, 2015, and was duly sworn.
Signed this 26th day of October, 2015.

_____
FELICIA C. ORTEGA, FPR
Notary Public, State of Florida
Commission No.: EE 883461
Commission Expires:  April 22, 2017

---

131

WITNESS NOTIFICATION LETTER

October 26, 2015

MICHAEL PANARIELLO
c/o: THOMAS A. BRIGGS, ESQUIRE
MASE LARA, P.A.
2601 South Bayshore Drive, Suite 800
Miami, Florida  33133

In Re:  Lindsey Horne vs. Carnival Cruise Lines
Deposition taken on October 22, 2015
U.S. Legal Support Job No. 1338249

The transcript of the above-referenced proceeding has
been prepared and is being provided to your office for
review by the witness.

We respectfully request that the witness complete their
review within 30 days and return the errata sheet to our
office.

Sincerely,

FELICIA C. ORTEGA, FPR
Florida Professional Reporter
U.S. Legal Support, Inc.
One S.E. Third Avenue, Suite 1250
Miami, FL  33131
(305) 373-8404

---

130

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, FELICIA C. ORTEGA, Florida Professional Reporter,
certify that I was authorized to and did stenographically
report the deposition of MICHAEL PANARIELLO, pages 1
through 128; that a review of the transcript was
requested; and that the transcript is a true record of my
stenographic notes.
I further certify that I am not a relative, employee,
attorney, or counsel of any of the parties, nor am I a
relative or employee of any of the parties' attorneys or
counsel connected with the action, nor am I financially
interested in the action.
Dated this 26th day of October, 2015.

_____
FELICIA C. ORTEGA, FPR
Florida Professional Reporter

---

132

ERRATA SHEET
DO NOT WRITE ON THE TRANSCRIPT--ENTER CHANGES ON THIS PAGE
IN RE: Lindsey Horne vs. Carnival Cruise Lines
MICHAEL PANARIELLO
October 22, 2015
Page No.   Line No.          Change     Reason

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

   Under penalties of perjury, I declare that I have
read the foregoing document and that the facts stated in
it are true.

_____
DATE          MICHAEL PANARIELLO

---

33  (Pages 129 to 132)

de792b55-03d4-4f22-a132-af5159ec7481

**A**

**a.m** 1:13 104:7,7 106:4,5 107:2,3 107:3 112:3,4 121:14,17 126:22 126:22
**ability** 5:15
**able** 9:24 126:11
**aboard** 47:13
**above-referenced** 131:10
**Absolutely** 53:19
**academy** 23:6 28:22 28:23 29:21
**accept** 115:3
**accepted** 102:8,8,9
**access** 100:25
**accessing** 54:4
**accidents** 23:2 24:16
**accommodate** 114:2
**accurate** 68:13 106:8 112:21
**accused** 45:22 46:12
**Act** 48:17,20 49:11 49:23 50:23 51:8 52:22 53:7,22 55:14,22 56:7,15 92:9
**action** 130:15,16
**actively** 126:21
**activities** 98:23
**activity** 85:6 98:15
**additional** 84:19 105:17 114:10 115:13,14 124:6
**address** 6:11,14 17:23,24 61:21 64:6,12 66:10,13 68:18,21 70:7,9 93:20
**addressed** 79:9 81:18
**addresses** 68:12 93:25
**adequate** 75:17,18
**adjustments** 88:23 90:15
**administrative** 8:2 8:5,6 49:19 89:11 99:13,16
**advance** 12:9
**affidavit** 3:8 60:10,13,18 99:17,18

**agencies** 83:17
**agency** 84:6
**aggravated** 36:6,10 36:13 64:15
**ago** 42:10,14,18 43:6 56:10
**agree** 71:3 98:12 112:8 113:20 121:6,12
**ahead** 5:17 6:6 63:13 126:2
**Aide** 22:23,25
**Air** 80:11
**airport** 47:22
**alcohol** 82:14
**alcoholic** 25:19
**allegation** 35:18 45:12 57:21
**allegations** 36:3 42:13 43:19,20 45:8 69:18
**alleged** 34:17 48:4 53:17 88:22 89:16
**allegedly** 40:15 43:10 44:3 45:13 45:22 88:10 120:7
**alleges** 38:8
**alleviate** 126:6,8
**allow** 47:7 83:17
**allowed** 46:19 83:16 99:23
**altercations** 19:1
**amount** 102:19 109:11 120:14
**analysis** 86:24 88:3
**analysts** 77:23 87:18
**and/or** 19:22
**ands** 48:5
**annual** 81:19
**annually** 9:2
**answer** 5:14,20,25 6:2,4 46:2 52:7 76:12
**anybody** 13:10 70:2 70:3,4 100:18
**anymore** 116:5
**anyhving** 30:25
**apartment** 6:17
**apologize** 105:23 118:3
**appearance** 4:11
**APPEARANCES** 2:1
**appeared** 129:9
**appreciate** 107:12

**approve** 17:3
**approximately** 23:12 25:10 54:10,20
**April** 129:15
**area** 11:21 24:8 57:23 58:1 70:2 85:2 89:13 98:14
**areas** 12:1 24:2 44:18 67:21,22 67:25 68:1,3,7,9 68:10,13 78:2 85:1,2,3 97:22 98:1,3 106:21 107:1,6,14,15 122:19
**aside** 5:23 29:13
**asked** 42:1 65:11 105:14 115:16 120:6,10,11 127:13
**asking** 49:22 57:16 72:19 74:22 106:23 123:23
**assault** 19:6,7,16 35:12,18 36:4,6 36:10,14 38:9,19 38:19 39:18,25 42:19,21 43:1,21 45:14,23 46:13 49:13 53:18 55:14,21 64:8,15 64:15,23 65:24 70:8,14 78:11 79:9 81:18 82:7 84:17,25 86:5 88:4 89:6 93:16 93:21
**assault/rape** 19:10
**assaulted** 40:15 69:17 88:10
**assaults** 19:1,2,22 20:18 26:5 44:2 65:16 67:6 69:13 69:13 83:5 86:24 87:7 88:21 91:5 99:5 106:16 120:7 124:19
**assessment** 101:11
**assessments** 101:2 101:24
**assign** 106:21 107:1
**assigned** 30:19 31:6 68:18,22 111:23,24 124:12
**assignment** 110:25
**assigns** 31:7

**assist** 18:11 34:6 36:21 53:10,15
**assistance** 38:21 38:22
**assistant** 32:20 33:13 34:20,25 35:6,9,15,16 68:25 102:24 103:1,3 105:15 105:24 110:9 111:1,8,22
**assume** 5:20 13:1 28:20 41:13,18
**assuming** 47:17
**attack** 63:3
**attacks** 61:19,21 62:20,23 63:15 63:16 66:23 67:1 78:5
**attend** 11:1 78:16 79:16,24 82:17 83:2
**attorney** 60:14 92:23 130:13
**attorney's** 43:9
**attorneys** 130:14
**audit** 9:9,13,15,18 9:18 11:5,5 12:11,13,19 13:5 13:12,24 74:5,7 74:12,15 75:1,4
**audits** 8:8,15,16 8:17,20,24 9:1,3 9:4 11:1,2,19 12:3,7 13:20 14:8 75:2,12,17
**authority** 16:15 65:13 100:6,16 100:20 102:5
**authorized** 46:17 99:20 101:23 130:7
**availability** 94:19 114:6,7
**available** 7:21 15:24 16:2 108:22 114:10
**Avenue** 6:12 131:18
**avoid** 85:5
**aware** 10:25 14:4,5 44:3,22 64:19 65:12 71:23 83:5 83:21 86:23 87:5 87:11 89:4 90:15 98:18 106:15 109:13 124:17,21 124:23 125:2
**awareness** 74:14

**B**

**back** 21:2,2 28:6
  39:13 40:23,25
  45:14 46:13,24
  47:4,22 65:2
  70:19 83:12 84:9
  106:5 116:8,11
  125:20,24
**background** 21:4
  97:22
**base** 119:19
**based** 10:18 59:21
  92:17,19 97:20
  98:1,4,10,14
  106:14,24 112:12
  124:18,25 125:1
  125:3 126:2
  127:17
**basically** 11:25
  37:10,18 77:23
  80:6 83:11
**basis** 63:11
**Bayshore** 2:7 131:7
**becoming** 28:25
**behalf** 2:2,6 4:13
  4:15 17:13
**belief** 63:11
**believe** 7:24 8:14
  11:7 17:20 20:15
  21:17 30:15
  42:10,19,20 58:1
  63:8,10 70:15
  86:12 91:8,11,12
  91:12 97:5
  115:10 118:2
  122:1 126:24
  127:3 128:5
**best** 5:15
**better** 113:15
**beverage** 25:19
**board** 8:20 11:3,21
  12:3 16:14 18:11
  18:15,24 31:1
  37:13 38:23
  40:21 58:23
  59:12 70:5 74:15
  82:11 83:14,21
  83:22 84:8,20,23
  85:6,9 89:17
  94:18 102:12
  105:25 115:10,12
  120:2,3,4,13
**boards** 70:3
**Bob** 32:3,5 34:2
**bodies** 126:15,18
**book** 66:8
**Border** 46:18

**born** 21:19,21
**breach** 70:1
**breaches** 69:23
**break** 128:13
**Breeze** 96:3,5,24
  102:8 103:15
  109:15,19,23,24
  111:25
**brief** 27:3 128:15
**Briggs** 2:9 4:15,15
  7:13,17 9:6,10
  10:21 12:15 13:6
  13:14,25 14:12
  14:19,23 15:4,8
  15:22 16:4 17:9
  17:19 19:8,17,23
  20:3,7,10,14,20
  20:25 21:25 24:3
  24:17,23 25:12
  25:22 26:6 27:9
  27:16,20 28:1,7
  28:15 29:2,15
  30:9,14 31:23
  32:12,22 33:3,7
  33:25 34:5,21
  35:11,19 36:1,9
  36:15 37:20 38:3
  38:12 39:6,19
  40:2,9,16 41:2
  41:10,22 42:15
  42:22 43:15,23
  44:6,12,16,24
  45:5,16,24 46:6
  46:9,15 47:5,14
  48:2,9 49:5,17
  49:25 50:4,10,15
  50:19 51:10,14
  52:4,17,24 53:2
  53:9,23 54:6,16
  54:22 55:1,15,23
  56:3,16,23 57:5
  59:14 60:2 61:1
  61:11,25 62:3,10
  62:19 63:1,7
  64:2,9,24 65:4
  65:18 66:6,17,24
  67:7,12,17,23
  68:15 69:10
  70:10 71:7,13,16
  71:20 72:4,9,16
  73:2,17 74:10,17
  75:6,9,14,19,24
  76:1,4,8,12,25
  77:6,21 78:13,17
  78:21 79:1,10,25
  80:17,21 81:3,13
  81:20,23 82:2,18
  83:8 84:3,18

  86:1,7 87:2,9
  88:1,6,12,17,25
  89:7,20 90:1,8
  90:11,18 91:1,7
  91:23 92:3,10,16
  92:25 93:11,22
  94:2,8 95:12
  96:7,12,25 97:8
  97:13 98:8,21
  99:6,11 100:4,11
  100:22 101:4,8
  101:14 102:1,25
  103:5,16 104:2
  104:11,22 105:9
  105:18 106:9,17
  107:4 109:3,16
  110:15,20 111:5
  111:10,16 112:5
  112:10,14,22
  113:4,17,23
  114:4,15 115:1,4
  115:18,22 116:2
  116:13,17,21
  117:1,9 118:11
  119:1,6 120:9,18
  120:23 121:9,15
  121:25 122:8
  123:3,10,22
  124:7 125:14
  126:7,14,23
  127:2,9,21 128:4
  131:6
**bring** 83:12
**brings** 70:4
**broken** 24:7,8
**brought** 14:7 16:25
  84:9 118:20
**Broward** 21:7,8,9
  21:10,23 22:7
**budget** 95:3,15
  108:2,2,11
  114:20 117:17
  118:1,6,23,25
  119:5,8,13,16,24
  124:8,8
**budgets** 118:2
  119:14
**built** 55:11
**Bullerman** 13:21
**bureau** 26:14
**Butchko** 31:21
**butts** 48:6

**C**

**C** 1:19 4:1 129:7
  129:14 130:6,20
  131:17
**c/o** 131:6

**cabin** 94:19 107:6
  107:14,15 108:19
  115:11,12 117:18
  126:5
**cabins** 106:16
  108:21 123:2,19
**calculates** 120:4
**call** 26:14 30:23
  34:10 35:22
  40:23 119:14
  128:9
**called** 58:16
  119:15
**calling** 41:15
**calls** 23:23 24:14
**cameras** 51:16,19
  51:23 52:9,9,10
  53:14 54:11 55:5
  55:10
**Canaveral** 57:25
**capacity** 109:9,9,9
  109:11 112:20
  117:20,22
**captain** 33:17,19
  68:25 82:24
  96:19,20
**Captains** 82:21
  83:20 101:22
**captured** 53:24
**carboned** 13:13
**care** 80:7
**career** 29:24
**Carnival** 1:7 4:9
  4:16 6:10,25 7:7
  10:2 13:4,24
  14:17 15:1,17,21
  16:3,16,24 17:13
  18:4 19:5,13,14
  26:21 27:5,24
  29:1,3,10 30:8
  30:13 31:10
  36:18,23 38:10
  39:24 40:7,13
  42:5 43:22 44:4
  45:4,9,12,21
  46:12 47:10
  49:10,12 50:25
  51:3 52:1,3,12
  53:13,15,21 54:5
  54:11 55:13
  57:18 59:2,18,24
  63:19 64:1,17,21
  65:21,25 67:4
  70:8,9 72:1 77:3
  77:11,12,17,18
  77:25 78:6,8,12
  78:24 79:21
  81:10 84:16

86:16,18,22,23
87:5,7 88:4,10
88:22,24 89:3,25
90:16,17 91:6
92:13,20 93:21
94:6,12 95:8
96:3,5,10,16,22
97:3,6,12,17
98:18,19 100:1
102:7 106:20,25
107:25 108:10,24
108:25 109:2,14
109:15,18,19,19
110:3 112:13
113:2,16 114:22
116:9 117:4,7,11
117:16,21 118:10
119:21 120:8,21
121:7,12,22
122:6,14,25
123:7,19 124:1
124:12,17,22,23
124:23 125:2,11
125:12 126:4,11
126:21 127:19
128:1,2 131:8
132:3
**Carnival's** 38:17
99:21
**case** 1:2 35:25
37:2,15 39:1
42:17 43:5,17
60:10 92:24
**cases** 41:21
**cause** 4:4
**center** 38:24,25
121:13,16
**certain** 30:19
48:24 85:1 97:22
**Certainly** 43:19
**certificate** 3:3,4
29:25 129:2
130:1
**certificates** 28:13
**certify** 129:8
130:7,12
**chain** 33:9
**change** 17:3 89:4
132:5
**changed** 23:25
117:21
**changes** 16:15,23
17:1 100:7,8,16
100:20 101:12,18
132:2
**charge** 41:16 77:19
**check** 111:14
**checking** 11:21

**chicken** 25:6,7
**chief** 32:20,25
33:13,14,15
34:20 35:1,1,6,9
35:10,16,17 36:7
68:25 80:2 82:16
82:19,23 83:10
83:19 91:3
101:22 102:24
103:3,3 104:13
104:16,18,23
105:16,24 110:9
110:11,12,19
111:1,1,8,8,22
**chiefs** 103:1
105:24 111:22
**choked** 36:13
**circumstances** 23:9
47:3
**citizens** 47:8,10
47:20
**city** 24:4,7 98:23
99:1 128:22
**claim** 69:16
**claims** 78:11
**class** 109:17,18
114:21
**classification**
19:10,13
**classified** 114:21
**clearance** 48:13
**cleared** 47:19
**clearly** 93:7
**client's** 43:19
**clients** 40:14
**clubs** 122:20,24
**Coast** 62:11 63:4
**Code** 66:5 69:7
71:3,4 74:8
101:3
**collection** 80:9
**collective** 118:16
118:17,21
**college** 21:5,6,9
21:10,24 22:7,11
22:13
**come** 40:23 41:19
59:8 80:9 83:11
119:15 125:24
**comes** 108:11
**coming** 12:10 95:15
**command** 59:8
**Commission** 129:15
129:15
**commit** 48:4 125:21
125:24
**committed** 45:3,13
45:13,22 89:25

**committee** 119:13
**committees** 108:2
**committing** 25:24
113:22
**common** 107:10
**Community** 21:10,23
22:7
**company** 7:8,10,19
7:20,22,25 10:7
10:20 11:1 12:6
12:9 14:16 15:13
15:15,23 16:1,7
17:4 27:25 64:20
101:20,21 102:3
119:13
**complete** 47:19
131:12
**completion** 59:21
**complying** 59:19
**conduct** 36:24
37:19 39:14
**conducted** 8:17,24
9:19 11:8 12:4,7
**conducting** 103:11
**conducts** 37:1
**conference** 59:7
79:3,5,18,19,20
79:22 83:10,11
83:12,13 84:9
**conferences** 79:8
80:5 84:10,13
**configuration**
70:24
**confused** 125:7
**confusing** 72:17
76:13
**Congratulations**
27:1
**connected** 130:15
**Conquest** 116:24
**consensus** 108:1
**consequence** 88:20
**consider** 36:12
**considered** 19:6
**constant** 84:22
**contact** 35:7,10
37:2 47:25 57:22
58:2 73:23 74:3
74:3 85:14
**contacted** 36:25
37:12 48:5
**contacting** 39:16
**contained** 9:8,13
11:19 12:14
**context** 42:11
**continued** 128:16
**contract** 60:3
**contracts** 105:2

**conventions** 81:19
82:8
**conversations**
108:6,9
**coordinate** 34:7
**copy** 12:21,24 13:4
13:7 83:25
**Coral** 1:14 2:3
**corporate** 9:1
**corporation** 8:18
13:1 77:11,12,18
77:24,25 108:3
119:13
**correct** 6:1 7:1,2
7:12 9:11 10:3
10:11,13,22
11:16 12:12
14:20 15:24 17:6
17:18 21:13 22:1
22:21 23:21
27:15 28:3,4,22
28:24 32:9,19
33:6 34:14,16,22
36:5 38:1 40:24
41:4 43:12,22,24
45:9 59:5 60:11
60:12 63:24 64:3
64:10 67:2,8,25
68:14 70:25 74:9
81:22,24 82:17
83:2,3 85:25
86:2,14,15,19
87:23,25 89:21
90:7,20 91:18,19
92:22 93:1,6,12
93:21,23 94:9
96:8 97:1,14
98:7,16 99:22,25
100:2,3,23 102:2
103:6,9,12,24
106:18 109:15
110:14,21 111:24
113:9,12 114:7
114:25 115:5,23
116:10,14 119:2
120:19 121:10
122:9,13
**correctly** 60:1
**correlation** 63:15
**corridors** 106:22
121:8
**cost** 124:5
**counsel** 4:11
130:13,15
**country** 29:14,18
45:15 46:14,25
47:4,23 48:14
**County** 128:23

129:5 130:4
**couple** 5:18 30:2
42:14,18 43:6
**Court** 1:1 4:6,17
6:15
**coverage** 126:12,16
126:18 127:20
**covers** 8:14
**crew** 12:3 18:25
43:13 45:12,14
45:21 46:13 48:3
64:7 65:23 85:9
89:17 93:16
102:12,19 109:9
114:8 117:20,22
**crime** 14:7 38:18
38:20 39:17 40:8
48:4 53:10 54:8
55:25 57:8 64:8
70:9 73:10 82:7
82:9 83:22 86:17
89:24 113:22
125:22,25
**crimes** 34:7 48:24
49:1 50:5,6
53:16 56:20 57:3
64:14,22 65:16
65:17,23,24 67:6
73:13,15 80:7
82:1,3,10,11
87:6 98:25 99:3
**criminal** 18:15,17
18:19 19:20 21:5
21:5,12,24 69:12
85:5 86:14 89:15
94:3,5,7 98:14
98:22 125:18
**criminals** 113:21
**criteria** 97:16,19
98:18,24
**cruise** 1:7 4:9
6:10 7:1 8:8
12:6 14:17 15:2
15:17 16:16,24
18:4 26:21 27:6
27:24 29:3 34:19
43:22 47:13
48:16,20,23,23
49:10,11,23
50:22 51:7 52:21
53:7,8,22 55:13
55:21 56:6,14
59:2 61:12 64:20
65:14 69:17 71:5
77:18,24 79:21
81:2,10 92:8,20
97:7,17 99:1,8
131:8 132:3

**current** 75:22
76:23 77:4 78:1
80:11 92:6
**currently** 31:10
**Customs** 46:17
**CVSAA** 56:20
**CVSSA** 56:20 57:4
57:17 58:4,6,8
58:19 59:20 81:2
81:12

**D**
**date** 51:23 92:5
132:22
**dated** 92:9 130:17
**Davie** 6:15 22:19
22:20 23:11
26:16,25 29:16
29:18,24
**day** 34:24 35:2,21
38:23 85:4
128:22 129:10,11
130:17
**days** 131:13
**dealt** 13:19
**decided** 27:5
**decision** 47:25
94:19 108:3
119:7
**decisions** 17:7,13
**deck** 123:9,15,20
123:21 124:4,13
**decks** 107:1 123:2
123:18 126:12
**declare** 132:19
**Defendant** 1:8 2:6
4:16
**Define** 8:6
**defined** 93:7
**degree** 21:12,24
22:6
**degrees** 22:3,4
**denied** 117:18
**department** 8:3
22:19,20 23:10
23:11 26:17
28:14,17,21
29:10,24 41:25
77:17 85:16
89:11 94:18 98:6
99:13 105:25
108:1,21,22
113:5 114:7
118:13,13,17,19
**departments** 114:9
**depends** 34:24 35:2
38:4,5,23 40:22
69:11,11 83:16

84:5,11 125:15
**depo** 4:10 76:3
**depoed** 41:18
**DEPONENT** 128:19
**deposed** 41:21,21
42:1,5,17 43:5
**deposition** 1:12
3:2 4:1 5:6,6,24
42:11 43:7
128:16,17 130:8
131:9
**depositions** 5:18
42:4
**Deputy** 7:5,6,8,10
7:19,22,25 14:16
15:12,15 27:25
101:20 124:22
**description** 3:7
39:3
**designated** 68:10
**designed** 65:6
**desk** 74:20
**Destiny** 115:25
116:1,4,12
117:21
**detail** 38:16 86:16
**detailed** 91:17
**detective** 26:14
**determination**
47:24 98:12
**determine** 96:16
**determined** 110:18
110:18
**determines** 55:4
58:24 86:21
94:11 106:13
125:8
**determining** 104:20
**deterrent** 113:21
**developed** 63:12,15
**developing** 100:25
**devices** 11:22
**devise** 71:5,19
**devises** 61:9
**difference** 15:18
15:19 42:25 43:3
**different** 15:10,11
15:16 23:25
47:12 77:17,20
77:24 78:2,2
83:22 84:8 85:4
85:24 109:4
114:21 122:3
**direct** 3:3 5:1
31:25 32:2 63:15
85:7
**directly** 13:13
**Director** 6:10,25

7:6 10:1 14:17
15:1,16 17:17
27:24 41:14 49:9
51:3,25 54:25
71:25 81:9 86:22
89:19 97:11,18
98:17 99:19
101:21 108:23
109:1 113:13
117:5 120:22
124:1,21 127:18
**discharge** 26:16
**discuss** 16:25
**discussed** 13:24
80:4 82:7 90:22
118:9,19
**discusses** 93:15
**dispatch** 23:23
35:6
**distinguish** 19:5
**DISTRICT** 1:1,1
**doctor** 38:22
**document** 74:19,23
85:24 132:20
**documenting** 53:16
**documents** 8:7 9:24
11:9,11 70:8
99:24 100:1
**doing** 59:25 83:1
84:16 91:9
**Dominic** 10:9,12
16:10 17:5,7,13
32:13,15 33:19
33:20 118:20
**doors** 11:21
**drawing** 90:12
**Dream** 109:18,18,22
111:25
**Drive** 2:7 24:11
131:7
**driving** 26:1
**DUI** 24:19 25:1
26:2
**DUIs** 24:15 25:14
**duly** 4:24 129:10
**dump** 47:21
**duties** 8:1 15:2,6
15:15 18:8 22:25
34:3 55:12 59:23
72:14 93:4,8
**duty** 30:21

**E**
**earlier** 100:7
122:4
**ears** 85:13
**easy** 76:17
**Ecstasy** 116:16

education 21:4
  22:8
EE 129:15
eight 6:22 17:18
  17:24
either 34:19,24
  46:22
employed 22:17
  31:10 104:1
employee 42:5
  46:12 130:12,14
employees 45:4,9
  47:10 54:4 58:8
  83:5 85:7 94:6
enforcement 34:8
  36:22,25 37:3,14
  39:11,17,25 40:4
  41:24 46:17,22
  47:19,25 48:5,13
  49:1,15 50:7
  54:1 55:25 57:11
  57:13,23 59:8
  73:24 74:3
engine 121:8 122:2
ensure 16:3 59:18
  75:17 77:3
ensuring 74:14
  75:12
enters 70:2
entire 23:20 56:14
  121:4,23 123:21
errata 3:5 131:13
  132:1
especially 85:4
ESQUIRE 2:5,9
  131:6
essentially 32:16
establish 61:7
evaluate 59:25
  86:25 87:6 97:6
  97:17 98:19
evaluations 60:4,7
event 39:17 49:12
  53:17 55:14 94:7
events 80:10,11
everybody 84:20
evidence 54:7 80:8
exactly 39:2 48:25
  112:24 119:15
  121:5
Examination 3:3
  5:1
examined 4:24
example 36:13
excuse 29:18 71:2
  82:8 101:3
  107:17 115:7
Exhibit 60:13,15

60:19,20 99:18
EXHIBITS 3:6
exist 70:8
expect 72:24 73:5
  73:9,12 81:10
expected 85:18
experience 72:3,8
  72:14 97:20,22
  98:11 106:15,25
  112:12 127:18
Expires 129:15
explain 15:11
  47:11 84:21
explained 124:2
extent 22:7
extra 117:17
eyes 85:12

F
F-R-O-I-O 10:15,16
facility 8:9 63:5
fact 15:12 121:6
factors 94:16
facts 35:25 37:2
  39:1 43:16
  132:20
fair 17:8,12
fall 77:14
falls 58:2 87:15
fame 10:14
familiar 5:11
  48:16 50:17 51:4
  70:17 72:13,25
  73:6,10,13 74:5
  77:4 80:14 81:1
  81:11,14 85:21
  91:15 93:4 98:2
  99:19
familiarity 49:22
  53:20 56:14
familiarization
  85:11,16
far 17:14,14 47:3
  51:9 63:5,21
  86:23 108:17
FBI 57:24 80:8,9
federal 50:18,23
  50:25 52:2,12
  53:6 69:9 72:25
  73:15 80:11
feel 101:18 119:21
  119:23 123:23
FELICIA 1:19 4:1
  129:7,14 130:6
  130:20 131:17
field 57:24 58:1
figure 98:25
filed 60:10 99:17

files 9:24 11:12
  13:2
final 118:6 119:16
finally 119:16
financially 130:15
find 15:14 39:2
  57:15
findings 12:13
finish 38:12
finished 46:22
firearm 70:5
firing 8:11
first 4:24 22:10
  22:11 23:23
  26:13 38:11,20
  42:7 43:20 58:14
fitness 121:13,16
five 9:1 11:14,17
  13:8,22 18:18,20
  31:11 37:18 78:6
  78:9,12 90:24
  110:17 123:18
fixed 126:5
FL 131:19
flag 8:19 62:8
floors 126:5
Florida 1:1,14,20
  2:3,7 4:2,3 6:12
  6:15 29:25
  128:23 129:4,7,8
  129:14 130:3,6
  130:20 131:7,17
fly 40:22 41:5
follow 50:25 96:10
  125:6
follows 4:25 38:10
  97:3
foregoing 132:20
form 7:13 9:6,10
  10:21 12:15 13:6
  13:14,25 14:12
  14:19,23 15:4,8
  15:22 16:4 17:9
  17:19 19:8,17,23
  20:3,7,10,14,20
  20:25 21:25 24:3
  24:17,23 25:12
  25:22 26:6 27:9
  27:16,20 28:1,15
  29:2,15 30:9,14
  31:23 32:12,22
  33:3,7,25 34:5
  34:21 35:11,19
  36:1,9,15 37:20
  38:3,14 39:6,19
  40:2,9,16 41:2
  41:10,22 42:15
  42:22 43:15,23

44:6,12,16,24
  45:5,16,24 46:15
  47:5,14 48:2,9
  49:5,17,25 50:4
  50:10,15,19
  51:10,14 52:4,17
  52:24 53:9,23
  54:6,16,22 55:1
  55:15,23 56:3,16
  56:23 57:5 59:14
  60:2 61:1,11,25
  62:3,10,19 63:1
  63:7 64:2,9,24
  65:18 66:6,17,24
  67:7,12,17,23
  68:15 69:10
  70:10 71:7,13,16
  71:20 72:4,9,16
  73:2,17 74:10,17
  75:6,9,14,19,24
  76:25 77:6,21
  78:13,17,21 79:1
  79:10,25 80:17
  80:21 81:3,13,20
  82:2,18 83:8
  84:3,18 86:1,7
  87:2,9 88:1,6,12
  88:17,25 89:7,20
  90:1,8,11,18
  91:1,7,23 92:10
  92:16,25 93:11
  93:22 94:2,8
  95:12 96:12,25
  97:8 98:8,21
  99:6,11 100:4,11
  100:22 101:4,8
  101:14 102:1,25
  103:5,16 104:2
  104:11,22 105:9
  105:18 106:9,17
  107:4 109:3,16
  110:15,20 111:5
  111:10,16 112:5
  112:10,14,22
  113:4,17,23
  114:4,15 115:1,4
  115:18,22 116:2
  116:13 117:25
  118:11 119:1,6
  120:9,18,23
  121:9,15,25
  122:8 123:3,10
  124:7 125:14
  126:7,14,23
  127:2,9,21 128:4
formal 22:7 29:1
former 17:23 107:9
formulated 63:17

**Fort** 41:4
**forty** 30:1
**forward** 37:14
**four** 37:11,17
  124:6,24
**FPR** 1:19 129:14
  130:20 131:17
**frequency** 66:14
**frequently** 121:8
**Froio** 10:9,12
  16:10 33:19,20
  107:18,19,20,21
  107:24 108:7,8
  118:8 119:4
**fully** 37:13 55:24
**further** 130:12

**G**
**Garofalo** 31:19
**gauge** 74:24
**general** 24:6
**generally** 48:22
**Gerson** 2:2,5 3:3
  4:13,13 5:2,5
  7:14,18 9:7,12
  10:23 12:17
  13:11,17 14:2,14
  14:21,25 15:5,9
  15:25 16:8 17:11
  17:21 19:12,19
  19:25 20:4,8,12
  20:17,22 21:1
  22:2 24:5,21,25
  25:13 26:3,8
  27:11,17,22 28:2
  28:8,9,19 29:5
  29:17 30:10 31:8
  32:1,14,23 33:4
  33:10 34:1,11
  35:4,14,23 36:2
  36:11,17 37:21
  38:6,15 39:15,22
  40:6,12,19 41:6
  41:11 42:3,16,24
  43:18,25 44:8,14
  44:19 45:1,7,19
  46:1,8,10 47:2,9
  47:15 48:7,15
  49:8,21 50:2,8
  50:12,16,21
  51:12,17 52:6,19
  52:25 53:4,12
  54:2,9,17,24
  55:3,17 56:1,5
  56:18 57:1,7
  59:17 60:5,17
  61:2,13 62:1,5
  62:14,21 63:2,9

64:4,11 65:1,10
65:20 66:9,19
67:3,9,14,19
68:2,16 69:15
70:12 71:9,14,17
71:22 72:7,11,20
73:4,20 74:11,18
75:7,11,16,21
76:3,7,10,16
77:2,9 78:4,15
78:19,23 79:4,12
80:3,18,22 81:6
81:16,21,25 82:5
82:22 83:23
84:14 85:20 86:3
86:9 87:4,12
88:2,8,14,19
89:2,18,22 90:4
90:9,14,21 91:2
91:10 92:1,7,12
92:18 93:2,13,24
94:4,10 95:13
96:9,15 97:2,10
97:15 98:9 99:2
99:7,15 100:5,15
100:24 101:6,10
101:19 102:4
103:2,7,18 104:4
104:14,24 105:5
105:11,21 106:12
106:19 107:7
109:6,21 110:16
110:22 111:7,11
111:20 112:7,11
112:16,25 113:6
113:19,25 114:11
114:17 115:2,6
115:20,24 116:6
116:15,19,23
117:3,13 118:14
119:3,10 120:16
120:20,24 121:11
121:18 122:5,10
123:6,12,25
124:10 126:1,10
126:17,25 127:6
127:16,24 128:7
128:11,14
**getting** 84:22
  125:7
**give** 4:18 5:17
  24:9 25:20 33:11
  37:2 38:7 58:23
  84:20,23
**given** 51:23 60:4
  77:7 117:23
**gives** 68:24
**giving** 37:9 120:5

**glass** 128:10
**go** 5:17 6:6 11:3
  16:5 21:2,6 27:5
  55:5 63:13 78:3
  79:22 89:10
  94:16 125:19
  126:2
**goes** 41:1 86:16
**going** 12:10 21:2
  25:17 31:4 34:8
  34:25 37:15
  39:11,14 70:19
  76:4 85:3 93:9
  98:1,2 105:20
  111:22 117:11,14
  119:17 125:16
  128:12
**Good** 5:3
**government** 83:17
  84:6
**graduate** 22:4
**graduated** 21:14,23
**Greg** 31:17
**Griffin** 24:12
**ground** 5:18
**guard** 47:22 62:12
  63:4 123:20
**guards** 66:15
  106:21
**guess** 14:12 27:3
**guest** 47:18 48:4
  89:17 109:9
  112:20 117:20,22
**guests** 102:12,19
**guide** 71:1
**guideline** 96:10
**guidelines** 37:10
  61:7 62:7,9 63:5
  66:4 71:4,18
  96:14
**guys** 82:25

**H**
**H** 37:18
**Halloween** 25:5
**handle** 7:20 8:2,15
  23:2 26:14 30:24
  34:8 94:25
**handled** 18:24
**handles** 89:15
  94:23,25 95:3
**handling** 8:8 23:23
  24:14 57:23
**happen** 8:8 18:24
  120:15
**happened** 18:11,15
  30:25 39:2 89:17
**happening** 120:4

**happens** 30:22
  89:16
**hard** 25:15 84:21
**head** 25:21 36:13
**held** 27:18
**help** 67:5 71:18
  113:15
**helpful** 64:13
**helping** 65:22 70:7
**helps** 94:25
**hierarchy** 32:17
**higher** 113:14
**higher-ups** 107:17
**highly** 100:2
**hired** 8:19 27:14
  84:11
**hiring** 8:11
**hold** 38:12 46:6
  59:7
**holds** 112:18
  113:11 115:11
**home** 6:14 39:13
  40:24,25 41:4
  45:14 46:14,25
  47:4
**Homeland** 46:18
  47:6,19
**honest** 107:10
**honestly** 5:15
**Horne** 1:4 4:8,14
  131:8 132:3
**Horne's** 43:19
**hour** 121:23 125:23
**hours** 30:1 104:6
  106:4 107:2
  112:3 126:22
**house** 6:17,18
**HR** 85:16 94:18
  108:21
**hundred** 54:14
**Hundreds** 5:10

**I**
**idea** 24:6 104:9
**identification**
  60:16
**ifs** 48:5
**II** 128:16
**imagine** 9:8
**immediately** 36:8
  57:15,22
**IMO** 62:13
**improve** 17:14 89:4
  128:2
**inadequate** 69:18
**incident** 26:15
  34:18 38:4 49:14
  69:2,12 86:14

94:1,5,7 120:15
**incidents** 18:10,13
18:15,17,19,22
19:20 24:22,24
30:12 69:9,12,14
69:23 75:13 94:3
120:4,12,14
**include** 19:3 61:23
62:4 64:21 65:21
105:20
**included** 111:17
**includes** 37:4
69:18 102:24
110:8,9
**including** 65:14
82:12 90:16
**increase** 95:8,16
95:19,23,24
96:23 98:13
102:7 107:24
109:5 113:2
114:20,23 115:8
115:10,13,16
116:1,12 118:9
118:22,23 119:12
119:20,24,25
120:5 127:20,23
128:6
**increased** 97:23
109:7,10,14
117:22 119:22
**increases** 127:14
**INDEX** 3:1
**individual** 30:19
94:14
**influence** 5:25
**information** 39:8
39:10 57:21 65:8
66:2 78:1 100:2
**infractions** 25:17
**inside** 77:17
**inspections** 66:15
**instance** 34:18
83:1 123:17
**instances** 45:11
**instructed** 6:4
**intended** 5:24
**intending** 113:22
**intensity** 66:14
**interested** 130:16
**internal** 18:25
47:25
**international**
62:12 63:4 66:4
72:15
**intoxicated** 84:24
**invest** 21:5
**investigate** 18:10

18:14 26:4 37:15
48:24 49:14 50:6
55:24
**investigated** 18:20
19:21 20:19
37:13
**investigating**
30:12 37:9 50:5
80:7
**investigation**
25:18 26:2 31:4
31:7 34:7,9 35:8
36:21,25 37:1,14
37:19 39:14
46:16,23 47:18
86:12,13,14
**investigations**
18:12,25 31:7
32:4,8,11 53:11
81:24 82:1,3
87:16,19 89:14
89:15 90:3,5
93:18 94:1
120:11
**investigator** 18:2
18:3,5,9,19
20:13 27:14,18
28:25 30:7,13,20
30:23 31:3 34:15
39:9,20 40:20
41:1 63:23 73:25
74:4
**investigators**
30:21 31:5,9
33:5,21,23 34:3
34:12 36:19,20
36:24 37:6,8
38:2 89:24 90:2
**involuntary** 26:17
**involved** 16:23
61:14 94:21
**involvement** 55:9
61:16
**Island** 24:11
**ISPS** 63:17 69:7
71:3,4 74:8 75:5
75:5,8 101:3
**issue** 13:23 14:7
79:9 81:17 82:6
86:4
**issues** 9:8,13
74:13
**Italian** 107:21

**J**

**job** 6:9 7:3 10:24
14:22 15:14 18:1
22:11,11,14

50:17 51:4 59:23
59:25 73:24 74:3
83:4 131:9
**John** 31:21 104:15
**Joseph** 13:21
**justice** 21:5,12,24
**justify** 120:5

**K**

**keep** 13:8 29:24
120:13
**kept** 11:14 16:3
**kind** 38:21
**kit** 40:8,14
**knew** 115:11
**know** 9:21 13:3,7
15:10,11 16:19
16:20 19:24 20:6
24:8 25:18 29:7
29:11 30:11 39:3
40:5 41:12,14
42:25 43:16
44:17 48:11 49:2
49:4,6,6,9 50:1
50:3,22 52:20
53:6 55:19 56:19
56:20 58:10
60:23 61:23
63:21 65:19
71:10,10,11
73:18 74:21 75:5
80:20 84:21
86:11 87:10,13
87:14 88:7,9,15
88:20 89:9 92:20
96:2 97:16,19,21
97:25 99:9,10
105:1,7,10,13
106:2,3 108:15
111:14 112:2,17
115:11 117:8,14
117:15,17 120:12
121:3 122:16
124:5,9 125:4,22
126:19
**knowledge** 72:2,8
72:10,18,22
74:25 75:22
76:23 98:10
106:14,24 127:17
**knows** 12:9 39:2

**L**

**LARA** 2:6 131:6
**Large** 4:3
**larger** 95:24
102:11
**Lauderdale** 41:4

**law** 34:8 36:22,25
37:2,14 39:10,16
39:24 40:4 41:24
46:17,21 47:19
47:25 48:4,13,25
49:14 50:7,18,23
52:2,12 53:6
54:1 55:25 57:11
57:12,22 59:8
64:19 65:13 69:9
72:15 73:1,16,24
74:3
**laws** 50:25 51:5
**lawyer** 5:23
**layout** 70:24
**learns** 35:17 36:3
**leave** 26:22 47:7
125:21
**leaves** 110:12
**leaving** 23:10
**led** 26:1
**left** 96:18 104:10
**Legal** 131:9,18
**legislation** 49:7
**let's** 76:17 103:25
**Letter** 3:4 131:1
**level** 98:14
**levels** 94:12,13
105:8
**liaison** 36:22
**Liberty** 115:8,9,17
**life** 11:22
**limit** 57:14
**limited** 93:9
**limits** 24:1
**Lindsey** 1:4 4:8,14
131:8 132:3
**line** 6:10 12:6
18:4 61:12 65:14
90:13 132:5
**lines** 1:7 4:9 7:1
14:17 15:2,17
16:16,24 26:21
27:6,24 29:3
48:23 49:10 59:2
77:18,25 79:21
81:10 131:8
132:3
**list** 16:6
**listed** 57:10
**lived** 6:21 17:23
**Lloyd's** 8:23,25
11:8,16 12:10,18
13:5,18,19
**local** 41:3
**locate** 39:4
**location** 52:9
125:21

**locations** 111:14
**locking** 11:22
**long** 6:21 7:22
  18:5 23:7,12
  108:13 121:3
  125:20
**look** 11:9 12:20
  54:4 60:18,19,19
  74:21 100:18,19
**looking** 33:8 54:7
  74:19
**lot** 86:16 94:16
  99:1
**love** 107:5,13
  108:4

**M**

**Magic** 109:19,22
  111:25
**main** 111:18
**maintain** 52:2,13
  52:15,22 53:8,15
  73:10
**major** 24:8
**majority** 44:11
**making** 8:7 15:20
  16:23
**mall** 29:19
**man** 111:14
**manager** 31:6 32:3
  32:7,10 87:15,19
  89:14 90:3,5
  95:1 118:1
  120:11 124:9
**mandated** 69:3
**manned** 122:15,16
  122:23 123:1,4
**manual** 12:18 16:16
  16:17,19,21,24
  17:14 41:15
  70:11,13,17
  85:21,24 86:6
  91:15,18 92:20
  93:3,8,10,15,18
  93:20,25 94:11
  100:8,10,14,18
  100:21 122:7
**Manuel** 104:15
**Maritime** 77:13,15
  77:16,19,22
**mark** 60:13,19
**marked** 60:15,20
**Marshall** 80:11
**MASE** 2:6 131:6
**Master** 13:1 16:12
  33:17
**Masters** 101:22
**matter** 4:8 35:21

**36**:23 45:20
  46:11
**mean** 9:23 21:20
  24:4 50:13 68:6
  68:24 72:18
  73:22 86:13
  91:12 94:12,13
  94:25 111:1
  117:4 120:25
  122:21 125:4
**meaning** 111:12
**meant** 29:7 42:2
  105:23
**measures** 64:13
**medical** 38:21,21
  38:22,24,25
**meet** 38:24 40:22
**meets** 57:9
**member** 43:14 45:12
  45:14,21 46:13
  48:3 85:9 89:17
**members** 12:3 18:25
  39:24 65:23
  102:12 114:9
**memory** 50:14
**mentioned** 81:17
**mentioning** 122:2
**Miami** 1:14 2:3,7
  6:12 10:18 41:4
  57:24 128:23
  131:7,19
**Miami-Dade** 128:23
  129:5 130:4
**Michael** 1:12 3:2
  4:10,23 6:8
  129:9 130:8
  131:5 132:3,22
**minimum** 117:6
**mischaracterizes**
  52:5
**missed** 56:25
**modify** 124:18,24
  125:3,4
**monitoring** 68:3
**months** 26:20
**morning** 5:3,4
  30:24
**move** 105:3

**N**

**name** 5:5 6:6
  104:25
**names** 107:21
**nationalities**
  47:12
**nature** 24:16
**nearest** 57:18
**necessary** 101:18

**need** 17:2 38:22
  66:8 108:10,22
  118:9
**needed** 17:15
  118:21
**needs** 38:21 52:8
  97:7,17 98:19
  119:21
**neighborhood** 112:9
**never** 90:22
**new** 21:21 95:15,23
  102:16,18
**newer** 109:8 117:19
**ngerson@gslawu...**
  2:4
**NICHOLAS** 2:5
**Nick** 4:13 5:5
**night** 23:25 122:20
  122:24
**nine** 54:13
**non** 47:10
**non-passenger**
  68:13
**Northwest** 6:12
**Notary** 4:2 128:24
  129:8,14
**notes** 130:11
**notice** 76:7
**NOTIFICATION** 131:1
**notified** 36:8 38:2
  38:23 40:4,20
  43:21 44:2 91:3
**notifies** 34:19
  39:9
**notify** 12:6 30:25
  35:16,20 39:24
  48:25 49:14 50:6
  55:25 57:11,12
  57:15,18,22
**number** 3:7 48:24
  88:15 91:4 95:8
  95:19 96:23
  102:7,20 107:24
  109:14 113:2,10
  115:9,16 119:17
  119:20 127:10
**numbers** 120:3
**numerous** 75:2
  88:21
**nurse** 38:22

**O**

**o'clock** 30:24
**Oath** 3:3 129:2
**object** 7:13 9:6,10
  10:21 12:15 13:6
  13:14,25 14:12
  14:19,23 15:4,8

**15**:22 16:4 17:9
  17:19 19:8,17,23
  20:3,7,10,14,20
  20:25 21:25 24:3
  24:17,23 25:12
  25:22 26:6 27:9
  27:16,20 28:1,15
  29:2,15 30:9,14
  31:23 32:12,22
  33:3,7,25 34:5
  34:21 35:11,19
  36:1,9,15 37:20
  38:3,14 39:6,19
  40:2,9,16 41:2
  41:10,22 42:15
  42:22 43:15,23
  44:6,12,16,24
  45:5,16,24 46:15
  47:5,14 48:2,9
  49:5,17,25 50:4
  50:10,15,19
  51:10,14 52:4,17
  52:24 53:9,23
  54:6,16,22 55:1
  55:15,23 56:3,16
  56:23 57:5 59:14
  60:2 61:1,11,25
  62:3,10,19 63:1
  63:7 64:2,9,24
  65:18 66:6,17,24
  67:7,12,17,23
  68:15 69:10
  70:10 71:7,13,16
  71:20 72:4,9,16
  73:2,17 74:10,17
  75:6,9,14,19,24
  76:10,25 77:6,21
  78:13,17,21 79:1
  79:10,25 80:17
  80:21 81:3,13,20
  82:2,18 83:8
  84:3,18 86:1,7
  87:2,9 88:1,6,12
  88:17,25 89:7,20
  90:1,8,11,18
  91:1,7,23 92:10
  92:16 93:11,22
  94:2,8 95:12
  96:12,25 97:8
  98:8,21 99:6,11
  100:4,11,22
  101:4,8,14 102:1
  102:25 103:5,16
  104:2,22 105:9
  105:18 106:9,17
  107:4 109:3,16
  110:15,20 111:5
  111:10,16 112:5

112:10,14,22
113:4,17,23
114:4,15 115:1,4
115:18,22 116:2
116:13 118:11
119:1,6 120:9,18
120:23 121:9,15
121:25 122:8
123:3,10 124:7
125:14 126:7,14
126:23 127:2,9
127:21 128:4
objection 6:3 7:17
53:2 65:4 81:23
92:3 96:7 97:13
116:17,21 117:1
117:9 123:22
objectionable 76:9
76:15
objections 5:24
obligation 52:2
observation 80:12
82:12
obtain 22:3
obviously 70:23
119:24
occur 75:2 106:16
occurred 44:4,4
84:13 88:22
120:7
occurring 87:7
October 1:13 4:7
91:22 92:6
129:10,11 130:17
131:4,9 132:4
offer 38:20 40:7
121:23
offered 40:14
offhand 18:23 56:4
112:19
office 11:9,13
13:9 17:1 31:6
34:14 43:9 57:25
58:1 73:19 94:22
94:24 111:3
131:11,13
officer 7:6,8,11
7:19,21,23 8:1
10:7,20 14:16
15:13,16,24 16:1
16:7,13 17:4
23:5,7,13,16,17
25:2 27:25 28:21
29:14,25 32:20
32:25 33:13,14
33:15,16 34:20
35:1,2,7,7,9,10
35:16,17 36:7

58:11,13 68:25
73:23 74:2 82:17
82:24 83:15,19
91:21 92:14
96:18 97:21
98:11 101:17,20
101:21 102:3,24
103:4 104:12,13
104:15,16,19,23
107:9 110:12,19
111:8,9 113:15
124:22 125:10,19
127:18
officers 8:12
32:17 33:12
58:10,17,18 59:9
59:11,12,19 72:2
72:6,13,24 73:5
73:9,12 76:23
77:4 80:1,2,14
80:25 81:11
82:19,20,23,25
83:13,21 84:1
85:10 91:4,17
93:3,8 94:13
95:4,19,24 96:11
96:17,24 97:4
98:13 101:22
102:7,13,14,20
102:23 103:3,8
103:10,14 104:1
104:3,21 105:14
105:16,24 106:3
107:6,13 108:5
108:14,25 109:11
109:14 110:5,10
110:13 111:15,24
112:1 113:3,21
114:3,10,12,23
115:9,13,14,17
117:6,17,18,23
118:9 119:12,17
119:21 120:2
121:7,13,21,22
122:14 123:1,8
124:6,12 125:8
125:12 126:4,12
126:20 127:12,15
officers' 122:6
official 7:9
Oh 83:9 128:11
okay 5:21,22,25
6:5,6 7:10 9:18
9:21 11:5 12:18
12:21,24 13:12
13:18,22 14:7,10
14:15 15:1 17:17
17:25 20:5 22:6

22:17 23:7 28:5
28:12 30:6 31:20
37:22 38:7,7
39:5 42:9,20
43:5 47:16 49:4
50:22 51:7 52:15
53:20 54:10 55:4
58:3,24 59:24
60:23 61:5,9
63:25 66:13
67:22 68:17 69:2
69:22 70:1,6
72:24 75:4,22
76:19 77:3,10
78:5 79:7 80:13
82:1,10,23 84:15
87:17,17 88:9
91:20 92:8,13
93:14 95:2,5,7
96:1 97:11,25
98:5,17 99:3
100:25 102:10,17
105:7 106:2,20
113:1,20 114:12
118:4,8 121:6,12
124:11 128:8
old 21:22
on-call 39:9
on-duty 30:23 31:3
31:9 96:11,17
104:6 111:2
112:3 121:24
on-the-job 30:3
once 30:20 34:9
38:18 39:7,25
40:20,25 42:6
47:18 79:3 82:15
86:17 121:23,23
ones 44:22 110:24
ongoing 98:15
open 11:21
opinion 106:23
123:14
opposed 19:15
85:25
order 8:7 111:18
113:15
orders 66:10 91:21
92:14 93:7 121:7
121:13 122:12
organization 8:19
original 28:16
29:20
ORTEGA 1:19 4:1
129:7,14 130:6
130:20 131:17
outfit 25:6,7
outlined 122:7

outside 41:8
owner's 55:19

P

P.A 2:2,6 131:6
p.m 1:13 106:4
107:2
Page 3:2,7 132:2,5
pages 130:8
Panariello 1:12
3:2 4:10,23 6:8
129:9 130:8
131:5 132:3,22
parking 23:2
part 8:2 12:19
19:14 20:15
48:21 49:19 51:4
56:25 72:14
89:11,15 93:4
99:13,16 107:15
110:25 119:19
particular 84:1
95:19 96:17
98:14 124:13
parties 128:18
130:13
parties' 130:14
partly 113:7
passed 49:2,4
passenger 38:8
43:10,13,14 44:4
68:3 69:16 96:11
103:13 106:22
107:1 113:14,16
121:8 123:2
passengers 40:14
44:23 64:7,14,22
65:15,23 67:5
70:7 84:16 89:5
93:16 96:6 97:4
112:17 113:11
123:18
patrol 23:17,18
58:15 66:10
70:15,16 82:13
98:13 107:14,14
110:24 111:2,13
111:23 121:4,7
121:13,16,22
122:3,3 123:8,15
123:21 124:3
125:9,13 126:21
127:20
patrolling 24:13
68:7 83:1 85:1
107:6,15 108:5
111:1
patrols 13:23 14:1

66:16 67:16,18
67:25 68:12 95:9
97:23 103:11
106:4 124:18,25
125:3,4,5,5
**patterns** 75:23
76:24 77:5 86:25
87:6
**penalties** 132:19
**Penetration** 43:4
**people** 24:19 34:2
58:15 69:25
79:16,22,23
84:24 101:23
105:2 115:11
118:22
**performance** 59:22
**performed** 9:15
13:5 66:15 75:12
**performing** 12:11
59:23 67:15
106:3
**period** 82:9
**perjury** 132:19
**permission** 102:3
**person** 13:3 15:20
48:14 87:22
94:22,24 124:3
**personal** 64:8,14
64:22 65:16,23
74:24
**personally** 30:17
129:9
**personnel** 59:11
66:11 68:18
75:18 107:24
**persons** 69:20
**phonetic** 31:17
**physical** 19:1
66:14 69:13
88:23 89:4 90:16
**Pine** 24:11
**place** 43:7 44:20
62:17 65:5 66:22
66:25 79:20
86:25 122:11
**placement** 55:9
**Plaintiff** 1:5 2:2
4:14
**Plaintiff's** 3:6
60:15
**plan** 41:17,18
42:12 60:23 61:3
61:4,6,9,14,17
61:21,24 62:13
62:17 63:6,15,20
64:6,12,23 65:5
65:9,15,22 66:2

66:10,22 67:5,11
67:15,24 68:12
68:17,21 69:3,8
70:6,20,21 71:19
72:12,15 73:7
74:8,16 76:22
85:25 100:9,13
100:21 101:12
127:22
**Plans** 63:12,18
68:8 71:5 99:20
101:1,24
**please** 4:12 6:6
38:16 65:1
**point** 34:12
**police** 22:19,20
23:5,6,7,11,12
23:16 25:1 26:16
28:5,14,17,20,21
28:22,23 29:10
29:14,20,24,25
41:24 97:21,23
98:6,11,13 107:9
118:16 127:18
**policies** 16:22
19:14 46:20
**policy** 36:23 45:20
46:11 48:8,11
**port** 34:9 39:12,13
40:23,24,25 41:4
57:24,25 58:1
62:12 63:5 66:4
95:1
**ports** 41:8 78:3
**position** 22:22
27:18
**positive** 30:16
**possible** 14:11
16:3 38:17 121:1
**possibly** 42:21
**post** 91:21 92:14
93:7 111:18
121:7,13 122:12
122:16,18,23
**posted** 49:19
122:15
**posts** 122:15,20
123:1,4 126:5
**potential** 54:4
113:21
**potentially** 84:25
**PowerPoints** 58:22
84:7
**prepared** 131:11
**presence** 119:22
**present** 27:23
119:23,25
**presented** 90:23

**preservation** 80:9
**pretty** 112:23
**prevent** 53:10
62:17 66:22,25
83:22
**preventing** 64:13
70:14
**prevention** 70:9
82:6,9,12 86:4,8
86:11 93:15,20
**prevents** 65:14
**previous** 84:10,12
**primary** 13:12
**prior** 17:25 18:7
28:25 29:13
63:19 80:5,5
83:5 88:21 95:15
112:12 115:21
116:11,25
**private** 108:3
**probably** 56:10
79:23 106:10
108:15
**problem** 126:6,8
**procedure** 38:9,11
45:21 46:12
73:15
**procedures** 16:22
19:14 36:23 38:8
38:17,18,24
**proceeding** 131:10
**PROCEEDINGS** 3:1
**process** 5:11 12:19
**produced** 92:23
**Professional** 1:20
4:2 129:7 130:6
130:20 131:17
**prohibiting** 64:17
**prohibits** 65:14
**promise** 74:23
**promoted** 23:5
**promotions** 23:15
**proper** 11:22
**proposal** 115:3
**prosecution** 53:17
**protect** 64:22
65:15,22 67:5
70:7 84:16 89:5
**protecting** 64:7
**Protection** 46:18
**provide** 98:13
113:15,21
**provided** 12:21,24
59:10 131:11
**provides** 77:10
98:5
**provisions** 64:7,21
65:15,21 67:4

70:14 93:19
**public** 4:2 44:18
128:24 129:8,14
**pulled** 25:5
**pulling** 24:18
25:24
**punched** 36:12
**purpose** 36:19
52:20,21 61:5
**purposes** 53:16
**pursuant** 55:21
**put** 47:21 78:1
118:22
**puts** 108:1

---

**Q**

**quality** 128:2
**quantity** 52:9
**question** 5:19 6:2
6:4 38:13,14
39:1 46:2,4,7,7
46:8 63:13 65:1
65:2,12 76:8,11
76:14,18
**questions** 76:5,13
**quickly** 35:15

---

**R**

**random** 125:5 126:3
**rape** 19:6,15,22,22
35:18 36:4 38:18
39:17,25 40:8,14
42:21,25 43:21
45:13,23 46:13
49:12 53:17
64:22 70:7,14
79:9 81:17 82:7
84:16 86:4,4
89:5 93:16,20,20
**raped** 34:18 38:9
40:15 43:11,13
44:21,23 45:9
47:18 69:17
88:10
**rapes** 19:3 20:18
26:4 44:2 45:3
64:15 65:16,24
67:5 78:8 86:24
87:7 88:4,21
91:5 99:4 106:15
120:6 124:19
**ratio** 96:11 97:3,5
113:15
**read** 3:4 56:6,11
60:21 65:2 74:23
132:20
**Reading** 128:17
**really** 44:20

117:15
**reason** 120:3 132:5
**reasons** 102:10
**recall** 14:11 20:18
20:23,24 24:22
**receive** 13:7 23:15
29:1 58:18,21
**received** 28:10,12
28:17 29:9,13,23
58:3
**receives** 13:4
**recess** 128:15
**recognize** 84:24
**recognized** 8:18
**recommendation**
94:17 95:14,17
95:18 96:22
102:15,18 107:16
114:19
**recommendations**
95:8,16 100:8,20
101:16 102:6
107:23 108:24
113:1 119:20
127:25 128:1
**recommended** 114:13
114:22 124:11,15
**record** 6:7 130:10
**recorded** 65:3
**recording** 51:9,11
53:1,8,21 75:13
**recordings** 54:5
**refer** 66:7
**referred** 7:5 99:17
**referring** 8:16
56:21 92:19
**refers** 19:15
**refresh** 50:14
**refuses** 47:7
**regard** 53:21
**regarding** 13:23
14:1 52:2 75:12
85:11
**Register** 8:23
**regular** 103:8
110:13 111:14
**regulation** 64:20
65:13
**relate** 11:19
**related** 64:7 65:22
70:14
**relative** 130:12,14
**relay** 39:10
**released** 46:21
**remaining** 110:24
**remedial** 30:2
**remember** 11:6 14:9
14:10,13,15

18:23 20:21 25:9
25:14,15,16,20
26:9 43:6,8
44:18 56:12,17
66:8 91:9
**repatriate** 46:19
46:24
**repatriates** 45:21
**repeat** 15:7 45:17
55:16 65:1
**report** 9:4 10:10
12:14,22,25
31:22,24 57:3,10
69:8,23 87:24
89:24 90:2,10
118:6 130:8
**reported** 1:19
34:18,23 38:19
40:1 57:8 86:17
91:5,6 124:19
**reporter** 1:20 3:4
4:2,6,17 65:3
129:7 130:1,6,20
131:17
**reporting** 56:20
69:2 73:13,14,15
75:13
**reports** 19:9 32:11
33:16,16,19
34:23 87:22 90:6
95:5 98:4,5
**request** 102:21
115:8 117:16
118:6 131:12
**requested** 102:20
108:16 115:25
116:11,24 117:6
130:10
**requesting** 108:12
108:13
**requests** 117:24
**require** 67:15 69:8
72:12 97:23
122:14 123:1,8
**required** 5:14 40:7
51:1,4 52:12,15
57:10 58:6 62:7
62:9 66:13 71:18
72:25 73:18,21
73:23 74:7 75:4
75:17 76:23 83:2
83:15 93:4 101:2
101:3 121:22
**requirement** 39:24
52:1,21 74:15
**requirements** 8:11
50:9,18,20 51:8
56:19,24 57:3,6

59:19 63:6 69:3
73:6
**requires** 46:18
49:12 53:6
**reside** 6:19
**residences** 6:23
**respect** 13:19
55:20 68:22 81:1
81:11
**respectfully**
131:12
**respond** 24:19
37:15 39:11
**responded** 25:1
**responder** 23:23
58:14
**responders** 26:13
**responding** 24:15
**response** 58:4
108:18 118:24
119:4 120:1
**responses** 101:1
**responsibilities**
8:1 15:3,6,15
18:8 23:1 34:4
55:12,20 68:19
68:22,23 69:1
72:14 77:14,20
91:17 93:5,9
111:13 122:6
**responsibility**
16:2 123:9
**responsible** 15:20
23:22 24:13 30:8
30:12,17 39:16
82:13 83:20
104:20
**restricted** 11:21
12:1 67:21,22,25
68:1,7,9,11,13
70:2
**results** 9:4
**retire** 26:25
**retired** 26:23,24
30:5
**retirement** 27:3
**return** 131:13
**review** 6:4 12:18
84:11 99:23
101:17 130:9
131:11,13
**reviewed** 66:3
70:18 101:11
**revised** 91:21
**right** 9:23 10:2
14:18 20:13
27:19,21 28:21
29:22 31:2 32:18

32:24 33:2 34:13
34:13,20 35:24
37:4,7,25 41:9
44:11,20,23
54:14 63:23 67:6
70:21 76:20
86:18 87:20,21
87:24 89:19,25
92:9,20 93:10
94:1,7 97:3 98:6
99:21 100:8
101:13,25 102:24
103:4,23 106:10
106:16 111:6,9
111:15,21 112:9
113:3 115:21
116:8 117:8
120:17 122:7,12
122:15 123:24
126:13
**Riley** 31:15
**road** 23:16,18
24:11,12,12
25:25 26:1
**roadsides** 25:6
**roadways** 24:8
**robberies** 64:8
**Robert** 31:13 32:6
32:7,10 33:20
34:2
**room** 44:25 45:2
121:8 122:2
126:5
**room's** 114:6
**roughly** 54:13 96:5
103:14 126:20
**route** 125:6,8,17
**routine** 67:16,18
77:7 103:11
**RSO** 8:18,22
**rule** 64:19 65:13
**rules** 5:18 63:17
**runs** 79:5

---

**S**

**S.E** 131:18
**safe** 15:21 16:3
**safety** 48:17,20
49:11,23 50:18
50:23 51:7 52:22
53:7,22 55:13,22
56:7,14 89:12
92:8 128:2
**Salvatore** 31:19
**saying** 28:18 29:4
47:17,18 51:20
57:19,20 68:23
89:8,9 111:6

118:17 123:16
126:9 127:11
**says** 57:19 91:24
93:10 118:6
**scene** 41:1 73:10
**schedule** 110:18
**schedules** 104:21
108:21
**scheduling** 104:18
**SCHWARTZ** 2:2
**secluded** 85:2
**second** 21:3 42:8
**secur** 117:5
**secure** 12:2 61:18
**securities** 9:13
**security** 6:10,25
7:6,6,8,10,19,20
7:23,25 8:2,12
8:18,20 9:8,18
10:1,7,20 11:5
11:19,20 12:18
13:23 14:1,8,16
14:17 15:1,13,15
15:16,23 16:1,7
16:13,14,16,17
16:19,21,24 17:4
17:14,18 19:9
27:24,25 30:18
32:17,20,25
33:12,13,14,15
33:16 34:20 35:1
35:1,7,7,9,10,16
35:17 36:7 41:14
41:14,17,17
42:12 46:18 47:6
47:20 48:17,20
49:10,11,23
50:18,20,23 51:3
51:8,25 52:22,23
53:1,7,22 54:25
55:4,10,14,22
56:7,15 58:10,11
58:13,17,18 59:2
59:9,11,12,19
60:23 61:3,4,5,7
61:9,14,17,20,24
62:12,16 63:5,5
63:12,14,18,19
64:6,12,13,23
65:5,6,7,9,15,22
66:1,2,4,10,11
66:22 67:1,4,10
67:15,16,18,24
68:8,12,12,17,18
68:21,22 69:2,3
69:8,8,14,19,20
69:24,24 70:1,6
70:11,13,17,20

70:20,20 71:1,5
71:19 72:1,1,5
72:12,13,15,24
73:5,7,9,12,14
73:23 74:2,5,7,8
74:12,14,15,15
75:13,18,22
76:22,23,24 77:4
77:13,15,16,19
77:22 78:16,18
78:20,24 80:1,2
80:14,25 81:9,10
82:16,17,19,20
82:23,24,25 83:4
83:10,12,19,21
83:24 84:1 85:8
85:10,11,15,17
85:21,24,25 86:5
86:22 87:24
88:24 89:4,11,19
90:16,23 91:3,15
91:17,18,21 92:9
92:14,20 93:3,8
93:15,19 94:13
95:1,4,9,19
96:11,16,18,23
97:4,6,11,17,18
98:17,19 99:13
99:14,19,20
100:8,9,10,13,13
100:18,21,21
101:1,2,11,12,16
101:20,21,22,24
101:24 102:3,7
102:13,14,20,23
102:24 103:3,4,8
103:10,14 104:1
104:3,12,13,15
104:16,19,21,23
105:14,16,24,25
106:3,21 107:1,6
107:24 108:5,10
108:14,23,25
109:1,14 110:4,9
110:12,13,19
111:8,9,15,23
112:1 113:3,13
113:14,16,20
114:3,6,10,12,23
115:9,16 116:1
116:12,24 117:5
117:6 118:9,22
119:17,21,22
120:22 121:7,12
121:21,22 122:6
122:7,14 123:1,8
123:20 124:1,6
124:12,18,22,22

124:25 125:3,8
125:10,12,19
126:4,11,12,20
127:19,20 128:2
128:6
**see** 37:14 39:11
74:19 85:13,18
95:21 113:14
119:16 120:25
125:19
**seminar** 79:16
82:15 91:14
**seminars** 81:19
82:8 83:25 90:23
91:4
**send** 13:9 46:24
47:4,22 48:13
**Senior** 32:3,7,10
89:14 90:3,5
**Sensation** 9:16
54:11 90:17
103:25 104:1,21
105:22 106:5
110:3 112:1,2,18
114:14,23 121:4
126:21
**Sensation's** 127:12
**sense** 107:10
**sensitive** 65:7
66:2 100:2
**sent** 13:13,15,15
45:14 46:13
**September** 106:5
**serious** 57:9
**service** 22:23,25
82:13
**Services** 99:19
**sexual** 18:25 19:2
19:6,7,9,16,22
20:18 26:4 35:12
35:18 36:4 38:9
38:18 39:18,25
42:19,21 43:1,21
44:2 45:13,23
46:13 49:13
53:17 55:14,20
64:8,15,23 65:16
65:24 67:5 69:13
70:7,14 78:11
79:9 81:18 82:7
83:5 84:17 86:5
86:24 87:7 88:4
88:21 89:5 91:5
93:16,20 99:4
106:16 120:7
124:19
**sexually** 40:15
69:17 88:10

**sheet** 3:5 131:13
132:1
**shift** 123:21
**shifts** 103:23
**ship** 11:1 12:10
16:13,13,16,17
16:19,21,24
32:17,24 33:1,15
33:16 34:9,19,23
35:17 36:21 37:1
39:8 40:21,22,25
41:3,17 42:12
43:22 48:16,20
49:11,23 50:22
51:7 52:21 53:7
53:22 55:13,13
55:21 56:6,14
57:22 58:14,15
61:4,5,20,23
62:12,16 63:4,12
63:14,18 64:6,12
64:20 65:7,8
66:1,4 67:24
68:21 69:17 70:6
70:11,13,17,20
70:24 71:5,19
72:15 78:6,9,12
81:2 82:16,16,20
82:23 85:2 86:5
86:18 88:11,22
89:25 92:8,20
93:3 94:11,14
95:23,24 96:18
97:7,17 99:1,8
99:20 101:1,12
101:16,24,24
102:11,16,18,20
103:13 104:12,15
105:3,3,4 108:5
109:13,15 110:19
110:19,24 111:13
113:11 117:11,23
119:18 121:4,23
123:19 124:3,6
124:13 125:24
**ship's** 41:14 59:10
59:12
**shipboard** 8:17
68:18
**Shipbuilding** 55:6
55:7
**ships** 8:8 15:21
16:3 30:8,11,11
30:16,17,22
32:21 44:4 47:13
53:8,14 54:5
55:11 68:8 70:8
71:5 80:1 83:6

86:25 87:8 88:4
89:5 90:16 94:12
98:20 105:8
107:25 108:10
109:1,4,8,10
113:8,16 117:7
117:11,16,19,19
117:20 118:10
119:22 120:8
126:21
**shoreside** 34:15
36:19,20,24
39:21 57:22
73:24 79:2
**show** 60:14 118:5
120:2
**shown** 84:1
**sic** 29:14 108:6
**Sign** 3:4
**Signed** 129:11
**signing** 128:17
**Sincerely** 131:14
**sir** 6:9 52:7 65:12
76:17 99:17
106:15
**sit** 56:13 104:9
111:2
**situation** 36:7
**situations** 25:24
**six** 92:14
**Sixteen** 102:22
**size** 113:7
**smell** 25:18
**somebody** 25:5
34:23 125:17
126:9
**soon** 35:25 36:3
57:15
**sorry** 17:22 124:20
126:2
**sort** 12:14
**sound** 54:14 106:8
112:21
**sounds** 106:10
112:9
**South** 2:7 131:7
**SOUTHERN** 1:1
**Southwest** 6:15
**space** 108:19
**speaking** 127:13
**specific** 58:7
70:13,23
**specifically** 6:3
19:15 30:18
64:21 84:15
125:5
**specify** 68:4,5
**spell** 10:14

**spreadsheet** 118:2
118:5
**SSP** 122:3
**staff** 16:14 17:1
18:2,3,5,8,18
20:13 27:14,18
28:25 30:7,13
33:5 34:12,15,19
37:6,8 38:2 39:9
39:20 40:20 41:1
63:22 68:25
73:24 74:3 82:20
82:24 83:20
89:23 90:2 96:19
96:20 101:22
**staffing** 94:12,13
95:3 105:7,13
**standing** 123:4
**started** 22:14,16
28:5 30:6,7,13
**state** 4:3,11 24:12
29:25 44:25 45:2
74:12 114:6
126:5 128:23
129:4,8,14 130:3
**stated** 48:8 52:10
86:5 122:12
132:20
**statement** 17:8,12
46:9
**statements** 37:12
38:1
**staterooms** 44:5,23
114:2,8
**states** 1:1 62:11
63:4 64:20
**stationary** 122:18
122:20
**stationed** 126:12
**statistics** 124:19
124:25 125:1
**stay** 46:19
**stayed** 109:11
**stenographic**
130:11
**stenographically**
1:19 130:7
**steps** 37:11,16
**Steve** 31:15
**stowaway** 70:3
**straight** 90:12
**strangled** 36:13
**streets** 24:9
**strike** 44:21 64:18
74:13 86:21
91:16 106:13
**stuff** 49:20
**subject** 64:14

**submits** 119:8
**SUBSCRIBED** 128:21
**suggested** 120:17
**suggestions** 16:25
118:20
**Suite** 2:7 131:7,18
**Sunshine** 116:3,9
116:12 117:21,22
**supervisor** 31:25
32:2
**Support** 131:9,18
**supposed** 35:16,20
35:21 36:24
53:25 57:12,18
70:4 72:2,6
79:24 103:10
**sure** 8:7 9:17,20
9:22,23 11:20,22
12:1,20 13:9
15:20 19:11
20:11 24:10
37:10,12 41:15
42:23 45:20 46:3
48:12,24 50:11
53:5 54:23 55:18
57:2,14,19 58:9
61:18 66:20
68:23 71:21,24
72:22 75:15
78:10,14 81:8
83:4,20 85:1
91:25 96:13 97:9
104:8 112:23,24
118:5 119:15
121:20 128:11,14
**surveillance** 51:13
52:3,13,16,23
53:1,8
**suspect** 39:4 47:17
**suspicious** 85:14
85:19
**swear** 4:17
**swerving** 25:25
**switch** 105:3
**sworn** 4:24 128:21
129:10
**systems** 88:24
90:16

──────────
**T**
──────────
**take** 47:22 60:18
60:19 79:20
114:8 128:11,13
**taken** 4:1 5:6,9
28:12 37:12 38:1
42:4 86:24
128:15 131:9
**takes** 121:3 125:20

125:23
**talk** 103:25
**talking** 41:16
49:18 51:15 75:1
100:12 116:4
122:4
**Tampa** 58:1
**taught** 82:14
**tbriggs@masela...**
2:8
**teach** 80:10,11
82:12 91:14
**team** 80:8
**techniques** 70:15
70:16 80:12,15
82:13,13 83:22
**tell** 5:17,19 6:6
7:25 9:25 11:18
13:3,18 15:2
17:17 18:7 24:2
25:4,11 29:12
34:3 36:18 37:16
37:22 38:7,9,16
46:23 48:19,22
49:9,10 51:7,21
54:10,12,13
56:12 59:3 63:11
67:10 79:15,15
79:15 80:4 84:15
88:3 93:14 95:11
95:18 106:7
112:20 125:12
**telling** 63:14
66:21 89:23
**ten** 21:22 77:24
104:3,5 105:14
105:15,24 110:13
110:17,24 112:1
**tenure** 18:18
**terminate** 46:25
**terms** 96:10
**territory** 23:24
**terrorism** 62:18
**terrorist** 61:19
62:20,23 63:3,16
66:22 67:1 78:5
80:10,10
**terrorists** 61:21
**test** 59:15,16
**tested** 59:13
**testified** 4:24
**testimony** 4:18
40:13 52:5 61:20
62:16 64:6 69:7
83:24 108:23
114:1 126:19
**Thank** 27:2 28:8
**thefts** 18:24

**thing** 32:6 41:16
  66:1 93:25
  115:25 116:16,20
  118:21
**things** 11:18 22:24
  24:16 54:3
  118:19
**think** 33:11 66:21
  75:1 80:13,24
  84:6 93:17 95:21
  100:6 110:2
  120:25
**thinking** 125:18
**Third** 131:18
**Thirteen** 103:17,19
  110:6
**THOMAS** 2:9 131:6
**Thomasich** 31:17
**threats** 75:23
  76:24 77:4 78:1
**three** 8:25 11:16
  30:24 37:11,16
  88:5,11,16 90:17
  99:4 106:8 112:9
  126:20
**throw** 100:13
  127:10
**Thursday** 1:13 4:6
**tickets** 23:3
**Till** 23:8
**time** 30:22 34:24
  35:2,21 38:23
  42:7,9 43:20
  45:18 48:3 56:9
  57:14 64:25 66:3
  66:18 67:10
  91:21 95:17
  96:17 103:20
  105:4 108:11
  114:20 117:12
  124:20 125:6,19
**times** 5:9 8:25
  11:17 13:22
  41:20 42:5 56:8
  79:8 85:4 88:9
  99:3 127:4
**title** 6:9 7:9,9
  15:14 19:10
  34:13
**titles** 7:3 10:24
  14:22 118:18
**today** 4:6 5:6 41:9
  41:12 56:13
  104:9
**told** 56:13 79:16
  90:19 100:7
  105:12,14 108:17
  108:18,20 110:2

  114:1 117:16
**Tom** 4:15
**tonnage** 109:20
**top** 25:21
**topic** 21:3
**total** 105:13,13,19
  109:25 110:4,5
  120:13
**town** 22:19,20
  23:11 24:1 26:16
  26:25 29:14,16
  29:18,18,24
  97:23
**track** 120:13
**traffic** 23:2 24:15
  25:17,25
**train** 54:3 59:8,9
  80:8
**trained** 28:20
  33:24 58:8
**training** 8:11
  28:10,13,13,16
  28:17 29:1,4,7,9
  29:12,13,20,23
  30:1,2,3 58:3,5
  58:6,7,19,21,23
  58:24 59:21,22
  72:2,8,10,13,19
  72:23,25 75:18
  79:17 80:7,8,10
  81:1,11 84:8,20
  84:23 85:11,15
  85:17 97:20,21
  98:10 106:14,24
  127:17
**trainings** 78:16,18
  78:20,25 80:5
**transcript** 130:9
  130:10 131:10
**TRANSCRIPT~ENTER**
  132:2
**trends** 87:1,6
**true** 19:5 39:23
  44:1 45:11,20
  46:11 121:21
  122:25 130:10
  132:20
**truth** 4:19,19,20
  56:12
**truthfully** 5:15
**try** 38:25 39:4
  76:6 84:16 85:5
  114:20 118:21
**trying** 15:14 46:3
  74:24 75:1 95:21
  98:24 107:10
**turn** 53:25
**Twenty** 23:14 26:25

**Twenty-four** 110:1
**two** 37:11,16 103:1
  103:3 105:15,24
  110:9 112:9
  114:16,18,24
  115:11,11,13,14
  117:7,17,18,23
  119:12 120:17,22
  124:6 126:20
**type** 18:22 25:23
  26:14 85:5,10,15
**types** 18:13

**U**

**U.S** 39:13 46:20
  47:7,8,10,20,21
  131:9,18
**Uh-huh** 11:24 14:3
  22:15 30:4 31:14
  31:16,18 33:18
  55:8 60:8 62:15
  119:11 121:3
**ultimately** 16:2
  31:24
**unauthorized** 70:3
**underneath** 33:20
  33:21,22 77:25
**understand** 5:14,19
  5:20 32:16 41:7
  41:9 46:3,5
  47:11 53:3 58:9
  76:18,18 105:6
**understanding**
  48:19 51:21,22
  51:25 52:8 57:17
  64:5 91:20 92:2
  110:4
**understood** 5:21
  35:5
**unfamiliar** 81:4
**United** 1:1 62:11
  63:4
**University** 24:11
**unreasonable** 80:13
  80:16,20,24,25
  81:9 106:20,25
  120:21 123:7,13
  123:14,15,19,24
  127:19
**updated** 67:11
  92:13
**updates** 16:24 77:8
  77:10
**updating** 101:1
**use** 5:18 7:9 98:24
**uses** 19:14 98:19
**usually** 24:7 34:22

**V**

**vague** 76:12
**Valor** 116:20
**various** 86:16
**verbal** 39:7
**versus** 4:9
**vessel** 8:19,25
  11:20 12:1 13:2
  13:24 16:12
  18:16 30:19 31:1
  33:12,13,14,15
  33:17 34:6 39:12
  41:17 48:16,20
  49:11,23 50:22
  51:7 52:11,22
  53:7,22 55:13,19
  55:21 56:6,14
  58:23 61:8,18
  62:8,17 65:7
  67:2 68:10 69:8
  69:14,20,21,25
  69:25 70:4,19,21
  71:1 72:1,5,12
  73:6 74:16 75:18
  76:22 81:2 82:11
  84:2 85:9,19
  89:12 92:8 95:4
  95:20,25 99:14
  99:17 103:14
  106:1 107:14
  109:18,20 111:23
  115:13 125:7,16
**vessels** 8:21 18:11
  48:23 51:16,19
  51:24 52:3 53:16
  53:21 59:9 70:9
  75:3 84:17 85:6
  88:24 93:21 95:9
  99:21 109:17,25
  113:3 114:21
  128:3
**victim** 38:20 39:1
  39:8 84:25
**victims** 40:8
**video** 25:6 51:9,11
  51:13 52:15 53:1
  53:8,15,21,25
  54:5
**videoed** 83:25 84:5
**videos** 58:22 59:4
  59:6,10
**videotape** 83:14,15
  83:16,18 84:6
**videotaped** 1:12
  4:9 83:14
**view** 83:15 99:20
  101:23

**vigilance** 74:14
**violation** 25:25
**violations** 57:10
**violent** 65:17,24
  67:6
**visual** 66:14
**Volume** 1:11 128:16
**voluntary** 26:17,18
**VP** 87:24 90:10
  119:9
**Vroio** 108:6
**vs** 1:6 131:8 132:3

**W**

**wait** 40:23
**waived** 128:18
**walking** 125:6
**want** 15:7 16:5
  111:4,9,12,18
  119:24,25 120:3
**wanted** 65:21,25
**wasn't** 21:19 30:16
  46:6 63:13 65:11
**watch** 125:18,21
**watching** 126:9
**water** 128:10
**way** 1:14 2:3 48:12
  109:12 119:23
  128:9
**we'll** 21:2 40:23
  60:13,19
**we're** 21:2 41:15
  46:17 47:19 54:7
  108:11 117:11
  118:18 127:13
**we've** 86:20 108:16
  127:13
**website** 49:19
**week** 30:20
**went** 22:12 23:6
**weren't** 30:18
  102:16
**Williams** 31:13
  32:3,5,6,7,10
  33:20 34:2,2
**wish** 124:2,3 127:4
  127:7
**witness** 4:21 9:11
  10:22 12:16 13:7
  13:15 14:1,13,20
  14:24 15:23 16:5
  17:10,20 19:9,18
  19:24 20:11,15
  20:21 22:1 24:4
  24:18,24 25:23
  26:7 27:10,21
  28:16 29:3,16
  30:15 31:24

32:13 33:8 34:6
34:22 35:12,20
36:10,16 38:4
39:7,20 40:3,10
40:17 41:3,23
42:23 43:16,24
44:7,13,17,25
45:6,17 46:16
47:6 48:3,10
49:6,18 50:1,5
50:11,20 51:11
51:15 52:18 53:3
53:10,24 54:7,23
55:2,16,24 56:4
56:17,24 57:6
59:15 60:3 61:12
62:4,11,20 63:8
64:3,10,25 65:5
65:19 66:7,18,25
67:8,13,18,24
69:11 70:11 71:8
71:21 72:5,10,17
73:3,18 75:10,15
75:20,25 76:2
77:1,7,22 78:14
78:18,22 79:2,11
80:1 81:4,14,24
82:3,19 83:9
84:4,19 86:2,8
87:3,10 88:7,13
88:18 89:1,8,21
90:2,12,19 91:8
91:24 92:4,11,17
93:1,12,23 94:3
94:9 96:8,13
97:1,9,14 98:22
99:12 100:12,23
101:5,9,15 102:2
103:1,6,17 104:3
104:12,23 105:2
105:10,19 106:10
106:18 107:5
109:4,17 110:21
111:6,17 112:6
112:15,23 113:5
113:18,24 114:5
114:16 115:5,19
115:23 116:3,14
116:18,22 117:2
117:10 118:12
119:2,7 120:10
120:19 121:10,16
122:1,9 123:4,11
123:23 124:8
125:15 126:8,15
126:24 127:3,10
127:22 128:5,12
128:18 131:1,11

131:12
**witnesses** 37:12
**word** 63:3
**work** 26:21 27:5
  47:13 59:8 63:25
  77:23 85:7
  103:20
**worked** 63:22
**working** 22:12 28:5
  29:9,10,14 30:6
  30:7,13 34:25
  35:3 63:22 94:14
  112:1,2,12 117:5
**works** 5:12 16:14
**world** 78:2
**wouldn't** 54:18
  123:15 126:6
  127:19
**write** 62:2 132:2
**writes** 61:10
**writing** 61:14,16
**written** 9:3,4
  48:11 59:15,16
  60:4 117:24
**wrote** 23:2
**Ws** 37:18

**X**

**Y**

**yeah** 14:6 16:11
  21:11 24:18 25:3
  27:4 33:11 44:13
  44:13 50:11
  58:12 76:2 79:14
  104:5 106:11
  107:19,22 109:4
  114:7 121:19
  123:17 126:15
  127:23 128:12
**year** 11:15 20:16
  21:16 25:5,8
  30:1 56:10 59:7
  79:3,11,13,23
  81:18 82:15
  83:25 84:4 95:15
  95:22 113:2
  114:20 116:4
  117:6,17 118:23
  127:14
**year-to-year**
  120:14
**yearly** 9:1
**years** 6:22 9:1
  11:14,17 13:8,23
  17:18,24 18:18
  18:20 21:22
  23:14,20 26:25

28:18 30:2 42:10
42:14,18 43:6
78:6,9,12 88:5
88:11,16 90:17
90:24 92:14
98:11 99:4
124:24
**York** 21:21

**Z**

**Zero** 78:7
**zone** 23:25 24:13
  24:13,14
**zones** 24:7

**0**

**1**

**1** 3:8 60:13,15,19
  60:20 99:18
  130:8
**10** 20:9
**11:14** 1:13
**12** 92:6 96:2
  103:14
**12:00** 104:7 106:4
  106:4 107:2,2,3
  112:3 126:22
**1250** 131:18
**128** 130:9
**129** 3:3
**13** 96:2 105:19,25
  127:12,14
**130** 3:4
**131** 3:4
**132** 3:5
**1338249** 131:9
**15** 95:22
**15-21031-CIV-A...**
  1:2
**16** 102:23
**18** 30:16,17,22
**1980** 1:14 2:3
**1982** 22:16
**1989** 21:23 22:10
**19th** 6:15

**2**

**2,000** 112:21,24
**2:00** 121:14,17
**20** 23:20 28:18
  98:11
**2003** 63:17,19 66:5
  74:8 75:8
**2007** 18:6 19:21
  23:8 27:8,19
  30:15 40:3,10,17
  63:23 64:3

108:15  127:12
**2009** 91:22  92:6
**2010** 48:17,20  49:3
  49:12,24  50:23
  51:8  52:22  53:7
  53:22  55:14,22
  56:7,15  92:9
**2011** 84:7  116:7,11
**2012** 7:24  17:20,22
  17:25  18:6  19:21
  20:13  27:19,23
  63:23  95:23
  116:25
**2012/2013** 96:23
**2013** 67:13  95:22
**2014** 106:5  114:22
  115:21
**2015** 1:13  4:7  9:19
  128:22  129:10,11
  130:17  131:4,9
  132:4
**2017** 129:15
**22** 1:13  4:7  129:15
  131:9  132:4
**22nd** 129:10
**24/7** 30:21
**26** 131:4
**2601** 2:7  131:7
**26th** 129:11  130:17

---
**3**
---
**3** 106:5
**3:14** 1:13
**30** 131:13
**305** 2:4,8  131:19
**33131** 131:19
**33133** 2:7  131:7
**33145** 2:3
**33178** 6:13
**33324** 6:16
**3655** 6:12
**371-6000** 2:4
**373-8404** 131:19
**377-3770** 2:8

---
**4**
---
**4,000** 96:5  103:13
**40** 79:23
**49** 20:5

---
**5**
---
**5** 3:3
**50** 18:21  19:20
  79:23
**56** 112:21

---
**6**
---
**6:00** 104:7  106:5

107:3  112:4
  126:22
**60** 3:8  47:12

---
**7**
---

---
**8**
---
**800** 2:7  131:7
**8049** 6:15
**84** 24:12
**86** 23:5  28:7,8
  29:22,23
**87th** 6:12
**883461** 129:15
**89** 21:17

---
**9**
---
**9/11** 63:16
**98** 41:23
**99** 41:20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 15-21031-CIV-ALTONAGA/O'SULLIVAN

LINDSEY HORNE,

    Plaintiff,

vs.

CARNIVAL CRUISE LINES,

    Defendant.

_____/

## AFFIDAVIT OF MICHAEL PANARIELLO

STATE OF FLORIDA        )
                      ) SS
COUNTY OF MIAMI-DADE   )

    MICHAEL PANARIELLO, being duly sworn deposes and states:

    1.    My name is Michael Panariello.  I am employed by Carnival Cruise Lines as Director, Security Services.

    2.    The matters set forth in this Affidavit are true and based on my personal knowledge.

    3.    As Director, Security Services, I am familiar with and authorized to view the Ship Security Plans[1] that Carnival Cruise Lines maintains for each of its vessels, and I am also familiar with Carnival Cruise Lines' Ship Security Manual.

    4.    Carnival Cruise Lines maintains Ship Security Plans pursuant to the International Ship and Port Facility Security Code ("ISPS Code").  The ISPS Code is an amendment to the

---

[1] These are also referred to as Vessel Security Plans.

CCL 18736-38

PLAINTIFF'S
EXHIBIT
I
10/22/15
PENGAD 800-631-6989

CASE NO.: 15-CV-21031 ALTONAGA/O'SULLIVAN

Safety of Life at Sea ("SOLAS") Convention and it was developed following the terrorist attacks of September 11, 2001, to protect ships and port facilities from perceived threats.

5.      The Ship Security Plan for the *Sensation* details confidential security measures that have been put in place to protect the vessel from terrorism. I have reviewed the Ship Security Plan and Assessment for the *Sensation* and it does not contain provisions related to protecting passengers or crew from personal crimes, such as sexual assaults or robberies, and it does not contain provisions related to investigating these types of incidents.

6.      Part A, Section 9 of the ISPS Code provides that Ship Security Plans shall be protected from unauthorized access or disclosure, and that several provisions, including, but not limited to, those regarding restricted areas, duties of shipboard personnel assigned security responsibilities, and procedures for responding to security threats or breaches of security, are considered confidential and protected from disclosure absent agreement from the contracting governments concerned.

7.      Additionally, Carnival Cruise Lines and its flag states, including Panama and the Bahamas, deem the information contained within its Ship Security Plans, including the Ship Security Assessments, as highly confidential safety and security information that is disclosed only to authorized individuals or entities, such as the United States Coast Guard. Unauthorized disclosure of this information would undermine the effectiveness of these measures, and potentially place the vessel and all aboard it at risk. Further, unauthorized disclosure of this information would subject Carnival to fines and render its vessels non-compliant with SOLAS, the ISPS Code, and Federal regulations.

2

CCL 18736-39

CASE NO.: 15-CV-21031 ALTONAGA/O'SULLIVAN

8.      Prior to developing or updating the Ship Security Plans, a Ship Security Assessment[2] is conducted. The Ship Security Assessment is thereafter included in the Plan. Within Carnival Cruise Lines, only the Company Security Officer, the Deputy Company Security Officer/Director (myself), the Masters, the Staff Captains, and the Chief Security Officers are authorized to view the Ship Security Plans and Ship Security Assessments.

**FURTHER AFFIANT SAYETH NAUGHT**

**MICHAEL PANARIELLO**

STATE OF FLORIDA        )
                                            SS)
COUNTY OF MIAMI-DADE    )

BEFORE ME, the undersigned authority, personally appeared **MICHAEL PANARIELLO**, who, being first duly sworn according to law, deposes and says he executed the foregoing Affidavit and that the representations therein are true and correct to the best of his knowledge and belief.

SWORN TO and SUBSCRIBED TO before me on this $\partial 7$ day of August, 2015, by MICHAEL PANARIELLO, who is personally known to the notary.

NOTARY PUBLIC, State of Florida



---

[2] The assessments can also be referred to as Vessel Security Assessments.

3

**CCL 18736-40**

133

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-21031-CIV-ALTONAGA/O'SULLIVAN

LINDSEY HORNE,
                    Plaintiff,
vs.
CARNIVAL CRUISE LINES,
                    Defendant.
_____/

VOLUME II
VIDEOTAPED DEPOSITION OF MICHAEL PANARIELLO
Thursday, October 22, 2015
11:14 a.m. to 3:14 p.m.
1980 Coral Way
Miami, Florida

Stenographically Reported By:
FELICIA C. ORTEGA, FPR
Florida Professional Reporter

---

134

1            APPEARANCES
2   On Behalf of the Plaintiff:
        GERSON & SCHWARTZ, P.A.
3       1980 Coral Way
        Miami, Florida  33145
4       (305) 371-6000
        ngerson@gslawusa.com
5       BY:  NICHOLAS I. GERSON, ESQUIRE
6   On Behalf of the Defendant:
        MASE LARA, P.A.
7       2601 South Bayshore Drive, Suite 800
        Miami, Florida  33133
8       (305) 377-3770
        tbriggs@maselara.com
9       BY:  THOMAS A. BRIGGS, ESQUIRE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

135

1              INDEX OF PROCEEDINGS
2   Deposition of MICHAEL PANARIELLO          Page
3     Continued Direct Examination by Mr. Gerson   136
      Cross Examination by Mr. Briggs        200
4     Redirect Examination by Mr. Gerson     204
      Certificate of Oath                209
5     Certificate of Reporter            210
      Read and Sign Letter               211
6     Errata Sheet                   212
7
8          (NO EXHIBITS MARKED ON VOLUME II)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

136

1        Deposition taken before FELICIA C. ORTEGA,
2   Florida Professional Reporter and Notary Public
3   in and for the State of Florida at Large in the
4   above cause.
5             *  *  *  *  *
6        MR. GERSON:  Okay.  Back on the record.
7        CONTINUED DIRECT EXAMINATION
8   BY MR. GERSON:
9        Q.  Mr. Panariello, the affidavit that was filed in
10   this case that you signed, do you know why you were asked
11   to sign it, as opposed to someone else from security
12   within Carnival?
13        MR. BRIGGS:  Object to form.
14        THE WITNESS:  Besides my VP of security,
15   why I was asked to sign it?
16   BY MR. GERSON:
17        Q.  Yeah.
18        A.  Because I'm the one who maintains the Ship
19   Security Plan with my VP.
20        Q.  Okay.
21        A.  I think that's what you're asking.
22        Q.  Okay.  So you and the VP are the highest level
23   officers within Carnival responsible for security on
24   Carnival ships, correct?
25        A.  Correct.  Either one of us could have signed

1 (Pages 133 to 136)

844efbe2-14bb-4b35-9d39-9c39f1850563

137

1  the affidavit.
2    **Q.  Okay.  And according to the affidavit, you're**
3  **not only familiar with the Ship Security Plan, but also**
4  **the Ship Security Manual, which has been produced in this**
5  **case and which I'm not going to go into in too much**
6  **detail, but those are the only two documents or policies**
7  **and procedures that are related to ship security, right?**
8      MR. BRIGGS:  Object to form.
9      THE WITNESS:  Right.
10 BY MR. GERSON:
11   **Q.  There are no other documents related to ship**
12 **security, other than the Security Manual and the Ship**
13 **Security Plan?**
14     MR. BRIGGS:  Object to form.
15     THE WITNESS:  Correct.
16 BY MR. GERSON:
17   **Q.  And the Ship Security Assessment, but that's**
18 **included in the Security Plan, that's my understanding?**
19   A.  Correct.
20   **Q.  And have there been any deficiencies noted in**
21 **the Ship Security Assessment, as far as any of the**
22 **security measures on any Carnival ships?**
23     MR. BRIGGS:  Object to form.
24     THE WITNESS:  In the Ship Security
25   Assessment, no.

138

1  BY MR. GERSON:
2    **Q.  So it's your testimony that there's never been**
3  **any deficiency noted in any security assessment for the**
4  **Carnival Sensation?**
5    A.  Correct.
6    **Q.  And there's never been any -- there's never**
7  **been any -- there's never been any notice of violation or**
8  **notice of non-compliance for any other Carnival vessel**
9  **pursuant to any security audit, is that correct?**
10     MR. BRIGGS:  Object to form.
11     THE WITNESS:  For?
12 BY MR. GERSON:
13   **Q.  On any Carnival ship?**
14   A.  For security audit?
15   **Q.  Yeah.**
16   A.  Not related to the Ship Security Plan.  Yes,
17 there's been, as far as I know, non-conformities.
18   **Q.  What non-conformities have there been with**
19 **respect to crime prevention?**
20   A.  None.
21   **Q.  What non-conformities have there been with**
22 **respect to vessel security?**
23   A.  I apologize, but that's broad.  I don't know
24 what you mean by the "vessel security".  The security
25 officers, the vessel security, like, what's dictated in

139

1  the Security Plan.
2    **Q.  Uh-huh.**
3    A.  There would be none for the Security Plan.
4    **Q.  Who determines the qualifications for hiring or**
5  **hiring security officers?**
6    A.  Security Department.
7    **Q.  That would be yourself?**
8    A.  Yes, and Mr. Froio.
9    **Q.  Okay.  Why doesn't Carnival require its**
10 **security officers to have more training and more**
11 **experience than it requires now?**
12   A.  More training?
13   **Q.  Sure.**
14     **What are -- what are the requirements -- what**
15 **are the qualifications that Carnival looks for in a**
16 **security officer?**
17     MR. BRIGGS:  Sorry.
18     THE WITNESS:   Main ones are -- are prior
19   law enforcement and military law enforcement.
20 BY MR. GERSON:
21   **Q.  Tell me about that.**
22     MR. BRIGGS:  Object to form.
23     THE WITNESS:  We look for officers or
24   recruits that have had prior law enforcement in
25   the country they lived, or military in the

140

1  country they lived.
2  BY MR. GERSON:
3    **Q.  Is that a written requirement?**
4      MR. BRIGGS:  Object to form.
5      THE WITNESS:  It's part of our guidelines
6    for our manning agencies when they filter out
7    the applications that we -- it's not a required
8    requirement, it's preferred.
9  BY MR. GERSON:
10   **Q.  Okay.  When you say it's not required, it's**
11 **preferred, you're saying Carnival prefers its security**
12 **officers have more military background or police**
13 **experience?**
14   A.  Correct.
15     MR. BRIGGS:  Object to form.
16 BY MR. GERSON:
17   **Q.  But Carnival still hires security officers that**
18 **don't have that equivalent experience, right?**
19   A.  Military or police.  They have security
20 experience.
21   **Q.  Right, but they don't -- Carnival does not**
22 **require its security officers to have military training**
23 **or police experience?**
24     MR. BRIGGS:  Object to form.
25     THE WITNESS:  Correct.  It's preferred.

2  (Pages 137 to 140)

141

1  BY MR. GERSON:
2      Q.  And is that stated anywhere in the Carnival
3  Cruise Ship Security Manual?
4      A.  No.
5      Q.  Is that just a mutual understanding that your
6  security staff has?
7      A.  That's a mutual -- right, correct.  And we give
8  to our manning agencies when possible employees fill out
9  applications.
10     Q.  The security personnel on the Carnival
11 Sensation when this incident occurred, do you know how
12 many of the security officers that were on the vessel
13 have military experience or police officer experience?
14     A.  No, I don't.
15     Q.  Do you -- when you say that it's preferred,
16 it's your testimony that Carnival would prefer to have
17 security officers with more experience than just your
18 working in, say, a hotel security?
19     A.  Right.  We prefer law enforcement or military
20 background or at least two years experience working in
21 private security, like a hotel like you're saying.
22     Q.  Okay.  And why doesn't Carnival require its
23 security officers to have more -- why doesn't Carnival
24 require its security officers to have military training
25 or police officer experience?

142

1      MR. BRIGGS:  Object to form.
2      THE WITNESS:  It would be hard to find
3  applicants.
4  BY MR. GERSON:
5      Q.  Hard to find applicants?
6      A.  Yeah.  We recruit from India and the
7  Philippines, so it would be hard, only if we required
8  that, to find applicants that are willing to come over
9  and work and leave their -- I guess their jobs they have
10 now.
11     Q.  Why doesn't Carnival hire Americans?
12     A.  I'm not sure.
13     MR. BRIGGS:  Object to form.
14 BY MR. GERSON:
15     Q.  Why does Carnival hire people primarily from
16 India?
17     MR. BRIGGS:  Object to form.
18     THE WITNESS:  For security?
19 BY MR. GERSON:
20     Q.  Yes.
21     A.  Based on their military and their police
22 backgrounds.
23     Q.  Okay.  Carnival hires security officers that
24 don't have police background or military training
25 experience, don't they?

143

1      A.  Correct.  For security?
2      Q.  For security.
3      A.  Yes.
4      Q.  Are you aware of any change of Carnival's
5  policies and procedures where Carnival has -- strike
6  that.
7          Did Carnival ever require, as a matter of
8  policy and procedure, that its security officers have
9  military training or police background experience?
10     A.  Require that?
11     Q.  Yes.
12     A.  No, not since I've been there, sorry, since
13 2007.
14     Q.  As far as you know, you're not aware of any
15 change in Carnival's policies and procedures that it used
16 to require its officers to have a military background or
17 police officer equivalent experience, but now they don't?
18     MR. BRIGGS:  Object to form.
19     THE WITNESS:  Yeah.  That would have been
20 before me, if they did require it.
21 BY MR. GERSON:
22     Q.  Now, the Security Manual, how often is that --
23 how often is the Security Manual updated?
24     A.  It's like a Ship Security Assessment, when the
25 officers, the chiefs, the assistant chiefs, they have the

144

1  right to propose a change or if they want they would
2  submit it and if it's all agreed upon and the change is
3  realistic, the -- the manual is changed.
4      Q.  Now, you were talking about before your --
5  about how you would like to see more security officers on
6  the Carnival ships and you had also told me that the
7  security officers, ship security officers, attended these
8  seminars?
9      A.  Correct, Staff Captains.
10     Q.  Staff Captains.  Staff Captains and who else?
11     A.  The Chief Security Officers.
12     Q.  And did you brief them, or were they briefed,
13 at any of these meetings about the number of rapes or
14 sexual assaults in any particular year?
15     MR. BRIGGS:  Object to form.
16     THE WITNESS:  I believe there is -- I'm not
17 positive, but I believe there is a presentation
18 that shows the increase or decrease in certain
19 crimes on the vessel fleetwide.
20 BY MR. GERSON:
21     Q.  Uh-huh.  And what type of crimes -- what other
22 crimes are prevalent?
23     MR. BRIGGS:  Object to form.
24 BY MR. GERSON:
25     Q.  Well, let me ask you.  You believe that crimes

3  (Pages 141 to 144)

844efbe2-14bb-4b35-9d39-9c39f1850563

145

1   are discussed at these meetings?
2       A.  No, I know crimes are discussed.  I'm not sure
3   if the numbers are broken down like you're asking.
4       Q.  What's the most common crime that's committed
5   on a ship?
6       A.  Theft.
7       Q.  What kind of theft, like breaking into a room?
8       MR. BRIGGS:  Object to form.
9       THE WITNESS:  I wouldn't say breaking into
10  a room, but stealing stuff from the rooms,
11  correct.
12  BY MR. GERSON:
13      Q.  Okay.  And like what kind of things?
14      A.  Jewelry, cash, clothing.
15      If it's not the room, the gift shop, thefts,
16  like shoplifting.
17      Q.  Okay.  And what has Carnival done to try to
18  improve the security to prevent thefts from staterooms?
19      A.  Encourage the guests to use their safes.
20      Q.  Anything else?
21      A.  No.
22      Q.  So unauthorized people in staterooms has been a
23  problem for Carnival, has it not?
24      MR. BRIGGS:  Object to form.
25      THE WITNESS:  Unauthorized persons as in

146

1   other guests?
2   BY MR. GERSON:
3       Q.  Yeah.
4       A.  No, it's not a problem.
5       Q.  You've had a problem with thefts in staterooms,
6   right?
7       MR. BRIGGS:  Object to form.
8       THE WITNESS:  Correct.
9   BY MR. GERSON:
10      Q.  And so you've encouraged passengers to use
11  their safes more often?
12      A.  Well, it's not because of the thefts.  It's
13  always encouraged.  There's a sign in front of their safe
14  telling them to keep their valuables in their safes.  I'm
15  not saying because there's thefts we go back and tell
16  them.  It's mentioned, during the investigation, if they
17  tell us they didn't use their safe, we suggest they
18  utilize their safe.
19      Q.  Okay.  Why aren't you more familiar with the
20  frequency of rapes and sexual assaults that have taken
21  place over the years on Carnival ships?
22      MR. BRIGGS:  Object to form.
23      THE WITNESS:  Because my Senior Manager of
24  Investigations handles all that.
25  BY MR. GERSON:

147

1       Q.  But he's supposed to get that information and
2   hand it over to you, right?
3       MR. BRIGGS:  Object to form.
4       THE WITNESS:  It's not how it works.  It's
5   hard to explain.  He can be bringing it right to
6   Dominic.  I might be traveling out of the
7   country, so I don't have all that information
8   all time.
9   BY MR. GERSON:
10      Q.  You're out of the country, you come back to the
11  country and then you're the Director of Security and you
12  report to Dominic, right?
13      MR. BRIGGS:  Object to form.
14      THE WITNESS:  Right.
15  BY MR. GERSON:
16      Q.  So why aren't you more familiar with the
17  frequency -- or strike that.
18      Why aren't you familiar with the analysis, if
19  any, that's been conducted on Carnival ships regarding
20  rapes and sexual assaults?
21      MR. BRIGGS:  Object to form.
22      THE WITNESS:  Because it doesn't come
23  through me, even though he works underneath me.
24  I'm the administrative side, like I explained
25  before, so I don't see all those numbers.

148

1   BY MR. GERSON:
2       Q.  You keep saying you're on the administrative
3   side.  I mean, you're not suggesting you're a secretary
4   or an office manager, are you?
5       A.  No.
6       MR. BRIGGS:  Object to form.
7   BY MR. GERSON:
8       Q.  I mean, you are -- you're a director, right?
9       MR. BRIGGS:  Object to form.
10      THE WITNESS:  Correct.
11  BY MR. GERSON:
12      Q.  What do you understand direct means?  Do you
13  know what it means to direct someone?
14      A.  Yeah.
15      Q.  So you're the director, right?
16      A.  Correct.
17      Q.  So you're the person who is supposed to be
18  directing Carnival Security personnel, right?
19      MR. BRIGGS:  Object to form.
20      THE WITNESS:  Correct.
21  BY MR. GERSON:
22      Q.  Okay.  So why I'm just asking you, why don't
23  you -- how come you haven't conducted any analysis
24  yourself in the last three years about the number of
25  sexual assaults and rapes that have taken place on

4 (Pages 145 to 148)

844efbe2-14bb-4b35-9d39-9c39f1850563

149

1    Carnival ships to evaluate patterns and trends?
2        MR. BRIGGS:  Object to form.
3        THE WITNESS:  Because I direct my security
4    manager, the Senior Security Manager, to handle
5    that.
6    BY MR. GERSON:
7        Q.  So your Senior Security Manager is?
8        A.  Robert Williams.
9        Q.  Robert Williams is under you?
10   A.  Right.  Bob Williams or Robert Williams, same
11   person.
12       Q.  So Bob Williams is the person who is
13   responsible at Carnival Cruise Lines for evaluating the
14   or conducting an analysis of crimes on Carnival ships?
15   A.  Correct.
16       Q.  Robert Williams is the person from Carnival,
17   according to you, as the Director of Security for
18   Carnival, who is supposed to conduct an analysis of rapes
19   and sexual assaults that have taken place on Carnival
20   ships in the last three years?
21       MR. BRIGGS:  Object to form.
22       THE WITNESS:  Correct.
23   BY MR. GERSON:
24       Q.  Okay.  And Robert Williams reports to you,
25   correct?

150

1        MR. BRIGGS:  Object to form.
2        THE WITNESS:  Correct.
3    BY MR. GERSON:
4        Q.  What has Robert Williams told you about his
5    analysis of rapes and sexual assaults that have taken
6    place on Carnival ships?
7        MR. BRIGGS:  Object to form.
8        THE WITNESS:  He's told the VP of Security,
9    not me.
10   BY MR. GERSON:
11       Q.  What has he told you?
12       MR. BRIGGS:  Object to form.
13       THE WITNESS:  Nothing.
14   BY MR. GERSON:
15       Q.  Why have -- have you ever asked him?
16       A.  No.
17       Q.  How can you make adjustments to the Ship
18   Security Plan, or the Ship Security Manual, if you're not
19   aware of the trends and patterns of crimes occurring on
20   cruise ships?
21       MR. BRIGGS:  Object to form.
22       THE WITNESS:  If there were patterns and
23   trends, then the Ship Security Manual would be
24   changed.
25   BY MR. GERSON:

151

1        Q.  So if there were patterns and trends of rapes
2    and sexual assaults on Carnival cruise ships, it's your
3    testimony, as Director of Security for Carnival, that the
4    Security Manual would be changed?
5        A.  I'm not saying it would be changed, but that's
6    an option to -- to make a change, if there is a pattern.
7        Q.  And what kind of changes -- strike that.
8            If there was a trend of rapes and sexual
9    assaults -- well, let me ask you -- strike this -- strike
10   that.
11           You're the one who is conducting the security
12   seminars, right?
13       A.  Uh-huh.
14       Q.  The annual seminars?
15       MR. BRIGGS:  Object to form.
16       THE WITNESS:  Yes.
17   BY MR. GERSON:
18       Q.  And you -- so you've never informed all of the
19   Chief Security Officers or the attendees at these
20   meetings of any analysis or trends regarding cruise ship
21   rapes or sexual assaults?
22       MR. BRIGGS:  Object to form.
23       THE WITNESS:  No.
24   BY MR. GERSON:
25       Q.  Have you ever discussed, at any of these

152

1    seminars, of the problems with thefts in the staterooms?
2        A.  No.
3        Q.  What issues -- what do you discuss?
4        MR. BRIGGS:  Object to form.
5        THE WITNESS:  It's -- I explained earlier,
6    it's like refresher training.  We have law
7    enforcement come in and give them updates on how
8    to investigate crimes, how to preserve evidence,
9    how to -- during their patrols, how to spots
10   things that are out of place.  I forgot the word
11   I'm looking for all of a sudden.
12   BY MR. GERSON:
13       Q.  Anything else?
14       A.  That's it offhand.
15       Q.  Are these security seminars that you conduct
16   put together with some sort of PowerPoint?
17       A.  Each different instructor usually has a
18   PowerPoint.
19       Q.  Okay.  And do you create any of the
20   PowerPoints?
21       A.  Yeah, I create one.
22       Q.  Okay.  And did you create one last year?
23       A.  Yes.
24       Q.  Did you create one the year before?
25       A.  Probably the same, yeah.

5  (Pages 149 to 152)

153

1    Q.  Okay.  And at any of those meetings, has crime
2  prevention of rape or sexual assault, ever been
3  addressed?
4        MR. BRIGGS:  Object to form.
5        THE WITNESS:  Crime prevention is -- is
6  discussed.
7  BY MR. GERSON:
8    Q.  Isn't it true that your security officers are
9  the safety -- the Chief Security Officers at these
10  meetings have an opportunity to voice their opinions and
11  concerns?
12    A.  Yes.
13    Q.  And isn't it true that they the, company -- or
14  the Ship Security Officers at these meetings, have also
15  recommended increased security officers and patrols?
16    A.  Yes.
17    Q.  And they've been -- the chief -- the attendees,
18  the chief -- the Chief Security Officers and the other
19  Security personnel at these security seminars, they've
20  been asking Carnival or they've been making
21  recommendations for years to increase the level of
22  physical security on Carnival ships, right?
23        MR. BRIGGS:  Object to form.
24        THE WITNESS:  Yes.
25  BY MR. GERSON:

154

1    Q.  And you have relayed that to your VP, of not
2  only your own recommendations to increase security on
3  Carnival ships, but also that the Chief Security Officers
4  at these meetings have also requested increased security
5  measures such as increase -- increase in the number of
6  security officers?
7        MR. BRIGGS:  Object to form.
8        THE WITNESS:  Correct.
9  BY MR. GERSON:
10    Q.  And that has been going on for several years
11  now, has it not?
12    A.  Yes.
13        MR. BRIGGS:  Object to form.
14  BY MR. GERSON:
15    Q.  Okay.  And since you started as the Director of
16  Security, that has been one of the primary requests that
17  have been made by the attendees of these security
18  seminars, right?
19        MR. BRIGGS:  Object to form.
20        THE WITNESS:  To increase, correct.
21  BY MR. GERSON:
22    Q.  To increase security patrols?
23    A.  On the vessel -- well, manpower, they would
24  say.
25    Q.  Security officer manpower?

155

1    A.  Right.
2    Q.  And to increase security presence?
3    A.  They want more people on their ship, right.
4    Q.  They want more security officers?
5    A.  Officers, right.
6        When I mean people, that's what we're talking
7  about, security officers.
8    Q.  Have you ever written any of these
9  recommendations in any reports to your VP, Mr. --
10        MR. BRIGGS:  Froio.
11    Q.  -- Froio?
12        MR. BRIGGS:  Object to form.
13        THE WITNESS:  It's Italian names again.
14  Froio, F-R-O-I-O.
15  BY MR. GERSON:
16    Q.  Froio.
17    A.  The only written documentation would be when we
18  submit it for the budget, the increase in the budget.
19    Q.  Okay.  Now -- but you have communicated to
20  Mr. Froio the basis for the wish to have more security
21  presence on the ship?
22        MR. BRIGGS:  Object to form.
23        THE WITNESS:  That's not just my
24  recommendation, it's the recommendation from
25  people working on the ships, yes.

156

1  BY MR. GERSON:
2    Q.  And every time they've told you it's not in the
3  budget?
4        MR. BRIGGS:  Object to form.
5        THE WITNESS:  They as in -- yeah, not
6  Dominic.
7  BY MR. GERSON:
8    Q.  Your VP?
9    A.  No.  My VP doesn't say it's not in the budget.
10  He submits it with the increases every year and then it
11  comes back and then whatever budget committee, whatever
12  they're called, there's never an increase.
13    Q.  When you say it's not in the budget, that means
14  that Carnival says they can't afford it?
15        MR. BRIGGS:  Object to form.
16        THE WITNESS:  We get it back saying the
17  numbers are staying the same, and there's either
18  no cabin space or no availability to increase
19  the manpower.
20  BY MR. GERSON:
21    Q.  Now, we've already talked about -- you're
22  familiar -- you agree that there are lots of security
23  cameras on this ship, correct, on the Sensation?
24        MR. BRIGGS:  Object to form.
25        THE WITNESS:  Lots?  I don't know what you

6  (Pages 153 to 156)

157

1    mean.
2    BY MR. GERSON:
3        Q.   There are hundreds of security cameras on the
4    Carnival Sensation, are there not?
5        MR. BRIGGS:  Object to form.
6        THE WITNESS:  I'm not sure.
7    BY MR. GERSON:
8        Q.   When you say you're "not sure", have you
9    ever -- have you ever been on the Carnival Sensation?
10       A.   No, I don't believe so.
11       Q.   You haven't.
12           As a security investigator for how many years
13   was it before?
14       A.   Five.
15       Q.   As a security investigator for Carnival, have
16   you ever boarded a Carnival ship and reviewed security
17   video?
18       A.   Yes.
19       Q.   Okay.  And the security cameras that are on
20   Carnival ships that you're familiar with, tell me what
21   ships you have been on?
22       MR. BRIGGS:  Object to form.
23       THE WITNESS:  The Breeze, the Conquest.
24       I've been on several of them, not all of
25       them.

158

1    BY MR. GERSON:
2        Q.   Okay.  Are the security cameras visible to
3    people?
4        MR. BRIGGS:  Object to form.
5        THE WITNESS:  Yeah, some with domes, some
6        without domes that are visible.
7    BY MR. GERSON:
8        Q.   Well, tell me -- isn't it true that most of the
9    security cameras on Carnival ships are domed?
10       A.   I would say so.
11       Q.   Meaning, they're covered, right?
12       A.   Correct.
13       Q.   Meaning people don't know that they're there,
14   right?
15       MR. BRIGGS:  Object to form.
16   BY MR. GERSON:
17       Q.   Isn't it true that Carnival covers its security
18   cameras on its vessels with domes?
19       A.   I believe they have --
20       MR. BRIGGS:  Object to form.
21       THE WITNESS:  I don't know if all of them
22       have domes, but I believe so, yeah.
23   BY MR. GERSON:
24       Q.   Are you aware of any -- strike that.
25           Isn't it true that the -- strike that.

159

1        You would agree that the CCTV is used primarily
2    to monitor the physical assets of the corporation,
3    correct?
4        MR. BRIGGS:  Object to form.
5        THE WITNESS:  Well -- please repeat.
6    BY MR. GERSON:
7        Q.   Have you ever been in a casino on a Carnival
8    ship?
9        A.   In a casino, yes.
10       Q.   How many cameras are inside any given casino?
11       MR. BRIGGS:  Object to form.
12       THE WITNESS:  I'm not sure.
13   BY MR. GERSON:
14       Q.   More than one?
15       A.   They're not run by our Security Department, so
16   I don't know.
17       Q.   The security cameras are not run by the
18   Security Department?
19       MR. BRIGGS:  Object to form.
20       THE WITNESS:  In the casino.
21       Every camera on the ship is not -- we don't
22       have access to the Security Department.
23   BY MR. GERSON:
24       Q.   Who does?
25       A.   So the -- specifically the casino ones,

160

1    Carnival Corporation.
2        Q.   Okay, Carnival Corporation.
3            So what -- what is your understanding of what
4    their requirements are under the CVSSA as far as security
5    cameras are concerned and security camera placement?
6        MR. BRIGGS:  Object to form.
7        THE WITNESS:  Not positive, but I believe
8        the placement says in public areas.
9    BY MR. GERSON:
10       Q.   That's a requirement under the Ship Security
11   Plan, is it not?
12       MR. BRIGGS:  Object to form.
13       THE WITNESS:  The Ship Security Plan, no.
14   BY MR. GERSON:
15       Q.   That's a requirement under what?
16       A.   You just said the CVSSA, I thought you said.
17       Q.   No, I did.
18           Is security camera placement a requirement
19   under the CVSSA?
20       MR. BRIGGS:  Object to form.
21       THE WITNESS:  Placement, I don't know if
22       placement is, but we're supposed to have CCTV to
23       monitor and record any criminal activity or an
24       incident of crime, if we have it.
25   BY MR. GERSON:

7 (Pages 157 to 160)

844efbe2-14bb-4b35-9d39-9c39f1850563

161

1  **Q.  Isn't it true that monitoring or using**
2  **surveillance equipment such as security cameras is also a**
3  **requirement under the Security Plan of a ship?**
4          MR. BRIGGS:  Object to form.
5          THE WITNESS:  We have to use cameras,
6  right.
7  BY MR. GERSON:
8      **Q.  You're required to.**
9          MR. BRIGGS:  Object to form.
10     **Q.  The Security Plan requires you to maintain and**
11 **monitor surveillance equipment on Carnival ships, right?**
12         MR. BRIGGS:  Object to form.
13         THE WITNESS:  Correct.
14 BY MR. GERSON:
15     **Q.  The CVSSA requires Carnival to monitor and**
16 **maintain security cameras on a ship, correct?**
17         MR. BRIGGS:  Object to form.
18         THE WITNESS:  Correct.
19 BY MR. GERSON:
20     **Q.  And the security cameras are not visible to**
21 **passengers, right?**
22         MR. BRIGGS:  Object to form.
23         THE WITNESS:  Not sure what you mean by
24 "visible".
25 BY MR. GERSON:

162

1      **Q.  Does the passenger know there is a security**
2  **camera in a dome?**
3          MR. BRIGGS:  Object to form.
4          THE WITNESS:  I guess if they can't see it,
5  yeah.
6  BY MR. GERSON:
7      **Q.  Security cameras are supposed to be in every**
8  **corridor and every public area on a Carnival ship?**
9      A.  Is that your opinion?
10     **Q.  I'm asking you.**
11     A.  No, it's not a requirement.
12         MR. BRIGGS:  Object to form.
13 BY MR. GERSON:
14     **Q.  Where are security -- surveillance videos --**
15 **surveillance cameras supposed to be located on Carnival**
16 **ships pursuant to the CVSSA?**
17         MR. BRIGGS:  Form.
18         THE WITNESS:  It hasn't been determined,
19 yet.
20 BY MR. GERSON:
21     **Q.  Where does, as the Director of Security, does**
22 **Carnival place security cameras in the passenger**
23 **corridors?**
24         MR. BRIGGS:  Object to form.
25         THE WITNESS:  We do or don't?

163

1  BY MR. GERSON:
2      **Q.  You don't?**
3      A.  We don't have cameras in passenger corridors.
4      **Q.  You don't?**
5      A.  No.
6      **Q.  Why not?**
7          MR. BRIGGS:  Object to form.
8          THE WITNESS:  Because we had no -- when the
9  ship was built, it's shipbuilding decides where
10 the cameras went.
11 BY MR. GERSON:
12     **Q.  When was the Sensation built?**
13     A.  Probably early 2000s, I'm thinking.
14     **Q.  So it's your testimony that there have been no**
15 **changes to the number of security cameras in passenger**
16 **corridors since the Sensation was built?**
17         MR. BRIGGS:  Object to form.
18         THE WITNESS:  There were no changes.  There
19 were no cameras; is that what you're saying?
20 BY MR. GERSON:
21     **Q.  Yes.**
22     A.  Yes.
23     **Q.  So Carnival has no security cameras in any**
24 **passenger corridor on any of its ships?**
25         MR. BRIGGS:  Object to form.

164

1          THE WITNESS:  As far as I'm aware, no, they
2  don't.
3          MR. BRIGGS:  Object to form.
4  BY MR. GERSON:
5      **Q.  So where are you aware that there are security**
6  **cameras on Carnival ships?**
7          MR. BRIGGS:  Object to form.
8          THE WITNESS:  It would be up on the lido
9  deck, by the pools, in the lobby area, gift
10 shop, the -- the casinos.  Those are the only
11 public areas.
12 BY MR. GERSON:
13     **Q.  Have you ever recommended Carnival place**
14 **security cameras on passenger decks to help monitor**
15 **activities that -- such as criminal activities that may**
16 **occur on its vessel?**
17     A.  That's been in the process since the CVSSA came
18 in effect in 2010.
19     **Q.  And Carnival hasn't complied with the**
20 **requirement under the CVSSA to incorporate or to install**
21 **security cameras in the passenger corridors, have they?**
22         MR. BRIGGS:  Object to form.
23         THE WITNESS:  There's nothing in the CVSSA
24 that says you have to have cameras in the
25 passenger corridors.

8  (Pages 161 to 164)

844efbe2-14bb-4b35-9d39-9c39f1850563

165

1    BY MR. GERSON:
2        Q.   So is it your testimony, as Director of
3    Security for Carnival, that Carnival does not have any
4    cameras in any passenger decks of its cruise ships?
5        MR. BRIGGS:  Object to form.
6        THE WITNESS:  Passenger decks, no, there's
7    cameras on passenger decks, but not down the
8    corridors where the staterooms are.
9    BY MR. GERSON:
10       Q.   Okay.  And it's your --
11       A.   As far as I know, unless they've recently added
12   some, as far as I know, there's none in corridors.
13       Q.   So -- and you're not aware of any requirement
14   that Carnival maintain video or cameras in any of the
15   passenger corridors leading to their staterooms?
16       A.   Requirement, no.
17       Q.   In the hallways?
18       A.   Correct.
19       Q.   Okay.  So of all the rapes and sexual assaults
20   that have occurred in passenger staterooms, you're not
21   aware of any surveillance video that's ever been provided
22   to members of law enforcement, because there isn't any
23   video of the actual corridors, right?
24       A.   Any video of the corridors haven't been --
25       MR. BRIGGS:  Object to form.

166

1        THE WITNESS:  Sorry.  Go ahead.
2    BY MR. GERSON:
3        Q.   Say it again.
4        A.   There's been no video of the corridors.  Video
5    has been turned over from other areas of the vessel.
6        Q.   Okay.  Do you agree that cameras provide a
7    visual deterrent?
8        A.   Absolutely.
9        MR. BRIGGS:  Object to form.
10   BY MR. GERSON:
11       Q.   Are you aware of -- if whether any of the
12   cameras on Carnival ships have ever been modified to
13   change their position?
14       MR. BRIGGS:  Object to form.
15       THE WITNESS:  That, I would not know.
16   BY MR. GERSON:
17       Q.   Who would know?
18       A.   Our technical operations people, they're in
19   charge of the cameras.
20       Q.   Who decides -- so you're telling me that --
21   that the decision to install security cameras is made, or
22   where they go, is made before the ship is placed into
23   service?
24       A.   Correct.
25       Q.   Who -- how would you find -- what document is

167

1    there to identify the location of security cameras on,
2    say, the Sensation?
3        MR. BRIGGS:  Object to form.
4        THE WITNESS:  I'm sure our tech people have
5    schematics drawings of where the cameras would
6    be installed.
7    BY MR. GERSON:
8        Q.   Okay.  If you wanted to get that document, you
9    could?
10       A.   Could I get it?
11       Q.   Yeah.
12       A.   I'm sure if I tried to request it, yeah.
13       Q.   You're the Director of Security, right?
14       MR. BRIGGS:  Object to form.
15       THE WITNESS:  Right.
16   BY MR. GERSON:
17       Q.   You've got access to the Security Plan, you're
18   one of only four or five people that have access to it,
19   right?
20       MR. BRIGGS:  Object to form.
21       THE WITNESS:  Correct.
22   BY MR. GERSON:
23       Q.   So if you wanted to get the schematics for the
24   Sensation, you have the authority to make that request
25   and to obtain it, correct?

168

1        MR. BRIGGS:  Object to form.
2        THE WITNESS:  I hope so.
3    BY MR. GERSON:
4        Q.   If your lawyer said to you I need you to
5    provide that document to me, you could get it, could you
6    not?
7        MR. BRIGGS:  Object to form.
8        THE WITNESS:  I could request it.
9    BY MR. GERSON:
10       Q.   As you sit here today, you're not aware of --
11   are you aware of any security cameras in the Limelight
12   Lounge?
13       A.   That I'm not sure, no.
14       Q.   The Kaleidoscope?
15       A.   I don't know.
16       Q.   You're aware of the security cameras in the
17   casinos though, right?
18       A.   Correct.
19       Q.   And as a Director of Security, would you agree
20   that your security officers are supposed to be
21   functioning similar to police?
22       MR. BRIGGS:  Object to form.
23       THE WITNESS:  To prevent crime, yeah, I
24   would say so.
25   BY MR. GERSON:

9  (Pages 165 to 168)

844efbe2-14bb-4b35-9d39-9c39f1850563

169

1    Q.  Okay.  Based on the fact that you as Director
2  of Security feels that the number of security officers is
3  less than what is needed, would you agree that security
4  on Carnival ships is inadequate?
5      A.  No, I can't say -- that's hard to say.  I mean,
6  no, I can't say it's inadequate.  I just know what the
7  recommendations are, but the amount of incidents that we
8  have on board a vessel, I would guess doesn't call for
9  any more security.
10     Q.  Would you agree that the number of security
11 officers in relation to the number of passengers on a
12 ship is an unreasonable ratio?
13     MR. BRIGGS:  Object to form.
14     THE WITNESS:  I would agree to that, yeah.
15 BY MR. GERSON:
16     Q.  You would agree Carnival could be doing more to
17 make their ships safer, right?
18     MR. BRIGGS:  Object to form.
19     THE WITNESS:  I can't say that.  I can say
20   we should have more -- as a deterrent, we should
21   have more officers on board.  I know our ships
22   are safe.  Can't say they're not safe.  I know
23   our ships are safe.
24 BY MR. GERSON:
25     Q.  In the last three years, how many rapes and

170

1  sexual assaults have you been personally involved in?
2      MR. BRIGGS:  Object to form.
3  BY MR. GERSON:
4      Q.  Let me rephrase that.
5          In the last three years, how many rapes or
6  sexual assaults have you been notified about?
7      A.  Not sure, because I'm probably copied on every
8  e-mail from the ship that comes in that the Senior
9  Manager of Investigations handles.
10     Q.  Can you tell me of any successful prosecution
11 in the last three years of any rape or sexual assault
12 that's occurred on a Carnival ship?
13     MR. BRIGGS:  Object to form.
14     THE WITNESS:  I believe we just had one
15   recently out of Port Canaveral.
16 BY MR. GERSON:
17     Q.  Was that involving my client?
18     A.  No -- oh, that, I don't know, because I don't
19 know who your client is, but I know it was out of Port
20 Canaveral or maybe Tampa, I believe it was.
21     Q.  Is that the only one?
22     A.  That's the only one I can remember because
23 it was recent.
24     Q.  Okay.  So in the last three years, of all the
25 alleged rapes and sexual assaults that you've known

171

1  about, you're only aware are of one successful
2  prosecution?
3      MR. BRIGGS:  Object to form.
4      THE WITNESS:  That I can remember, correct.
5  BY MR. GERSON:
6      Q.  And you're aware of one recently?
7      A.  Right, within the last year, I think it was.
8      Q.  And tell me what you know about that?  What
9  happened?
10     A.  No, I just know there was a -- a conviction.  I
11 don't know the circumstances of the case.
12     Q.  If you don't -- if you don't know about the
13 number of prior sexual assaults, how do you expect your
14 employees to know about the number of prior sexual
15 assaults?
16     A.  The -- the security officers?
17     Q.  Well, you, as Director of Security for
18 Carnival, if you don't know how many rapes and sexual
19 assaults are being committed on your ships in a given
20 year, how do you expect the people who are protecting the
21 ship to know what to look out for?
22     A.  It's -- it's -- they're trained what to look
23 out for.  We don't have to tell them an exact number of
24 what's going on in all the different vessels on the
25 ship -- I mean, in the fleet.

172

1      Q.  Aren't your security officers, pursuant to the
2  Vessel Security Plan, supposed to have knowledge of
3  current security threats and patterns?
4      A.  Related to the vessel.
5      MR. BRIGGS:  Object to form.
6  BY MR. GERSON:
7      Q.  Do you consider a rape or sexual assault a
8  security threat that's related to a vessel?
9      A.  Not in those terms.
10     Q.  Okay.  What about in any other terms, just in
11 general?
12     A.  In general, I would, yes, but that doesn't fall
13 under the Ship Security Plan.
14     Q.  When you say it doesn't "fall under the Ship
15 Security Plan," you're telling me that crime prevention
16 isn't something that's in the Ship Security Plan?
17     A.  What I'm saying the threats, have knowledge of
18 the threats, the verbiage you used, threats to the
19 vessel, not threats of crime against persons on the
20 vessel.
21     Q.  Let me ask you this, sir, the ISPS Code, can
22 you tell me anywhere in the ISPS Code that it defines
23 what a security threat is?
24     A.  I'm sure it's in there.
25     Q.  Okay.  Are you aware of the word "terrorism"

10  (Pages 169 to 172)

844efbe2-14bb-4b35-9d39-9c39f1850563

173

1    used in the ISPS Code?

2       A.  I'd have to see the book.  I don't know the

3    book from cover to cover.

4       Q.  Well, as you sit here today, you told me and

5    you filed an affidavit that the Ship Security Plan that's

6    in place is -- was designed specifically and only in

7    response to prevent terrorism, right?

8       A.  It was designed, right, for terrorism, but it's

9    because of the terrorists act of 9/11.  That's how it was

10    described and that's why we have the Ship Security Plan

11    to prevent against terrorist attacks.

12       Q.  Doesn't the ISPS Code state that the Security

13    Plan is supposed to or is designed to protect the ship

14    from security threats and security vulnerabilities?

15       A.  Correct.

16       Q.  Isn't it supposed to also address security

17    measures to protect passengers?

18       A.  Against those threats.

19       Q.  Does it specify what those threats are?

20       A.  Terrorism threats, yes.

21       Q.  You're telling me that the ISPS Code

22    specifically makes reference to terrorist threats?

23       A.  Pretty sure it's in there, terrorist attacks at

24    sea or in port.

25       Q.  Did you -- did you have any involvement in

174

1    drafting the ISPS Code?

2       A.  No, I did not.

3       Q.  Have you ever attended any training or seminar

4    about what is contained in the ISPS Code?

5       A.  No.

6       Q.  When was the last time you read the ISPS Code?

7       A.  Never read the whole thing.

8       Q.  Does the ISPS Code only apply to cruise ships?

9       A.  No, it does not.

10       Q.  Are cruise ships specifically identified in the

11    ISPS Code, or referred to?

12       A.  They're referred to as well as cargo vessels,

13    drilling platforms.  I'm not sure exactly what else was

14    in there.

15       Q.  You would agree, generally, that a security

16    threat or security pattern could be a criminal act on a

17    passenger, would you not?

18       MR. BRIGGS:  Object to form.

19       THE WITNESS:  It depends on the crime,

20    right.

21    BY MR. GERSON:

22       Q.  Potentially?

23       A.  Potentially, right.

24       Q.  And are you aware of -- strike that.

25       Isn't it true that the Security Plan is

175

1    supposed to require each vessel to advise its personnel

2    about possible threats and the need for viligence [sic]

3    on ships?

4       MR. BRIGGS:  Object to form.

5       THE WITNESS:  Yes.

6    BY MR. GERSON:

7       Q.  And it's your testimony that none of the

8    requirements under the Security Plan address security --

9    excuse me -- address vigilance of patrols with respect to

10    crimes other than terrorism?

11       MR. BRIGGS:  Object to form.

12       THE WITNESS:  Correct.

13    BY MR. GERSON:

14       Q.  What does Carnival do to ensure that its

15    security officers that are working on the ship do not

16    incur fatigue or are -- suffer some sort of -- well let

17    me -- strike that.

18       What are you aware of that Carnival does to

19    make sure that the security officers patrolling the

20    vessel once an hour are not subject to risk of fatigue?

21       A.  That's done by scheduling.  The scheduling, I

22    believe, the SOLAS says they can only work 72 hours a

23    week.  There are certain situations within a security

24    department that if an emergency comes up and they can --

25    they can document why a crew member worked over 72 hours,

176

1    then that's okay.  But they're only allowed to work

2    72 hours a week, so that's what's taken into account with

3    scheduling, to make sure an officer doesn't go over their

4    72 hours, or any crew member.

5       Q.  Now, when were you -- when did you learn about

6    this incident -- strike that.

7       Were you -- weren't you made aware that there

8    was an incident involving my client, Lindsey Horne?

9       A.  Are you saying back when it happened?

10       Q.  Yes.

11       A.  I don't remember if I was or not.

12       Q.  As you sit here today, are you aware that a

13    passenger by the name of Lindsey Horne was raped by

14    two -- by a passenger, one or more passengers, in her

15    state room?

16       MR. BRIGGS:  Object to form.

17       THE WITNESS:  I know she was a victim of a

18    crime.  I don't know the circumstances of the

19    case.

20    BY MR. GERSON:

21       Q.  And what did you do to find out about what

22    happened?

23       MR. BRIGGS:  Object to form.

24    BY MR. GERSON:

25       Q.  What did you do to investigate?

11  (Pages 173 to 176)

844efbe2-14bb-4b35-9d39-9c39f1850563

177

1     MR. BRIGGS:  Object to form.
2     THE WITNESS:  I didn't do anything to
3   investigate it.
4   BY MR. GERSON:
5     Q.  As a Director of Security, you have never done
6   anything to investigate the circumstances behind what
7   happened to Lindsey Horne?
8     MR. BRIGGS:  Object to form.
9     THE WITNESS:  No, I have not.
10   BY MR. GERSON:
11     Q.  Would you agree that rapes and sexual assaults
12   are the most common of all crimes that occur on Carnival
13   vessels?
14     A.  No, I would not.
15     Q.  Would you say theft is number one?
16     A.  I would say theft is number one.
17     Q.  And number two is rape and sexual assault?
18     MR. BRIGGS:  Object to form.
19     THE WITNESS:  No, I would not say that.
20   BY MR. GERSON:
21     Q.  What would you say is number two?
22     A.  Physical altercations.
23     Q.  And then rapes and sexual assaults?
24     MR. BRIGGS:  Object to form.
25     THE WITNESS:  Then I would probably say

178

1   rape and sexual assault.
2   BY MR. GERSON:
3     Q.  The physical altercations those usually occur
4   in -- all over the ship, right?
5     A.  Correct.
6     Q.  Is that another -- is the -- when you say
7   "physical altercations", does that include aggravated
8   batteries?
9     A.  Yes.
10     Q.  How many aggravated batteries have you been
11   notified about in the last three years on Carnival ships?
12     A.  Probably be less than five.
13     Q.  Doesn't the CVSSA say that -- or strike that.
14     Are you aware of any facts that Lindsey Horne
15   contributed or is responsible for what happened to her?
16     A.  No, I don't know anything.  I don't know the
17   case, so I don't know of any facts.
18     Q.  In speaking to your -- the lead investigator in
19   this case, Mr. Williams, did he ever tell you anything
20   that he believed that Lindsey Horne did to cause or
21   contribute to what happened to her?
22     MR. BRIGGS:  Object to form.
23     THE WITNESS:  I didn't speak to him about
24   the case then, now, so nothing was brought up.
25   BY MR. GERSON:

179

1     Q.  Why not?  I mean, really -- you're the Director
2   of Security, right?
3     MR. BRIGGS:  Object to form.
4     THE WITNESS:  Yes.
5   BY MR. GERSON:
6     Q.  Do you consider what happened to Lindsey Horne
7   to be a serious incident?
8     A.  Absolutely.  Don't take me the wrong way.  I'm
9   just saying everything doesn't have to go through me to
10   go to our Vice President.  It could go straight from the
11   Senior Manager of Investigations who handles all
12   investigations -- doesn't handle all the investigations,
13   but oversees all the investigations that occur, could go
14   straight to Dominic.
15     Q.  Okay.  What is Dominic supposed to do on a
16   daily basis?
17     Well, let me ask you, do you know whether or
18   not the senior investigator ever discussed what happened
19   on this particular voyage, specifically, the rape and
20   aggravated assault on other passengers, do you know
21   whether or not that conversation ever took place?
22     MR. BRIGGS:  Object to form.
23     THE WITNESS:  With Dominic, the Vice
24   President?
25   BY MR. GERSON:

180

1     Q.  Yes.
2     A.  I'm pretty sure it would have taken place, yes.
3     Q.  Do you know whether it did?
4     MR. BRIGGS:  Object to form.
5   BY MR. GERSON:
6     Q.  I mean --
7     A.  This specific case, I can't tell you whether it
8   did, but I know because of the chain of command, like you
9   were getting into, Dominic has to report to the president
10   of the company, and we have to report all sexual assaults
11   against guests or crew members once a week, if we have
12   them, to the president of the company.  So if this was a
13   sexual assault/rape and I wasn't involved in it --
14     Q.  But --
15     A.  -- then Bob Williams would report that to
16   Dominic, who would report it to the president of the
17   company.
18     Q.  But it gets reported to you, too?
19     A.  No, I said sometimes it doesn't.  That's why I
20   don't know anything about this case.  Doesn't get
21   reported to me.  It would go from Mr. Williams to
22   Mr. Froio to Ms. Duffy, or Mr. Cale [phonetic] back then.
23     Q.  But Mr. Williams is below you, right?
24     A.  I'm trying to make you understand.  Everything
25   doesn't -- doesn't have to go through me.

12  (Pages 177 to 180)

844efbe2-14bb-4b35-9d39-9c39f1850563

181

1   Q.  I understand it doesn't have to.
2   A.  Our department, yes, we have titles.  We're all
3   former law enforcement.  We know our jobs.  We don't have
4   to babysit each other, is what I'm trying to get at.  If
5   Bob Williams -- if I'm busy or not and he wants to bring
6   it to Mr. Froio, he's allowed to do that.  I'm not going
7   to scold them because he didn't tell me about it.  We're
8   all professionals.  That's how we run it and I don't know
9   how else to explain it.  I have tried, but there are
10  things that I don't know about.
11      Q.  But it's your job, don't you agree as the
12  Director of Security, it's your job to be aware of
13  security threats, such as crimes on passengers; you don't
14  disagree with that statement, do you?
15      MR. BRIGGS:  Object to form.
16      THE WITNESS:  I'm not going to disagree
17  with it, but, like I said, everybody in the
18  department works as one, so as long as somebody
19  in the department is aware of it and that
20  information is given to people above us, which
21  is our president, our president of the company,
22  that's -- that's how -- that's how it works.
23  BY MR. GERSON:
24      Q.  Who is the president of the company?
25      A.  Christine Duffy.

182

1   Q.  And who's above Christine Duffy?
2   A.  That would be Donald Arnold for the
3   corporation.
4   Q.  Who's above Donald?
5   A.  That would be Mickey Arison the owner of the
6   company.
7   Q.  Michael Arison, Donald?
8   A.  There might be somebody else after Donald.  I'm
9   not sure.
10      Then each company operating line has a
11  president.
12      Q.  Huh.
13      A.  All those presidents report to Donald Arnold or
14  I believe there's somebody in between him.  And then if
15  it has to be reported, I don't know what their reporting
16  requirements are.
17      For anything, not just talking about crimes.
18      Q.  What are the total number of security employees
19  in your department?
20      A.  I believe it was 520-something, the last time I
21  checked.
22      Q.  And you're the director?
23      A.  Correct.
24      Q.  Of 520 employees?
25      A.  Correct.

183

1   Q.  And those are all safety and security
2   personnel, correct?
3   A.  Correct.  They're not all on vessels.
4   Q.  I understand.
5       Are you aware of -- strike that.
6       How is the Staff Captain and Vessel Security
7   Officer integrated the vessel security safety
8   requirements mandated by the cruise CVSSA into the
9   Sensation's vessel security Plan?
10      A.  Sorry, one more time.
11      Q.  Sure.  How is the Staff Captain and vessel
12  security officer integrated the CVSSA security and safety
13  requirements into the M.S. Sensation's Vessel Security
14  Plan?
15      A.  He hasn't.
16      Q.  Why not?
17      A.  Because the CVSSA requirements are nothing to
18  do with the security and safety of the vessel, only the
19  occupants on the vessel.
20      Q.  Does the Vessel Security Plan identify sexual
21  or other criminal assaults against passengers and crew in
22  its list of credible security threats?
23      A.  Vessel Security Plan, no.
24      Q.  Does the Ship Security Manual?
25      A.  Does the Ship Security Manual?

184

1   Q.  Identify sexual or other criminal assaults
2   against passengers and crew in its list of credible
3   security threats.
4       MR. BRIGGS:  Object to form.
5       THE WITNESS:  I don't think there's
6   anything in the Security Manual that brings that
7   up.
8   BY MR. GERSON:
9       Q.  Does the Ship Vessel Security Plan include
10  procedures for responding to sexual or other criminal
11  assaults against passengers and crew?
12      A.  No.  To make sure, the Vessel Security Plan,
13  the Ship Security Plan is the same.
14      Q.  Right.
15      A.  It is.  People use different terminology.
16  Vessel Security Plan and SSP, the --
17      Q.  Does the Ship Security Plan include procedures
18  for responding to sexual or other criminal assaults
19  against passengers and crew?
20      A.  No.
21      Q.  What about the Security Manual?
22      A.  Yes.
23      Q.  Is that just the incident reporting and things
24  like that?
25      MR. BRIGGS:  Object to form.

13  (Pages 181 to 184)

844efbe2-14bb-4b35-9d39-9c39f1850563

185

1    THE WITNESS:  Correct.
2  BY MR. GERSON:
3    Q.   Did the audits conducted of the M.S. Sensation
4  Vessel Security Plan include findings of documented
5  sexual or other criminal assaults perpetrated against
6  passengers and crew on board the vessel while underway
7  prior to September 3, 2014?
8    A.   No.
9    Q.   What about for any other vessels?
10    A.   No.
11    Q.   You're not aware of any?
12    MR. BRIGGS:  Object to form.
13    THE WITNESS:  There would never be an audit
14  on the Vessel Security Plan to do with sexual
15  assaults or any other criminal activity against
16  a guest, so there wouldn't be an audit finding,
17  because it's not in there.
18  BY MR. GERSON:
19    Q.   Of the sexual assaults and criminal assaults
20  that you've testified about, have those ever been
21  documented as breaches of security?
22    A.   No.
23    Q.   Why not?
24    A.   Because they're not a breach of security.
25    Q.   Well, what are they?

186

1    A.   Sexual assaults?
2    Q.   And rape.
3    A.   It's a crime, but it's not a breach of
4  security.
5    Q.   What is an example of a breach of security?
6    A.   It's when somebody gets on board that's not
7  supposed to be on board.  It's when somebody gets a
8  firearm on board.  We're not allowed to have firearms on
9  board.  It's Coast Guard regulations on what they
10  consider a breach of security.
11    Q.   Anything else?
12    A.   Under breach of security?  I don't know the
13  whole list offhand.
14    Any type of ammunition that's got gun powder,
15  knives over four inches, stun guns.
16    Not sure of the rest of them.
17    Q.   Can you tell me any preventive measures that
18  the Staff Captain and the Vessel Security Officer have
19  put into place and documented to prevent, deter -- to
20  prevent, detect and deter criminal activities like rape
21  and sexual assault?
22    MR. BRIGGS:  Object to form.
23    THE WITNESS:  No, that's just the training
24  for our patrolling that they get.
25  BY MR. GERSON:

187

1    Q.   That's in the Security Manual?
2    A.   I'm not sure if patrol -- the post orders, if
3  there are assigned to patrol, it would be patrolling.
4  That's probably in there.
5    Q.   Do you know what the post orders are for
6  security personnel?
7    MR. BRIGGS:  Object to form.
8  BY MR. GERSON:
9    Q.   Safety officers, excuse me.
10    A.   They're security officers, not safety officers.
11  That's a different position.
12    The security officers, it's to patrol the
13  vessel or -- it's up -- like I said, it's up to the Chief
14  Security Officer, the Vessel Security Officer and the
15  Chief Security Officer to decide where they're going to
16  utilize officers each shift and what their -- their job
17  is going to be that shift.
18    It could be on the lido deck during on the day,
19  because it's a day at sea monitoring the pool area.  It
20  could be in the nightclub at night.
21    Q.   You don't know what they are?
22    A.   No, not -- it's up to the ship's security
23  officer.
24    Q.   You expect your -- you expect the safety
25  officers to know their -- what their responsibilities

188

1  are, right?  The security -- I mean, the people that are
2  performing the patrols.
3    A.   The security officers.
4    Q.   The security officers.
5    A.   Right.
6    Q.   So it's your testimony -- well, let me ask you
7  this:  You don't know what the security -- other than
8  just patrolling the ship, you're not aware of any
9  specific post orders of any security officer is on any
10  Carnival vessel, are you?
11    A.   Not specific.  It's basically the safety and
12  the security of our guests on board.
13    Q.   But you would -- I think you already told me,
14  you would agree there are no manned positions and there
15  are no people that are assigned to a deck, they're just
16  supposed to patrol the ship once an hour for every hour
17  they're on duty?
18    MR. BRIGGS:  Object to form.
19    THE WITNESS:  The ones that are assigned to
20  patrolling.  I told you there are manned
21  positions, like in the nightclub, up on the lido
22  deck where the pools are.  It depends on the
23  time of the day, where the ship is at, if it's
24  at sea, if it's docked in a port of call.
25  That's left up to the staff captains and chiefs

14  (Pages 185 to 188)

189

1    to decide where they need the manpower.
2    BY MR. GERSON:
3        Q.  Did you -- did you -- strike that.
4            You're seated next to Mr. Briggs.  You know who
5    Mr. Briggs is, right?
6        A.  Yes.
7        Q.  Today is not the first day you met with
8    Mr. Briggs, is it?
9        A.  No, it's not.
10       Q.  Okay.  You prepared for this deposition -- or
11   you had a meeting with your attorney in preparation for
12   this deposition?
13       A.  Correct.
14       Q.  Were you shown any documents?
15           MR. BRIGGS:  Don't answer that.
16           MR. GERSON:  You can answer that.
17           MR. BRIGGS:  No.  I'm instructing the
18   witness not to answer that.  It's work product.
19           MR. GERSON:  No, it's not.
20           MR. BRIGGS:  He's not answering.  You can
21   show him documents and ask if he looked at
22   those.  I'm not going to let him identify what
23   specific --
24           MR. GERSON:  Let me -- let me put this on
25   the record.  You are instructing Mr. Panariello

190

1    to not testify what documents he reviewed in
2    preparation of his deposition.
3            MR. BRIGGS:  Yes.
4            MR. GERSON:  Okay.
5    BY MR. GERSON:
6        Q.  Did you review any photographs?
7            MR. BRIGGS:  Don't answer that.  If he
8    shows you a document --
9            MR. GERSON:  Okay.
10           MR. BRIGGS:  -- you can answer.
11   BY MR. GERSON:
12       Q.  Did you meet with Mr. Briggs?
13           MR. BRIGGS:  Object to form.
14           THE WITNESS:  Yes.
15   BY MR. GERSON:
16       Q.  When -- how many times did you meet with him
17   prior to the deposition?
18       A.  Once.
19       Q.  Where did you meet with him?
20       A.  My office.
21       Q.  When did you meet with him?
22       A.  Today's -- depo was supposed to be yesterday.
23   The day before.
24       Q.  How long did you meet for?
25       A.  Half an hour, hour.

191

1        Q.  Who else was in the meeting?
2            MR. BRIGGS:  Don't answer that,
3    attorney/client.
4            MR. GERSON:  It's not attorney/client,
5    neither is the question about what documents he
6    reviewed.
7            MR. BRIGGS:  Absolutely is.
8            MR. GERSON:  I'll tell you what, we're
9    going to take a two-minute break.  You call
10   Curtis Mase.
11           Let's go off the record for a second.
12           (Discussion off the record.)
13       Q.  Sir, you have been -- I have asked you what
14   documents you reviewed in preparation of your deposition
15   and Mr. Briggs has instructed you not to answer that
16   question.
17           MR. BRIGGS:  Work product, attorney/client.
18   So don't answer.
19   BY MR. GERSON:
20       Q.  And I have asked you whether or not you have
21   reviewed any photographs and --
22           MR. BRIGGS:  Same objection.  Nick, I'm
23   telling you if you want to show him documents.
24           MR. GERSON:  That's not the way it works.
25   I don't know --

192

1            MR. BRIGGS:  Absolutely.
2            MR. GERSON:  Can you tell me any case law
3    that supports that.
4            MR. BRIGGS:  I don't have it memorized.  I
5    can have some sent over.
6            MR. GERSON:  Any rule, any law of any
7    authority in support of your suggestion that
8    this witness cannot -- that you can instruct a
9    witness not to answer a question of documents
10   that he's reviewed.
11           MR. BRIGGS:  Nick, I don't have it
12   memorized, but I can get you some.
13           MR. GERSON:  Okay.  So we'll -- I guess
14   we'll have to stop the deposition for now and
15   bring him --
16           MR. BRIGGS:  Let me get a case.
17           MR. GERSON:  -- before the Judge.
18           MR. BRIGGS:  Well --
19           THE WITNESS:  Excuse me.  I have to use the
20   bathroom.
21           MR. GERSON:  Sure.  We can go off the
22   record.
23           (Discussion off the record.)
24           MR. GERSON:  Back on the record.
25           Let's go off the record for one second.

15  (Pages 189 to 192)

193

1      (Discussion off the record.)
2   BY MR. GERSON:
3      Q.  Mr. Panariello, did you review any documents
4   that have not been authored by a lawyer in preparation of
5   your deposition?
6         MR. BRIGGS:  Hold on.  Hold on.  Let me
7   think about this one.  Give me a second.
8         Can you read it back to me?
9         (Thereupon, the last question was read back
10  by the reporter as above recorded.)
11        MR. BRIGGS:  I'll let you answer that one.
12  Go ahead.
13        THE WITNESS:  Any documents -- now, I --
14  try to understand it.  Have I reviewed -- might
15  be -- this is the only document I reviewed, was
16  my affidavit.
17        MR. BRIGGS:  Well, he blew up the whole
18  thing.
19        THE WITNESS:  I'm not sure that answers the
20  question.
21  BY MR. GERSON:
22     Q.  Did you write that affidavit yourself?
23  Exhibit 1, did you write that affidavit yourself?
24     A.  Not all these bullet points, no.
25     Q.  Someone else helped you write that affidavit?

194

1      A.  Correct.
2      Q.  That affidavit was sent to you by a lawyer?
3      A.  Correct.
4      Q.  And then you were asked to sign it?
5      A.  Confirmed it and signed it, yes.
6      Q.  What bullet points are not part of your -- let
7   me ask you this, do you have any involvement in drafting
8   that affidavit?
9      A.  Yes.
10     Q.  You said you didn't include the bullet points?
11        MR. BRIGGS:  Object to form.
12        THE WITNESS:  No, I'm saying I -- that's
13  what I reviewed, is the bullet points.  I
14  explained what the Vessel Security Plan was and
15  then the bullet points were drawn up.  I agreed
16  to them and then signed the affidavit.
17  BY MR. GERSON:
18     Q.  Other than this affidavit, did you review any
19  other documents that were not authored by a lawyer in
20  preparation for your deposition?
21        MR. BRIGGS:  Yeah, go ahead.
22        THE WITNESS:  Did I review any other
23  documents that weren't authored by a lawyer for
24  this case, no.
25  BY MR. GERSON:

195

1      Q.  Other than your -- you met with Mr. Briggs for
2   an hour, correct?
3      A.  Correct.
4         MR. BRIGGS:  Object to form.
5   BY MR. GERSON:
6      Q.  Prior to meeting with Mr. Briggs for an hour,
7   did you meet with anyone else from Mr. Briggs's office
8   prior to your deposition today?
9      A.  Not meet, no.
10     Q.  Did you meet with anyone from Carnival prior to
11  coming into your deposition today?
12        MR. BRIGGS:  Object to form.
13        THE WITNESS:  Carnival?
14  BY MR. GERSON:
15     Q.  Carnival Corporation, Carnival Cruise Lines.
16     A.  No, no, sir.
17     Q.  Did you review any photographs in preparation
18  of your deposition?
19     A.  No.
20     Q.  So the only document that you reviewed that was
21  not authored -- well, the only document that you reviewed
22  in preparation of your deposition is that Exhibit 1?
23     A.  Correct.
24     Q.  You didn't review the Security Manual?
25        MR. BRIGGS:  Object to form.

196

1         THE WITNESS:  No, I did not.
2   BY MR. GERSON:
3      Q.  You didn't review the Cruise Ship Vessel Safety
4   and Security Act?
5      A.  No, I did not.
6      Q.  Did you review any prior deposition testimony?
7         MR. BRIGGS:  Object to form.
8         THE WITNESS:  No, I did not.
9   BY MR. GERSON:
10     Q.  Didn't review the incident report in this case?
11        MR. BRIGGS:  Object to form.
12        THE WITNESS:  No, I did not.
13  BY MR. GERSON:
14     Q.  Have you ever read the incident report in this
15  case?
16     A.  No, I have not.
17     Q.  Prior to coming in today for your deposition,
18  you never read the incident report regarding the crime
19  involving or the rape of Lindsey Horne?
20        MR. BRIGGS:  Object to form.
21        THE WITNESS:  No, I have not.
22  BY MR. GERSON:
23     Q.  Prior to coming in today for your deposition,
24  you never read the incident report concerning this
25  incident?

16  (Pages 193 to 196)

844efbe2-14bb-4b35-9d39-9c39f1850563

197

1    MR. BRIGGS:  Object to form.
2    THE WITNESS:  No, I have not.
3  BY MR. GERSON:
4    Q.  As a Director of Security, is there any
5  particular reason why you never read the incident report
6  as far as what happened?
7    A.  Because the Senior Manager of Investigations,
8  who handles and reviews all investigations, was actually
9  the investigator on this case and he's the one who
10  reviews all these cases.
11    Q.  And then he reports to you?
12    A.  Correct.
13    Q.  And what did he tell you about what his review
14  of this incident was?
15    MR. BRIGGS:  Object to form.
16    THE WITNESS:  He didn't.
17  BY MR. GERSON:
18    Q.  He never told you?
19    MR. BRIGGS:  Object to form.
20    THE WITNESS:  Not this case, no.
21  BY MR. GERSON:
22    Q.  As a former police officer, do you agree that
23  crime is preventable?
24    MR. BRIGGS:  Object to form.
25    THE WITNESS:  Yes.

198

1  BY MR. GERSON:
2    Q.  As a former police officer, do you agree that
3  crime is foreseeable?
4    MR. BRIGGS:  Object to form.
5    THE WITNESS:  Foreseeable, no.
6  BY MR. GERSON:
7    Q.  No?
8    A.  No, I don't.
9    Q.  Okay, but you believe that crime is
10  preventable?
11    MR. BRIGGS:  Object to form.
12    THE WITNESS:  Yes.
13  BY MR. GERSON:
14    Q.  And as Director of Security for Carnival Cruise
15  Lines, you would also agree that crimes on cruise ships
16  are preventable, if reasonable security measures are in
17  place?
18    MR. BRIGGS:  Object to form.
19    THE WITNESS:  No, I can't say that.
20  BY MR. GERSON:
21    Q.  Why not?
22    A.  Crime could be committed behind closed doors,
23  the security officer could be walking right by a closed
24  door and a crime could be committed, and he would not
25  know about it.

199

1    Q.  What about other crimes?  Is it your testimony
2  that no crimes on cruise ships are preventable?
3    MR. BRIGGS:  Object to form.
4    THE WITNESS:  No, I'm not saying that.
5  BY MR. GERSON:
6    Q.  You would agree there are some crimes on cruise
7  ships that are preventable?
8    A.  Correct.
9    MR. BRIGGS:  Object to form.
10  BY MR. GERSON:
11    Q.  Based on having more security officers and more
12  security presence?
13    A.  Correct.
14    Q.  You would agree that security awareness and
15  security vigilance on board a vessel is an important
16  component to having reasonable security measures, would
17  you not?
18    A.  Yes.
19    Q.  Do you have any plans on leaving the country or
20  anything like that in the next five months?
21    MR. BRIGGS:  Object to form.
22    THE WITNESS:  In January.
23  BY MR. GERSON:
24    Q.  In January?
25    A.  Yeah.

200

1    Q.  Where are you going?
2    A.  India, Mumbai.
3    Q.  For how long?
4    A.  A week.
5    Q.  What's the purpose of you going to India?
6    A.  Interview security officers.
7    Q.  How often do you go to India?
8    A.  We try every two years.
9    MR. GERSON:  Okay.  I don't think I have
10  anything further for you at this moment, so I
11  want to thank you for your time.
12    MR. BRIGGS:  I just have a couple of
13  questions.  I'll be very brief.
14    CROSS EXAMINATION
15  BY MR. BRIGGS:
16    Q.  Mr. Panariello, do you have the CVSSA
17  memorized?
18    A.  No, I do not.
19    Q.  Is there any federal law that requires you to
20  memorize it?
21    A.  No, there's not.
22    Q.  Do you have the ISPS memorized?
23    A.  No, I do not.
24    Q.  When is the last time you looked at the ISPS?
25    A.  To tell you the truth, I can't remember.

17 (Pages 197 to 200)

844efbe2-14bb-4b35-9d39-9c39f1850563

201

1    Q.  Do you have the Ship Security Manual memorized?
2    A.  No, I do not.
3    Q.  All these documents I just asked you about,
4  they're available for your review, if necessary, is that
5  correct?
6    A.  Yes.
7    Q.  Do you know if the post orders in the Ship
8  Security Manual are different from any requirements in
9  the CVSSA?
10   A.  That, I'm not sure.
11   Q.  Now, you testified that you would like more
12 security officers, that's right, is that correct?
13   A.  Correct.
14   Q.  But you feel like security is adequate on
15 Carnival ships, is that right?
16   MR. GERSON:  Form.  That's not what he
17 said.
18 BY MR. BRIGGS:
19   Q.  You can answer.
20   A.  Oh, you have to ask me again.
21   Q.  Sure, sure.
22   You testified earlier that you would like more
23 security officers.  You always want more and more
24 security, right?
25   A.  Correct.

202

1    Q.  And that comes from your background as an old
2  school police officer, right?
3    MR. GERSON:  Form.
4    THE WITNESS:  Yes.  Sorry.
5  BY MR. BRIGGS:
6    Q.  Despite not getting those extra security
7  officers, you feel Carnival security on board is
8  adequate, correct?
9    MR. GERSON:  Form.
10   THE WITNESS:  Correct.
11 BY MR. BRIGGS:
12   Q.  You feel the ships are safe?
13   A.  Correct.
14   Q.  Now, do you know, if in this case, if two more
15 security officers on board would have stop the alleged
16 crime?
17   A.  No, I wouldn't know.
18   Q.  Do you know if four more security officers on
19 board the ship would have stopped this alleged crime?
20   A.  No.
21   Q.  And Exhibit 1, you signed an affidavit similar,
22 or the same as that, in another case, is that right?
23   A.  Yes, I have.
24   Q.  And you didn't investigate Ms. Horne's
25 allegations, is that right?

203

1    A.  Correct.
2    Q.  But somebody from your office did, or somebody
3  from your department did, is that right?
4    A.  Correct.
5    Q.  Was that Bobby Williams, Robert Williams?
6    A.  Yes.
7    Q.  And what's Mr. Williams's background?
8    A.  Twenty-seven years with -- I don't know if
9  it was Buffalo Police Department, but up in that area.
10   Q.  So he was a cop for over 20 years?
11   A.  Correct.
12   Q.  Fair to say he knows what he's doing with
13 respect to investigations like this?
14   A.  Yes.
15   Q.  We talked about Exhibit 1 in your direct
16 testimony; is everything true in that affidavit?
17   A.  Yes.
18   Q.  You wouldn't sign that affidavit unless
19 everything was true, correct?
20   A.  Correct.
21   Q.  You wouldn't sign an affidavit unless
22 everything was a hundred percent accurate, is that right?
23   A.  Correct.
24   MR. BRIGGS:  I have nothing further at this
25 time.

204

1    MR. GERSON:  Couple of quick follow-ups.
2    REDIRECT EXAMINATION
3  BY MR. GERSON:
4    Q.  How many people were involved in this crime?
5    MR. BRIGGS:  Object to form.
6    THE WITNESS:  "Involved in"?
7  BY MR. GERSON:
8    Q.  The incident that we're here to talk about
9  involving Lindsey Horne.
10   MR. BRIGGS:  Object to form.
11   THE WITNESS:  I'm not sure what you're
12 saying how many people.  In the actual crime
13 itself or investigating the crime?
14 BY MR. GERSON:
15   Q.  Involved in the crime.
16   A.  That, I have no idea.
17   Q.  Do you know where Lindsey Horne was before she
18 got raped?
19   A.  No idea.
20   Q.  Do you know where her roommates were?
21   A.  No idea.
22   Q.  Do you know what Lindsey Horne was doing an
23 hour before Carnival was notified?
24   A.  No, I have no idea.
25   Q.  Do you know where -- what Lindsey Horne did

18  (Pages 201 to 204)

205

1  that night?
2       MR. BRIGGS:  Object to form.
3       THE WITNESS:  No, I don't.
4  BY MR. GERSON:
5       Q.  Do you know who Erica Tochiro [phonetic] is?
6       MR. BRIGGS:  Object to form.
7       THE WITNESS:  No, I don't.
8  BY MR. GERSON:
9       Q.  Do you know who Kayla Bar [phonetic] is?
10      A.  No, I don't.
11      Q.  Do you know who James Lamarcus is?
12      MR. BRIGGS:  Object to form.
13      THE WITNESS:  No, I don't.
14  BY MR. GERSON:
15      Q.  Do you know who Troy Randall is?
16      A.  No, I don't.
17      Q.  Do you know where any of the persons that I
18  just mentioned were before the rape was reported?
19      MR. BRIGGS:  Object to form.
20      THE WITNESS:  No, I don't.
21  BY MR. GERSON:
22      Q.  Do you know who -- how many security officers
23  responded?
24      MR. BRIGGS:  Object to form.
25      THE WITNESS:  No, I don't.

206

1  BY MR. GERSON:
2       Q.  Okay.  You don't know anything about this
3  crime, do you?
4       A.  No, I don't.
5       Q.  As you sit here today, as the Director of
6  Security for Carnival, you have no idea of any fact about
7  this incident, other than what you've learned from me at
8  this deposition?
9       MR. BRIGGS:  Object to form.
10      THE WITNESS:  That's correct.
11  BY MR. GERSON:
12      Q.  So how can you possibly say that a crime is not
13  preventable [sic], if you don't know anything about the
14  crime?
15      MR. BRIGGS:  Object to form,
16  mischaracterizes testimony.
17      THE WITNESS:  I'm talking about crime in
18  general, not this specific.
19  BY MR. GERSON:
20      Q.  Well, you were asked whether or not this crime
21  was preventable.
22      MR. BRIGGS:  Object to form.
23      THE WITNESS:  I'm just speaking about all
24  crimes.
25  BY MR. GERSON:

207

1       Q.  Well, you were asked by counsel, I believe on
2  cross examination, whether or not the crime in this case
3  was preventable and you stated that it wasn't.
4       MR. BRIGGS:  Object to form.
5  BY MR. GERSON:
6       Q.  You remember that?
7       A.  I would have to have it read back, but I'm
8  pretty sure it was just crime, not this case, because I
9  know nothing about this case.
10      Q.  So you don't know one way or another whether or
11  not this crime was preventable or not, do you?
12      MR. BRIGGS:  Object to form.
13      THE WITNESS:  This crime we're here for,
14  no, I would not know.
15  BY MR. GERSON:
16      Q.  And as you sit here today, you know nothing
17  about any of the facts or circumstances involving what
18  happened to Lindsey Horne on the Carnival Sensation on
19  September 3rd, 2014?
20      MR. BRIGGS:  Object to form.
21      THE WITNESS:  That's correct.
22      MR. GERSON:  Nothing further.
23      MR. BRIGGS:  Thanks, Nick.
24  (Discussion off the record.)
25      MR. BRIGGS:  I'll let you know if we order,

208

1  and we read.
2       (The deposition was concluded at 3:14 p.m.)
3       (Reading and signing of the deposition was not
4  waived by the witness and all parties.)
5
6
7       _____
8       DEPONENT
9       SUBSCRIBED AND SWORN TO BEFORE me
10  this_____day of_____, 2015, in the City of
11  Miami, County of Miami-Dade, State of Florida.
12
13       _____
14       NOTARY PUBLIC
15
16
17
18
19
20
21
22
23
24
25

19 (Pages 205 to 208)

844efbe2-14bb-4b35-9d39-9c39f1850563

209

1    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF MIAMI-DADE

5

6    I, FELICIA C. ORTEGA, Florida Professional Reporter,

7    Notary Public, State of Florida, certify that

8    MICHAEL PANARIELLO personally appeared before me on the

9    22nd day of October, 2015, and was duly sworn.

10        Signed this 26th day of October, 2015.

11

12

13        _____
          FELICIA C. ORTEGA, FPR

14        Notary Public, State of Florida
          Commission No.: EE 883461

15        Commission Expires:  April 22, 2017

16

17

18

19

20

21

22

23

24

25

211

1    WITNESS NOTIFICATION LETTER

2

3

4    October 26, 2015

5

6    MICHAEL PANARIELLO
     c/o: THOMAS A. BRIGGS, ESQUIRE

7    MASE LARA, P.A.
     2601 South Bayshore Drive, Suite 800

8    Miami, Florida  33133

9    In Re:  Lindsey Horne vs. Carnival Cruise Lines
             Deposition taken on October 22, 2015

10            U.S. Legal Support Job No. 1338249

11    The transcript of the above-referenced proceeding has
      been prepared and is being provided to your office for

12    review by the witness.

13    We respectfully request that the witness complete their
      review within 30 days and return the errata sheet to our

14    office.

15    Sincerely,

16

17    FELICIA C. ORTEGA, FPR
      Florida Professional Reporter

18    U.S. Legal Support, Inc.
      One S.E. Third Avenue, Suite 1250

19    Miami, FL  33131
      (305) 373-8404

20

21

22

23

24

25

210

1    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA

4    COUNTY OF MIAMI-DADE

5

6        I, FELICIA C. ORTEGA, Florida Professional Reporter,

7    certify that I was authorized to and did stenographically

8    report the deposition of MICHAEL PANARIELLO, pages 133

9    through 207; that a review of the transcript was

10   requested; and that the transcript is a true record of my

11   stenographic notes.

12       I further certify that I am not a relative, employee,

13   attorney, or counsel of any of the parties, nor am I a

14   relative or employee of any of the parties' attorneys or

15   counsel connected with the action, nor am I financially

16   interested in the action.

17       Dated this 26th day of October, 2015.

18

19        _____

20        FELICIA C. ORTEGA, FPR
          Florida Professional Reporter

21

22

23

24

25

212

1    ERRATA SHEET

2    DO NOT WRITE ON THE TRANSCRIPT~ENTER CHANGES ON THIS PAGE

3    IN RE: Lindsey Horne vs. Carnival Cruise Lines
     MICHAEL PANARIELLO

4    October 22, 2015

5    Page No.  Line No.        Change    Reason

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20      Under penalties of perjury, I declare that I have
     read the foregoing document and that the facts stated in

21   it are true.

22   _____

23   DATE          MICHAEL PANARIELLO

24

25

20  (Pages 209 to 212)

844efbe2-14bb-4b35-9d39-9c39f1850563

**A**

**a.m** 133:13
**above-referenced** 211:10
**Absolutely** 166:8 179:8 191:7 192:1
**access** 159:22 167:17,18
**account** 176:2
**accurate** 203:22
**act** 173:9 174:16 196:4
**action** 210:15,16
**activities** 164:15 164:15 186:20
**activity** 160:23 185:15
**actual** 165:23 204:12
**added** 165:11
**address** 173:16 175:8,9
**addressed** 153:3
**adequate** 201:14 202:8
**adjustments** 150:17
**administrative** 147:24 148:2
**advise** 175:1
**affidavit** 136:9 137:1,2 173:5 193:16,22,23,25 194:2,8,16,18 202:21 203:16,18 203:21
**afford** 156:14
**agencies** 140:6 141:8
**aggravated** 178:7 178:10 179:20
**agree** 156:22 159:1 166:6 168:19 169:3,10,14,16 174:15 177:11 181:11 188:14 197:22 198:2,15 199:6,14
**agreed** 144:2 194:15
**ahead** 166:1 193:12 194:21
**allegations** 202:25
**alleged** 170:25 202:15,19
**allowed** 176:1 181:6 186:8

**altercations** 177:22 178:3,7
**Americans** 142:11
**ammunition** 186:14
**amount** 169:7
**analysis** 147:18 148:23 149:14,18 150:5 151:20
**annual** 151:14
**answer** 189:15,16 189:18 190:7,10 191:2,15,18 192:9 193:11 201:19
**answering** 189:20
**answers** 193:19
**apologize** 138:23
**APPEARANCES** 134:1
**appeared** 209:8
**applicants** 142:3,5 142:8
**applications** 140:7 141:9
**apply** 174:8
**April** 209:15
**area** 162:8 164:9 187:19 203:9
**areas** 160:8 164:11 166:5
**Arison** 182:5,7
**Arnold** 182:2,13
**asked** 136:10,15 150:15 191:13,20 194:4 201:3 206:20 207:1
**asking** 136:21 145:3 148:22 153:20 162:10
**assault** 153:2 170:11 172:7 177:17 178:1 179:20 186:21
**assault/rape** 180:13
**assaults** 144:14 146:20 147:20 148:25 149:19 150:5 151:2,9,21 165:19 170:1,6 170:25 171:13,15 171:19 177:11,23 180:10 183:21 184:1,11,18 185:5,15,19,19 186:1
**assessment** 137:17 137:21,25 138:3 143:24

**assets** 159:2
**assigned** 187:3 188:15,19
**assistant** 143:25
**attacks** 173:11,23
**attended** 144:7 174:3
**attendees** 151:19 153:17 154:17
**attorney** 189:11 210:13
**attorney/client** 191:3,4,17
**attorneys** 210:14
**audit** 138:9,14 185:13,16
**audits** 185:3
**authored** 193:4 194:19,23 195:21
**authority** 167:24 192:7
**authorized** 210:7
**availability** 156:18
**available** 201:4
**Avenue** 211:18
**aware** 143:4,14 150:19 158:24 164:1,5 165:13 165:21 166:11 168:10,11,16 171:1,6 172:25 174:24 175:18 176:7,12 178:14 181:12,19 183:5 185:11 188:8
**awareness** 199:14

**B**

**babysit** 181:4
**back** 136:6 146:15 147:10 156:11,16 176:9 180:22 192:24 193:8,9 207:7
**background** 140:12 141:20 142:24 143:9,16 202:1 203:7
**backgrounds** 142:22
**Bar** 205:9
**Based** 142:21 169:1 199:11
**basically** 188:11
**basis** 155:20 179:16
**bathroom** 192:20
**batteries** 178:8,10

**Bayshore** 134:7 211:7
**Behalf** 134:2,6
**believe** 144:16,17 144:25 157:10 158:19,22 160:7 170:14,20 175:22 182:14,20 198:9 207:1
**believed** 178:20
**blew** 193:17
**board** 169:8,21 185:6 186:6,7,8 186:9 188:12 199:15 202:7,15 202:19
**boarded** 157:16
**Bob** 149:10,12 180:15 181:5
**Bobby** 203:5
**book** 173:2,3
**breach** 185:24 186:3,5,10,12
**breaches** 185:21
**break** 191:9
**breaking** 145:7,9
**Breeze** 157:23
**brief** 144:12 200:13
**briefed** 144:12
**Briggs** 134:9 135:3 136:13 137:8,14 137:23 138:10 139:17,22 140:4 140:15,24 142:1 142:13,17 143:18 144:15,23 145:8 145:24 146:7,22 147:3,13,21 148:6,9,19 149:2 149:21 150:1,7 150:12,21 151:15 151:22 152:4 153:4,23 154:7 154:13,19 155:10 155:12,22 156:4 156:15,24 157:5 157:22 158:4,15 158:20 159:4,11 159:19 160:6,12 160:20 161:4,9 161:12,17,22 162:3,12,17,24 163:7,17,25 164:3,7,22 165:5 165:25 166:9,14 167:3,14,20 168:1,7,22

169:13,18  170:2
170:13  171:3
172:5  174:18
175:4,11  176:16
176:23  177:1,8
177:18,24  178:22
179:3,22  180:4
181:15  184:4,25
185:12  186:22
187:7  188:18
189:4,5,8,15,17
189:20  190:3,7
190:10,12,13
191:2,7,15,17,22
192:1,4,11,16,18
193:6,11,17
194:11,21  195:1
195:4,6,12,25
196:7,11,20
197:1,15,19,24
198:4,11,18
199:3,9,21
200:12,15  201:18
202:5,11  203:24
204:5,10  205:2,6
205:12,19,24
206:9,15,22
207:4,12,20,23
207:25  211:6
**Briggs's** 195:7
**bring** 181:5  192:15
**bringing** 147:5
**brings** 184:6
**broad** 138:23
**broken** 145:3
**brought** 178:24
**budget** 155:18,18
  156:3,9,11,13
**Buffalo** 203:9
**built** 163:9,12,16
**bullet** 193:24
  194:6,10,13,15
**busy** 181:5

—————————
      **C**
**C** 133:19  136:1
  209:6,13  210:6
  210:20  211:17
**c/o** 211:6
**cabin** 156:18
**Cale** 180:22
**call** 169:8  188:24
  191:9
**called** 156:12
**camera** 159:21
  160:5,18  162:2
**cameras** 156:23
  157:3,19  158:2,9

158:18  159:10,17
160:5  161:2,5,16
161:20  162:7,15
162:22  163:3,10
163:15,19,23
164:6,14,21,24
165:4,7,14  166:6
166:12,19,21
167:1,5  168:11
168:16
**Canaveral** 170:15
  170:20
**Captain** 183:6,11
  186:18
**captains** 144:9,10
  144:10  188:25
**cargo** 174:12
**Carnival** 133:7
  136:12,23,24
  137:22  138:4,8
  138:13  139:9,15
  140:11,17,21
  141:2,10,16,22
  141:23  142:11,15
  142:23  143:5,7
  144:6  145:17,23
  146:21  147:19
  148:18  149:1,13
  149:14,16,18,19
  150:6  151:2,3
  153:20,22  154:3
  156:14  157:4,9
  157:15,16,20
  158:9,17  159:7
  160:1,2  161:11
  161:15  162:8,15
  162:22  163:23
  164:6,13,19
  165:3,3,14
  166:12  169:4,16
  170:12  171:18
  175:14,18  177:12
  178:11  188:10
  195:10,13,15,15
  198:14  201:15
  202:7  204:23
  206:6  207:18
  211:8  212:3
**Carnival's** 143:4
  143:15
**case** 133:2  136:10
  137:5  171:11
  176:19  178:17,19
  178:24  180:7,20
  192:2,16  194:24
  196:10,15  197:9
  197:20  202:14,22
  207:2,8,9

**cases** 197:10
**cash** 145:14
**casino** 159:7,9,10
  159:20,25
**casinos** 164:10
  168:17
**cause** 136:4  178:20
**CCTV** 159:1  160:22
**certain** 144:18
  175:23
**Certificate** 135:4
  135:5  209:1
  210:1
**certify** 209:7
  210:7,12
**chain** 180:8
**change** 143:4,15
  144:1,2  151:6
  166:13  212:5
**changed** 144:3
  150:24  151:4,5
**changes** 151:7
  163:15,18  212:2
**charge** 166:19
**checked** 182:21
**chief** 144:11
  151:19  153:9,17
  153:18,18  154:3
  187:13,15
**chiefs** 143:25,25
  188:25
**Christine** 181:25
  182:1
**circumstances**
  171:11  176:18
  177:6  207:17
**City** 208:9
**client** 170:17,19
  176:8
**closed** 198:22,23
**clothing** 145:14
**Coast** 186:9
**Code** 172:21,22
  173:1,12,21
  174:1,4,6,8,11
**come** 142:8  147:10
  147:22  148:23
  152:7
**comes** 156:11  170:8
  175:24  202:1
**coming** 195:11
  196:17,23
**command** 180:8
**Commission** 209:14
  209:15
**committed** 145:4
  171:19  198:22,24
**committee** 156:11

**common** 145:4
  177:12
**communicated**
  155:19
**company** 153:13
  180:10,12,17
  181:21,24  182:6
  182:10
**complete** 211:12
**complied** 164:19
**component** 199:16
**concerned** 160:5
**concerning** 196:24
**concerns** 153:11
**concluded** 208:2
**conduct** 149:18
  152:15
**conducted** 147:19
  148:23  185:3
**conducting** 149:14
  151:11
**Confirmed** 194:5
**connected** 210:15
**Conquest** 157:23
**consider** 172:7
  179:6  186:10
**contained** 174:4
**Continued** 135:3
  136:7
**contribute** 178:21
**contributed** 178:15
**conversation**
  179:21
**conviction** 171:10
**cop** 203:10
**copied** 170:7
**Coral** 133:14  134:3
**corporation** 159:2
  160:1,2  182:3
  195:15
**correct** 136:24,25
  137:15,19  138:5
  138:9  140:14,25
  141:7  143:1
  144:9  145:11
  146:8  148:10,16
  148:20  149:15,22
  149:25  150:2
  154:8,20  156:23
  158:12  159:3
  161:13,16,18
  165:18  166:24
  167:21,25  168:18
  171:4  173:15
  175:12  178:5
  182:23,25  183:2
  183:3  185:1
  189:13  194:1,3

195:2,3,23
197:12 199:8,13
201:5,12,13,25
202:8,10,13
203:1,4,11,19,20
203:23 206:10
207:21
**corridor** 162:8
163:24
**corridors** 162:23
163:3,16 164:21
164:25 165:8,12
165:15,23,24
166:4
**counsel** 207:1
210:13,15
**country** 139:25
140:1 147:7,10
147:11 199:19
**County** 208:10
209:4 210:4
**couple** 200:12
204:1
**COURT** 133:1
**cover** 173:3,3
**covered** 158:11
**covers** 158:17
**create** 152:19,21
152:22,24
**credible** 183:22
184:2
**crew** 175:25 176:4
180:11 183:21
184:2,11,19
185:6
**crime** 138:19 145:4
153:1,5 160:24
168:23 172:15,19
174:19 176:18
186:3 196:18
197:23 198:3,9
198:22,24 202:16
202:19 204:4,12
204:13,15 206:3
206:12,14,17,20
207:2,8,11,13
**crimes** 144:19,21
144:22,25 145:2
149:14 150:19
152:8 175:10
177:12 181:13
182:17 198:15
199:1,2,6 206:24
**criminal** 160:23
164:15 174:16
183:21 184:1,10
184:18 185:5,15
185:19 186:20

**cross** 135:3 200:14
207:2
**cruise** 133:7 141:3
149:13 150:20
151:2,20 165:4
174:8,10 183:8
195:15 196:3
198:14,15 199:2
199:6 211:8
212:3
**current** 172:3
**Curtis** 191:10
**CVSSA** 160:4,16,19
161:15 162:16
164:17,20,23
178:13 183:8,12
183:17 200:16
201:9

___

**D**

**daily** 179:16
**DATE** 212:22
**Dated** 210:17
**day** 187:18,19
188:23 189:7
190:23 208:9
209:9,10 210:17
**days** 211:13
**decide** 187:15
189:1
**decides** 163:9
166:20
**decision** 166:21
**deck** 164:9 187:18
188:15,22
**decks** 164:14 165:4
165:6,7
**declare** 212:19
**decrease** 144:18
**Defendant** 133:8
134:6
**deficiencies**
137:20
**deficiency** 138:3
**defines** 172:22
**department** 139:6
159:15,18,22
175:24 181:2,18
181:19 182:19
203:3,9
**depends** 174:19
188:22
**depo** 190:22
**DEPONENT** 208:7
**deposition** 133:12
135:2 136:1
189:10,12 190:2
190:17 191:14

192:14 193:5
194:20 195:8,11
195:18,22 196:6
196:17,23 206:8
208:2,3 210:8
211:9
**described** 173:10
**designed** 173:6,8
173:13
**Despite** 202:6
**detail** 137:6
**detect** 186:20
**deter** 186:19,20
**determined** 162:18
**determines** 139:4
**deterrent** 166:7
169:20
**dictated** 138:25
**different** 152:17
171:24 184:15
187:11 201:8
**direct** 135:3 136:7
148:12,13 149:3
203:15
**directing** 148:18
**director** 147:11
148:8,15 149:17
151:3 154:15
162:21 165:2
167:13 168:19
169:1 171:17
177:5 179:1
181:12 182:22
197:4 198:14
206:5
**disagree** 181:14,16
**discuss** 152:3
**discussed** 145:1,2
151:25 153:6
179:18
**Discussion** 191:12
192:23 193:1
207:24
**DISTRICT** 133:1,1
**docked** 188:24
**document** 166:25
167:8 168:5
175:25 190:8
193:15 195:20,21
212:20
**documentation**
155:17
**documented** 185:4
185:21 186:19
**documents** 137:6,11
189:14,21 190:1
191:5,14,23
192:9 193:3,13

194:19,23 201:3
**doing** 169:16
203:12 204:22
**dome** 162:2
**domed** 158:9
**domes** 158:5,6,18
158:22
**Dominic** 147:6,12
156:6 179:14,15
179:23 180:9,16
**Donald** 182:2,4,7,8
182:13
**door** 198:24
**doors** 198:22
**drafting** 174:1
194:7
**drawings** 167:5
**drawn** 194:15
**drilling** 174:13
**Drive** 134:7 211:7
**Duffy** 180:22
181:25 182:1
**duly** 209:9
**duty** 188:17

___

**E**

**e-mail** 170:8
**earlier** 152:5
201:22
**early** 163:13
**EE** 209:14
**effect** 164:18
**either** 136:25
156:17
**emergency** 175:24
**employee** 210:12,14
**employees** 141:8
171:14 182:18,24
**Encourage** 145:19
**encouraged** 146:10
146:13
**enforcement** 139:19
139:19,24 141:19
152:7 165:22
181:3
**ensure** 175:14
**equipment** 161:2,11
**equivalent** 140:18
143:17
**Erica** 205:5
**errata** 135:6
211:13 212:1
**ESQUIRE** 134:5,9
211:6
**evaluate** 149:1
**evaluating** 149:13
**everybody** 181:17
**evidence** 152:8

exact 171:23
exactly 174:13
examination 135:3
  135:3,4 136:7
  200:14 204:2
  207:2
example 186:5
excuse 175:9 187:9
  192:19
Exhibit 193:23
  195:22 202:21
  203:15
EXHIBITS 135:8
expect 171:13,20
  187:24,24
experience 139:11
  140:13,18,20,23
  141:13,13,17,20
  141:25 142:25
  143:9,17
Expires 209:15
explain 147:5
  181:9
explained 147:24
  152:5 194:14
extra 202:6

**F**

F-R-O-I-O 155:14
fact 169:1 206:6
facts 178:14,17
  207:17 212:20
Fair 203:12
fall 172:12,14
familiar 137:3
  146:19 147:16,18
  156:22 157:20
far 137:21 138:17
  143:14 160:4
  164:1 165:11,12
  197:6
fatigue 175:16,20
federal 200:19
feel 201:14 202:7
  202:12
feels 169:2
FELICIA 133:19
  136:1 209:6,13
  210:6,20 211:17
filed 136:9 173:5
fill 141:8
filter 140:6
financially 210:15
find 142:2,5,8
  166:25 176:21
finding 185:16
findings 185:4
firearm 186:8

firearms 186:8
first 189:7
five 157:14 167:18
  178:12 199:20
FL 211:19
fleet 171:25
fleetwide 144:19
Florida 133:1,14
  133:20 134:3,7
  136:2,3 208:10
  209:3,6,7,14
  210:3,6,20 211:7
  211:17
follow-ups 204:1
foregoing 212:20
foreseeable 198:3
  198:5
forgot 152:10
form 136:13 137:8
  137:14,23 138:10
  139:22 140:4,15
  140:24 142:1,13
  142:17 143:18
  144:15,23 145:8
  145:24 146:7,22
  147:3,13,21
  148:6,9,19 149:2
  149:21 150:1,7
  150:12,21 151:15
  151:22 152:4
  153:4,23 154:7
  154:13,19 155:12
  155:22 156:4,15
  156:24 157:5,22
  158:4,15,20
  159:4,11,19
  160:6,12,20
  161:4,9,12,17,22
  162:3,12,17,24
  163:7,17,25
  164:3,7,22 165:5
  165:25 166:9,14
  167:3,14,20
  168:1,7,22
  169:13,18 170:2
  170:13 171:3
  172:5 174:18
  175:4,11 176:16
  176:23 177:1,8
  177:18,24 178:22
  179:3,22 180:4
  181:15 184:4,25
  185:12 186:22
  187:7 188:18
  190:13 194:11
  195:4,12,25
  196:7,11,20
  197:1,15,19,24

198:4,11,18
  199:3,9,21
  201:16 202:3,9
  204:5,10 205:2,6
  205:12,19,24
  206:9,15,22
  207:4,12,20
former 181:3
  197:22 198:2
four 167:18 186:15
  202:18
FPR 133:19 209:13
  210:20 211:17
frequency 146:20
  147:17
Froio 139:8 155:10
  155:11,14,16,20
  180:22 181:6
front 146:13
functioning 168:21
further 200:10
  203:24 207:22
  210:12

**G**

general 172:11,12
  206:18
generally 174:15
Gerson 134:2,5
  135:3,4 136:6,8
  136:16 137:10,16
  138:1,12 139:20
  140:2,9,16 141:1
  142:4,14,19
  143:21 144:20,24
  145:12 146:2,9
  146:25 147:9,15
  148:1,7,11,21
  149:6,23 150:3
  150:10,14,25
  151:17,24 152:12
  153:7,25 154:9
  154:14,21 155:15
  156:1,7,20 157:2
  157:7 158:1,7,16
  158:23 159:6,13
  159:23 160:9,14
  160:25 161:7,14
  161:19,25 162:6
  162:13,20 163:1
  163:11,20 164:4
  164:12 165:1,9
  166:2,10,16
  167:7,16,22
  168:3,9,25
  169:15,24 170:3
  170:16 171:5
  172:6 174:21

175:6,13 176:20
  176:24 177:4,10
  177:20 178:2,25
  179:5,25 180:5
  181:23 184:8
  185:2,18 186:25
  187:8 189:2,16
  189:19,24 190:4
  190:5,9,11,15
  191:4,8,19,24
  192:2,6,13,17,21
  192:24 193:2,21
  194:17,25 195:5
  195:14 196:2,9
  196:13,22 197:3
  197:17,21 198:1
  198:6,13,20
  199:5,10,23
  200:9 201:16
  202:3,9 204:1,3
  204:7,14 205:4,8
  205:14,21 206:1
  206:11,19,25
  207:5,15,22
getting 180:9
  202:6
gift 145:15 164:9
give 141:7 152:7
  193:7
given 159:10
  171:19 181:20
go 137:5 146:15
  166:1,22 176:3
  179:9,10,10,13
  180:21,25 191:11
  192:21,25 193:12
  194:21 200:7
going 137:5 154:10
  171:24 181:6,16
  187:15,17 189:22
  191:9 200:1,5
Guard 186:9
guess 142:9 162:4
  169:8 192:13
guest 185:16
guests 145:19
  146:1 180:11
  188:12
guidelines 140:5
gun 186:14
guns 186:15

**H**

Half 190:25
hallways 165:17
hand 147:2
handle 149:4
  179:12

**handles** 146:24
  170:9 179:11
  197:8
**happened** 171:9
  176:9,22 177:7
  178:15,21 179:6
  179:18 197:6
  207:18
**hard** 142:2,5,7
  147:5 169:5
**help** 164:14
**helped** 193:25
**highest** 136:22
**hire** 142:11,15
**hires** 140:17
  142:23
**hiring** 139:4,5
**Hold** 193:6,6
**hope** 168:2
**Horne** 133:4 176:8
  176:13 177:7
  178:14,20 179:6
  196:19 204:9,17
  204:22,25 207:18
  211:8 212:3
**Horne's** 202:24
**hotel** 141:18,21
**hour** 175:20 188:16
  188:16 190:25,25
  195:2,6 204:23
**hours** 175:22,25
  176:2,4
**Huh** 182:12
**hundred** 203:22
**hundreds** 157:3

**I**

**idea** 204:16,19,21
  204:24 206:6
**identified** 174:10
**identify** 167:1
  183:20 184:1
  189:22
**II** 133:11 135:8
**important** 199:15
**improve** 145:18
**inadequate** 169:4,6
**inches** 186:15
**incident** 141:11
  160:24 176:6,8
  179:7 184:23
  196:10,14,18,24
  196:25 197:5,14
  204:8 206:7
**incidents** 169:7
**include** 178:7
  184:9,17 185:4
  194:10

**included** 137:18
**incorporate** 164:20
**increase** 144:18
  153:21 154:2,5,5
  154:20,22 155:2
  155:18 156:12,18
**increased** 153:15
  154:4
**increases** 156:10
**incur** 175:16
**INDEX** 135:1
**India** 142:6,16
  200:2,5,7
**information** 147:1
  147:7 181:20
**informed** 151:18
**inside** 159:10
**install** 164:20
  166:21
**installed** 167:6
**instruct** 192:8
**instructed** 191:15
**instructing** 189:17
  189:25
**instructor** 152:17
**integrated** 183:7
  183:12
**interested** 210:16
**Interview** 200:6
**investigate** 152:8
  176:25 177:3,6
  202:24
**investigating**
  204:13
**investigation**
  146:16
**investigations**
  146:24 170:9
  179:11,12,12,13
  197:7,8 203:13
**investigator**
  157:12,15 178:18
  179:18 197:9
**involved** 170:1
  180:13 204:4,6
  204:15
**involvement** 173:25
  194:7
**involving** 170:17
  176:8 196:19
  204:9 207:17
**ISPS** 172:21,22
  173:1,12,21
  174:1,4,6,8,11
  200:22,24
**issues** 152:3
**Italian** 155:13

**J**

**James** 205:11
**January** 199:22,24
**Jewelry** 145:14
**job** 181:11,12
  187:16 211:9
**jobs** 142:9 181:3
**Judge** 192:17

**K**

**Kaleidoscope**
  168:14
**Kayla** 205:9
**keep** 146:14 148:2
**kind** 145:7,13
  151:7
**knives** 186:15
**know** 136:10 138:17
  138:23 141:11
  143:14 145:2
  148:13 156:25
  158:13,21 159:16
  160:21 162:1
  165:11,12 166:15
  166:17 168:15
  169:6,21,22
  170:18,19,19
  171:8,10,11,12
  171:14,18,21
  173:2 176:17,18
  178:16,16,17
  179:17,20 180:3
  180:8,20 181:3,8
  181:10 182:15
  186:12 187:5,21
  187:25 188:7
  189:4 191:25
  198:25 201:7
  202:14,17,18
  203:8 204:17,20
  204:22,25 205:5
  205:9,11,15,17
  205:22 206:2,13
  207:9,10,14,16
  207:25
**knowledge** 172:2,17
**known** 170:25
**knows** 203:12

**L**

**Lamarcus** 205:11
**LARA** 134:6 211:6
**Large** 176:3
**law** 139:19,19,24
  141:19 152:6
  165:22 181:3
  192:2,6 200:19

**lawyer** 168:4 193:4
  194:2,19,23
**lead** 178:18
**leading** 165:15
**learn** 176:5
**learned** 206:7
**leave** 142:9
**leaving** 199:19
**left** 188:25
**Legal** 211:9,18
**Let's** 191:11
  192:25
**Letter** 135:5 211:1
**level** 136:22
  153:21
**lido** 164:8 187:18
  188:21
**Limelight** 168:11
**Lindsey** 133:4
  176:8,13 177:7
  178:14,20 179:6
  196:19 204:9,17
  204:22,25 207:18
  211:8 212:3
**line** 182:10 212:5
**Lines** 133:7 149:13
  195:15 198:15
  211:8 212:3
**list** 183:22 184:2
  186:13
**lived** 139:25 140:1
**lobby** 164:9
**located** 162:15
**location** 167:1
**long** 181:18 190:24
  200:3
**look** 139:23 171:21
  171:22
**looked** 189:21
  200:24
**looking** 152:11
**looks** 139:15
**lots** 156:22,25
**Lounge** 168:12

**M**

**M.S** 183:13 185:3
**Main** 139:18
**maintain** 161:10,16
  165:14
**maintains** 136:18
**making** 153:20
**manager** 146:23
  148:4 149:4,4,7
  170:9 179:11
  197:7
**mandated** 183:8
**manned** 188:14,20

**manning** 140:6
  141:8
**manpower** 154:23,25
  156:19 189:1
**manual** 137:4,12
  141:3 143:22,23
  144:3 150:18,23
  151:4 183:24,25
  184:6,21 187:1
  195:24 201:1,8
**MARKED** 135:8
**Mase** 134:6 191:10
  211:6
**matter** 143:7
**mean** 138:24 148:3
  148:8 155:6
  157:1 161:23
  169:5 171:25
  179:1 180:6
  188:1
**Meaning** 158:11,13
**means** 148:12,13
  156:13
**measures** 137:22
  154:5 173:17
  186:17 198:16
  199:16
**meet** 190:12,16,19
  190:21,24 195:7
  195:9,10
**meeting** 189:11
  191:1 195:6
**meetings** 144:13
  145:1 151:20
  153:1,10,14
  154:4
**member** 175:25
  176:4
**members** 165:22
  180:11
**memorize** 200:20
**memorized** 192:4,12
  200:17,22 201:1
**mentioned** 146:16
  205:18
**met** 189:7 195:1
**Miami** 133:14 134:3
  134:7 208:10
  211:7,19
**Miami-Dade** 208:10
  209:4 210:4
**Michael** 133:12
  135:2 182:7
  209:8 210:8
  211:5 212:3,22
**Mickey** 182:5
**military** 139:19,25
  140:12,19,22

141:13,19,24
  142:21,24 143:9
  143:16
**mischaracterizes**
  206:16
**modified** 166:12
**moment** 200:10
**monitor** 159:2
  160:23 161:11,15
  164:14
**monitoring** 161:1
  187:19
**months** 199:20
**Mumbai** 200:2
**mutual** 141:5,7

---
**N**
---

**name** 176:13
**names** 155:13
**necessary** 201:4
**need** 168:4 175:2
  189:1
**needed** 169:3
**neither** 191:5
**never** 138:2,6,6,7
  151:18 156:12
  174:7 177:5
  185:13 196:18,24
  197:5,18
**ngerson@gslawu...**
  134:4
**NICHOLAS** 134:5
**Nick** 191:22 192:11
  207:23
**night** 187:20 205:1
**nightclub** 187:20
  188:21
**non-compliance**
  138:8
**non-conformities**
  138:17,18,21
**Notary** 136:2
  208:13 209:7,14
**noted** 137:20 138:3
**notes** 210:11
**notice** 138:7,8
**NOTIFICATION** 211:1
**notified** 170:6
  178:11 204:23
**number** 144:13
  148:24 154:5
  163:15 169:2,10
  169:11 171:13,14
  171:23 177:15,16
  177:17,21 182:18
**numbers** 145:3
  147:25 156:17

---
**O**
---

**Oath** 135:4 209:1
**Object** 136:13
  137:8,14,23
  138:10 139:22
  140:4,15,24
  142:1,13,17
  143:18 144:15,23
  145:8,24 146:7
  146:22 147:3,13
  147:21 148:6,9
  148:19 149:2,21
  150:1,7,12,21
  151:15,22 152:4
  153:4,23 154:7
  154:13,19 155:12
  155:22 156:4,15
  156:24 157:5,22
  158:4,15,20
  159:4,11,19
  160:6,12,20
  161:4,9,12,17,22
  162:3,12,24
  163:7,17,25
  164:3,7,22 165:5
  165:25 166:9,14
  167:3,14,20
  168:1,7,22
  169:13,18 170:2
  170:13 171:3
  172:5 174:18
  175:4,11 176:16
  176:23 177:1,8
  177:18,24 178:22
  179:3,22 180:4
  181:15 184:4,25
  185:12 186:22
  187:7 188:18
  190:13 194:11
  195:4,12,25
  196:7,11,20
  197:1,15,19,24
  198:4,11,18
  199:3,9,21 204:5
  204:10 205:2,6
  205:12,19,24
  206:9,15,22
  207:4,12,20
**objection** 191:22
**obtain** 167:25
**occupants** 183:19
**occur** 164:16
  177:12 178:3
  179:13
**occurred** 141:11
  165:20 170:12
**occurring** 150:19

**October** 133:13
  209:9,10 210:17
  211:4,9 212:4
**offhand** 152:14
  186:13
**office** 148:4
  190:20 195:7
  203:2 211:11,13
**officer** 139:16
  141:13,25 143:17
  154:25 176:3
  183:7,12 186:18
  187:14,14,15,23
  188:9 197:22
  198:2,23 202:2
**officers** 136:23
  138:25 139:5,10
  139:23 140:12,17
  140:22 141:12,17
  141:23,24 142:23
  143:8,16,25
  144:5,7,7,11
  151:19 153:8,9
  153:14,15,18
  154:3,6 155:4,5
  155:7 168:20
  169:2,11,21
  171:16 172:1
  175:15,19 187:9
  187:10,10,12,16
  187:25 188:3,4
  199:11 200:6
  201:12,23 202:7
  202:15,18 205:22
**oh** 170:18 201:20
**okay** 136:6,20,22
  137:2 139:9
  140:10 141:22
  142:23 145:13,17
  146:19 148:22
  149:24 152:19,22
  153:1 154:15
  155:19 157:19
  158:2 160:2
  165:10,19 166:6
  167:8 169:1
  170:24 172:10,25
  176:1 179:15
  189:10 190:4,9
  192:13 198:9
  200:9 206:2
**old** 202:1
**once** 175:20 180:11
  188:16 190:18
**ones** 139:18 159:25
  188:19
**operating** 182:10
**operations** 166:18

**opinion** 162:9
**opinions** 153:10
**opportunity** 153:10
**opposed** 136:11
**option** 151:6
**order** 207:25
**orders** 187:2,5
  188:9 201:7
**ORTEGA** 133:19
  136:1 209:6,13
  210:6,20 211:17
**oversees** 179:13
**owner** 182:5

**P**

**P.A** 134:2,6 211:6
**p.m** 133:13 208:2
**Page** 135:2 212:2,5
**pages** 210:8
**Panariello** 133:12
  135:2 136:9
  189:25 193:3
  200:16 209:8
  210:8 211:5
  212:3,22
**part** 140:5 194:6
**particular** 144:14
  179:19 197:5
**parties** 208:4
  210:13
**parties'** 210:14
**passenger** 162:1,22
  163:3,15,24
  164:14,21,25
  165:4,6,7,15,20
  174:17 176:13,14
**passengers** 146:10
  161:21 169:11
  173:17 176:14
  179:20 181:13
  183:21 184:2,11
  184:19 185:6
**patrol** 187:2,3,12
  188:16
**patrolling** 175:19
  186:24 187:3
  188:8,20
**patrols** 152:9
  153:15 154:22
  175:9 188:2
**pattern** 151:6
  174:16
**patterns** 149:1
  150:19,22 151:1
  172:3
**penalties** 212:19
**people** 142:15
  145:22 155:3,6

155:25 158:3,13
  166:18 167:4,18
  171:20 181:20
  184:15 188:1,15
  204:4,12
**percent** 203:22
**performing** 188:2
**perjury** 212:19
**perpetrated** 185:5
**person** 148:17
  149:11,12,16
**personally** 170:1
  209:8
**personnel** 141:10
  148:18 153:19
  175:1 183:2
  187:6
**persons** 145:25
  172:19 205:17
**Philippines** 142:7
**phonetic** 180:22
  205:5,9
**photographs** 190:6
  191:21 195:17
**physical** 153:22
  159:2 177:22
  178:3,7
**place** 146:21
  148:25 149:19
  150:6 152:10
  162:22 164:13
  173:6 179:21
  180:2 186:19
  198:17
**placed** 166:22
**placement** 160:5,8
  160:18,21,22
**Plaintiff** 133:5
  134:2
**Plan** 136:19 137:3
  137:13,18 138:16
  139:1,3 150:18
  160:11,13 161:3
  161:10 167:17
  172:2,13,15,16
  173:5,10,13
  174:25 175:8
  183:9,14,20,23
  184:9,12,13,16
  184:17 185:4,14
  194:14
**plans** 199:19
**platforms** 174:13
**please** 159:5
**points** 193:24
  194:6,10,13,15
**police** 140:12,19
  140:23 141:13,25

142:21,24 143:9
  143:17 168:21
  197:22 198:2
  202:2 203:9
**policies** 137:6
  143:5,15
**policy** 143:8
**pool** 187:19
**pools** 164:9 188:22
**port** 170:15,19
  173:24 188:24
**position** 166:13
  187:11
**positions** 188:14
  188:21
**positive** 144:17
  160:7
**possible** 141:8
  175:2
**possibly** 206:12
**post** 187:2,5 188:9
  201:7
**Potentially** 174:22
  174:23
**powder** 186:14
**PowerPoint** 152:16
  152:18
**PowerPoints** 152:20
**prefer** 141:16,19
**preferred** 140:8,11
  140:25 141:15
**prefers** 140:11
**preparation** 189:11
  190:2 191:14
  193:4 194:20
  195:17,22
**prepared** 189:10
  211:11
**presence** 155:2,21
  199:12
**presentation**
  144:17
**preserve** 152:8
**president** 179:10
  179:24 180:9,12
  180:16 181:21,21
  181:24 182:11
**presidents** 182:13
**pretty** 173:23
  180:2 207:8
**prevalent** 144:22
**prevent** 145:18
  168:23 173:7,11
  186:19,20
**preventable** 197:23
  198:10,16 199:2
  199:7 206:13,21
  207:3,11

**prevention** 138:19
  153:2,5 172:15
**preventive** 186:17
**primarily** 142:15
  159:1
**primary** 154:16
**prior** 139:18,24
  171:13,14 185:7
  190:17 195:6,8
  195:10 196:6,17
  196:23
**private** 141:21
**probably** 152:25
  163:13 170:7
  177:25 178:12
  187:4
**problem** 145:23
  146:4,5
**problems** 152:1
**procedure** 143:8
**procedures** 137:7
  143:5,15 184:10
  184:17
**proceeding** 211:10
**PROCEEDINGS** 135:1
**process** 164:17
**produced** 137:4
**product** 189:18
  191:17
**Professional**
  133:20 136:2
  209:6 210:6,20
  211:17
**professionals**
  181:8
**propose** 144:1
**prosecution** 170:10
  171:2
**protect** 173:13,17
**protecting** 171:20
**provide** 166:6
  168:5
**provided** 165:21
  211:11
**public** 136:2 160:8
  162:8 164:11
  208:13 209:7,14
**purpose** 200:5
**pursuant** 138:9
  162:16 172:1
**put** 152:16 186:19
  189:24

**Q**

**qualifications**
  139:4,15
**question** 191:5,16
  192:9 193:9,20

questions 200:13
quick 204:1

**R**

Randall 205:15
rape 153:2 170:11
  172:7 177:17
  178:1 179:19
  186:2,20 196:19
  205:18
raped 176:13
  204:18
rapes 144:13
  146:20 147:20
  148:25 149:18
  150:5 151:1,8,21
  165:19 169:25
  170:5,25 171:18
  177:11,23
ratio 169:12
read 135:5 174:6,7
  193:8,9 196:14
  196:18,24 197:5
  207:7 208:1
  212:20
Reading 208:3
realistic 144:3
really 179:1
reason 197:5 212:5
reasonable 198:16
  199:16
recommendation
  155:24,24
recommendations
  153:21 154:2
  155:9 169:7
recommended 153:15
  164:13
record 136:6
  160:23 189:25
  191:11,12 192:22
  192:23,24,25
  193:1 207:24
  210:10
recorded 193:10
recruit 142:6
recruits 139:24
Redirect 135:4
  204:2
reference 173:22
referred 174:11,12
refresher 152:6
regarding 147:19
  151:20 196:18
regulations 186:9
related 137:7,11
  138:16 172:4,8
relation 169:11

relative 210:12,14
relayed 154:1
remember 170:22
  171:4 176:11
  200:25 207:6
repeat 159:5
rephrase 170:4
report 170:12
  180:9,10,15,16
  182:13 196:10,14
  196:18,24 197:5
  210:8
reported 133:19
  180:18,21 182:15
  205:18
reporter 133:20
  135:5 136:2
  193:10 209:6
  210:1,6,20
  211:17
reporting 182:15
  184:23
reports 149:24
  155:9 197:11
request 167:12,24
  168:8 211:12
requested 154:4
  210:10
requests 154:16
require 139:9
  140:22 141:22,24
  143:7,10,16,20
  175:1
required 140:7,10
  142:7 161:8
requirement 140:3
  140:8 160:10,15
  160:18 161:3
  162:11 164:20
  165:13,16
requirements
  139:14 160:4
  175:8 182:16
  183:8,13,17
  201:8
requires 139:11
  161:10,15 200:19
respect 138:19,22
  175:9 203:13
respectfully
  211:12
responded 205:23
responding 184:10
  184:18
response 173:7
responsibilities
  187:25
responsible 136:23

149:13 178:15
rest 186:16
return 211:13
review 190:6 193:3
  194:18,22 195:17
  195:24 196:3,6
  196:10 197:13
  201:4 210:9
  211:11,13
reviewed 157:16
  190:1 191:6,14
  191:21 192:10
  193:14,15 194:13
  195:20,21
reviews 197:8,10
right 137:7,9
  140:18,21 141:7
  141:19 144:1
  146:6 147:2,5,12
  147:14 148:8,15
  148:18 149:10
  151:12 153:22
  154:18 155:1,3,5
  158:11,14 161:6
  161:11,21 165:23
  167:13,15,19
  168:17 169:17
  171:7 173:7,8
  174:20,23 178:4
  179:2 180:23
  184:14 188:1,5
  189:5 198:23
  201:12,15,24
  202:2,22,25
  203:3,22
risk 175:20
Robert 149:8,9,10
  149:16,24 150:4
  203:5
room 145:7,10,15
  176:15
roommates 204:20
rooms 145:10
rule 192:6
run 159:15,17
  181:8

**S**

S.E 211:18
safe 146:13,17,18
  169:22,22,23
  202:12
safer 169:17
safes 145:19
  146:11,14
safety 153:9 183:1
  183:7,12,18
  187:9,10,24

188:11 196:3
saying 140:11
  141:21 146:15
  148:2 151:5
  156:16 163:19
  172:17 176:9
  179:9 194:12
  199:4 204:12
says 156:14 160:8
  164:24 175:22
scheduling 175:21
  175:21 176:3
schematics 167:5
  167:23
school 202:2
SCHWARTZ 134:2
scold 181:7
sea 173:24 187:19
  188:24
seated 189:4
second 191:11
  192:25 193:7
secretary 148:3
security 136:11,14
  136:19,23 137:3
  137:4,7,12,12,13
  137:17,18,21,22
  137:24 138:3,9
  138:14,16,22,24
  138:24,25 139:1
  139:3,5,6,10,16
  140:11,17,19,22
  141:3,6,10,12,17
  141:18,21,23,24
  142:18,23 143:1
  143:2,8,22,23,24
  144:5,7,7,11
  145:18 147:11
  148:18 149:3,4,7
  149:17 150:8,18
  150:18,23 151:3
  151:4,11,19
  152:15 153:8,9
  153:14,15,18,19
  153:19,22 154:2
  154:3,4,6,16,17
  154:22,25 155:2
  155:4,7,20
  156:22 157:3,12
  157:15,16,19
  158:2,9,17
  159:15,17,18,22
  160:4,5,10,13,18
  161:2,3,10,16,20
  162:1,7,14,21,22
  163:15,23 164:5
  164:14,21 165:3
  166:21 167:1,13

167:17 168:11,16
168:19,20 169:2
169:2,3,9,10
171:16,17 172:1
172:2,3,8,13,15
172:16,23 173:5
173:10,12,14,14
173:16 174:15,16
174:25 175:8,8
175:15,19,23
177:5 179:2
181:12,13 182:18
183:1,6,7,9,12
183:12,13,18,20
183:22,23,24,25
184:3,6,9,12,13
184:16,17,21
185:4,14,21,24
186:4,5,10,12,18
187:1,6,10,12,14
187:14,15,22
188:1,3,4,7,9,12
194:14 195:24
196:4 197:4
198:14,16,23
199:11,12,14,15
199:16 200:6
201:1,8,12,14,23
201:24 202:6,7
202:15,18 205:22
206:6
**see** 144:5 147:25
162:4 173:2
**seminar** 174:3
**seminars** 144:8
151:12,14 152:1
152:15 153:19
154:18
**senior** 146:23
149:4,7 170:8
179:11,18 197:7
**Sensation** 138:4
141:11 156:23
157:4,9 163:12
163:16 167:2,24
185:3 207:18
**Sensation's** 183:9
183:13
**sent** 192:5 194:2
**September** 185:7
207:19
**serious** 179:7
**service** 166:23
**sexual** 144:14
146:20 147:20
148:25 149:19
150:5 151:2,8,21
153:2 165:19

170:1,6,11,25
171:13,14,18
172:7 177:11,17
177:23 178:1
180:10,13 183:20
184:1,10,18
185:5,14,19
186:1,21
**sheet** 135:6 211:13
212:1
**shift** 187:16,17
**ship** 136:18 137:3
137:4,7,11,12,17
137:21,24 138:13
138:16 141:3
143:24 144:7
145:5 150:17,18
150:23 151:20
153:14 155:3,21
156:23 157:16
159:8,21 160:10
160:13 161:3,16
162:8 163:9
166:22 169:12
170:8,12 171:21
171:25 172:13,14
172:16 173:5,10
173:13 175:15
178:4 183:24,25
184:9,13,17
188:8,16,23
196:3 201:1,7
202:19
**ship's** 187:22
**shipbuilding** 163:9
**ships** 136:24
137:22 144:6
146:21 147:19
149:1,14,20
150:6,20 151:2
153:22 154:3
155:25 157:20,21
158:9 161:11
162:16 163:24
164:6 165:4
166:12 169:4,17
169:21,23 171:19
174:8,10 175:3
178:11 198:15
199:2,7 201:15
202:12
**shop** 145:15 164:10
**shoplifting** 145:16
**show** 189:21 191:23
**shown** 189:14
**shows** 144:18 190:8
**sic** 175:2 206:13
**side** 147:24 148:3

**sign** 135:5 136:11
136:15 146:13
194:4 203:18,21
**signed** 136:10,25
194:5,16 202:21
209:10
**signing** 208:3
**similar** 168:21
202:21
**Sincerely** 211:14
**sir** 172:21 191:13
195:16
**sit** 168:10 173:4
176:12 206:5
207:16
**situations** 175:23
**SOLAS** 175:22
**somebody** 181:18
182:8,14 186:6,7
203:2,2
**sorry** 139:17
143:12 166:1
183:10 202:4
**sort** 152:16 175:16
**South** 134:7 211:7
**SOUTHERN** 133:1
**space** 156:18
**speak** 178:23
**speaking** 178:18
206:23
**specific** 180:7
188:9,11 189:23
206:18
**specifically**
159:25 173:6,22
174:10 179:19
**specify** 173:19
**spots** 152:9
**SSP** 184:16
**staff** 141:6 144:9
144:10,10 183:6
183:11 186:18
188:25
**started** 154:15
**state** 136:3 173:12
176:15 208:10
209:3,7,14 210:3
**stated** 141:2 207:3
212:20
**statement** 181:14
**staterooms** 145:18
145:22 146:5
152:1 165:8,15
165:20
**STATES** 133:1
**staying** 156:17
**stealing** 145:10
**stenographic**

210:11
**stenographically**
133:19 210:7
**stop** 192:14 202:15
**stopped** 202:19
**straight** 179:10,14
**strike** 143:5
147:17 151:7,9,9
158:24,25 174:24
175:17 176:6
178:13 183:5
189:3
**stuff** 145:10
**stun** 186:15
**subject** 175:20
**submit** 144:2
155:18
**submits** 156:10
**SUBSCRIBED** 208:8
**successful** 170:10
171:1
**sudden** 152:11
**suffer** 175:16
**suggest** 146:17
**suggesting** 148:3
**suggestion** 192:7
**Suite** 134:7 211:7
211:18
**support** 192:7
211:9,18
**supports** 192:3
**supposed** 147:1
148:17 149:18
160:22 162:7,15
168:20 172:2
173:13,16 175:1
179:15 186:7
188:16 190:22
**sure** 139:13 142:12
145:2 157:6,8
159:12 161:23
167:4,12 168:13
170:7 172:24
173:23 174:13
175:19 176:3
180:2 182:9
183:11 184:12
186:16 187:2
192:21 193:19
201:10,21,21
204:11 207:8
**surveillance** 161:2
161:11 162:14,15
165:21
**sworn** 208:8 209:9

| T |
| --- |

**take** 179:8 191:9

**taken** 136:1 146:20
  148:25 149:19
  150:5 176:2
  180:2 211:9
**talk** 204:8
**talked** 156:21
  203:15
**talking** 144:4
  155:6 182:17
  206:17
**Tampa** 170:20
**tbriggs@masela...**
  134:8
**tech** 167:4
**technical** 166:18
**tell** 139:21 146:15
  146:17 157:20
  158:8 170:10
  171:8,23 172:22
  178:19 180:7
  181:7 186:17
  191:8 192:2
  197:13 200:25
**telling** 146:14
  166:20 172:15
  173:21 191:23
**terminology** 184:15
**terms** 172:9,10
**terrorism** 172:25
  173:7,8,20
  175:10
**terrorist** 173:11
  173:22,23
**terrorists** 173:9
**testified** 185:20
  201:11,22
**testify** 190:1
**testimony** 138:2
  141:16 151:3
  163:14 165:2
  175:7 188:6
  196:6 199:1
  203:16 206:16
**thank** 200:11
**Thanks** 207:23
**theft** 145:6,7
  177:15,16
**thefts** 145:15,18
  146:5,12,15
  152:1
**they'e** 176:1
**thing** 174:7 193:18
**things** 145:13
  152:10 181:10
  184:23
**think** 136:21 171:7
  184:5 188:13
  193:7 200:9

**thinking** 163:13
**Third** 211:18
**THOMAS** 134:9 211:6
**thought** 160:16
**threat** 172:8,23
  174:16
**threats** 172:3,17
  172:18,18,19
  173:14,18,19,20
  173:22 175:2
  181:13 183:22
  184:3
**three** 148:24
  149:20 169:25
  170:5,11,24
  178:11
**Thursday** 133:13
**time** 147:8 156:2
  174:6 182:20
  183:10 188:23
  200:11,24 203:25
**times** 190:16
**titles** 181:2
**Tochiro** 205:5
**today** 168:10 173:4
  176:12 189:7
  195:8,11 196:17
  196:23 206:5
  207:16
**Today's** 190:22
**told** 144:6 150:4,8
  150:11 156:2
  173:4 188:13,20
  197:18
**total** 182:18
**trained** 171:22
**training** 139:10,12
  140:22 141:24
  142:24 143:9
  152:6 174:3
  186:23
**transcript** 210:9
  210:10 211:10
**TRANSCRIPT~ENTER**
  212:2
**traveling** 147:6
**trend** 151:8
**trends** 149:1
  150:19,23 151:1
  151:20
**tried** 167:12 181:9
**Troy** 205:15
**true** 153:8,13
  158:8,17,25
  161:1 174:25
  203:16,19 210:10
  212:20
**truth** 200:25

**try** 145:17 193:14
  200:8
**trying** 180:24
  181:4
**turned** 166:5
**Twenty-something**
  203:8
**two** 137:6 141:20
  176:14 177:17,21
  200:8 202:14
**two-minute** 191:9
**type** 144:21 186:14

─────────────
**U**
─────────────
**U.S** 211:9,18
**Uh-huh** 139:2
  144:21 151:13
**unauthorized**
  145:22,25
**underneath** 147:23
**understand** 148:12
  180:24 181:1
  183:4 193:14
**understanding**
  137:18 141:5
  160:3
**underway** 185:6
**UNITED** 133:1
**unreasonable**
  169:12
**updated** 143:23
**updates** 152:7
**use** 145:19 146:10
  146:17 161:5
  184:15 192:19
**usually** 152:17
  178:3
**utilize** 146:18
  187:16

─────────────
**V**
─────────────
**valuables** 146:14
**verbiage** 172:18
**vessel** 138:8,22,24
  138:25 141:12
  144:19 154:23
  164:16 166:5
  169:8 172:2,4,8
  172:19,20 175:1
  175:20 183:6,7,9
  183:11,13,18,19
  183:20,23 184:9
  184:12,16 185:4
  185:6,14 186:18
  187:13,14 188:10
  194:14 196:3
  199:15
**vessels** 158:18

**171**:24 174:12
  177:13 183:3
  185:9
**Vice** 179:10,23
**victim** 176:17
**video** 157:17
  165:14,21,23,24
  166:4,4
**videos** 162:14
**VIDEOTAPED** 133:12
**vigilance** 175:9
  199:15
**viligence** 175:2
**violation** 138:7
**visible** 158:2,6
  161:20,24
**visual** 166:7
**voice** 153:10
**VOLUME** 133:11
  135:8
**voyage** 179:19
**VP** 136:14,19,22
  150:8 154:1
  155:9 156:8,9
**vs** 133:6 211:8
  212:3
**vulnerabilities**
  173:14

─────────────
**W**
─────────────
**waived** 208:4
**walking** 198:23
**want** 144:1 155:3,4
  191:23 200:11
  201:23
**wanted** 167:8,23
**wants** 181:5
**wasn't** 180:13
  207:3
**way** 133:14 134:3
  179:8 191:24
  207:10
**we'll** 192:13,14
**we're** 155:6 160:22
  181:2,7 186:8
  191:8 204:8
  207:13
**we've** 156:21
**week** 175:23 176:2
  180:11 200:4
**went** 163:10
**weren't** 176:7
  194:23
**Williams** 149:8,9
  149:10,10,12,16
  149:24 150:4
  178:19 180:15,21
  180:23 181:5

203:5,5
**Williams's** 203:7
**willing** 142:8
**wish** 155:20
**witness** 136:14
137:9,15,24
138:11 139:18,23
140:5,25 142:2
142:18 143:19
144:16 145:9,25
146:8,23 147:4
147:14,22 148:10
148:20 149:3,22
150:2,8,13,22
151:16,23 152:5
153:5,24 154:8
154:20 155:13,23
156:5,16,25
157:6,23 158:5
158:21 159:5,12
159:20 160:7,13
160:21 161:5,13
161:18,23 162:4
162:18,25 163:8
163:18 164:1,8
164:23 165:6
166:1,15 167:4
167:15,21 168:2
168:8,23 169:14
169:19 170:14
171:4 174:19
175:5,12 176:17
177:2,9,19,25
178:23 179:4,23
181:16 184:5
185:1,13 186:23
188:19 189:18
190:14 192:8,9
192:19 193:13,19
194:12,22 195:13
196:1,8,12,21
197:2,16,20,25
198:5,12,19
199:4,22 202:4
202:10 204:6,11
205:3,7,13,20,25
206:10,17,23
207:13,21 208:4
211:1,11,12
**word** 152:10 172:25
**work** 142:9 175:22
176:1 189:18
191:17
**worked** 175:25
**working** 141:18,20
155:25 175:15
**works** 147:4,23
181:18,22 191:24

**wouldn't** 145:9
185:16 202:17
203:18,21
**write** 193:22,23,25
212:2
**written** 140:3
155:8,17
**wrong** 179:8

_____

X

_____

Y

**yeah** 136:17 138:15
142:6 143:19
146:3 148:14
152:21,25 156:5
158:5,22 162:5
167:11,12 168:23
169:14 194:21
199:25
**year** 144:14 152:22
152:24 156:10
171:7,20
**years** 141:20
146:21 148:24
149:20 153:21
154:10 157:12
169:25 170:5,11
170:24 178:11
200:8 203:8,10
**yesterday** 190:22

_____

Z

_____

0

_____

1

**1** 193:23 195:22
202:21 203:15
**11:14** 133:13
**1250** 211:18
**133** 210:8
**1338249** 211:9
**136** 135:3
**15-21031-CIV-A...**
133:2
**1980** 133:14 134:3

_____

2

**20** 203:10
**200** 135:3
**2000s** 163:13
**2007** 143:13
**2010** 164:18
**2014** 185:7 207:19
**2015** 133:13 208:9
209:9,10 210:17
211:4,9 212:4

**2017** 209:15
**204** 135:4
**207** 210:9
**209** 135:4
**210** 135:5
**211** 135:5
**212** 135:6
**22** 133:13 209:15
211:9 212:4
**22nd** 209:9
**26** 211:4
**2601** 134:7 211:7
**26th** 209:10 210:17

_____

3

**3** 185:7
**3:14** 133:13 208:2
**30** 211:13
**305** 134:4,8 211:19
**33131** 211:19
**33133** 134:7 211:7
**33145** 134:3
**371-6000** 134:4
**373-8404** 211:19
**377-3770** 134:8
**3rd** 207:19

_____

4

_____

5

**520** 182:24
**520-something**
182:20

_____

6

_____

7

**72** 175:22,25 176:2
176:4

_____

8

**800** 134:7 211:7
**883461** 209:14

_____

9

**9/11** 173:9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 15-21031-CIV-ALTONAGA/O'SULLIVAN

LINDSEY HORNE,

     Plaintiff,

vs.

CARNIVAL CRUISE LINES,

     Defendant.

_____/

## AFFIDAVIT OF MICHAEL PANARIELLO

STATE OF FLORIDA     )
                       ) SS
COUNTY OF MIAMI-DADE   )

     MICHAEL PANARIELLO, being duly sworn deposes and states:

     1.     My name is Michael Panariello. I am employed by Carnival Cruise Lines as Director, Security Services.

     2.     The matters set forth in this Affidavit are true and based on my personal knowledge.

     3.     As Director, Security Services, I am familiar with and authorized to view the Ship Security Plans[1] that Carnival Cruise Lines maintains for each of its vessels, and I am also familiar with Carnival Cruise Lines' Ship Security Manual.

     4.     Carnival Cruise Lines maintains Ship Security Plans pursuant to the International Ship and Port Facility Security Code ("ISPS Code"). The ISPS Code is an amendment to the

---

[1] These are also referred to as Vessel Security Plans.

CCL 18736-38

PLAINTIFF'S
EXHIBIT
1
10|22|15
PENGAD 800-631-6989

CASE NO.: 15-CV-21031 ALTONAGA/O'SULLIVAN

Safety of Life at Sea ("SOLAS") Convention and it was developed following the terrorist attacks of September 11, 2001, to protect ships and port facilities from perceived threats.

5.     The Ship Security Plan for the *Sensation* details confidential security measures that have been put in place to protect the vessel from terrorism. I have reviewed the Ship Security Plan and Assessment for the *Sensation* and it does not contain provisions related to protecting passengers or crew from personal crimes, such as sexual assaults or robberies, and it does not contain provisions related to investigating these types of incidents.

6.     Part A, Section 9 of the ISPS Code provides that Ship Security Plans shall be protected from unauthorized access or disclosure, and that several provisions, including, but not limited to, those regarding restricted areas, duties of shipboard personnel assigned security responsibilities, and procedures for responding to security threats or breaches of security, are considered confidential and protected from disclosure absent agreement from the contracting governments concerned.

7.     Additionally, Carnival Cruise Lines and its flag states, including Panama and the Bahamas, deem the information contained within its Ship Security Plans, including the Ship Security Assessments, as highly confidential safety and security information that is disclosed only to authorized individuals or entities, such as the United States Coast Guard. Unauthorized disclosure of this information would undermine the effectiveness of these measures, and potentially place the vessel and all aboard it at risk. Further, unauthorized disclosure of this information would subject Carnival to fines and render its vessels non-compliant with SOLAS, the ISPS Code, and Federal regulations.

2

CCL 18736-39

CASE NO.: 15-CV-21031 ALTONAGA/O'SULLIVAN

8.      Prior to developing or updating the Ship Security Plans, a Ship Security Assessment[2] is conducted. The Ship Security Assessment is thereafter included in the Plan. Within Carnival Cruise Lines, only the Company Security Officer, the Deputy Company Security Officer/Director (myself), the Masters, the Staff Captains, and the Chief Security Officers are authorized to view the Ship Security Plans and Ship Security Assessments.

**FURTHER AFFIANT SAYETH NAUGHT**

**MICHAEL PANARIELLO**

STATE OF FLORIDA          )
                          SS)
COUNTY OF MIAMI-DADE      )

BEFORE ME, the undersigned authority, personally appeared **MICHAEL PANARIELLO**, who, being first duly sworn according to law, deposes and says he executed the foregoing Affidavit and that the representations therein are true and correct to the best of his knowledge and belief.

SWORN TO and SUBSCRIBED TO before me on this 27 day of August, 2015, by MICHAEL PANARIELLO, who is personally known to the notary.



NOTARY PUBLIC, State of Florida

---

[2] The assessments can also be referred to as Vessel Security Assessments.

3