```
 1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2

 3          CASE NO.:15-21031-CIV-ALTONAGA/O'SULLIVAN

 4

 5   LINDSEY HORNE,

 6            Plaintiff,

 7   vs.

 8   CARNIVAL CRUISE LINES,

 9            Defendant.

10   _____/

11                  VOLUME I

12                  VIDEOTAPED DEPOSITION OF
                    DOMINICK FROIO
13                  Pages 1 through 200

14

15                  Wednesday, November 25th, 2015
                    10:21 a.m. - 4:10 p.m.
16                  Gerson & Schwartz, P.A.
                    1980 Coral Way
17                  Miami, Florida  33145

18

19

20                  Stenographically Reported By:
                         JONNA FOSTER
21                       Court Reporter

22

23

24

25
```

Page 2

```
1                    APPEARANCES:
2   On behalf of the Plaintiff:
         GERSON & SCHWARTZ, P.A.
3        1980 Coral Way
         Miami, Florida  33145
4        (305)371-6000
         ngerson@gslawusa.com
5   BY: NICHOLAS I. GERSON, ESQ.
6
7
    On behalf of the Defendant:
8        MASE LARA
         2601 South Bayshore Drive
9        Suite 800
         Miami, Florida  33133
10       (305)377-3770
         cmase@maselara.com
11  BY: CURTIS MASE, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1              INDEX OF PROCEEDINGS
2   VOLUME I
3   Deposition of DOMINICK FROIO              PAGE
4   Direct Examination by Mr. Gerson            4
5
6
7              PLAINTIFF'S EXHIBITS
8   (Exhibits Retained by Counsel.)
9   Number        Description           Page
10  1          Ship Security Manual        61
11  2          Website Document            84
12  3          Deck Plans                 130
13  4          Investigative Cover Sheet  150
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1        Deposition taken before Jonna Foster, Court
2   Reporter and Notary Public in and for the State of
3   Florida at Large in the above cause.
4             - - - - - - -
5        THE COURT REPORTER:  Today's date is
6   November 25th, 2015.  I am Jonna Foster, court
7   reporter with US Legal Support.  We are here in
8   the matter of Lindsey Horne v. Carnival Cruise
9   Lines, in the United States District Court of
10  the Southern District of Florida, case number
11  15-21031-CIV-ALTONAGA/O'Sullivan to take the
12  deposition of Dominick Froio.
13       Do you swear the testimony you are about
14  to give will be the truth, the whole truth, and
15  nothing but the truth?
16       THE WITNESS:  Yes.
17  THEREUPON,
18            DOMINICK A. FROIO, JR.,
19  having been first duly sworn, was examined and
20  testified as follows:
21            DIRECT EXAMINATION
22  BY MR. GERSON:
23  Q    Good morning.
24  A    Good morning.
25  Q    My name's Nicholas Gerson and I'll be
```

Page 5

```
1   taking your deposition today.  Before I get started
2   I'd just like to know whether or not you've had your
3   deposition taken before?
4   A    Yes.
5   Q    Okay.  Well, to start out, go ahead and
6   please state your name and address for the record.
7   A    Dominick A. Froio, Jr.
8   Q    Okay.  And you're employed, sir?
9   A    Carnival Cruise Lines.
10  Q    Okay.  And you mentioned that you've had
11  your deposition taken in the past?
12  A    Yes, I have.
13  Q    Okay.  Approximately how many times -- has
14  that all been on behalf of Carnival?
15  A    No.
16  Q    How many times have you had a deposition
17  taken on behalf of Carnival?
18  A    Maybe once or twice max.  Very few.
19  Q    Okay.  And what is your position of
20  employment with Carnival?
21  A    I'm the vice-president of security
22  services.
23  Q    Okay.  And you mentioned that you've had
24  your deposition taken maybe once or twice max?
25  A    Since I've been at Carnival, yes.
```

Page 6

```
 1      Q    Since you've been at Carnival.  Okay.
 2  Would you tell me how long ago the last deposition
 3  you took was?
 4      A    2013.
 5      Q    2013.  And do you remember the name of the
 6  lawyer that took it?
 7      A    Jim Walker.
 8      Q    Jim Walker.
 9      MR. MASE:  You've heard of him.
10      MR. GERSON:  I certainly have.
11      Q    (By Mr. Gerson) I am going to assume that
12  was in response to a rape or sexual assault on a
13  Carnival Cruise ship?
14      MR. MASE:  Object to the form.
15      A    No.
16      Q    (By Mr. Gerson) No, it was not?
17      A    No, it was not.
18      Q    Okay.  What was the context of the
19  deposition that was taken by Mr. Walker back in
20  2013?
21      A    A death case.
22      Q    A death case.  And who are other -- prior
23  to 2013 when was the last time you had your
24  deposition taken?
25      A    In a civil trial that's -- it's been a
```

Page 7

```
 1  long time that I've been at Carnival, I -- I
 2  couldn't even tell you.  I've been involved with
 3  criminal depositions more so in my lifetime.
 4      Q    Uh-huh.  Okay.  You mean as far as going
 5  back to what your background and work experience is
 6  prior to working at Carnival?
 7      A    That's correct.
 8      Q    Okay.  You are the vice-president of
 9  security services?
10      A    Yes, I am.
11      Q    Okay.  And, excuse me, let me turn that
12  off.  How long have you been the vice-president?
13      A    Since 2010.  December 2010.
14      Q    And tell me what did you do before you
15  were appointed the director of security service --
16  or vice-president of security services, excuse me?
17      A    I was the director.
18      Q    Okay.  So prior to being the
19  vice-president of security services for Carnival you
20  were the director of security services; is that
21  correct?
22      A    Yes.
23      Q    And who did you replace?
24      A    Robert Beh, B-E-H.
25      Q    And do you know if Mr. Beh is still
```

Page 8

```
 1  employed by Carnival?
 2      A    He is not.  He's retired.
 3      Q    Okay.  Do you know where Mr. Beh lives?
 4      A    Where he lives?
 5      Q    Does he live in Miami?
 6      A    No.
 7      Q    Do you know what state he lives in?
 8      A    Florida.
 9      Q    Do you know what city?
10      A    Davie.
11      Q    Do you know approximately how old he is?
12      A    That's a good one.
13      MR. MASE:  Get yourself in trouble here,
14  be careful.
15      A    No, he's had a lot of work done.  I think
16  Bob's like 72, 73 maybe.
17      MR. MASE:  Really?  Wow.
18      THE WITNESS:  Yeah, he looks great.  He
19  looks great.
20      MR. MASE:  Really does.
21      Q    (By Mr. Gerson) Okay.  And that's B-E-H?
22      A    Yes.
23      Q    How long were you the director of security
24  for Carnival prior to 2010 or -- yeah, prior to
25  2010?
```

Page 9

```
 1      A    I don't even recall the years.  I came up
 2  the ranks within the -- within the office, so maybe
 3  five years.
 4      Q    How long have you been employed by
 5  Carnival?
 6      A    22 years.
 7      Q    And tell me -- get into a little bit more
 8  about your work history with Carnival, but tell me a
 9  little bit more about you.  Graduated from high
10  school?
11      A    Yes.
12      Q    Where are you from?
13      A    Syracuse, New York.
14      Q    Okay.  And you attended high school I --
15  as you mentioned?
16      MR. MASE:  He just said he graduated from
17  it.
18      A    Yes.
19      Q    (By Mr. Gerson) Okay.  Where did you go?
20      A    Henninger High School.
21      Q    Okay.  And where did you go to college?
22      A    Onondaga Community College and Syracuse
23  University.
24      Q    And what did you do -- did you graduate
25  from community college?
```

Page 10

1    A    Yes.
2    Q    Okay.  And tell me what you did after
3  graduation.
4    A    From community college?
5    Q    Yes.
6    A    From community college I went to -- what
7  did I do back then?  I went to Syracuse University
8  after community college and it was that year I
9  worked for the Syracuse Police Department.  The
10 following year.  The following year.  1973, if I got
11 my years right --
12   Q    Okay.
13   A    -- while I was going to school in
14 Syracuse.
15   Q    Okay.  I'm sorry, I'm --
16   A    I mean, I've had a million little jobs --
17   Q    Okay.
18   A    -- in college, I mean --
19   Q    Well, I'm sorry what was your --
20   A    You want my professional career?
21   Q    What's your date of birth?
22   A    6/29/49.
23   Q    6/2/1949?
24   A    6/29/49.
25   Q    6/29/49.  Okay.  And just give me an

Page 11

1  overview of your work history from the time that you
2  graduated community college to the present.
3    A    Since I got out of community college and
4  in Syracuse I worked for Syracuse Police Department
5  and I got hired by the New York State Police.
6    Q    Can you give me the years that you did,
7  you know, for each job?  Sorry.
8    A    The PD, I think it was either '72 or '3
9  and the state police was '74.
10   Q    Okay.  So you worked in the police
11 department for approximately two years?
12   A    I what now?  Syracuse PD?
13   Q    Yes.
14   A    Yes.  Then I went onto state police.
15   Q    Uh-huh.
16   A    I was a uniformed state trooper Upstate
17 New York.  I transferred Upstate New York and got
18 promoted into the bureau of criminal investigations
19 in 1981.
20   Q    Keep going.
21   A    I mean, I have a long story here.  I don't
22 want to get into all this, what I did every -- you
23 know, I --
24   Q    Here, let me --
25   A    -- I was assigned to the bureau of

Page 12

1  criminal investigations until I retired,
2  specifically to major crimes.  Then I moved to
3  Florida.
4    Q    What year was that?
5    A    1991.  October '91.
6    Q    Okay.  So state police from '72 to '74?
7    A    Syracuse.
8    Q    Syracuse Police Department?
9    A    Right.
10   Q    '72 to '74?
11   A    Right.
12   Q    Then from '74 until when did you work
13 where?
14   A    '91.
15   Q    From '74 to '91 you worked where?
16   A    New York State Police.
17   Q    New York State Police.  And what was your
18 position with the New York State Police?
19   A    When I retired?
20   Q    No, when you started working in 1974.
21   A    Trooper.
22   Q    Trooper.  And how long were you a trooper
23 for?
24   A    Doing the math here.  Seven years.
25   Q    Okay.  So --

Page 13

1    A    I was uniformed trooper for five years and
2  an undercover trooper for two with the permanent
3  rank of trooper at that time.
4    Q    Okay.
5    A    Promoted into the -- as an investigator.
6    Q    What year?
7    A    '81.
8    Q    '81.  And as an investigator from '81 then
9  you worked in that capacity until '91?
10   A    I was promoted to senior investigator,
11 permanent rank of sergeant.  I had my permanent
12 rank of sergeant in '81, promoted to senior investigator
13 in '86, 1986.
14   Q    Okay.  And then what did you do from '86?
15   A    Major crimes, bureau of criminal
16 investigation.
17   Q    Major crimes.  And that was for whom?
18   A    New York State Police.
19   Q    So from '86 to '91 you worked in major
20 crimes?
21   A    Yes.
22   Q    And what would you consider a or what was
23 a major crime?
24        MR. MASE:  Do you want to know the
25 definition of what he was doing back then or

Page 14

1    how --
2       Q    (By Mr. Gerson) I just want to know
3    what -- what your understanding of what major -- or
4    what your definition was of major crimes as it
5    related to working in the state police department
6    from '86 to '91.
7            MR. MASE: Object to form. You can
8       answer.
9       A    Narcotics, homicide, organized crime,
10   robbery. Anything with felony attached to it. I
11   was specifically assigned to the narcotics unit
12   before I retired.
13      Q    (By Mr. Gerson) Would you -- was rape
14   included in a major crime in that context?
15      A    Yes.
16      Q    Okay. And so you worked in the major
17   crimes investigation unit from '86 to '91?
18      A    Actually from -- I know it's confusing.
19   '79 I went undercover, so I'm assigned to the bureau
20   of criminal investigations.
21      Q    Uh-huh.
22      A    All right. I got promoted formally into
23   the bureau of criminal investigations in '81 and
24   that's when my whole career was surrounded by major
25   crimes.

Page 15

1       Q    Okay.
2       A    If you can follow me.
3       Q    All right.
4       A    I know it's -- yeah, right.
5       Q    All right. And you did that until 1991?
6       A    Yes.
7       Q    And then in 1991 you decided to head
8    south?
9       A    Right.
10      Q    Okay. Tell me what the context -- why
11   were you -- why did you leave the police department?
12   It sounds like you had a pretty lengthy career,
13   almost in the neighborhood of 20 years in service.
14      A    Yes.
15      Q    Okay. And did you -- were you -- was it a
16   voluntary discharge or did you retire? Explain to
17   me how -- how --
18      A    I retired.
19      Q    You retired?
20      A    It was voluntarily.
21      Q    Yes?
22      A    Retired.
23      Q    Okay. Just wanted to know if there was
24   any other reason why you stopped working there.
25      A    No.

Page 16

1       Q    Okay. So you retired and --
2       A    Moved to Florida.
3       Q    -- moved to Florida. Where'd you move to,
4    Miami I presume?
5       A    No.
6       Q    Davie?
7       A    No.
8       Q    Where'd you move to?
9       A    Weston. Well, at that -- no when I moved
10   down here I was in Pembroke Pines.
11      Q    Okay. And tell me how did you -- how did
12   you end up getting a job at Carnival?
13      A    Well, do you want to know what I did when
14   I first got here?
15      Q    Yeah, please.
16      A    Okay.
17      Q    Please. I'm sorry.
18      A    Let's get this -- this whole timeline
19   down.
20      Q    Just so you understand where I'm -- where
21   I'm trying to go with this --
22      A    I understand.
23      Q    -- I wanted you to tell me what you did
24   from the time you graduated college until the
25   present.

Page 17

1       A    I understand. I understand. So when I
2    moved to Florida I was certified as a police officer
3    in Florida. Went to the academy down here called
4    Comparative Compliance. And while I was in
5    Comparative Compliance I was working for the
6    Ft. Lauderdale Police Department on a HIDA project.
7       Q    Uh-huh.
8       A    From there I worked for the State
9    Attorney's Office in Broward for Michael Satz from
10   one year. During that time I met Robert Beh.
11      Q    Okay.
12      A    And that's how I connected into Carnival
13   Cruise Lines.
14      Q    So you worked at the State Attorney's
15   Office, what'd you do there?
16      A    Investigator.
17      Q    And what did you investigate? What was
18   your -- your title was just investigator with the
19   State Attorney's Office?
20      A    Yeah. Yes.
21      Q    Okay. Forgive me for asking, but if you
22   retired from law enforcement in about 1991, why is
23   it that you decided to continue a career in law
24   enforcement if you had just retired?
25      A    It's a great job.

Page 18

1      Q    It's a great job?
2      A    Yeah.
3      Q    Okay.
4      A    Sun shines down here.  The sun doesn't
5  shine in Upstate New York.
6      Q    Understood.  Okay.  So you worked at the
7  State Attorney's Office for about how long?
8      A    A year.  One year.
9      Q    One year?
10     A    Uh-huh.
11     Q    Okay.  And then before the State
12  Attorney's Office you worked for which police
13  department?
14     A    Ft. Lauderdale.
15     Q    Ft. Lauderdale.  And what was your
16  position there?
17     A    Crime analyst.  The HIDA project.
18     Q    Crime analyst.  Tell me what your duties
19  and responsibilities were as a crime analyst.
20     A    I was working with a narcotics unit --
21     Q    Uh-huh.
22     A    -- in metropolitan organized crime, it's
23  called MIU, Metropolitan Organized Crime
24  Intelligence Unit.  And I would gather information
25  from all the police officers --

Page 19

1      Q    Uh-huh.
2      A    -- and formulate game plans, targeted
3  subjects, narcotics.
4      Q    All right.  So did -- is that something
5  that an analyst -- the crime analyst position, is
6  that something that you had any training in or how
7  did you know how to do a crime analysis?
8      A    There was training.
9      Q    Okay.
10     A    And when I was on the state police we had
11  a crime analyst that reported to me.
12     Q    Uh-huh.  Okay.  And tell me what goes into
13  a crime analy -- analysis.
14     A    A lot of intelligence.
15     Q    And what is the -- tell me if someone
16  wanted to perform a crime analysis how would one
17  perform it?
18     A    Collect data, gather intel, whether it's
19  raw intel or not, formulate dotted lines, connect
20  the dotted lights to certain individuals.
21     Q    Okay.
22     A    Sometimes there's eavesdropping
23  warrants --
24     Q    Uh-huh.
25     A    -- where you get your intel and names.

Page 20

1      Q    Are you familiar with the crime grid?
2      A    Yeah.
3      Q    Okay.  Crime grid is a call for service;
4  right?
5      A    Uh-huh.
6      Q    You're familiar with that concept?
7      A    (No verbal response.)
8      Q    Okay.  And --
9      A    It's been a while.
10     Q    I'm sorry?
11     A    It's been a while.
12     Q    Okay.  And you're familiar with what a
13  police report is I'm sure; correct?
14     A    Yes.
15     Q    So as part of your crime analysis or
16  analyst position with Ft. Lauderdale police, you
17  would gather intelligence, review documents and I
18  imagine that would include reviewing the police
19  reports, reviewing the crime grids, reviewing all
20  crime related data for the areas in which you're
21  analyzing?
22     A    Yes.
23     Q    Okay.  And was that difficult to do, to
24  obtain that information?
25     A    Not really.

Page 21

1      Q    Okay.  And --
2      A    You have a team that you're working with
3  and they give you anything.  Actually crime analyst
4  is like a drop off spot.
5      Q    Uh-huh.
6      A    The police on the street are gathering all
7  kinds of stuff and doing reports and then they throw
8  it in a box and then you -- you try to put it
9  together for them.
10     Q    Okay.  And then from there you would
11  determine how to assess a particular situation, a
12  particular area, maybe a high crime area for
13  example, is that an accurate statement?
14     A    Yes.
15     Q    Okay.  And what would be some of -- what
16  were some of the areas that you were analyzing in
17  the Ft. Lauderdale area?
18     A    Specific areas?
19     Q    Yeah.
20     A    Well, there's a place -- I couldn't tell
21  you the name of the street.  There's a place called
22  the ugly corner, lot of narcotics trafficking.
23     Q    Okay.
24     A    And then there was a place in Miami.
25     Q    What are the things that you would look

Page 22

1   for in the crime data that you would review, the
2   police report, the crime grid, speaking to the -- I
3   imagine you would also speak to the people on the
4   ground, the officers?
5        A    Well, I would, yeah, but not the people on
6   the street.
7        Q    Right.  Right.  Right.  Understood.  But
8   you'd speak to your police officers; right?
9        A    Correct.
10       Q    As part of your crime analysis for the
11  Ft. Lauderdale Police Department you would speak to
12  your police officers; right?
13       A    Correct.
14       Q    Their -- their input was -- is information
15  that would be important to you to try and analyze a
16  particular area?
17       A    Yes.
18       Q    Okay.  And then you would review the
19  police reports?
20       A    Yes.
21       Q    And then you would review the crime --
22  calls for police services?
23       A    I wasn't there that long, you know, I --
24  six month thing.  What I did was basically the
25  reporting, connecting the dots, looking at criminal

Page 23

1   backgrounds.
2        Q    Uh-huh.
3        A    Gathering information off some wire taps
4   that they had going.
5        Q    Okay.  And what you were looking out for,
6   I guess trends?
7        A    Trends and targets.
8        Q    Okay.  What are some of the trends that
9   you would keep an eye out for and give us -- give me
10  an example?
11       A    Multiple arrests on block A let's say.
12       Q    Would location in town have any -- be a
13  focal point?
14       A    Yes.
15       Q    Would time of day be a focal point?
16       A    Uh-huh.  Correct.
17       Q    Would the nature of the crime be a focal
18  point?
19       A    Yes.
20       Q    And the reports that you would review, you
21  wouldn't necessarily investigate each and every
22  incident, would you, yourself?
23       A    No.
24       Q    You -- okay.  Tell me --
25       A    The police did that.

Page 24

1        Q    Okay.
2        A    I was an analyst.  It was like -- it was a
3   job to keep me busy until I got hired after my
4   certification.  I didn't have to have a police
5   certification to have that job, no.
6        Q    Okay.  So it wasn't your job to actually
7   go and review the integrity of each report that came
8   in, it was just your job to review the data in
9   general to see whether or not there were any trends
10  being recorded?
11       A    Yes.  Yes.
12       Q    Okay.  And then after that you went and
13  worked at the State Attorney's Office; correct?
14       A    Correct.
15       Q    And that lasted for, did you say six
16  months?
17       A    One year.
18       Q    One year.  And -- and that's where you met
19  Bob Mae?
20       A    Beh.
21       Q    Robert Mae.  Robert Beh.
22       A    Robert Beh.
23       Q    Robert Beh.  Okay.  And can you just tell
24  me a little bit about how you met him at the State
25  Attorney's Office?

Page 25

1            MR. MASE:  Objection, form.  You can
2        answer.
3        Q    (By Mr. Gerson) What was the context of
4   your meeting with Mr. Beh?
5        A    Pardon me?
6        Q    How did -- what was the context of meeting
7   Mr. Beh while you were employed at the State
8   Attorney's Office?
9        A    Well, I met a helicopter pilot from the
10  Jersey State Police.  I'm trying to remember where I
11  met him.  I was introduced to him somewhere along
12  the line, had nothing to do with the State
13  Attorney's Office.
14       Q    Okay.
15       A    And he had mentioned that he knew this
16  Robert Beh at Carnival Cruise Line and this
17  helicopter pilot from Jersey State Police knew my
18  background.  He said Robert Beh would love to meet
19  you I'm sure, so he set up a meeting.
20       Q    Okay.  And then you applied for a position
21  with Carnival?
22       A    Yes.
23       Q    Okay.  Do you hold any security
24  credentials other than what you've told me so far?
25       A    Security credentials?

Page 26

1    Q    Yes.
2    A    You mean like a PI license or something
3  like that?
4    Q    Yeah.
5    A    No.
6    Q    Do you hold any licenses in security?
7    A    Licenses, no.
8    Q    Do you hold a security guard license?
9    A    No, I do not.
10   Q    Do you hold a security manager's license?
11   A    No, I do not.
12   Q    Are you familiar with what a security
13 manager's license is?
14   A    No.
15   Q    Have you ever heard of a security
16 manager's license?
17   A    No.
18   Q    Okay.  You never heard of a Class M
19 license?
20   A    No.
21   Q    Do you have any specialized training in
22 security other than your experience working in law
23 enforcement as you've testified so far?
24   A    On the job training.
25   Q    On the job training?

Page 27

1    A    Been there a while, yeah.
2    Q    Okay.  And so you start --
3    A    It's you learn as you go.  It's a
4  different business.
5    Q    Okay.  Tell me what you mean by that.
6    A    It's a private sector versus the
7  government.
8    Q    Uh-huh.  Okay.  So you applied to be --
9  well, tell me what position did you apply for when
10 you first started working for Carnival in '91?
11   A    Staff investigator.
12   Q    Staff investigator.  And what were your
13 duties and responsibilities?
14   A    Assist shipboard personnel in
15 investigations.
16   Q    Okay.
17   A    And at that time when I was hired in April
18 of '93 the main focus was casino surveillance and
19 security.
20   Q    Uh-huh.
21   A    So I was learning the casino business.
22   Q    And so in 1993 Carnival's main focus, as
23 you understood as a staff investigator, was casino
24 operations --
25        MR. MASE:  Objection, form.

Page 28

1    Q    (By Mr. Gerson) -- casino security?
2        MR. MASE:  Objection, form.  You can
3    answer even though I may object, unless I tell
4    you not to.
5    A    Yeah, I -- to get this time line straight,
6  it was casino security and surveillance, that's why
7  I took the job.
8    Q    (By Mr. Gerson) Uh-huh.
9    A    Mr. Beh ran the detail in Atlantic City,
10 so it was appealing to me to learn something
11 different.
12   Q    Uh-huh.
13   A    So that's how I started.
14   Q    And what ship were you -- what ship did
15 you -- well, you weren't --
16   A    I was shoreside.
17   Q    You were shoreside; right?
18   A    Yes.
19   Q    Okay.  Are you familiar with ASIS?
20   A    Yes, I am.
21   Q    What is your understanding of what ASIS
22 is?
23   A    It's a group of private sector,
24 Association of Industrial Security and not sure what
25 else it stands for.

Page 29

1    Q    Okay.  Are you a member?
2    A    No, I am not.
3    Q    Are you a member of the International
4  Council for Chiefs of Police?
5    A    No, I am not.
6    Q    Are any of your superiors members, are any
7  of your subordinates members, so far as you know,
8  members of ASIS?
9    A    I have no idea.
10   Q    Okay.  Are you a member of the STCW
11 Security Committee?
12   A    No, I am not.
13   Q    Are you a member of any organization which
14 studies security science?
15   A    Studies security science.  What do you
16 mean by that?
17   Q    Well --
18   A    I mean, I'm a member of security groups.
19   Q    Okay.
20   A    But what do you mean study?
21   Q    Well, how would you -- someone -- if I
22 were to ask you what's your definition of security,
23 what would you -- how would you define security?
24        MR. MASE:  Objection, form.  You can
25   answer.  You can answer.

Page 30

1    Q    (By Mr. Gerson) Oh, let me -- let me just
2    explain something to you so you understand.  At
3    various times Mr. Mase may make objections to my
4    question.  You should answer the question even if
5    the objection is made unless you're instructed by
6    Mr. Mace specifically not to answer the question.
7         MR. MASE:  He's absolutely right.  If I
8         don't want you to answer I'll turn to you and
9         say don't answer.
10        THE WITNESS:  Okay.  Understood.
11   Q    (By Mr. Gerson) But they're not intended
12   to influence your answer or anything.
13        MR. MASE:  I think I created the problem
14        by saying go ahead and answer, go ahead and
15        answer in the beginning.  So just from now on
16        you know, answer unless I say to the contrary.
17        What Nick says is right.
18   A    Could you repeat the question?
19   Q    (By Mr. Gerson) Oh, geez.
20   A    Definition of security?
21   Q    How would you describe -- how would you
22   describe --
23        MR. MASE:  Definition of security.
24   Q    (By Mr. Gerson) -- right, security?
25   A    To keep people and property secure and

Page 31

1    safe.
2    Q    Okay.  And is that how -- what is
3    Carnival's approach to keeping people safe on its
4    ships?
5    A    On the ships?
6    Q    Yes.
7         MR. MASE:  Objection, form.
8    A    Training.  Well, first of all, on the
9    ships you have to have proper hiring.
10   Q    (By Mr. Gerson) Okay.
11   A    Proper training.  Constant oversight of
12   shipboard operations.
13   Q    Uh-huh.
14   A    Reasonable technology.
15   Q    Okay.
16   A    You want to get into the English skills
17   and appearance and --
18   Q    Sure.
19   A    -- fitness and --
20   Q    Tell me everything.
21   A    -- all that kind of --
22   Q    Yes.
23   A    All right.  That would go under our hiring
24   practices, how we hire.
25   Q    Okay.

Page 32

1    A    We give a -- a written and oral exam --
2    Q    Uh-huh.
3    A    -- to make sure that they have proper
4    English and writing skills.  As I'm sure you know
5    that our onboard staff are Filipinos and Indians.
6    Q    I do.
7    A    Okay.  And we personally -- we use a
8    recruiter.  We tell them what our criteria is and we
9    may say we need to hire 50 people, give us a pool of
10   say 200 people.  And as of late my director would go
11   to India or the Philippines and do direct hiring
12   after reviewing the backgrounds that were submitted.
13   Q    When you say "as of late", you're telling
14   me that as of recently your director of security now
15   goes to India and the Philippines to hire security
16   personnel?
17   A    My director now.  My previous director,
18   the director before him and myself have all gone to
19   India and the Philippines since we took over
20   security in I think it was '99 or 2000.
21   Q    Uh-huh.
22   A    Security on board the vessels did not
23   always fall under security services.  It was under
24   operations.
25   Q    Okay.  When did that change?

Page 33

1    A    That's what I'm trying to recall, if it
2    was '99 or 2000.  I -- I'd really have to look at
3    the books on that.
4         MR. MASE:  Nick, so that you can get this
5         correct rather than having to question about
6         it, I think what Mr. Froio was telling you in
7         the beginning was that when he joined security
8         services the focus was on the casino.
9         THE WITNESS:  Right.
10        MR. MASE:  And then later they adopted the
11        on-ship, so you may want to straighten that out
12        just for your own understanding.
13        MR. GERSON:  I appreciate it and --
14        MR. MASE:  I'm not trying to interfere,
15        just trying to give you the time history.
16   Q    (By Mr. Gerson) Okay.  Do casinos have
17   specialized security needs?
18   A    Security?
19   Q    Do casinos have specialized security
20   needs?
21   A    Yes.
22   Q    Okay.  And what are they?
23   A    Cameras, backgrounds on their personnel.
24   Theft is a -- collusion of theft is one of the
25   biggest problems in the casino.

Page 34

1  Q   Okay.  Is that a big problem on Carnival
2  ships?
3        MR. MASE:  Objection, form.
4  A   In the Casino --
5  Q   (By Mr. Gerson) Yes.
6  A   -- or overall?
7  Q   In the casino.
8  A   No, really hasn't been bad in the casino.
9  Q   Okay.  How many cameras are there in any
10 given Casino on a Carnival ship?
11 A   I don't know.
12 Q   Approximately.
13 A   Not a clue.
14 Q   More than ten?
15 A   Not a clue.
16 Q   You don't have any clue?  You must have
17 a --
18 A   It could be more than ten.
19 Q   Okay.
20 A   I don't want to --
21 Q   I'm not going to hold you to it.
22 A   I don't want to tell you there's 40, if
23 you work up to 40 for me to agree with that.  I --
24        MR. MASE:  I don't think it's appropriate
25        for him to speculate so I'm going to object to

Page 35

1  the extent you're asking him to speculate.
2  That's not right.
3  Q   (By Mr. Gerson) Well, you would -- you
4  would agree, would you not, that there are numerous
5  cameras inside a casino on various Carnival ships
6  that are currently in service?
7        MR. MASE:  Objection to form.
8  A   Different numbers on different ships.
9  Q   (By Mr. Gerson) You would agree that there
10 are multiple cameras on -- inside the casinos of
11 Carnival vessels?
12 A   Multiple being more than three, more than
13 seven?
14 Q   Yes.
15 A   Yes, I agree with that.
16 Q   Okay.  You would agree that there are more
17 than ten cameras inside any given casino on a
18 Carnival ship, would you not?
19 A   I can assume that.
20 Q   Okay.  Based on the -- well, you are the
21 vice-president of security services, is that my
22 understanding?
23 A   Yes.  Yes, I am.
24 Q   Is there anyone above you at Carnival in
25 charge of security?

Page 36

1  A   In the casino?
2  Q   In the company.
3  A   We have a chief maritime officer that
4  oversees all of corporate security.
5  Q   And who is that?
6  A   William Burke.
7  Q   Is that who you report to?
8  A   No, I do not.
9  Q   Who do you report to?
10 A   He's a corporate.  I report to the
11 president of Carnival, Christine Duffy.
12 Q   Okay.  And Christine Duffy reports to
13 Mickey Harrison; is that correct?
14 A   To Arnold Donald.
15 Q   Arnold Donald.  Okay.  So you report to
16 William Burke; correct?
17 A   No, Christine Duffy.
18 Q   You report to Christine Duffy and the
19 chief maritime officer is William Burke?
20 A   He oversees the corporation, maritime
21 issues, terrorism.  When you say security, security
22 encompasses a lot of things.
23 Q   Okay.  Well, tell me since -- since
24 you're -- you seem to be distinguishing your duties
25 and responsibilities somewhat from Mr. Burke's, why

Page 37

1  don't you tell me what your exact duties and
2  responsibilities are as the vice-president of
3  security services for Carnival.
4  A   I oversee the security operations for 24
5  vessels, shoreside security, three carnival
6  buildings, lost and found department.
7  Q   Uh-huh.
8  A   That's all part of security, theft.
9  Q   Okay.
10 A   And that encompasses internal and external
11 investigations of all allegations of crime, building
12 security, whether there's locks on doors, people
13 manning gates, so on and so forth.  And I monitor
14 intel for terrorism or trends on any type of serious
15 situation going on in the world which comes out of
16 Burke's office.
17 Q   What do you --
18 A   They have an intel unit.
19 Q   Are you also responsible for monitoring
20 crime, other trends regarding crime on Carnival
21 ships?
22 A   Say that again.
23 Q   You mentioned that you monitor trends for
24 terrorist threats and terrorism --
25 A   Right.

Page 38

1    Q    -- that may affect a -- or may be a risk
2  on a ship?
3    A    We get multiple reviews daily.
4    Q    Okay.  So what I'm asking you is do you
5  similarly review trends for other serious crimes on
6  Carnival vessels?
7    A    I do daily with my team.
8    Q    Okay.  And are you familiar with who -- do
9  you have -- you have a director of security for
10  Carnival; is that correct?
11    A    Yes.
12    Q    Okay.  And that's Mike Panariello?
13    A    Yes.
14    Q    Okay.  And then you're also familiar with
15  Mr. Robert Williams, are you not?
16    A    Yes, I am.
17    Q    Okay.  And isn't it true that Mr. -- do
18  you have any other job titles other than the job
19  title vice-president of security services?
20         MR. MASE:  Object to form.
21    A    Company security officer.
22    Q    (By Mr. Gerson) Okay.  The company
23  security officer.  So tell me or tell the members of
24  the jury who might be watching this video at a later
25  point in time what the company security officer

Page 39

1  means and how that is different from your job title
2  as the vice-president of security services?
3    A    Actually, it's a title given based on
4  international ship and port security, mandates of
5  coast guard, maritime security standards and
6  international maritime organizations.
7         You have to have a designated company
8  security officer that has a -- the experience to be
9  able to answer certain things and questions
10  regarding crime, terrorism, audits, anything
11  necessary under my umbrella.
12    Q    Okay.  You're familiar with what the IMO
13  is?
14    A    International Maritime Organization.
15    Q    Okay.  And you're familiar with the ISO?
16    A    Yes, I am.
17    Q    What is the ISO?
18    A    ISO?
19    Q    Yes.
20    A    You got me on that one.  I know exactly
21  what it is.  They're doing a review for us too.
22  International Security Organization would only be a
23  guess.  I just -- drawing a blank right now.
24    Q    Okay.  So you don't know what it stands
25  for?

Page 40

1         MR. MASE:  He just said he's drawing a
2  blank.
3    A    I'm drawing a blank.
4    Q    (By Mr. Gerson) Okay.  I just want to make
5  sure, I want to give you an opportunity to answer
6  the question.
7    A    I feel like Rick Perry.  I'm drawing a
8  blank.
9    Q    Okay.
10         MR. MASE:  I don't know if you want to
11         compare yourself to Rick Perry now.
12    Q    (By Mr. Gerson) Are you familiar with the
13  S -- STCW?
14    A    Security standards, yes.
15    Q    (By Mr. Gerson) What does STCW stand for?
16    A    You got me on all these --
17         MR. MASE:  Acronyms.
18    A    -- acronyms.
19    Q    (By Mr. Gerson) Okay.
20    A    Standard Crew Training --
21    Q    Okay.  Do you know whether or not the IMO,
22  the S -- the ISO or STCW or any other international
23  treaty or convention have any rules or guideline for
24  passenger protection from sexual assault or rape
25  while on board a cruise ship?

Page 41

1         MR. MASE:  Objection, form.
2    A    Would they have -- all the crime is under
3  the Cruise Vessel Safety and Security Act that we go
4  by.
5    Q    (By Mr. Gerson) Uh-huh.
6    A    If you're familiar with that.
7    Q    Yes.
8    A    All right.  That's the guidelines for
9  our -- our crime reporting.
10    Q    Okay.  What is your understanding of when
11  the Cruise Ship Vessel Safety and Security Act went
12  into effect?
13    A    July 2010, the date -- it's like mid
14  July of 2010.
15    Q    Okay.  And what is your understanding of
16  why the Cruise Ship Vessel Safety and Security Act
17  of 2010 was passed by congress?
18         MR. MASE:  Objection, form.
19    A    There are several lobbyist groups for
20  victims.  Victims groups gathered together, went to
21  Washington and made demands to congress and congress
22  heard the demands and they formulated the Cruise
23  Vessel Safety Security Act.
24    Q    (By Mr. Gerson) As a chief security
25  officer for Carnival Cruise Lines you are the

Page 42

1    designated security officer for Carnival Corporation
2    with respect to security operations for all of
3    Carnival's vessels in service; correct?
4         A    Remove the corporate part.  I'm
5    responsible for Carnival Cruise Line Security
6    Vessels.
7         Q    Okay.  And that would include all 24
8    carnival ships that are in service?
9         A    As far as vessels, yes.
10        Q    Okay.  And did you attend any of the
11   congressional hearings prior to the passage of the
12   CVSSA?
13        A    No, I did not.
14        Q    Okay.  Did anyone from Carnival or do you
15   know who from Carnival did attend?
16        A    Jerry Kale was the president during that
17   time.  I know that Jerry went to the hearings,
18   actually testified.  I just don't remember anymore
19   who went back then.
20        Q    Okay.  Now, I was asking you a little bit
21   about the security -- security -- what -- what's
22   your definition of security and you were telling me
23   a little bit about the fact that your -- it's
24   important that your security officers have -- are
25   properly hired, have proper training.  You remember

Page 43

1    mentioning those points?
2         A    Yes.
3         Q    Okay.  What is -- what is your
4    understanding of the hiring guidelines for security
5    personnel working on Carnival ships?
6         A    The guidelines are we want to hire someone
7    that has minimum of between three and five years
8    experience in the security field, whether it's in an
9    airport, a hotel, military experience, former law
10   enforcement, any of those positions would qualify
11   for someone to apply.
12        Q    Okay.  So a minimum of two years working
13   in a hotel?
14        A    I think it's minimum of three.
15        Q    Okay.
16        A    I could be wrong, but my last recollection
17   was three to five years.
18        Q    Would you agree that your security officer
19   hiring criteria are less stringent than those for
20   land based sworn police officers?
21        MR. MASE:  Objection, form.
22        A    Less -- repeat that again, please.
23        Q    (By Mr. Gerson) Sure.  Would you agree
24   that your security officer hiring criteria are --
25   are less stringent than those for land based sworn

Page 44

1    police officers?
2         A    No, anyone can apply to be a policeman.
3         Q    Okay.
4         A    I mean, you don't need a security
5    background to become a policeman so --
6         Q    Okay.
7         A    -- in reality it's really two different
8    things, security and the police.
9         Q    So --
10        MR. MASE:  Let him finish his answer,
11   please.
12        MR. GERSON:  Sure.
13        MR. MASE:  You can finish.
14        A    So I would say that we are very stringent
15   compared to hiring a police officer.  We're hiring
16   people with security background and you can sell
17   hamburgers at McDonald's and become a police
18   officer.  So we're looking at background, I'd say
19   we're more stringent.
20        Q    (By Mr. Gerson) So it's your testimony as
21   the chief security officer for Carnival that
22   Carnival's hiring criteria are more stringent than
23   say the hiring criteria for the Ft. Lauderdale
24   Police Department?
25        A    I couldn't say that because I'm not sure

Page 45

1    if they need college educations.  Each police
2    department has their own --
3         Q    Okay.
4         A    I mean, some need Bachelor Degrees, some
5    need nothing, so --
6         Q    Okay.
7         A    -- it would be a generalization.
8         Q    What kind of training did you have to
9    undergo before you became a police officer?
10        A    That I have to undergo?
11        Q    What kind of training did you participate
12   or -- in or have to partake in before receiving
13   title police officer?
14        A    I went to an acad -- I went to three
15   academies actually.
16        Q    Okay.  And what -- how long were those
17   academies for?
18        A    First one I think it was six weeks.
19   Second one was four months.  And the one down here
20   was six weeks.
21        Q    Okay.  And --
22        A    Plus I was in the military before all
23   this.
24        Q    Okay.  So according to what you've told me
25   the minimum criteria is working in security either

Page 46

```
1    in a hotel for a minimum of two years and --
2         A    I said three.
3         Q    Two to three years?
4         A    I believe I said three to five.  That's my
5    rec --
6         Q    I think you said two -- you actually said
7    two to three to five years.  So if we're looking at
8    the minimum then two years, according to what you've
9    told me, is what the minimum is.
10             And I will tell you that that is
11   consistent with what has been testified to by other
12   personnel, so I'm not trying to trick you, I'm just
13   making sure that's your understanding of what the
14   minimum criteria is as well.
15             MR. MASE:  Objection to form.
16        Q    (By Mr. Gerson) You can answer.
17        A    What's the direct question?
18        Q    Yes.  The minimum criteria for security
19   officers to work on a Carnival ship is employment
20   in -- in some security capacity at a hotel for a
21   minimum of two years?
22        A    Hotel, military, airport.
23        Q    Okay.  But a hotel, military, airport --
24        A    Well, I don't want to disagree with the
25   two year thing, but I'm just telling you my
```

Page 47

```
1    recollection is three years.
2         Q    Okay.
3         A    If that means anything.
4         Q    Okay.  Two to three years, somewhere in
5    that neighborhood?
6              MR. MASE:  Objection, form.
7         Q    (By Mr. Gerson) Two to three years is what
8    you recall?
9         A    I recall three to five years.
10        Q    Okay.  So is it your testimony that the
11   minimum hiring criteria for security officers on a
12   Carnival ship is three to five years?
13        A    That's my recollection.
14        Q    Okay.  Three to five years working in any
15   security capacity, whether it be a hotel security
16   guard or in the military or some military or law
17   enforcement equivalent experience?
18        A    Or an airport.
19        Q    Or an airport?
20        A    Uh-huh.
21        Q    Okay.  You mentioned before that most of
22   your employees are from the Philippines and from
23   India?
24        A    That's correct.
25        Q    Can you please tell me why it is that most
```

Page 48

```
1    of Carnival's security officers are pooled from
2    India and the Philippines as opposed to the United
3    States of America?
4              MR. MASE:  Objection, form.
5         A    We tried the United States of America --
6         Q    (By Mr. Gerson) Okay.
7         A    -- security since I've been at Carnival.
8         Q    Okay.
9         A    So we're going to have to back up here.
10   When we took over security back in '99 or 2000,
11   around one of those years, the onboard security
12   staff was made up of several different
13   nationalities.  Didn't measure up to our standards
14   when we were asked to take over security.
15             So the first thing we did is we went
16   out and advertised at some of these -- actually I
17   think it might have been at an ASIS convention,
18   positions at Carnival.  So we hired some US military
19   to go on board.
20        Q    When was this?
21        A    Should have been around 2000 -- '99/2000
22   and -- whatever year we took over.  I'd have to
23   research that just to give you an exact date.  So
24   the ones we hired didn't work out.
25        Q    So it's your testimony in 1999/2000 --
```

Page 49

```
1    where were you working in '99/2000?
2         A    Carnival.
3         Q    Carnival.  And you were working in the
4    capacity as the --
5         A    Staff investigator.
6         Q    Staff investigator.
7         A    Uh-huh.
8         Q    And as a staff investigator for Carnival,
9    in 1999/2000, it's your testimony as you sit here
10   today that Carnival had used United States personnel
11   or United States Citizens with military background
12   experience and it didn't, quote, "work out"?
13             MR. MASE:  Objection, form.  You can
14   answer.
15        A    That's correct.
16        Q    (By Mr. Gerson) Tell me what your
17   understanding is as far as it not working out.
18        A    Some people like to drink too much --
19        Q    Okay.
20        A    -- or they weren't energetic enough.  They
21   thought it was a retirement job and we -- we found a
22   lot of loyalty in the Indians and the Filipinos that
23   were on the staffs under them.
24        Q    Okay.  And when you say you found a lot of
25   loyalty, can you tell me what you mean by loyalty?
```

Page 50

1    A    Willing to work very hard.
2    Q    Okay.  Loyalty to Carnival?
3    A    Loyalty to their superiors in Carnival and
4  to the guest and crew on board the vessels.
5    Q    Okay.  And were you part of the decision
6  to -- are you telling me in 1999/2000 there was a
7  shift to move primarily to Indian and Filipino
8  security officers and employees to staff Carnival
9  ships?
10   A    I was not the decision maker back then.
11   Q    Okay.  But at least as far as you know
12  that is -- that's for how long this has been going
13  on for, since about 1999/2000?
14   A    Yes.
15   Q    Okay.  And the reason is because you're
16  telling me that the American based security officers
17  that were working on Carnival ships were not loyal
18  enough to Carnival, that's one of the reasons?
19       MR. MASE:  Objection to form.
20   A    They basically got involved too much with
21  the fun atmosphere rather than being security types
22  that were needed.
23   Q    (By Mr. Gerson) Okay.  What type of
24  military background experience were the American
25  based officers did they have?

Page 51

1    A    Navy and Army.
2    Q    Navy and Army.  And -- so wouldn't you
3  agree that Carnival in about 1999/2000 downgraded
4  the minimum qualifications for security personnel if
5  the prior American officers had navy and army
6  background experience and now carnival will hire an
7  employee who has worked as a security officer for a
8  hotel for a minimum of two to three, maybe five
9  years?
10       MR. MASE:  Objection, form.
11   A    The military that we hired didn't have the
12  training process.  They didn't go through the
13  training process that we implemented back then.
14  There was a clean sweep when we took over of all
15  Carnival onboard staff.  And with this sweep it was
16  hiring and training was the biggest thing put in
17  place.
18   Q    (By Mr. Gerson) Okay.  Would you agree
19  that your security officers now have no specialized
20  training in protecting women from sexual assault or
21  rapes on Carnival ships?
22   A    No specialized training?
23   Q    Yes.
24   A    As in -- give me an example.
25   Q    Well, let me ask you this, do your

Page 52

1  security officers have specialized training in
2  protecting women from rape or sexual assaults on
3  Carnival ships?
4       MR. MASE:  Objection, form.
5    A    They have training to be aware of any
6  incident that could occur whether sex, violence or
7  whatever.
8    Q    (By Mr. Gerson) Okay.  Tell me what their
9  training is.
10   A    We have an in-service training every year
11  annually.  We bring in staff captains, safety
12  officers being promoted as staff captains, on-board
13  chief security officers and assistant chief --
14  assistant chief security officers in line to be
15  promoted.
16       During that 40 hour block there's
17  sexual training, there's terrorism training,
18  evidence collection, drugs, audit training.  Various
19  government departments teach this course.  This
20  course in some cases is recorded.  There is some
21  sensitive information that the government people
22  really don't want recorded.  So we developed an on
23  the job training where you train the trainer.
24       So the staff captains and the chiefs
25  who are now certified by our -- our class society

Page 53

1  Lloyds since 2007, train our onboard staff.
2       Since last year, under the CVSSA,
3  Carnival has been certified by MARAD, Maritime
4  Administration, certify their training course.  So
5  we train the trainers.  This is rolled out fleet
6  wide.  So if the new hire comes on board with
7  background in security of some type, military,
8  airport --
9    Q    Hotel?
10   A    -- hotel or whatever, they're saddled up
11  with a senior man, senior trainer, the chief or an
12  assistant chief, and they're bonded to the hip for
13  quite a while until they learn the process of what
14  to do.  They review tapes.  They review e-mail
15  updates on trends, say narcotics, and that's how
16  they get trained and it's worked out quite well.
17   Q    Okay.  When you say "it's worked out quite
18  well", can you tell me what the basis for that
19  remark is?
20       MR. MASE:  Objection, form.
21   A    The basis for the remark is that we have
22  minimal incidents on our vessels based on their
23  patrol techniques --
24   Q    (By Mr. Gerson) Okay.
25   A    -- their awareness, the different things

Page 54

```
1    that we have in place.
2         Q.  Okay.  You don't actually devise the
3    patrol techniques, do you?
4         A.  Me myself?
5         Q.  Yes.
6         A.  I have one of my investigators do that.
7    Actually it's Bob Williams --
8         Q.  Okay.
9         A.  -- developed a presentation.
10        Q.  Bob Williams developed a presentation?
11        A.  Uh-huh.
12        Q.  Okay.  So you don't have any involvement
13   in the actual patrol techniques that are utilized by
14   Carnival security officers?
15        A.  I would review what he put together, you
16   know, sign off on it that I agree or maybe add
17   something or maybe delete something.
18        Q.  Is there any formal group of security
19   manager for cruise line companies?
20        A.  Any formal?
21        Q.  Group of security managers?
22        A.  I'm not clear on that.
23        Q.  Do you know what a security manager is?
24        A.  Like Bob Williams is a security manager.
25        Q.  My understanding is that Bob Williams is a
```

Page 55

```
1    shoreside investigator for Carnival.
2         A.  Senior manager of investigations.
3         Q.  Right.  Is it your understanding that
4    Bob Williams also works shoreside?
5         A.  Yes.
6         Q.  Okay.  Mr. Williams is not on the ship, is
7    he?
8         A.  Not on board the vessel.
9         Q.  Not on board the vessel.
10        A.  So if you want the equivalent of a
11   manager, his title on board, is that what you're
12   asking me?
13        Q.  I'm asking you whether or not Carnival
14   employs security managers to manage the security
15   operations for a given vessel?
16        MR. MASE:  Objection, form.
17        A.  Different titles.  It's a different title.
18        Q.  (By Mr. Gerson) Okay.  What is the title?
19        A.  So a chief security would -- when you look
20   at the pecking order --
21        Q.  Uh-huh.
22        A.  -- of security on board a vessel through
23   ISPS --
24        Q.  Uh-huh.
25        A.  -- the SSO is the staff captain.  He's the
```

Page 56

```
1    designated ship security officer.  Under him would
2    be a chief security officer.
3         Q.  Right.
4         A.  Under him would be two assistants.  So
5    whatever choice you want to tag that manager title
6    to, it would be one of those three positions.
7         Q.  So the chief --
8         A.  They manage the operations on board for
9    security.
10        Q.  Okay.  So the chief security officer is
11   the -- is the person authorized by Carnival to
12   devise the patrol procedures for security officers
13   in place on a particular vessel?
14        A.  On board with the SSO, with the staff
15   captain.  Each vessel's unique in certain ways
16   demographically speaking --
17        Q.  Uh-huh.
18        A.  -- a long cruise, short term, so each
19   vessel may have different patrol needs in different
20   areas.
21        Q.  Okay.  So and that's what the chief
22   security officer does in conjunction with the staff
23   captain; right?
24        A.  Yes, that's right.
25        Q.  And then you and Mr. Panariello are the
```

Page 57

```
1    people who make changes or update the security
2    manual?
3         A.  Yes.
4         Q.  Okay.  The security manual is a guideline
5    for your ship's personnel to follow as far as their
6    day to day duties and responsibilities?
7         A.  Yes.
8         Q.  Okay.  And then there's also a document
9    called the security plan, you're familiar with that
10   document; correct?
11        MR. MASE:  Excuse me.  Objection to form.
12        A.  Yes.
13        Q.  (By Mr. Gerson) Okay.  You're familiar
14   with what the security plan is?
15        A.  The ship security plan.
16        Q.  Ship security plan.  There's a ship
17   security plan for each vessel; correct?
18        A.  Correct.
19        Q.  There's one security manual that applies
20   for every vessel; correct?
21        A.  Yes.
22        Q.  Okay.  And you and Mr. Panariello have the
23   authority to make changes to the ship security
24   manual; is that correct?
25        A.  The manual, yes.
```

Page 58

1    Q    Okay.  And you and Mr. Panariello are
2  the -- other than your counsel, are people who are
3  authorized to review the ship security plan?
4    A    In the flag and our class society
5  Lloyds --
6    Q    Okay.
7    A    -- they would be involved with the, we
8  call it the SSP.
9    Q    Okay.  You would agree that the ship
10 security plan does not afford the Sensation -- well,
11 strike that.  Have you ever viewed the ship security
12 plan for the Sensation?
13   A    Yes.
14   Q    Okay.  When was the last time you reviewed
15 it?
16   A    A while ago.
17   Q    Okay.  You would agree that the ship
18 security plan does not have any plan, any guidelines
19 or procedures for protecting passengers from rape or
20 sexual assault?
21   A    That's not in there.
22   Q    Okay.  You would agree that the ship
23 security plan does not have any guidelines or
24 procedures or reference to prevention of crime for
25 the protection of passengers?

Page 59

1    A    It's not in the SSP.
2    Q    Okay.  Are there any specifics since --
3  it's your testimony that the SSP, the ship's
4  security plan, only deals with what?
5    A    Terrorism attacks.  A lot of sensitive
6  issues not related to crime.
7    Q    Okay.  Does it deal with patrolling
8  schedules of your security personnel?
9    A    No, it does not.
10   Q    Does your secur -- does the Carnival ship
11 security manual, not the security plan, but does the
12 ship security manual address crime preven --
13 prevention for the protection of your passengers?
14   A    Yes.
15   Q    Okay.  Can you tell me what specifically
16 the manual states as far as crime prevention for
17 protection of your passengers?
18   A    I'd have to go through it.
19   Q    Okay.
20   A    Take me a while I guess.
21       MR. GERSON:  Here's a -- we'll mark this
22   as Exhibit 1.
23       MR. MASE:  So if you want --
24       MR. GERSON:  Plaintiff's composite Exhibit
25   1.

Page 60

1        MR. MASE:  If you want him to look through
2  it, we've been going about an hour, you want to
3  take a little break.  Do you want to take a
4  little break?
5        THE WITNESS:  What's that?
6        MR. GERSON:  Well, I have a question
7  pending.
8        MR. MASE:  If he's going to look through
9  that.
10       THE WITNESS:  The only --
11       MR. MASE:  No, I'm just asking if you want
12 to take a break.  If you want to look through
13 it on the video, it's fine, but --
14       MR. GERSON:  We can -- we can go off the
15 record and he can take a look at it, but I have
16 a question pending so I prefer to look at the
17 document now and then answer the question and
18 then if you want to take a break, we can take a
19 break.
20       MR. MASE:  My only point, Mr. Gerson, was
21 it's a long document.
22       MR. GERSON:  I understand.
23       MR. MASE:  However you want to do it, it's
24 up to you.  I was just thinking we might.
25       MR. GERSON:  Let's go ahead and mark this.

Page 61

1        MR. MASE:  What do you want to mark it?
2        MR. GERSON:  We're going to mark that as
3  Plaintiff's 1.
4        THE WITNESS:  Up top?  Where do you want
5  it?
6        MR. GERSON:  Wherever, that's fine.
7        (Plaintiff's Exhibit 1 was marked for
8  identification purposes.)
9    A    What's the question again?  I'm digging up
10 all kinds of stuff in here.  I just want to -- if
11 there's a specific question.
12       MR. MASE:  I think --
13       MR. GERSON:  You want to read the
14 question, please?
15       MR. MASE:  Sure.  It's easier.
16       (The pending question was read by the court
17 reporter.)
18   A    Okay.  Crime prevention.  Unless I read
19 every word here, as far as prevention, prevention is
20 not in the training --
21   Q    (By Mr. Gerson) Okay.
22   A    -- section to make a long story short.
23   Q    Okay.  So --
24   A    These are guidelines on how to -- how to
25 investigate --

Page 62

1    Q    Okay.
2    A    -- what -- what to look for.
3    Q    So --
4         MR. MASE:  Let him finish his answer,
5    please.  You can finish your answer.
6    A    That's my answer.
7    Q    (By Mr. Gerson) Okay.  So taking a look at
8    that, what's been marked as
9    Plaintiff Composite Exhibit 1, you're familiar with
10   that document; correct?
11   A    Yes.
12   Q    Okay.  And what is that document?
13   A    It's a ship security manual.
14   Q    Okay.  And this is the governing
15   document -- a governing document for your ship's
16   safety personnel to use on their -- in their day to
17   day responsibilities or duties and responsibilities
18   on all Carnival ships?
19        MR. MASE:  Objection, form.
20   A    Duties and responsibilities that there's
21   guidelines that here again I'd have to read
22   everything again to see if they're incorporated in
23   this or not.
24   Q    (By Mr. Gerson) Okay.  As you sit here
25   today, you're not aware of anything specifically in

Page 63

1    the ship's security manual that addresses protecting
2    passengers or crew from personal crime such as rape
3    or sexual assaults?
4         MR. MASE:  Objection to form.  He said
5         he'd have to review the manual.  Do you want
6         him to do that?  You want him to read all the
7         words in it?  That's what he testified to.
8         MR. GERSON:  Yes.
9         MR. MASE:  You want him to sit here and
10        read all this?
11        MR. GERSON:  I want Mr. --
12   Q    (By Mr. Gerson) Sir, you're the chief
13   security officer for the cruise line, for Carnival?
14   A    Right.
15   Q    So you have a copy of the manual; right?
16   A    Yeah.
17   Q    You --
18   A    Yes.
19   Q    You're the person who's authorized to make
20   changes to the manual; correct?
21   A    That's correct.
22   Q    Okay.  I've got a -- I've provided --
23   A    I'm one of the people that's authorized.
24   Q    -- a copy of the manual to you.
25   A    Okay.

Page 64

1    Q    Okay.  And I'm just asking whether or not
2    you're aware of anything specifically in the manual
3    that specifically addresses protecting passengers or
4    crew members from personal crimes such as rape or
5    sexual assaults and I believe that your testimony is
6    that you do not see anything in the manual?
7         MR. MASE:  Objection to the form.  In
8         addition, asked and answered.  The witness
9         testified he would have to review the manual
10        word by word in order to --
11        MR. GERSON:  Okay.
12        MR. MASE:  -- determine whether there was
13        anything within it.
14   A    Word by word.  I mean, I'm just reviewing
15   the security patrols right now in Chapter 4.6 and
16   I'll give you an example, aggressive individuals.
17   It tells you what to do with aggressive individuals,
18   how to instruct bar personnel not to serve people.
19   So there's some awareness and guidelines right here.
20   This is off the top of my head --
21   Q    (By Mr. Gerson) Okay.
22   A    -- without reading every word of this.  So
23   here's an example.
24   Q    Go ahead and tell me what the manual says
25   as far as protecting passengers from personal crime

Page 65

1    such as a rape or sexual assault?
2    A    Specific to rape?
3         MR. MASE:  Objection, form.
4    Q    (By Mr. Gerson) Yes.
5    A    Specific to rape or sexual assault I'd
6    have to read every word and I believe it's generic
7    to investigations period.
8    Q    Okay.  So nothing specifically in the
9    manual as far as you sit here right now?
10        MR. MASE:  Objection, form.
11   A    I mean, it all depends.  You want me to
12   twist words.  I'm not going to twist words, but I'm
13   saying when you read a paragraph, if they see
14   something occurring, how they try to prevent an
15   incident from happening -- happening that is in
16   here.  Whether that incident is sexual or rape, it's
17   not specific in the ship security manual from what
18   I'm reading right now.
19   Q    Okay.  So nothing specific?
20        MR. MASE:  Objection, form.
21   A    Without reading every word.  I can
22   interpret it towards that type of crime.  This is a
23   generic combination.
24   Q    (By Mr. Gerson) Okay.
25   A    Compilation.

Page 66

1    Q    Okay.  Let me ask you this, we've already
2    established that you know who Mr. Panariello and
3    Mr. Williams are; correct?
4    A    Yes.
5    Q    They report to you?
6    A    Yes.
7    Q    Okay.  And you are at the -- you are the
8    head of the security -- head of security services
9    for Carnival; correct?
10   A    That's correct.
11   Q    Okay.  I've asked Mr. Williams and
12   Mr. Panariello how many rapes or sexual assaults
13   there have been on Carnival ships in the past three
14   years and neither knew the answer, do you know?
15        MR. MASE:  Objection, form.
16   A    The exact number I do not know.
17   Q    (By Mr. Gerson) Do you know generally how
18   many there have been?
19        MR. MASE:  Objection, form.
20   A    Allegations --
21   Q    (By Mr. Gerson) Yes.
22   A    -- or actual arrests?
23   Q    Well, let's go with allegations.
24   A    In how many years?
25   Q    The last three.

Page 67

1    A    I mean, it would only be a long shot
2    average.
3         MR. MASE:  Objection, speculative.  Object
4    to the form of the question.
5    Q    (By Mr. Gerson) You can answer.
6    A    No, it would be -- I'd be speculating.
7    Q    That's okay.
8         MR. MASE:  No, it's not.
9         MR. GERSON:  Well, you can't instruct him
10   not to answer.
11        MR. MASE:  Mr. Gerson, let me be clear
12   with you, he's not going to speculate.
13        MR. GERSON:  Okay.  Well, if you're
14   instructing the witness not to answer then I
15   think that's an improper instruction which we
16   can take up with the magistrate with to,
17   but I think it's a perfect instruction or a
18   perfect question for me to ask him.
19        If the judge decides he doesn't want to
20   let it in because he thinks it's speculative
21   then that decision will be made at another
22   point in time.  I have a right to know from the
23   witness what his understanding is at least as
24   we sit here today.
25   Q    (By Mr. Gerson) So I would appreciate,

Page 68

1    Mr. Froio, if you would tell me what your
2    understanding is, even if you're not 100 percent
3    certain, what that number of allegations that have
4    been made in the last three years of a rape or
5    sexual assault on a Carnival ship?
6         MR. MASE:  Object to the form of the
7    question.  Speculative.  Lack of predicate.
8    Lack of foundation.
9    Q    (By Mr. Gerson) You can answer.
10        MR. MASE:  Mr. Gerson, please don't
11   interrupt my objections when I'm speaking.  I
12   will shut down the deposition for that.
13   Q    (By Mr. Gerson) You can answer.
14   A    Well, my answer is there can be -- there
15   can be months there's none and then there could
16   be months you could have several.  Not several,
17   enough to raise your brow, okay.  So to tally them
18   up in my mind right now, total, total guess.  It
19   would be a total guess and I really hate to throw a
20   number at you that isn't proper.
21   Q    What is your understanding of how many
22   allegations of rape or sexual assault there have
23   been in the last three years on a Carnival ship?
24        MR. MASE:  Mr. Gerson, he's just told you
25   it would be a total guess.

Page 69

1         MR. GERSON:  I'm asking --
2         MR. MASE:  Mr. Gerson, he just answered
3    your question.  Asked and answered.  He's
4    answered the question.
5    Q    (By Mr. Gerson) Have there been more than
6    ten?
7    A    In three years?
8    Q    Yes.
9    A    Well, yes.
10   Q    Have there been more than 20?
11   A    In three years?
12   Q    Yes.
13   A    Yes.
14   Q    Have there been more than 30?
15   A    Yes.
16   Q    Have there been more than 40?
17   A    In three years?
18   Q    Yes.
19   A    Allegations?
20   Q    Yes.
21   A    Yes.
22   Q    Have there been more than 50?
23   A    I don't know.
24   Q    Have there been more than 40?  More than
25   40?

Page 70

1        MR. MASE:  Just been asked and answered.
2        MR. GERSON:  I went from 30 to 50.  I
3    missed 40.
4        MR. MASE:  You said 40.  Check your
5    record.  Guaranteed I heard it.
6    Q    (By Mr. Gerson) Okay.  You don't know if
7    there are more than 50, but it's your understanding
8    that there are more than 40 allegations?
9        MR. MASE:  Objection, form.
10   A    In three years?
11   Q    (By Mr. Gerson) Yes.
12   A    Again, it's an assumption and I shouldn't
13   be giving an assumption, but for a three year period
14   of allegations it could be that ballpark.
15   Q    Okay.  And are you aware of any months in
16   the last three years or any gaps in -- from month to
17   month that there hasn't been an allegation of a rape
18   or sexual assault on a Carnival ship in the last
19   three years?
20       MR. MASE:  Objection, form.
21   A    Am I aware if there's any --
22   Q    (By Mr. Gerson) Yes.
23   A    -- months --
24   Q    Yes.
25   A    -- that there were no allegations?

Page 71

1    Q    Yes.
2    A    Yes, there were months that there were
3    no allegations.
4    Q    Okay.  What is the definition used by
5    Carnival for a rape, sexual assault or -- let's
6    start with the definition of a rape.
7    A    Penetration no matter how slight to the
8    orifices of a -- of a female or a male.
9    Q    Okay.  So when you say "penetration no
10   matter how slight", it doesn't matter whether or not
11   they're a -- a male sexual organ actually was fully
12   inserted into the sexual organ of a female, is that
13   accurate?
14       MR. MASE:  Objection, form.
15   A    It could be less than that.
16   Q    (By Mr. Gerson) Right.  So there doesn't
17   have to be anything more than slight penetration for
18   there to have been a rape as far as Carnival is
19   concerned; correct?
20       MR. MASE:  Objection, form.
21   A    Slightest penetration is considered rape.
22   Q    (By Mr. Gerson) Okay.  And --
23   A    It doesn't have to be male sex organ.
24   Q    Understood.  Now, sexual assault, how do
25   you define -- how does Carnival define sexual

Page 72

1    assault?
2    A    That's where it gets a little complicated.
3    Sexual assault definitions were changed in 2013.
4    When we report to the FBI we report a sexual assault
5    which is inclusive of rape.
6    Q    Okay.
7    A    In 2013 the government, because each state
8    has different penal law and we -- we base all ours
9    under Title 13 of the federal government except for
10   the State of Florida where you can use local --
11   local crimes.
12       So in 2013 what used to be a sexual
13   assault, say finger insertion or oral sex, that
14   would be a sexual assault, it is now a rape.  It's
15   now considered a rape.  It doesn't matter what
16   gender.
17   Q    So Carnival, according to you, sir, as the
18   chief security officer for Carnival and as the
19   vice-president of security for Carnival, Carnival
20   does not distinguish between a rape or a sexual
21   assault.  It uses the terminology sexual assault
22   when reporting to the United States Coast Guard
23   pursuant to the Crime Vessel Safety and Security
24   Act; is that correct?
25       MR. MASE:  Objection, form.

Page 73

1    A    It's sexual assault/rape with the report
2    attached so they can review it for proper titles.
3    They -- they could come back and say, well, you
4    really don't have a rape there, it isn't titled a
5    rape, but that doesn't happen too often.
6    Q    (By Mr. Gerson) Okay.  Does Carnival have
7    an ob -- is Carnival required, so far as you know,
8    to report allegations of serious crimes pursuant to
9    federal law?
10       MR. MASE:  Objection, form.
11   A    Serious crimes under the Cruise Vessel
12   Safety Security Act.
13   Q    (By Mr. Gerson) Okay.  That's a yes?
14   A    Yes, that's a yes, we report them.
15   Q    And is it my understanding, and correct me
16   if I'm wrong, that Carnival does not make a
17   distinction between a rape or a sexual assault, it
18   uses sexual assault regardless of whether someone
19   has alleged that they've been raped or -- or just
20   have been the victim of a sexual assault?
21       MR. MASE:  Objection, form.
22   A    We used to until 2013 when the definition
23   of rape included everything.  So sexual assault
24   prior to 2013 was rape.  You could call that rape.
25   Q    (By Mr. Gerson) Okay.

Page 74

1     A     All right.  That's back in the days of
2  penis and vagina, et cetera, et cetera.
3     Q     Uh-huh.
4     A     All right?
5     Q     Uh-huh.
6     A     That covers rape, sexual assault.  It's
7  broken out down right to rape.  Federal government
8  likes a sexual assault in the break down because
9  finger insertion, an elbow in a cavity --
10    Q     Uh-huh.
11    A     -- is a rape now, so we'll break it down
12  to rape.  So sexual assault before 2013 was
13  inclusive of rape.  Am I confusing the issue here?
14    Q     I don't think so, but so let me make sure
15  I understand.  The incident involving Lindsey Horne,
16  you're -- you are aware most certainly that we are
17  here because my client was raped by passengers on a
18  Carnival ship, are you not?
19          MR. MASE:  Objection form.
20    A     Allegedly.
21    Q     (By Mr. Gerson) Okay.
22    A     I don't know.
23    Q     Okay.  When you -- so you -- as the --
24  well, we'll talk about that in a second, but it's
25  your -- you're familiar with the case, are you not?

Page 75

1     A     Somewhat.
2     Q     Okay.  You understand that my client has
3  been the victim of a serious crime, do you not?
4          MR. MASE:  Objection to form.
5     A     An allegation was made.
6     Q     (By Mr. Gerson) Okay.
7     A     It's not for me to determine whether it
8  occurred or not.
9     Q     Okay.  And you understand that it was
10  reported, at least by Ms. Horne, that she was raped
11  on a Car -- on the Carnival Sensation, do you not?
12          MR. MASE:  Objection, form.
13    A     She made an allegation on board, yes.
14    Q     (By Mr. Gerson) Okay.  And you reported
15  that pursuant to the requirements under the Crime
16  Vessel Safety and Security Act of 2010?
17    A     When you say me?
18    Q     Well, Carnival.
19    A     Yes.
20    Q     Okay.  And do you know if that was
21  classified as a rape or a sexual assault?
22    A     I couldn't tell you off the top of my
23  head.
24    Q     Well, how should it be classified?
25    A     It happened when?

Page 76

1     Q     In 2014.
2     A     Sexual assault/rape now are the issue.
3     Q     Are you -- is it your testimony that
4  Carnival would have reported this to -- pursuant to
5  its -- the requirements under the Cruise Ship Vessel
6  Safety and Security as -- as rape -- as a reported
7  rape and not a sexual assault?
8          MR. MASE:  Objection, form.
9     A     No, it would be reported as sexual
10  assault/rape.
11    Q     Sexual assault/rape?
12    A     Slash rape, that's how we categorize it.
13    Q     Okay.  Did you -- do you report it to --
14  pursuant to the CVSSA does it get reported
15  specifically as a rape/sexual assault?
16          MR. MASE:  Objection, form.
17    Q     (By Mr. Gerson) Does the -- or do the
18  words rape appear in what you report and what is
19  published on the United States Coast Guard site?
20          MR. MASE:  Objection, form.
21    A     I would only be assuming.  I'd have to
22  look and see what the serious violations report was
23  titled.  I'm assuming it says sexual assault/rape,
24  but I -- if you got a copy of the serious violations
25  report I can tell you better.

Page 77

1     Q     (By Mr. Gerson) Well, who's responsible
2  for complying with the CVSSA of 2010 and reporting
3  requirements as required under federal law?
4          MR. MASE:  Do you mean besides Carnival
5     being responsible?  You want to --
6          MR. GERSON:  I mean who within Carnival.
7          MR. MASE:  Thank you.
8     A     My department.
9     Q     (By Mr. Gerson) Your department?
10    A     Uh-huh.
11    Q     You oversee the process?
12    A     Yeah, I do.
13    Q     Okay.  And do you have a -- do you
14  maintain any documents to identify the number of
15  incidents that are reported to you as having
16  occurred?
17    A     There would be --
18          MR. MASE:  Well, I'm --
19    A     Under the CVSSA?
20    Q     Yes.
21          MR. MASE:  I'm going to object to form
22     anyway.  Objection, form.
23    Q     (By Mr. Gerson) Yes.
24    A     Under the CVSAA you submit a serious
25  violation report and then you have a crime

Page 78

1  allegation log.  So while you're sending it to the
2  flag, to the coast guard, the FBI, you also log it
3  in the crime allegation log, so there is
4  documentation.
5      Q    So do you rely on any internal
6  spreadsheets or reports to document the number of
7  rapes that are reported on Carnival ships?
8           MR. MASE:  Objection, form.
9      A    Do I rely on a spreadsheet?
10     Q    (By Mr. Gerson) Do you use any?
11     A    They're -- they're listed on a form, not a
12  formal form and we have them in a file, you know our
13  notebook.  We have three ring -- three ring binders
14  and they're all in that binder.  So at any time you
15  can grab the serious violation book, crime
16  allegation book or our case log book and review
17  what's going on which we do daily.
18     Q    Okay.  So it's your testimony that you
19  review the reports of rapes and sexual assault on
20  your ships periodically?
21     A    We -- every day we have two meetings in my
22  office first thing in the morning what happened over
23  night and late afternoon so everybody's on the same
24  sheet of music so we understand what incidents are
25  going on and where.

Page 79

1      Q    Okay.  So whose responsibilities is it to
2  review that data on a regular basis?
3           MR. MASE:  Objection, form.
4      A    All responsibility eventually falls on me
5  if that's what you're getting at.
6      Q    (By Mr. Gerson) Uh-huh.
7      A    I have people assigned to certain things.
8  I have multiple duties.  So Robert Williams is my
9  senior investigator -- senior investigations manager
10  who is directly involved on a daily basis.  He would
11  advise me of an incident that's going on.
12     Q    Okay.  Has Carnival done any research in
13  the academic literature to determine relative risk
14  for its passengers?
15          MR. MASE:  Objection, form.
16     A    Relative risk?
17     Q    (By Mr. Gerson) Relative criminal risk,
18  how about that?
19     A    For example, making sure someone doesn't
20  leave their door ajar or something like that, is
21  that what you're getting at or --
22     Q    Well, are there risks to passengers on
23  Carnival ships?
24     A    There's risk to everybody everywhere.
25     Q    Okay.  Has Carnival done anything to

Page 80

1  research in academic literature the relative risks
2  of female passengers on its vessels from rape or
3  sexual assault?
4           MR. MASE:  I object to the form of the
5      question.  This witness is not designated as a
6      corporate representative.  He's here in his
7      individual capacity.  I move for protective
8      order to the extent it seeks an answer on
9      behalf of Carnival.  He can answer in his
10     individual capacity.
11     Q    (By Mr. Gerson) You can answer in your
12  individual capacity.
13     A    And the question is?
14     Q    Sure.  Has Carnival done any research in
15  academic literature to determine the relative risk
16  for -- of rape and sexual assault on female
17  passengers?
18     A    A formal?
19     Q    Any.
20     A    We use common sense every day in our
21  office thinking how these things occur and how to
22  prevent them.
23     Q    Okay.
24     A    Responsible serving of alcohol.  But in
25  reality what goes on behind a closed door, a rapist

Page 81

1  is a rapist.
2      Q    Okay.
3      A    So to prevent an incident behind a closed
4  door, if an individual is behind that door there's
5  no stopping him.
6      Q    Okay.  Are passengers free to be in public
7  areas at all times of the night?
8      A    Yes.
9      Q    Okay.  What areas are open after 2:00
10  o'clock a.m. until daylight?
11     A    What areas are open now?  Well, 2:00
12  o'clock a.m., I'm not sure when the pizzeria closes,
13  if it closes.  It used to be open 24 -- 24 hours, so
14  I would say that would be open after 2:00 o'clock
15  a.m.
16          The disco I think varies and the
17  night club varies in closing times, whether it's
18  2:00 o'clock or 3:00 o'clock or 4:00 o'clock, I
19  can't be quoted on that.  The open decks are open.
20  I can't think of anything else that would be open.
21     Q    Do you think young women accompanied by
22  one or more males need more protection on board
23  during late hours compared to afternoon hours --
24          MR. MASE:  Objection, form.
25     Q    (By Mr. Gerson) -- based on your

Page 82

1  knowledge?
2      A    So when a woman with two males --
3      Q    One or more males.
4      A    One or more males needs more protection?
5      Q    Based on your knowledge, training and
6  experience, do you believe that young women
7  accompanied by one or more males need more
8  protection on board during late night hours compared
9  to afternoon hours?
10     A    More protection, no.
11     Q    And why is that?
12     A    There comes a time where that individual
13 has to use his or her own discretion.  And if
14 something is openly going on that's off color,
15 that's a different story.  To say one or more males
16 with a young female needing more protection, no.
17     Q    So as the chief security officer -- is
18 that the right title?
19     A    No.  That's all right.  I'm company
20 security officer.
21     Q    As the company security officer, I'm
22 sorry.
23     A    Probably got it in there 100 times.
24     Q    As the company security officer for
25 Carnival --

Page 83

1      A    It's not offensive.
2      Q    -- it's your testimony that young women
3  accompanied by one or more males do not need more
4  protection during the late night hours compared to
5  afternoon hours --
6          MR. MASE:  Objection.
7      Q    -- on a ship?
8          MR. MASE:  Objection, form.
9      A    In an open area --
10     Q    (By Mr. Gerson) Yes.
11     A    -- walking around the ship would need more
12 protection?
13     Q    Late night hours as opposed to afternoon
14 hours.
15     A    No.
16     Q    You don't?
17     A    A female with one or two men needs more
18 protection at night?  Her discretion is to be with
19 those two individuals.  If there's anything off
20 color then I -- that would raise my awareness, but
21 on the norm, a female walking down a promenade at
22 4:00 o'clock in the morning with two men is not
23 unusual.
24     Q    Okay.  Let me show -- ask you are you
25 familiar with the Carnival website?

Page 84

1      A    Uh-huh.
2      Q    Yes?  You have to answer out loud.
3      A    Yes.
4      Q    Okay.  And you're familiar with the safety
5  and security statement on Carnival's website?
6      A    I'd have to be familiarized with it.
7      Q    Okay.  Let me show you a copy of it.
8          MR. MASE:  You want to mark that as an
9  exhibit?
10         MR. GERSON:  Sure.
11         MR. MASE:  Mr. Gerson, we've been at this
12 over an hour and a half.
13         MR. GERSON:  Do you want to take a break
14 or --
15         MR. MASE:  I think it might -- why don't
16 you finish up with this and then let's take a
17 five minute break, let me stretch the legs.
18 All right.
19         MR. GERSON:  Sure.  No problem.  Here, let
20 me put this on here.  Here, I'll --
21         (Plaintiff's Exhibit 2 was marked for
22 identification purposes.)
23         THE WITNESS:  Yeah.  Wow, this is small
24 print.  Did you do that on purpose?
25         MR. GERSON:  No, here you go.  Here's

Page 85

1  another copy.  Let me have that one back.
2  Thanks.
3          MR. MASE:  God, that is small.
4          THE WITNESS:  I'll tell you.
5          MR. MASE:  Nick probably did that on
6  purpose.
7          THE WITNESS:  Of course he did.  He saw my
8  date of birth.
9      Q    (By Mr. Gerson) And I'm only going to ask
10 you about the -- well --
11         MR. MASE:  Why don't you let him read it.
12         MR. GERSON:  Sure.
13         MR. MASE:  Then you can torture him.
14         MR. GERSON:  Just thought I'd move things
15 along.
16         THE WITNESS:  Okay.
17     Q    (By Mr. Gerson) Okay.  You read it.  Okay.
18 I'd like to ask you, do you see the paragraph and
19 what I've shown you is a -- well, just for
20 identification purposes, have you ever seen what
21 I've just given you a copy of?
22     A    Have I ever seen it before?
23     Q    Yes.
24     A    Yes.
25     Q    Okay.  And what is the document that I

Page 86

1  gave you?
2       A    It's the safety and security print out
3  that Carnival publishes on the website.
4       Q    Okay.  And go ahead and read into the
5  record what the paragraph under safety and security
6  says under Carnival's website.
7       A    Here?
8       Q    Yes.
9       A    "The safety and security of our guests is
10  our top priority.  Our excellent record of safe
11  operations throughout Carnival's 40 plus year
12  history in the comprehensive safety standards we
13  continue to live up to every day proves that com --
14  proves that commitment."
15       Q    If you can just speak up, I'm sorry.
16  Just -- thank you.
17       A    "Our ships operate in full compliance with
18  and in many cases exceed all US and international
19  safety regulations.  Here are just a few examples of
20  what we do to ensure a safe environment for our
21  guests and crew members --
22       Q    Okay.
23       A    -- while maintaining our" --
24       Q    Okay.  That -- that's all you need to --
25  that's -- that's fine, right there.  I'm going to

Page 87

1  ask you my next question.  I didn't -- okay?
2       A    Yeah.
3       Q    Okay.  So as the chief security officer
4  or, excuse me, company security officer for Carnival
5  and as the vice-president of security operations for
6  security services for Carnival, can you please tell
7  me and the members of the jury how Carnival exceeds
8  all US and international safety regulations for its
9  vessels?
10       MR. MASE:  Objection, form.
11       A    We're compliant with our CVSSA.  We're
12  compliant under all the standards issued by the
13  federal government.  We -- we have been -- we've had
14  our practices reviewed.  The coast guard comes on
15  and it will do a -- a -- an audit.  FBI is on our
16  vessels on occasions.  Law enforcement are on our
17  vessels.  Our communication with law enforcement at
18  Carnival is very good.
19       My whole office is former law
20  enforcement.  We have a good rapport with the
21  investigative teams to assure that they're notified
22  immediately and that we exercise all caution in
23  handling any incident that occurs.  If you want me
24  to get into the safety side, I'm not the qualified
25  guy to start talking about lifeboats and --

Page 88

1       Q    (By Mr. Gerson) Understood.
2       A    -- stuff like that.
3       Q    What about as far as security, tell me
4  what Carnival -- how Carnival exceeds US and
5  international security regulations.
6       A    We are the first and only cruise line in
7  the world that has certified training from the
8  Maritime Administration.
9       Q    Okay.  And --
10       MR. MASE:  Let him finish.
11       MR. GERSON:  Sorry, I didn't realize he
12  wasn't done.
13       A    Which is -- which is above and beyond, it
14  exceeds in expectation.  No other cruise line has
15  been certified yet.  We obtain immediate
16  certification.  We started in-service training for
17  our security teams in the mid 2000s and formalized
18  it into a certification training session in 2007 by
19  Lloyds which we were the first in the industry to do
20  that.
21       I believe we may be, I don't -- don't
22  hold me to this, the only cruise line that sends its
23  shoreside security teams to personally recruit and
24  higher security team members.
25       Q    Is that all?

Page 89

1       A    I can tell you that other cruise lines
2  have modeled their security operations after us.
3       Q    And how do you know that?
4       A    Because they came to our office for our
5  advice.
6       Q    Who's that?
7       A    Royal Caribbean.
8       Q    Who from Royal Caribbean?
9       A    Gary Ballen.
10       Q    When did he come to your office?
11       A    Ten years ago.
12       Q    And so ten years ago he -- he came to your
13  office and what did you tell him that he should do
14  differently?
15       A    He said, hey, guys, I'm starting a
16  security operation, can you give me some guidance?
17  We gave him the guidance how to set up an internal
18  office, discussed our guidelines, how we hired, what
19  we do, how we train.  And he's created a great
20  security team at Royal.
21       Q    Do you agree that CCTV cameras are helpful
22  in deterring criminal behavior?
23       MR. MASE:  Objection, form.
24       A    Helpful in determining?
25       Q    (By Mr. Gerson) Deterring.

Page 90

1      A    Deterring?
2      Q    Yes.
3      A    Not necessarily.
4      Q    Okay.  Do you -- so you disagree?
5           MR. MASE:  Objection to form.
6      A    I don't totally disagree, but I don't
7   agree completely with that the way you're asking me
8   that, the question.
9      Q    (By Mr. Gerson) Okay.  Does Carnival use
10  CCTV cameras?
11     A    Yes.
12     Q    Okay.  Are there CCTV cameras in the
13  casinos?
14     A    Yes.
15     Q    Are there more CCTV cameras in the casinos
16  than there are in the corridor of passenger
17  staterooms?
18          MR. MASE:  Objection, form.
19     A    In the corridors, yes.
20     Q    (By Mr. Gerson) Okay.  You understand that
21  there are no CCTV cameras in the corridors of
22  passenger staterooms; is that correct?
23     A    That's correct.
24     Q    Okay.  And why is that?
25          MR. MASE:  Objection, form.

Page 91

1      A    Why is it that we don't have cameras in
2   the corridors?
3      Q    (By Mr. Gerson) Yeah.  Why is it in the
4   last -- since up until today or at least until the
5   date of this incident, September 3rd, 2014, why has
6   Carnival not required CCTV cameras in the corridors
7   of passenger staterooms?
8           MR. MASE:  Objection, form.
9      A    Very few incidents occur in the corridors.
10     Q    (By Mr. Gerson) Okay.
11     A    That's one reason.
12     Q    When you say very few incidents occur in
13  the corridors, have there ever been incidents of --
14  well, I think you said that you're aware of over 40
15  incidents in -- 40 rapes or sexual assaults on
16  Carnival ships --
17          MR. MASE:  Objection, form.
18     Q    (By Mr. Gerson) -- in the last three
19  years?
20          MR. MASE:  Objection, form.
21     A    That number was an assumption and they
22  were allegations.
23     Q    (By Mr. Gerson) Okay.  So --
24     A    Yes, I am aware.
25     Q    Okay.  So as you sit here today you don't

Page 92

1   really know what the number of the rapes or sexual
2   assaults that have occurred on Carnival ships?
3           MR. MASE:  Objection, form.
4      A    Exactly, no.
5      Q    (By Mr. Gerson) Okay.  And if you don't
6   know who is responsible for knowing?
7           MR. MASE:  Objection, form.
8      A    Well, any of us can go to the office and
9   count the numbers --
10     Q    (By Mr. Gerson) Okay.
11     A    -- and give me the exact figure.  So to me
12  one is one, 40 is 40, 50 is 50.  I mean, we're here
13  to discuss this case and that's what I'm here to
14  answer, so I --
15     Q    Okay.  Well --
16     A    I don't want to give you any false
17  numbers.
18     Q    I appreciate that.  So you don't agree
19  that CCTV cameras are helpful in deterring criminal
20  behavior?
21          MR. MASE:  Objection, asked and answered.
22  Repetitive.
23     A    I don't believe totally that a camera can
24  prevent or deter a crime from occurring.
25     Q    (By Mr. Gerson) Do you -- do you --

Page 93

1      A    Watch the news.
2      Q    Understood.  Do you agree that it can
3   help?
4           MR. MASE:  Objection, form.
5      A    Can it help?
6      Q    (By Mr. Gerson) Yes.
7      A    If the perpetrator knows there's a camera
8   there he would have to know it was there to make him
9   back off.
10     Q    Okay.
11     A    That would help.
12     Q    Is there anything preventing you, as the
13  company security officer for Carnival, from
14  requesting that security cameras are placed in
15  passenger corridor areas with a sign that says this
16  area is being monitored by our surveillance
17  department?
18          MR. MASE:  Objection, form.
19     A    Have to be a big sign for a bad guy to
20  see.  I mean, if it's a little sign the sign is
21  useless.
22     Q    (By Mr. Gerson) Okay.
23     A    Or you have to have a dome big enough
24  where the bad guy's going to see the dome.  A bad
25  guy is a bad guy.  Can a camera stop it?  Maybe.

Page 94

1    Q    Okay.  You agree cameras are widely used
2 in land based environments?
3         MR. MASE:  Objection, form.
4    A    As of late, yes.
5    Q    (By Mr. Gerson) Okay.  When you say "As of
6 late", what do you mean?
7    A    New technology.
8    Q    Okay.  I think you told me earlier that
9 Carnival utilizes state of the art technology; is
10 that correct?
11        MR. MASE:  Objection, form.
12   A    Some --
13   Q    (By Mr. Gerson) Okay.
14   A    -- technology.
15   Q    (By Mr. Gerson) Okay.  Why is it that
16 Carnival uses CCTV cameras in its casinos, but it
17 doesn't use CCTV cameras in passenger corridors?
18   A    There's more crime in the casinos then
19 there is in the corridor.
20   Q    How much more crime is there in a casino?
21   A    It would be theft.
22   Q    How many rapes have there been in a
23 casino?
24        MR. MASE:  Objection, form.
25   A    In the casino?

Page 95

1    Q    (By Mr. Gerson) How many rapes in the last
2 three years have there been in a Carnival casino?
3         MR. MASE:  Objection, form.
4    A    None that I can even think of.
5    Q    (By Mr. Gerson) How many sexual assaults
6 have there been in a Carnival casino in the last
7 three years?
8    A    There could have been some.  If you define
9 sexual assault touching --
10   Q    Right.
11   A    -- as opposed to insertion --
12   Q    Okay.
13   A    -- there could have been.
14   Q    Understood.  Those sexual touchings that
15 you just were -- alluded to, Carnival doesn't report
16 those to the FBI, does it?
17   A    A grope?
18   Q    Yes.
19   A    No.
20   Q    Okay.  And Carnival doesn't report them
21 because Carnival's not required to?
22   A    Under a serious violation, but it would be
23 logged in the crime allegation log.
24   Q    Okay.  So a grope is just an unwanted
25 sexual touching; is that correct?

Page 96

1    A    For example, touch on the butt.
2    Q    Okay.  And isn't it true that the
3 requirements by Carnival to report serious crimes,
4 rape -- well, why don't you tell me what -- what
5 they are.
6         MR. MASE:  I'm sorry, what's the question?
7    Q    (By Mr. Gerson) Strike that.  What is
8 Carnival required to do by -- pursu -- or what is
9 Carnival required to report under the CVSSA?
10   A    Rape.
11   Q    Yes.
12   A    Serious physical assault.
13   Q    Yes.
14   A    Kidnapping, homicide.
15   Q    Uh-huh.
16   A    Theft of $10,000 dollars or more.
17   Q    Uh-huh.
18   A    That's the big five.
19   Q    Okay.  And what is your understanding --
20   A    Well, let me just clarify that that if
21 there's touching of a minor under 16 years old, even
22 though it's a touch on the butt or -- that's
23 reportable.
24   Q    Okay.  So that's only -- and that's all
25 that Carnival reports, correct, to the coast guard?

Page 97

1    A    Through the serious violation reporting of
2 the coast guard, FBI and flag.
3    Q    Okay.  So that's what Carnival -- Carnival
4 reports those types of crimes and that's what is
5 required by Carnival to do under the CVSSA; correct?
6    A    Under the CVSSA.
7    Q    Okay.
8    A    We do report other crimes, but those
9 crimes go to the FBI, coast guard --
10   Q    Right.
11   A    -- and flag.
12   Q    And only those select crimes are
13 publicized on the United States Coast Guard website;
14 correct?
15   A    Right.
16   Q    Okay.  Now, the other crimes, the other
17 sexual groping, physical assaults, fights, things of
18 that nature, Carnival does not disclose that --
19 those incidents to the FBI because Carnival is not
20 required to; correct?
21        MR. MASE:  Objection to form.
22   A    It depends on the threshold of the
23 assault.
24   Q    (By Mr. Gerson) Okay.  So isn't it true
25 that there have been reported thefts in staterooms

Page 98

1   of passengers on Carnival ships in the last three
2   years?
3          MR. MASE:  Objection, form.
4      A   Allegations.
5      Q   (By Mr. Gerson) Allegations.  And how many
6   allegations are you aware of that have occurred as
7   far as thefts in passenger staterooms in the last
8   three years?
9      A   I have no idea.
10     Q   A lot?
11     A   What's a lot?
12     Q   More than 20?
13     A   In three years?
14     Q   Yes.
15     A   I'd say so.
16     Q   More than 50?
17     A   That would be an assumption.  In three
18  years?
19     Q   Yes.
20     A   That's an assumption.
21     Q   Okay.
22     A   I would agree that -- but it's an
23  assumption.
24     Q   Okay.  You don't know any number exactly,
25  but --

Page 99

1      A   No, I do not.
2      Q   Okay.  And what has Carnival done in the
3   last three years to improve its security needs of
4   ships like the Sensation?
5          MR. MASE:  Objection, form.
6      A   What have we done to improve?
7      Q   (By Mr. Gerson) Uh-huh.
8      A   There's really no improvements.  We're
9   reasonably safe.
10     Q   Okay.  And what is the basis for the
11  statement that Carnival ships are reasonably safe?
12     A   Low crime.
13     Q   Low crime?
14     A   Yes.
15     Q   If CCTV cameras are -- if what you're
16  telling me is CCTV cameras are not effective in
17  deterring criminal behavior -- I think that's what
18  you said; right?
19         MR. MASE:  Objection, form.
20         Mischaracterizes his testimony.
21     Q   (By Mr. Gerson) Okay.  I asked you some
22  questions before about the --
23     A   It's debatable.
24     Q   Okay.  It's debatable?
25     A   It's debatable.

Page 100

1      Q   Okay.  So your testimony is as the company
2   security officer for Carnival it's debatable whether
3   or not CCTV cameras are effective in deterring
4   crime; right?
5          MR. MASE:  Objection, form.
6      A   It's debatable, correct.
7      Q   (By Mr. Gerson) Okay.  So why does
8   Carnival use them in their casinos?
9      A   A lot of times it's to monitor the dealers
10  so there's no collusion of theft between the dealer
11  and a guest which was a big deal in a casino many
12  years ago.
13     Q   So there's a procedure in place for
14  Carnival to go back and review a CCTV camera in a
15  casino and take a look at whether or not a dealer's
16  taking money --
17     A   Right.
18     Q   -- from Carnival?
19     A   Yes.  Yes.
20     Q   And that's useful in determining whether
21  or not an incident such as a theft in a casino has
22  occurred?
23     A   Sure.
24     Q   Okay.  Is there any reason why that same
25  principal has not been applied to the passenger

Page 101

1   stateroom corridors?
2      A   Well, like I said earlier, very few
3   incidents have happened in corridors.  If you're
4   looking for camera coverage to be used as evidence
5   in a prosecution, could it be beneficial, sure.
6          But a good investigation when you
7   interrogate a lot, you collect evidence, you
8   investigate, you would have all the pieces of the
9   puzzle except for the new idea of cameras.
10     Q   Okay.  Isn't just one rape on a Carnival
11  ship more than -- or too many?
12         MR. MASE:  Objection, form.
13     Q   (By Mr. Gerson) You --
14     A   I don't want any crime on any of our
15  vessels.
16     Q   Okay.
17     A   None.
18     Q   So --
19     A   And again, allegation.  I don't know -- I
20  don't --
21     Q   But it's your --
22     A   I don't know if a rape occurred.
23     Q   Okay.  So is it your testimony that --
24  well, strike that.  So you don't know if whether or
25  not my client was raped, that's what you're telling

Page 102

1  me?

2          MR. MASE:  Asked and answered.

3      Repetitive.

4      A    Yeah, I have no idea.

5      Q    (By Mr. Gerson) Okay.  Did you do anything

6  to investigate what happened to Ms. Horne?

7          MR. MASE:  You mean him personally?

8      Q    (By Mr. Gerson) Yes, you.

9      A    No, I did not.

10     Q    You didn't?

11     A    No, I did not.

12     Q    Okay.  If there are 900 crewmen on the

13  Sensation in September 3rd, 2014 did you have

14  sufficient personnel to monitor all CCTV cameras on

15  board?

16         MR. MASE:  Objection, form.

17     A    Me as security?

18         MR. MASE:  Are you referring to live

19     monitoring so that it's monitored at the time?

20         MR. GERSON:  Yes.

21         MR. MASE:  Okay.  I object to the form of

22     the question.  I further move for protective

23     order.  There is case law in the Southern

24     District that says he has no obligation to

25     monitor CCTV.  Go ahead.

Page 103

1      A    The question -- you're asking me the

2  question do we have people monitoring cameras?

3      Q    (By Mr. Gerson) Yes.

4      A    No, we do not.  Live monitoring 24/7, I

5  mean, a security guard could be in his office

6  looking at cameras in between doing a report.

7  There's no one assigned to live monitor cameras.

8      Q    Do you know what the passenger capacity is

9  for the Sensation?

10     A    I believe it's 2600 and change.  2650

11  maybe.

12     Q    And do you know how many police officers

13  would be patrolling an average American city with a

14  similar number of residents?

15         MR. MASE:  Objection, form.  Predicate.

16     A    A town of 2600, how many police -- I have

17  no idea.

18     Q    (By Mr. Gerson) Do you agree that female

19  passengers should be safe from sexual assaults on

20  Carnival Ships?

21         MR. MASE:  Object to form.

22     A    Every passenger on our ships should be

23  safe.

24     Q    (By Mr. Gerson) Okay.

25     A    Not specifically female.  There are

Page 104

1  incidents where there's male allegations so --

2      Q    Is it unreasonable for Carnival to have a

3  security officer stationed in the passenger

4  corridors during the hours of 12:00 o'clock a.m. to

5  6:00 o'clock a.m.?

6          MR. MASE:  Objection to the form of the

7      question.

8      A    It's not logical.

9      Q    (By Mr. Gerson) Why not?

10     A    Have you ever been on a deck of a cruise

11  ship?  So you're saying put a security guy at the

12  end of the hallway, is that your question?

13     Q    Not necessarily at the end of the hallway.

14     A    The length?  Patrolling, going back and

15  forth, is that what you're saying?

16     Q    I'm asking you would it be unreasonable

17  for Carnival to deploy a security officer in a -- or

18  have him assigned to the deck area where the

19  passenger staterooms are located?

20         MR. MASE:  Object to the form of the

21     question.

22     A    We do roaming patrols, that's sufficient.

23     Q    (By Mr. Gerson) Okay.  Do you know how

24  long it takes one security officer to patrol the

25  Sensation?

Page 105

1      A    One?

2      Q    Yes.

3      A    One officer to patrol the whole vessel?

4      Q    Yes.

5      A    One would take a couple of hours.

6      Q    Do you know how many security officers

7  were on duty on the Sensation between 12:00 o'clock

8  a.m. and 6:00 o'clock a.m. on September 3rd, 2014?

9      A    No, I do not.

10     Q    Is there any particular reason why you

11  don't know?

12         MR. MASE:  Objection, form.  Harassing.

13     A    Here again, the patrol techniques are done

14  by chief security officers and staff captain.  That

15  night he could have had 11 out or he could have had

16  three out and I wouldn't know unless I researched

17  it.  I couldn't tell you how many security are on

18  board midnight to 8:00 o'clock on another vessel as

19  we speak --

20     Q    (By Mr. Gerson) Do you --

21     A    -- unless I asked.

22     Q    Okay.

23     A    You have to delegate this authority to a

24  competent person like the staff captain and chief.

25     Q    Okay.  So you basically delegate the

Page 106

1   authority to make the staffing levels and -- and
2   patrolling assignments to the staff captain and the
3   chief security officer for each particular vessel?
4       A   Yes.
5       Q   Okay.  And you rely on them to make those
6   decisions based on whatever they feel is necessary?
7       A   Yes.
8       Q   Okay.  Are they -- is the chief security
9   officers' and the staff captain and your security
10  officers' recommendations as far as security needs
11  for its vessels, is that important information for
12  you?
13          MR. MASE:  Objection, form.
14      A   Their opinions are important, yes.
15      Q   (By Mr. Gerson) Okay.  Do you take their
16  requests for the security needs of Carnival ships
17  seriously?
18      A   Of course.
19      Q   Okay.  And that's because you rely on the
20  security officers to -- or strike that.  Why is that
21  important?
22          MR. MASE:  Objection to form.
23      A   Why is it important for me to rely on
24  them?
25      Q   (By Mr. Gerson) Why is it important for

Page 107

1   you to listen to what the ship's safety officers and
2   security personnel have to say about how to improve
3   security on Carnival ships?
4       A   They're boots on the ground.
5       Q   Okay.  And any other reasons?
6       A   Why I would rely on or --
7       Q   Uh-huh.
8       A   -- value their opinion?  That's it.
9       Q   Okay.  Same thing for the director of
10  security, Mr. Panariello, you rely on suggestions
11  that he may have as far as how to improve security
12  on Carnival ships?
13      A   Sure.  Yes.
14      Q   You value his opinion?
15      A   Most of the time.
16      Q   Okay.  Do you know what the passenger to
17  security officer ratio is for the Sensation?
18      A   The actual ratio?  Passenger and security,
19  not crew?
20      Q   Correct.
21      A   You just have to divide the numbers and we
22  have 14 security personnel on the vessel.  You count
23  the staff captain as 15.  You have to do the math.
24      Q   Okay.  But the security officers that are
25  employed, they don't work at the same time; right?

Page 108

1       A   No.
2       Q   Okay.  And if I were to tell you that
3   there were only two to three security officers
4   patrolling between the hours of 12:00 o'clock a.m.
5   to 6:00 o'clock a.m. that wouldn't surprise you,
6   would it?
7       A   No.
8       Q   That seems about accurate?
9       A   Based on that vessel and the opinion of
10  the staff captain seems accurate.
11      Q   Okay.  Can Carnival be doing anything more
12  to make its ships safer?
13          MR. MASE:  Objection, form.
14      A   Can carnival be doing any more to make its
15  ships safer?  In the world of terrorism now or are
16  you talking about crime?
17      Q   (By Mr. Gerson) Talking about crime.
18      A   We have reasonable security as we speak,
19  very few incidents.
20      Q   Okay.  And tell me why, what you -- tell
21  me what the basis for -- other than your
22  understanding that there have been very few
23  incidents what is the basis for the statement that
24  security is reasonable?
25      A   A few incidents, very few complaints from

Page 109

1   anyone we need more security.
2       Q   Okay.  What about those congressional
3   hearings in 2009/2010, what was the context of those
4   hearings?
5           MR. MASE:  Objection, form.
6       Q   (By Mr. Gerson) Do you remember?
7           MR. MASE:  Objection, lack of predicate,
8   qualification, form.
9       A   I wasn't there.
10      Q   (By Mr. Gerson) Well --
11      A   I can only tell you what I -- what I
12  heard --
13      Q   Okay.  Well, what did you hear?
14          MR. MASE:  Objection, form.
15      A   -- in certain meetings.  To improve the
16  vessels.
17      Q   (By Mr. Gerson) Okay.  And what kind of --
18      A   I believe overboards was one of the
19  biggest issues that they had.
20      Q   Okay.  And didn't you -- you alluded to
21  the fact that you know of people from Carnival
22  attended those congressional hearings; right?
23      A   Yes.
24      Q   And one of the problems or one of the
25  issues that was discussed at those congressional

Page 110

1   hearings was that the fact that there were serious
2   criminal incidents, rapes and sexual assaults that
3   were occurring, not just on Carnival ships, but in
4   the cruise line industry in general; correct?
5            MR. MASE:  Objection, form.
6        A   Those statements were made, yes.
7        Q   (By Mr. Gerson) Okay.  And so your
8   testimony that there haven't been any complaints,
9   there have been complaints about the level of
10  security offered on cruise ships, including Carnival
11  ships, going back to 2009?
12           MR. MASE:  Objection, form.
13       A   It's based on their perception in their
14  groups.  There's victims' groups that are upset.
15  You'd be upset if an incident happened to you.
16       Q   (By Mr. Gerson) Okay.
17       A   So they get very vocal under certain
18  circumstances.
19       Q   Okay.
20       A   Whether it's proven or disproven they can
21  be heard and they were heard, that's why those
22  statements were made.
23       Q   Okay.  Well, there's federal law that was
24  passed, was there not?
25           MR. MASE:  Objection to form.

Page 111

1        A   Yeah.
2        Q   (By Mr. Gerson) Okay.  So and Carnival
3   doesn't exceed what the Cruise Ship Vessel Safety
4   and Security Act requires, does it?
5        A   Let way back now.  In 1999 before
6   anybody heard of the CVSSA the cruise lines got
7   together with the FBI and signed the memorandum of
8   agreement.  Then in 2006 or 2007 they renewed this
9   agreement, so there were things going on well before
10  the Cruise Vessel Safety and Security Act.  They
11  were willing to report and to do anything that is
12  necessary to keep our guests and crew safe and
13  secure.
14           So the congressional hearings were
15  all after the fact.  Things were in motion prior to
16  that.  When law was made, law was made and we follow
17  the law.
18       Q   Now, you're familiar with the fact that
19  Carnival offers unlimited drink packages for its
20  ships?
21       A   Yes.
22       Q   And you're also aware of the fact that the
23  Sensation and my client, Ms. Horne, was -- purchased
24  this package?
25       A   If you're telling me that's it, then

Page 112

1   that's it.  I just don't recall hearing that.  I may
2   have read it a year and a half ago, but you just
3   brought it to my attention.
4        Q   Why does Carnival sell drink packages to
5   customers allowing no charge consumption up to 12
6   drinks per day?
7            MR. MASE:  Objection, form.
8        A   Why do they do it?  I couldn't answer that
9   question.
10       Q   (By Mr. Gerson) In your official capacity
11  as the company security officer and as the
12  vice-president of security services have you ever
13  evaluated the effect of drink packages on the need
14  for security?
15       A   Yes, I have.
16       Q   And tell me what your findings have been.
17       A   Very few incidents.
18       Q   Very few incidents?
19       A   That's correct.
20       Q   Okay.  What is your -- when you say "very
21  few incidents", what type of incidents have you
22  identified?
23       A   It's very difficult to totally identify it
24  to the package program itself because you could have
25  the package, you could be in Cozumel that day and

Page 113

1   drink a ton, come on board be served, hold it --
2   hold it well.  It -- it would reflect that they had
3   the package, however, if there was a fight let's
4   say, doesn't necessarily relate it to that drink
5   package.  It could be what they drank shoreside or
6   what they could have had in their cabin.
7            So what I do, if there's an incident,
8   I have security go to the cabin to see if they were
9   drinking in their cabin.  Then I have them review
10  gangway tapes to see how they walked on the vessel,
11  to see if that added to the problem.  Specific to
12  the drink package very few incidents that I can say
13  is directly related to it.
14       Q   Okay.  So let's take this instance
15  involving Lindsey Horne.  Do you agree that any
16  alcohol in this case that may have been consumed by
17  Ms. Horne or anyone else that was involved in the
18  incident had no effect on what happened?
19           MR. MASE:  Objection to form.  Lack of
20  predicate and qualification.  You can answer.
21       A   Is the question did alcohol have something
22  to do with what occurred?
23       Q   (By Mr. Gerson) Yes.
24       A   I think earlier in my testimony, a rapist
25  is a rapist if this allegation is true --

Page 114

1    Q   Uh-huh.
2    A   -- whether there's alcohol involved or
3  not.  If it did happen, alcohol wouldn't be related
4  to it.
5    Q   So you think alcohol in general is -- has
6  no bearing on the preventability of a -- of a rape
7  such as the alleged rape of Ms. Horne?
8        MR. MASE:  Objection, form.
9    A   If you're talking about the culpable
10 mental state of a human that's intoxicated, is that
11 your question, does it have anything to do --
12       MR. MASE:  Objection, form.
13   A   I can't directly relate alcohol to this
14 allegation.
15   Q   (By Mr. Gerson) Okay.  So --
16   A   Of course if you're not sober, you as an
17 individual may be thinking a little differently, but
18 to commit a crime, very hard to answer.
19   Q   Is crime preventable?
20       MR. MASE:  Objection, form.
21   A   Is crime preventable?  Depends what kind
22 of crime you're talking about.
23   Q   (By Mr. Gerson) Okay.  What kind of crimes
24 are preventable?
25   A   That's what I'm trying to think of, so I

Page 115

1  was looking for an example from you.
2    Q   No, I'm not going to give you one.  I'm
3  asking you what kind of crimes are preventable?
4        MR. MASE:  Objection to form.
5    A   I'm thinking.
6    Q   (By Mr. Gerson) Okay.
7    A   I'd love to answer your question.
8    Q   Okay.
9    A   Just thinking what's a preventable crime.
10 Sure.
11   Q   Okay.  What goes into crime prevention?
12 How is crime prevented?
13   A   You put up a fence around your house to
14 prevent trespassing.  Can someone trespass?  You're
15 doing your best you can to prevent it.
16   Q   Okay.
17   A   Lights.
18   Q   What else?
19   A   To prevent a crime.  Awareness, victim
20 awareness.
21   Q   Okay.
22   A   Security awareness.  Visibility of
23 security.
24   Q   Why is visibility of security important?
25   A   A uniform deters quite often.

Page 116

1    Q   And tell me why that's important.
2    A   Why a uniform president -- presence is
3  important?
4    Q   Yes.
5    A   People relate to a uniform before they
6  would a camera.  They would physically see you
7  standing there separate and apart of the rest of the
8  crowd and then they know -- say they're going to
9  steal a watch in a gift shop, someone's in uniform
10 standing there, could they steal it?  Maybe.  Would
11 they?  More than likely not.
12   Q   So you, based on your knowledge, training
13 and experience as a member of law enforcement, you
14 would agree that security presence and other
15 security features such as fences or cameras or
16 signage has an effect on deterring potential
17 criminals from committing criminal acts?
18       MR. MASE:  Objection, form.
19   A   Nothing's 100 percent.  It's possible.
20   Q   (By Mr. Gerson) Okay.  You agree that in
21 some instances it works?
22   A   In some instances it works.
23   Q   Okay.  Can you tell me what security
24 deterrent measures were in place to prevent
25 Lindsey Horne from being raped in this case?

Page 117

1    A   Roving patrols.
2    Q   And do you know how often or do you know
3  how many -- how often the roving patrols patrol the
4  passenger corridors of the Sensation?
5    A   I do not.
6    Q   Okay.  Have you ever done anything to find
7  out?
8    A   No.
9    Q   Have you ever done anything to find out
10 what the actual security presence is for your
11 security personnel in providing deterrents on any
12 Carnival ships?
13   A   Yes.
14   Q   Okay.
15   A   Usually it's gangway duties.
16   Q   Gangway duties?
17   A   That's usually what I would monitor for
18 security presence.
19   Q   Okay.  People coming in and off of the
20 ship?
21   A   Uh-huh.
22   Q   You have a manned security guard there?
23   A   Uh-huh.
24   Q   Yes?  You have to answer out loud.
25   A   Yes.

Page 118

```
1    Q    Okay, sorry.
2    A    We may need to take a break.
3    Q    Sure.
4    A    I need water and the men's room.
5    Q    No problem.  No problem.  We can take a
6    break.
7         MR. GERSON:  Go off the record.
8         THE WITNESS:  If I'm talking low that
9    means my voice is going.
10        MR. GERSON:  We'll go off the record.
11        MR. MASE:  Good.  We needed a break.
12   Good.
13        THE WITNESS:  All right.
14        (There was a brief recess.)
15        Q    (By Mr. Gerson) Okay.  Mr. Froio, we are
16   back on the record after a ten minute break at your
17   request and we were talking a little bit about crime
18   prevention and whether or not crime can be
19   prevented.  And I believe it was your testimony that
20   in some -- some kinds maybe, some crimes?
21        MR. MASE:  Objection, form.  I think his
22   answer is a little more involved than that.
23        A    Nothing's 100 percent.
24        Q    (By Mr. Gerson) Well, nothing's 100
25   percent.
```

Page 119

```
1    A    It's a little more than sometimes.
2    Q    And you agree that security presence is an
3    important factor in crime prevention; correct?
4    A    It could be.
5    Q    And you gave the example that you have
6    manned security personnel located at the gangways
7    prior to embarkation and disembarkation for most of
8    Carnival ships; correct?
9    A    For all Carnival ships.
10   Q    For all Carnival ships?
11   A    Yes.
12   Q    And that is to provide a deterrent effect,
13   is it not, in part?
14   A    And it's a screening process with X-ray --
15   Q    Okay.
16   A    -- and metal detecters --
17   Q    Right.
18   A    -- and visual.
19   Q    Understood.  So but one of the functions
20   is to act as a deterrent for people coming in and
21   off the ship?
22   A    Yes.
23   Q    Okay.  Now, your -- you testified before
24   that there are no -- there are no manned security
25   officers posted in the corridor passageways for the
```

Page 120

```
1    staterooms on Carnival vessels, do you remember
2    that?
3    A    Yes.
4         MR. MASE:  Objection, form.
5    Q    (By Mr. Gerson) Okay.  And it's your
6    testimony that it would be unreasonable to do that?
7         MR. MASE:  Objection, form.
8    A    It's not sensible to do it based on the
9    activity that goes on in the corridors.
10   Q    (By Mr. Gerson) Okay.  How do your
11   security officers specifically -- or strike that.
12   Haven't members of your security team like
13   Mr. Panariello and Mr. Williams told you that
14   they've been requesting more security officers and
15   specifically that the security personnel are posted
16   in the passenger corridor areas?
17        MR. MASE:  Objection, form.
18   A    They told -- they have advised me that
19   they want security in corridor areas?
20   Q    (By Mr. Gerson) Yes.
21   A    They never advised me of that.
22   Q    Okay.
23   A    That they would want security on each?
24   Q    Have they --
25   A    No.
```

Page 121

```
1    Q    Haven't they told you that they needed
2    more security coverage on their ships?
3    A    Need --
4         MR. MASE:  Objection, form.
5    Q    (By Mr. Gerson) Yes.
6    A    -- or requested?
7    Q    Haven't they requested more security
8    officers?
9         MR. MASE:  Objection, form.
10   A    They never said they needed.  They had
11   requested.
12   Q    (By Mr. Gerson) Okay.
13   A    They -- I don't recall Bob Williams ever
14   requesting that to me.
15   Q    Okay.  Why haven't you agreed to provide
16   more security officers on Carnival ships?
17        MR. MASE:  Objection, form.
18   A    We don't need it.
19   Q    (By Mr. Gerson) Okay.  But aren't your
20   security personnel, people like the director of
21   security like Mr. Williams, excuse me,
22   Mr. Panariello, telling you that they need it?
23        MR. MASE:  Objection, form.
24   A    No.
25   Q    (By Mr. Gerson) Okay.  So you deny the
```

Page 122

1   fact that Mr. Panariello has requested Carnival
2   specifically from you and that the security
3   personnel for -- at the annual meetings are
4   requesting more coverage?
5        A    You -- you just changed needing to
6   requesting.  Yes, they have requested, I'm not
7   denying that.
8        Q    Okay.  Why do you --
9        A    They never said they needed.
10       Q    Okay.  Why do you think they requested it?
11            MR. MASE:  Objection, form.  Speculative.
12       Q    (By Mr. Gerson) What is your understanding
13   of why they requested it?
14       A    They request a lot of things.
15       Q    Okay.  What is your understanding of the
16   basis for the request for more security officers on
17   all of Carnival ships fleet wide?
18            MR. MASE:  Objection to form.
19       A    Why would they request more security?
20       Q    (By Mr. Gerson) What is your understanding
21   as the chief security officer for Carnival the basis
22   for the request by the director of security that
23   there is more security officers provided on all, if
24   not most of the Carnival ships that are in service
25   to date?

Page 123

1            MR. MASE:  Objection, form.
2        A    They request a lot of things.  And whether
3   you put it on paper or you submit it to your budget
4   people for whatever, I'll request it.  Not that I
5   need it, but I'll request anything.  I'll request
6   more money.  I'll request more expensive shoes, more
7   prettier uniforms.  I request all kinds of things.
8        Q    (By Mr. Gerson) Uh-huh.
9        A    Is it necessary?  No.
10       Q    Okay.  What is your understanding of the
11   basis as to why the requests are being made for more
12   security officers on vessels like the Sensation?
13            MR. MASE:  Objection, form.
14       A    Specific to the Sensation there was a
15   request to specifically put more security on the
16   Sensation?
17       Q    (By Mr. Gerson) On all of the Carnival
18   ships.
19       A    Oh, you said the Sensation.
20       Q    Including the Sensation.
21       A    They request a lot of things.
22       Q    But what is your understanding why they're
23   requesting it?
24            MR. MASE:  Objection, form.  Asked and
25   answered.

Page 124

1        A    They want more people.
2        Q    (By Mr. Gerson) Why do you think they want
3   more people?
4        A    Make their life easier.
5        Q    Why would it make their life easier?
6        A    They have to work less.
7        Q    And why would they need to work less?
8            MR. MASE:  Objection, form.
9        A    Why would they have to?  If you're working
10   an 8:00 o'clock to 4:00 o'clock shift, you have more
11   people maybe you can work an 8:00 o'clock to 3:00
12   o'clock shift, get an hour -- extra hour off a day.
13   Why, I --
14       Q    (By Mr. Gerson) So --
15       A    They ask for a lot of things.
16       Q    Okay.  So as you sit here today --
17            MR. MASE:  Let him finish his answers.
18       A    They ask for a lot of things, Counselor.
19       Q    (By Mr. Gerson) Uh-huh.
20       A    And logically speaking, based on our
21   crimes of allegations out there it's not needed and
22   when that goes to budget they realize that too.  If
23   you're not having more incidents this year than last
24   year, the year before, why do you change anything?
25   Can you -- can you work with what you have?  Yes.

Page 125

1        Q    Okay.  So it's your testimony that you've
2   taken the requests that have been made by
3   Mr. Panariello and by Mr. Williams to increase the
4   security preference on Carnival ships and you've
5   passed that information along to the budget
6   department and the -- and you've been told it's not
7   in the budget?
8            MR. MASE:  Objection, form.
9        A    I don't recall Williams ever requesting
10   anything when it comes to more security.  If he said
11   he did then I just don't recall that.  I know that
12   Panariello would like to see more.  It's not
13   necessary.
14            Me submitting it through the budget
15   people -- do you run a budget here in your office?
16   You try to slide a couple of things in there to get
17   some extra stuff just to have it and it's not
18   necessary so it gets deleted from the budget.  It's
19   not necessary.
20            What is necessary and what has been
21   proven positive are requests during peak seasons,
22   spring breaks, the holiday seasons, the shorter
23   cruises demographically speaking, a three or four
24   day cruise out of California, they get more
25   security.  That has not been rejected.

Page 126

1          The Sensation, one of the quiet
2  vessels, not needed.  And several other ones not
3  needed.  The security is very reasonable.
4      Q     (By Mr. Gerson) So you're telling me that
5  you've requested from corporate to increase the
6  number of security officers on vessels like the
7  Sensation and you -- or you have not?
8          MR. MASE:  Asked and answered.
9      A    I have in the past --
10     Q     (By Mr. Gerson) Uh-huh.
11     A    -- put in for extra security for a high
12  profile vessel like I just explained to you, the
13  three and four dayers.  That request has been
14  accepted.  They needed them, they got it.  Most of
15  the fleet doesn't need more security.
16     Q    What vessels have you requested more
17  security and you've gotten it?
18         MR. MASE:  Besides what he just named a
19    few minutes ago?
20     Q     (By Mr. Gerson) Go ahead.
21     A    Imagination, Inspiration out of
22  California.  I believe, only guessing now, Ectasy
23  out of Miami.  Short -- the short cruises where
24  things get a little -- they turn more into a party
25  atmosphere than a less than sedate atmosphere.

Page 127

1      Q    And how many more security officers did
2  you request?
3      A    Two.
4      Q    Okay.  So what would -- why is it so
5  unreasonable that if your security personnel, excuse
6  me, if the director of security is telling you as a
7  vice-president of security that he needs more
8  coverage for all of the Carnival ships, and this is
9  what he's being told at the annual security
10  meetings, why would it be unreasonable for Carnival
11  to go ahead and provide more security guards for all
12  of its ships?
13         MR. MASE:  Asked and answered.  Objection,
14    form.
15     A    All the ships don't need it, Counselor.
16  The short cruises need it, they got it.  Mike has a
17  police mentality as I do, you always want more.
18  More is always better; right?  Is it needed?  No.
19  We have a reasonably safe environment on our
20  vessels.
21     Q     (By Mr. Gerson) Okay.
22     A    And that's my testimony.
23     Q    Okay.  So it's your testimony that despite
24  the people, the eyes and ears for Carnival ships are
25  telling the director of security for the last

Page 128

1  several years that they need more coverage on all
2  the ships, you, sir, as the chief security officer
3  have made your own determination that it is not
4  needed --
5          MR. MASE:  Objection to form.
6      Q     (By Mr. Gerson) -- fleet wide?
7          MR. MASE:  Objection to form.
8      A    As the company security officer it is not
9  needed fleet wide.  It's specific and they got it.
10     Q     (By Mr. Gerson) Okay.  So you don't take
11  Mr. Panariello's requests seriously then?
12         MR. MASE:  Objection, form.
13     A    Seriously?
14     Q     (By Mr. Gerson) Yes.
15     A    I take everything seriously.
16     Q    Okay.  Well, you don't -- you don't --
17         MR. MASE:  No.  No.  Stop.  Stop.  He
18    wasn't finished answering, Mr. Gerson.
19         MR. GERSON:  Okay.  Curtis, please relax.
20         MR. MASE:  Let him finish.  Mr. Gerson,
21    please don't interrupt the witness.  You know
22    better.
23         MR. GERSON:  I'm just saying --
24     A    You have to analyze the request.  I'm
25  sure -- is this Coral Gables, this area?  I don't

Page 129

1  even remember.  Coral Gables, if you talk to the
2  local policeman, he probably wants more policemen.
3          The chief is going to say, what's
4  wrong with what you have now?  Is the crime spiking
5  in this neighborhood?  Well then assign more police
6  to that neighborhood like I did to these vessels in
7  California.
8      Q     (By Mr. Gerson) Why can't Carnival have a
9  security officer -- if it's your testimony that
10  Carnival didn't need anymore security officers, why
11  can't Carnival have a security officer manned on the
12  same floors in a fixed position patrolling those
13  areas repeatedly -- repeatedly as opposed to having
14  ran -- you know, two or three security officers
15  patrolling the whole ship?
16         MR. MASE:  Objection, form.
17     A    So what we're relating this to is like a
18  policeman walking the beat.  You want somebody to
19  walk up and down the street.  Makes no sense.
20  There's very little to none crime -- no crime in the
21  hallways.
22     Q     (By Mr. Gerson) Okay.
23     A    So why would I want -- and what goes on
24  behind closed doors, unless there's yelling and
25  screaming, you're not going to know what's going on.

Page 130

1    Q   So if there was yelling and screaming
2  going on and a security officer was there you would
3  agree that the security officer might be in a
4  position to intervene?
5        MR. MASE:  Objection, form.
6    A   Hypothetically.  Great hypothetical
7  question, sure.
8    Q   (By Mr. Gerson) If a security officer was
9  positioned --
10   A   It's a hypothetical though.
11   Q   If a security officer has a fixed position
12 on -- well, strike that.  How many passenger
13 corridor floors are there?  How many stateroom
14 floors are there per -- per vessel approximately?
15   A   I'm not sure how many decks.  11, 12 decks
16 maybe.
17   Q   Not how many decks.  How many decks with
18 passenger staterooms?
19   A   Let's see.  Roughly -- you have a diagram
20 there?
21   Q   I do.
22       (Plaintiff's Exhibit 3 was marked for
23       identification purposes.)
24   Q   (By Mr. Gerson) Take a look at what's been
25 marked as Plaintiff's Exhibit 3.

Page 131

1    A   You want me to count the decks --
2    Q   I want you to me tell me --
3    A   -- or the passageways?
4    Q   I want you to take a look at the document
5  and I'll ask you a question.  You see what's been
6  marked as Exhibit 3?
7    A   Yeah.
8    Q   Okay.  You would agree that that is a
9  vessel layout plan, the deck plans for the
10 Sensation?
11   A   It's not a true deck plan, no.
12   Q   Okay.  Do you disagree that it doesn't
13 accurately depict the general layout of the deck of
14 the Carnival Sensation?
15   A   It does.
16   Q   Okay.  So I want you to go ahead and hold
17 it up to the video camera for me.  Hold it up
18 like -- if you wouldn't mind.  Now, take a look at
19 it and by taking a look at the deck plan there are
20 how many decks in total on Sensation?
21   A   One, two, three, four, five, six, seven,
22 eight -- this goes up to deck 14.
23   Q   Okay.  And out of those 14 decks there are
24 approximately four decks that house passengers and
25 crew?

Page 132

1    A   Uh-huh.  I see that.  Well, there's
2  actually five because you have the veranda.  These
3  are -- you have five.  The veranda has passenger
4  cabins.
5    Q   Okay.
6    A   I mean you have the four.
7    Q   Four main passenger decks or four decks
8  that house passengers and crew members?
9    A   Well, there's more decks for crew.
10   Q   Okay.
11   A   Crew decks below.
12   Q   Okay.  So approximately how many decks are
13 there for passengers on the Sensation?
14   A   I'd say five.
15   Q   Okay.  And the fifth one is a much smaller
16 area; right?  Doesn't have nearly as many rooms?
17   A   Yeah.  I -- I'm just trying to look at the
18 Lido Deck and whether it has cabins or not.  It
19 looks like it has some cabins.  Do you have a
20 magnifying glass?
21   Q   No.
22   A   No?  Because I'm just curious here trying
23 to recall the ship.  I mean, four full blown decks,
24 full capacity passengers, some on the veranda and
25 there may be some on the Aft Lido, so four and a

Page 133

1  half, 4.75 decks have passengers.
2    Q   Okay.  So why couldn't Carnival have a
3  security officer stationed on the four decks during
4  the hours of 12:00 o'clock a.m. to 6:00 o'clock a.m.
5  that patrols those particular areas?
6        MR. MASE:  Objection, form.
7    A   It's not necessary.
8    Q   (By Mr. Gerson) And your testimony is it's
9  not necessary because there haven't been enough
10 incidents?
11       MR. MASE:  Objection to form.
12   A   Right.
13   Q   (By Mr. Gerson) Okay.  You testified
14 earlier that you're aware of approximately 40 rapes
15 and sexual assaults that have been reported?
16   A   That was a guestimate times 24 ships over
17 a three year period times the millions that say, oh,
18 allegations --
19   Q   Okay.
20   A   -- found, unfounded --
21   Q   Okay.
22   A   -- very few.
23   Q   So is it your testimony as the chief, or
24 excuse me, as the company security officer that of
25 the -- there's actually, I'll represent to you, 50

Page 134

1   or more reported rapes and sexual assaults that have
2   occurred on Carnival ships, but as far as you know
3   you're only able to tell me about 40, is it your
4   testimony that none of them happened?
5           MR. MASE:  Objection, form.
6       A   I have no idea.
7       Q   (By Mr. Gerson) Well, do you not believe
8   your passengers when they report that they've been
9   the victim of a rape?
10          MR. MASE:  Objection, form.
11      A   I take everything seriously.
12      Q   (By Mr. Gerson) I didn't ask you if you
13  took everything seriously.  I asked you whether or
14  not you believe your passengers.
15      A   Do I believe my passengers?
16      Q   Yes.
17          MR. MASE:  Objection, form.
18      A   It is not for me to determine whether a
19  crime was committed.  That's up to the government,
20  the FBI, coast guard, police.
21      Q   (By Mr. Gerson) Okay.  So Carnival doesn't
22  try to find out what happened?
23      A   Of course.
24      Q   Okay.  And didn't Ms. Horne report that
25  she had been raped?

Page 135

1           MR. MASE:  Objection, form.
2       A   She made the allegation, yes.
3       Q   (By Mr. Gerson) Okay.  She made the
4   allegation.  Do you -- does Carnival not believe
5   her, that she's been raped?
6           MR. MASE:  Objection, form.
7       Q   (By Mr. Gerson) That she was raped?
8       A   If we didn't believe her we wouldn't have
9   investigated it.
10      Q   Okay.  Well, based --
11      A   We believe everyone that makes an
12  allegation.  We take every allegation serious --
13      Q   Okay.
14      A   -- no matter what it is.
15      Q   Okay.  Well, then if you take every
16  allegation seriously why isn't Carnival doing more
17  to improve the security presence on its ships like
18  the Sensation?
19          MR. MASE:  Objection, form.
20      A   It's not needed.
21      Q   (By Mr. Gerson) When you say "It's not
22  needed", you were telling me that there's a low
23  number of incidents, right, that's the basis?
24      A   Correct.
25      Q   Okay.  And that's just the basis of rape

Page 136

1   and sexual assaults that have been reported?
2       A   All crimes.  Very low crime ratio on our
3   ships and quarters.  Slim to none.
4       Q   Well, is 40 or more reported rapes and
5   assaults, is that a low number?
6           MR. MASE:  Objection, form.
7       A   In my opinion times the amount of
8   passengers that we sale times 24 vessels, that's a
9   very low number.  It's lower than any small city
10  you're going to find.
11      Q   (By Mr. Gerson) That's only in the last
12  three years though?
13      A   Yeah, it's pretty low.
14      Q   What about in the last ten years, how many
15  have there been?
16      A   I don't know.
17      Q   Have you ever done anything to find out?
18      A   I could.
19      Q   Have you before today?
20      A   There was statistics floating around years
21  ago.  They're probably in the media as a matter of
22  fact way back when.
23      Q   How many --
24      A   They did an analysis.  CLIA, Cruise Line
25  International Association did a study industry wide.

Page 137

1       Q   Uh-huh.
2       A   Very low ratio of criminal incidents.
3       Q   You're familiar with CLIA?
4       A   Yes.
5       Q   Okay.  And has CLIA -- isn't it true that
6   CLIA has criticized Carnival and the cruise ship
7   industry in general for under reporting the number
8   of rapes and sexual assaults that have been taking
9   place on cruise ships?
10          MR. MASE:  Objection, form.
11      A   CLIA has criticized us?  That's news to
12  me.
13      Q   (By Mr. Gerson) Does CLIA have a passenger
14  safety crime prevention committee?
15      A   Yes.
16      Q   Are you a member of it?
17      A   Yes.
18      Q   And how many rapes and sexual assaults
19  have there been in the last five years reported on
20  Carnival ships?
21          MR. MASE:  Objection, form.
22      A   I wasn't sure the three years, let alone
23  five years.  I have no idea.
24      Q   (By Mr. Gerson) Well, whose responsibility
25  is it to know?

Page 138

1          MR. MASE:  Well, hold on.
2      A    Well, if I needed to know that I would
3  have came here with the numbers.  I would have
4  counted the numbers.
5      Q    (By Mr. Gerson) Okay.  Well, let me ask
6  you this, sir, how can you make the statement that
7  security on a cruise ship is adequate when you don't
8  even know what the number of incidents are of a
9  major crime like a rape or sexual assault in the
10  last three years?
11          MR. MASE:  Objection, form.
12      A    You're asking me specific numbers.  I do
13  not know specific numbers.
14      Q    (By Mr. Gerson) Well --
15      A    Do I know what's going on in my fleet?
16  Yes, I do.  Every day meetings, twice a day,
17  weekends, all weekends.  I know everything that's
18  going on out there and there is very little crime.
19      Q    Then if there's very little crime why are
20  your security officers and people like
21  Mr. Panariello requesting more security coverage?
22          MR. MASE:  Objection, form.  Asked and
23          answered.
24      A    As I told you, they ask for a lot of
25  things.

Page 139

1      Q    (By Mr. Gerson) Okay.
2      A    As I told you, Mike, of course he's going
3  to want more.  He's a policeman.  He was on the
4  street.  All right.  Uniform policeman on the street
5  want more.  If there was a robbery on this corner --
6          MR. MASE:  Let him --
7      A    -- today would the Coral Gables Police
8  Department hire ten more policemen to patrol this
9  corner?  You turn the corner and an incident
10  happens, so how do you cover everything?
11      Q    (By Mr. Gerson) Well, let me ask you --
12      A    How can you have 100 percent coverage to
13  have no allegations made?  It's impossible.
14      Q    What would -- would it be an un -- would
15  it be an unreasonable financial burden to have a
16  security officer stationed in the passenger corridor
17  areas for the four -- approximately four decks that
18  have passenger staterooms during the hours of say
19  12:00 o'clock a.m. to 6:00 o'clock a.m.?
20          MR. MASE:  Objection to the form of the
21          question.
22      A    Why?  If you're not having incidents, why?
23      Q    (By Mr. Gerson) But you are -- you are
24  having incidents.
25      A    Where?  We have this one that we're

Page 140

1  talking about now.  It's an allegation.
2      Q    Okay.
3      A    Could it have been prevented?  I don't
4  know.
5      Q    Well, wouldn't you agree, sir, that if you
6  had a security officer positioned or stationed in
7  the corridor for the deck that is the location of
8  where Ms. Horne's stateroom was that passengers may
9  have thought twice about forcing their way into her
10  stateroom?
11          MR. MASE:  Objection, form.  Predicate.
12          Speculative.
13      A    You'd have to be standing right in front
14  of the cabin door.  He could be at the end of the
15  corridor, which is a long shot away, he could have
16  turned his head and something could happen.
17      Q    (By Mr. Gerson) Haven't there been
18  reported incidents of Carnival crew members that
19  have committed rapes of passengers and sexual
20  assaults of passengers in their staterooms?
21          MR. MASE:  Objection, form.
22      A    There has been incidents.
23      Q    (By Mr. Gerson) Okay.  How many of those
24  incidents have there been in the last three years?
25      A    I'm not prepared to give you numbers.

Page 141

1      Q    Okay.
2      A    Very few.  Very few.
3      Q    Okay.  Okay.  Very few.  But there have
4  been incidents, haven't there?
5      A    That's correct.
6      Q    And Carnival has not done anything to
7  change its security deterrence measures in those
8  passenger corridor areas, have they?
9          MR. MASE:  Objection, form.
10      A    Well, you're talking about crew now, crew
11  on guest incidents.  Yes, there are -- there is
12  protocol in place.  The crew are not supposed to be
13  in guest areas.  So, yes, there is a preventive
14  measure there.  So are we back guest on guest
15  incidents now or --
16      Q    (By Mr. Gerson) Well, is there a
17  difference between who commits a rape on a Carnival
18  ship?
19          MR. MASE:  Objection, form.
20      A    You're talking about what has been put in
21  place for crew?  They are restricted from being in
22  guest areas unless authorized.
23      Q    (By Mr. Gerson) Who is there to enforce
24  that crew members are not in guest areas?
25      A    Any crew member.  Any crew member is there

Page 142

1  to enforce it.
2      Q    What --
3      A    Any crew member.  Housekeeping is what I'm
4  referring to.  Linen keeper that is authorized to be
5  on that deck.  If he sees a crew member go in a
6  guest cabin, they report it.  They see something,
7  the old cliche, they say something.
8      Q    Haven't housecleaning employees been
9  accused of raping passengers in their staterooms?
10     A    Accused, yes.
11     Q    Okay.  And so Carnival hasn't done
12 anything in response to those incidents, have they?
13          MR. MASE:  Objection, form.
14     A    Of course they have.
15     Q    (By Mr. Gerson) Well, Carnival hasn't done
16 anything to increase the level of security measures
17 on its ships in response to incidents of
18 housekeeping employees entering passenger staterooms
19 and committing rapes and sexual assaults?
20          MR. MASE:  Objection, form.
21     A    Of course they have.  If anything like
22 that were to occur they'll either get arrested if it
23 happened in fact or they're terminated.
24     Q    (By Mr. Gerson) Okay.  Well, what is
25 Carnival doing to prevent it?

Page 143

1          MR. MASE:  Objection, form.
2      A    Nothing is 100 percent, Counselor.
3      Q    (By Mr. Gerson) I understand that.
4      A    How could you prevent someone going inside
5  a closed door and an allen gate (phonetic) and a
6  crime is committed?  How do you prevent that?  The
7  guy standing at the end of the -- the hallway?  How
8  do you prevent that?
9      Q    What you've already --
10     A    Guy knocks on the door and he's allowed in
11 or whatever, you think the security guy is going to
12 go knock on that door and say, what are you doing
13 walking in that door?
14          So that guest and the other guest can
15 complain and say what are you doing violating my
16 right, checking on me?  Sometimes too much security
17 in a fun atmosphere doesn't work.
18     Q    Sir, how many rapes have there been on a
19 gangway in a Carnival ship?
20          MR. MASE:  Objection, form.
21     A    While a gangway is open and there's
22 passengers going in and out, none.
23     Q    (By Mr. Gerson) And why do you think that
24 is?
25     A    The same reason you won't find a rape on

Page 144

1  Main Street USA.
2      Q    Where do most passenger rapes and sexual
3  assaults occur?
4      A    Behind closed doors in staterooms.
5      Q    And isn't it true that there have been
6  numerous reported incidents in not just the last
7  three years, but since you've been an employee of
8  Carnival's, that passengers have been raped and
9  sexually assaulted as a result of people either
10 entering the rooms unlawfully or forcing their way
11 into passenger staterooms?
12          MR. MASE:  Objection --
13     A    Entering un --
14          MR. MASE:  Objection, form.
15     A    Entering unlawfully and forcing their way
16 in, slim to none.
17     Q    (By Mr. Gerson) Okay.  Is it your
18 testimony that there have -- when you say "slim to
19 none", how many have there been in the last three
20 years?
21     A    Someone forcing their way into a cabin, an
22 allegation of that?
23     Q    Yes.
24     A    In the last three years?
25     Q    Yes.

Page 145

1      A    Off the top of my head this is the only
2  one.
3      Q    This is the only one?
4      A    As far as I know.  I'd have to research
5  it.
6      Q    Okay.  How many incidents have there been
7  that you're aware of in the last three years where
8  someone has -- like a crew member has entered a
9  passenger stateroom and then committed a rape or
10 sexual assault?
11          MR. MASE:  Objection, form.
12     A    I think we had one.  Probably one in the
13 last three years that comes to mind on a Carnival
14 ship.
15     Q    (By Mr. Gerson) Is it your testimony that
16 of all the prior incidents of rapes and sexual
17 assaults that you are aware of or have been made
18 aware of on Carnival vessels, that none of them
19 happened the way that the passengers reported?
20          MR. MASE:  Objection, form.
21     A    Am I aware that -- yeah, can you repeat
22 that?  You kind of lost me.
23          MR. MASE:  She can read it back to you if
24 you want.  He wants you to.
25          MR. GERSON:  Yeah, sorry, would you read

Page 146

1    the last question back?
2         (The pending question was read by the court
3    reporter.)
4         A    None of them have happened the way the
5    passengers reported?  There are several incidents
6    where the stories have changed, sure.
7         Q    (By Mr. Gerson) That wasn't my question.
8         A    Well, then I'm lost in the question.
9         MR. MASE:  He wants to know whether in
10   every case.
11        THE WITNESS:  What?
12        MR. MASE:  He wants to know whether in
13   every case what the passenger said was not
14   true.
15        THE WITNESS:  In every -- no, that's
16   not -- do I believe that, is that -- you're
17   asking me if I believe that they're not telling
18   me the truth, is that what you --
19        Q    (By Mr. Gerson) Do you believe that your
20   passengers, that all of your passengers are not
21   telling the truth over the fact that they've been
22   raped or sexually assaulted on Carnival ships?
23        A    I take everything as legit.
24        Q    Okay.  And taking everything as legit, if
25   your -- based on your personal knowledge of at least

Page 147

1    40 incidents in the last three years of rapes or
2    sexual assaults you still think that is a low
3    number?
4         A    Yes.
5         Q    And because of that low number -- well,
6    let me ask you this, what would be a high number?
7         A    One a day.
8         Q    So if there was a rape a day on a Carnival
9    ship that would be considered a high number to you?
10        A    The ship would probably be tied up.  Who's
11   going to sale on a ship that's going to have
12   multiple rapes on it?
13        Q    So anything less than one rape a day is a
14   low number?
15        A    It's such a hypothetical I can't even
16   answer that.
17        Q    Well, you said it's a low number?  That
18   based --
19        A    Based on population, you compare that to
20   any little town or city in the United States, you're
21   safer on a cruise ship than you are in that little
22   town.
23        Q    Okay.  Well, let me ask you this, the
24   Holiday Inn down the street, how many rapes have
25   been reported at the Holiday Inn in the last three

Page 148

1    years down the street?
2         A    How many occurred or how many were
3    reported?
4         Q    How many were reported?
5         A    I have no idea.
6         Q    Do you know whether or not there have been
7    40?
8         A    In a Holiday Inn?
9         Q    Yeah.
10        A    I have no idea.
11        Q    So how do you -- what -- what are you
12   comparing your data to, the fact that you're telling
13   me that there's a low number of incidents, that
14   there's actually over 50 incidents of prior --
15        A    If you know the number, I'm --
16        Q    Well, sir, isn't it your job to know?
17        MR. MASE:  Objection, form.
18        A    If you wanted numbers I can come prepared
19   with numbers.
20        Q    (By Mr. Gerson) Well, didn't you know that
21   one of the reasons why you're being asked to testify
22   in this case is because a female passenger by the
23   name of Lindsey Horne was brutally raped on the
24   Carnival Sensation by another passenger after two
25   men forced there way into her stateroom?

Page 149

1         MR. MASE:  Objection, argumentative,
2    harassing, form.
3         A    Well, I knew there was an allegation.
4         Q    (By Mr. Gerson) Okay.
5         A    You want to depose me at the -- I was just
6    notified last week.  There's a lot going on in this
7    world.
8         Q    Okay.
9         A    I have an investigator who handled that
10   and he is a qualified person to answer all your
11   questions.  Do I oversee it to make sure all the
12   boxes are checked?  Yes, I do.  Did I read his
13   report?  A year and a half ago.  Did I read it in
14   preparation for this depo?  No.
15        Q    You keep saying an allegation.
16        A    Right.
17        Q    Okay.  Are you -- is it your continuing
18   position that Lindsey Horne was not raped as she
19   alleges?
20        MR. MASE:  Objection, form.
21        A    I have no idea.
22        Q    (By Mr. Gerson) Okay.  Is the -- is the
23   fact that you have no idea whether or not
24   Lindsey Horne was raped, isn't that an important
25   factor in evaluating security needs of Carnival

Page 150

1   ships moving forward?
2       A    We take every allegation seriously.  Okay.
3   Whether the allegation is founded or unfounded I
4   don't know.  As far as I know there's no criminal
5   action taken on this case.
6       Q    Okay.
7       A    So is the allegation true and the police
8   are negligent, I don't know.  I still don't know if
9   there's a crime committed here.  Do I take it in
10  consideration that an incident on board occurred?
11  Of course I do.  Do I analyze it?  Of course I do.
12      Q    Okay.  What did you do to analyze this
13  case?
14      A    I relied on my investigator.
15      Q    Okay.  And who's your investigator?
16      A    Robert Williams.
17      Q    And who else?
18      A    And shipboard personnel.  I couldn't tell
19  you.
20      Q    Who's the shipboard personnel, sir?
21      A    I just remember the -- who the captain
22  was, Coste, that's all I remember.
23      Q    Let me show you what we're going to mark
24  as the next exhibit.  This is exhibit 4.
25           (Plaintiff's Exhibit 4 was marked for

Page 151

1   identification purposes.)
2       Q    (By Mr. Gerson) Take a look at what's been
3   marked Exhibit 4.  And have you ever seen that
4   document before?
5       A    Yes.
6       Q    What is that?
7       A    It's the investigative cover sheet that
8   Robert Williams did in regards to this case.
9       Q    Okay.  And why is that provided to -- is
10  that a document that you are provided?
11      A    Yes.
12      Q    And is that provided to you in every case
13  of a serious crime?
14      A    Yes.
15      Q    Okay.  And what is the purpose of you
16  receiving that report?
17      A    For my knowledge and to make sure that all
18  the corrective action was taken.
19      Q    Okay.  And when you say to make sure all
20  the corrective action was taken, you mean -- by
21  corrective action you mean what?
22      A    Correct actions.
23      Q    Okay.  And when you say --
24      A    All -- that all procedures were followed,
25  the investigation was handled properly, law

Page 152

1   enforcement was notified timely, and all the steps
2   were taken properly, including care team, the
3   aftercare, so on and so forth.
4       Q    Did you review that?
5       A    In September '14, yes, I did.
6       Q    And who conducts the initial investigation
7   on a ship when a serious crime has been committed?
8       A    The initial responders are the ship board
9   security.  They immediately call my duty
10  investigator.  Robert had the duty that night or
11  day, whenever he got the call and --
12      Q    Who was shore -- who was ship side that
13  led the investigation?
14      A    Must be in here; right?  Well, technically
15  speaking the staff captain leads the investigation.
16      Q    Uh-huh.
17      A    Do you want to know that or the
18  responders?
19      Q    Who spearheaded the security investigation
20  ship side?
21      A    Staff Captain Cosmo Santoro.
22      Q    And who else?  Do you know who John Manuel
23  is?
24      A    Yeah, he's the chief.
25      Q    Chief what?

Page 153

1       A    Chief security officer.
2       Q    And what is a chief security's role in an
3   investigation when a serious crime like a rape has
4   been committed?
5       A    He oversees the investigation and reports
6   it to the staff captain and the master --
7       Q    Mr. --
8       A    -- once he's notified.  This one happened
9   on -- in the wee hours of the morning so it would
10  have been an assistant chief.  I'm just looking for
11  his name here.  Where is his name?
12           So it would be the staff captain and
13  the chief security officer from what I'm seeing here
14  who responded initially.  The initial responders
15  would be in the ship's security report, should be
16  attached to this.
17      Q    Sir, let me ask you this, are you familiar
18  with the investigation which was conducted upon the
19  Sensation of the rape of Lindsey Horne?
20           MR. MASE:  Objection, form.
21      A    I was advised of the allegation --
22      Q    (By Mr. Gerson) Okay.
23      A    -- of Lindsey Horne.
24      Q    Do you admit that Lindsey Horne was
25  sexually assaulted within the meaning of the term

Page 154

1  sexually assaulted by Carnival?

2      MR. MASE:  Objection, form.

3      A    Based on her allegation.

4      Q    (By Mr. Gerson) Okay.  And based on your

5  definition of rape earlier would you agree that

6  based on what Lindsey Horne reported that she was

7  raped?

8      MR. MASE:  Objection, form.

9      A    That's what she reported, correct.

10     Q    (By Mr. Gerson) Okay.  And do you deny

11 that Lindsey Horne was raped?

12     MR. MASE:  Objection, form.

13     A    I have no idea.

14     Q    (By Mr. Gerson) According to your

15 investigation report -- may I see a copy of it real

16 quickly?  What did you do to investigate whether or

17 not Lindsey Horne was in fact raped?

18     A    What did I do?

19     Q    Yes.

20     A    Me, Dominick?

21     Q    Yes, you Dominick.

22     A    I checked with Bob Williams to make sure

23 that the FBI was notified and whether or not they

24 responded to the vessel to conduct an investigation.

25     Q    Okay.  Do you know -- did you review the

Page 155

1  results of the rape kit?

2      A    No.

3      Q    Did you review the nurse's notes in this

4  case?

5      A    I did not.

6      Q    Okay.  Are you aware of the fact that

7  according to Carnival personnel that there was

8  evidence of a forceable rape committed on

9  Lindsey Horne?

10     A    It was proven by a medical staff member.

11     Q    I'm asking you whether or not you know.

12     MR. MASE:  Objection to form.

13     A    No, I don't know.

14     Q    (By Mr. Gerson) Okay.  Isn't this a

15 seriou -- I mean, there's a -- according to your

16 testimony, sir, there's a very low number of

17 incidents that have taken place on Carnival ships

18 where there's been an alleged rape or sexual assault

19 in the last three years, right, that's your --

20     A    As we say, one is too many; right?

21     Q    Okay.

22     A    Wasn't that mentioned earlier?

23     Q    Okay.  So why --

24     A    I'm looking at the reality here.  24

25 vessels, three year period, millions of people, the

Page 156

1  number is very low.  That's what I'm telling you.

2      Q    Okay.  You're talking about a -- serious

3  crimes that are required to be reported by Carnival

4  pursuant to the CVSSA; right?

5      A    Yes.

6      Q    Okay.  You are not telling me what the

7  number of thefts in staterooms are, are you?

8      A    No.

9      Q    You have not told me what the number of

10 groping incidents that have been reported on

11 Carnival ships, have you?

12     A    No, I have not.

13     Q    You have not told me the number of fights

14 that have been reported on Carnival vessels, have

15 you?

16     A    I have not.

17     Q    You have not told me the number of grand

18 thefts that have been reported on Carnival vessels,

19 have you?

20     A    I have not.

21     Q    You have not told me the number of

22 homicides that have been reported having occurred on

23 Carnival vessels, have you?

24     A    I have not.

25     Q    Okay.  So you're only using this in the

Page 157

1  context of the number of crimes that you are or

2  Carnival was required to report under the CVSSA and

3  under those specific guidelines your testimony is

4  that the number is a low number?

5      MR. MASE:  Objection to form.

6      A    It is a low number.

7      Q    (By Mr. Gerson) Okay.  And how many rapes

8  and sexual assaults have there been in the last five

9  years?

10     MR. MASE:  Objection to form.  Been asked

11     and answered repeatedly.

12     Q    (By Mr. Gerson) Do you know whether or not

13 the number of rapes and sexual assaults in the

14 last -- in 2013 as opposed to 2012 has gone up or

15 down?

16     A    '13 to '12?

17     Q    Yeah.

18     A    So we're going back -- up or down?  More

19 than likely flat.  If not flat, lower.

20     Q    More than likely?

21     A    Uh-huh.

22     Q    But you don't know with any certainty?

23     MR. MASE:  Objection, form.

24     A    Without numbers in front of me I cannot be

25 certain.

Page 158

1    Q    (By Mr. Gerson) Okay.  Have you ever done
2  anything to find out?
3    A    Yes.
4    Q    What have you done?
5    A    Counted the numbers and look at the
6  numbers from '13 and '14 and you multiply the
7  passenger count and you figure out the ratio per
8  guest whether you have a spike in crime or a decline
9  in crime.
10   Q    I'm just saying the number of reported
11 incidents in the last three years, do you know -- of
12 reported rapes and sexual assaults, do you know
13 whether that number has gone up in numbers or down
14 in numbers in the last three years?
15   A    When you say "numbers", I look at it if
16 you have 100,000 more guests let's say and you have
17 about ten incidents and last year you had nine, your
18 ratio would be flat or decline because you got more
19 guests per incident.
20   Q    Sir, wouldn't you -- so what I'm asking
21 you is that do you know whether or not the number of
22 incidents, regardless of what the criteria you're
23 using in the context of passenger to crew member to
24 security officer ratio, all I'm asking you is if you
25 know --

Page 159

1         MR. GERSON:  Hold on one second.  We're
2    going to take a two minute break.
3         (There was a brief recess.)
4         MR. GERSON:  Okay.  Let's go back on the
5    record.  All right.  We are back on the record
6    after we had to change the tape and -- or the
7    card.
8         MR. MASE:  I was going to say really,
9    there's a tape.
10        MR. GERSON:  Well, the video card.
11   Q    (By Mr. Gerson) Do you know whether or not
12 the number of rapes and sexual assaults have gone up
13 in -- have gone up or have gone down or remained the
14 same in the last three years?
15        MR. MASE:  Objection, asked and answered.
16   A    In the last three years they could be
17 flat.  But like I explained to you -- actually we
18 have more ships now then we did then and I thought
19 the original question was all crimes.  Was it
20 specific to sexual assault?  Was your question
21 specific to sexual assaults or was it all crime?
22   Q    (By Mr. Gerson) Rape and sexual assaults.
23   A    Before the break I thought it was all
24 crime.  I'd say flat or lower.
25   Q    Do you know whether or not the number of

Page 160

1  serious crimes has gone up in the last three years?
2    A    We're talking actual numbers?
3    Q    Yes.
4    A    There's a good chance that the numbers
5  could have gone up without me looking at a review
6  based on more vessels in service.
7    Q    Okay.  So the fact that the number may
8  have gone up in the last three years of serious
9  crimes, and by serious crimes we mean rape, sexual
10 assault, homicides --
11   A    The CVSSA crime.
12   Q    -- crimes under -- that are required to be
13 reported under the CVSSA, it's your testimony that
14 there's -- the number may have gone up just because
15 Carnival services more passengers?
16   A    Yes.
17   Q    So --
18        MR. MASE:  Object.
19   A    If they've gone up.
20   Q    (By Mr. Gerson) Okay.  Are your security
21 personnel supposed to function like police?
22        MR. MASE:  Objection, form.
23   Q    (By Mr. Gerson) Your security officers,
24 are they supposed to function like police?
25   A    In what -- what manner?  Like miranda and

Page 161

1  stuff like that?
2    Q    No, not like miranda just in the -- what
3  are they intended to provide?
4    A    Security.
5    Q    Okay.  Is it your testimony that they're
6  supposed to be the equivalent of police officers?
7        MR. MASE:  Objection, form.
8    A    The equivalent, no.
9    Q    (By Mr. Gerson) Okay.  Have you -- has
10 Carnival ever considered hiring a security company
11 to provide security on its ships?
12   A    A security company?
13   Q    Yes.
14   A    Over the years, I hate to go way back
15 recall here, but I believe we may have hired extra
16 security for a charter from a company that was less
17 professional than what we had, so it's not
18 recommended in my opinion.
19   Q    Okay.  And in your opinion it would be
20 unreasonable for Carnival to assign more security
21 guards to areas such as the passenger corridor
22 areas?
23   A    It is --
24        MR. MASE:  Objection, form.
25   A    It is unreasonable.

Page 162

1    Q    (By Mr. Gerson) Okay.  And it would be
2  unreasonable to increase the security patrol
3  coverage; right?
4         MR. MASE:  Objection, form.
5    A    Unreasonable and necessary.  It's not
6  necessary, but unreasonable, I can't argue that
7  point.  But is it necessary, no.
8    Q    (By Mr. Gerson) So you would agree it's
9  not unreasonable to increase the number of security
10 personnel?
11   A    If you're standing to reason, like I'm
12 sure what Mike was getting at when you -- more is
13 better, it's not necessary.
14   Q    Okay.
15   A    Okay.
16   Q    So as the company security officer it's
17 your testimony that secure -- it is not necessary to
18 have more security officers patrolling more often
19 and to have more security officers just in general
20 on Carnival ships?
21   A    We're sufficient the way we are.
22   Q    Okay.  You're satisfied with the fact that
23 there have been 40 or more, 50 or more reported
24 rapes and sexual assaults that have occurred on
25 Carnival ships in the last three years?

Page 163

1         MR. MASE:  Objection, form.
2    A    40 allegations.  And am I satisfied?  You
3  don't want anything to happen so how can I answer
4  that question and make you think that I'm okay with
5  this?  Of course I'm not okay with it.
6    Q    (By Mr. Gerson) Okay.  Well, why aren't
7  you doing anything more to improve the security
8  needs of your ships if you're telling me that even
9  one is too many?
10        MR. MASE:  Objection, form.
11   A    I can't control hormones in young people
12 let's say.  I can't control what goes on behind
13 closed doors.  So I don't know where you're relating
14 issues like that that I can control as a security
15 person.  You can't control it.  You can't stop it.
16   Q    (By Mr. Gerson) I understand that, sir,
17 but Carnival could be doing more to make its ship
18 safer, it's just that you believe that there's no
19 need to?
20        MR. MASE:  Objection, improper legal
21        standard, form.
22   Q    (By Mr. Gerson) You can answer.
23   A    We do the necessary things in security to
24 keep a safe reasonable environment.  More, I don't
25 need to do more.

Page 164

1    Q    What would it take for Carnival to do
2  more?
3         MR. MASE:  Objection, form.
4    Q    (By Mr. Gerson) What would it take for you
5  as the company security officer and as the director
6  of security services of Carnival to do more than you
7  are doing right now --
8         MR. MASE:  Objection, form.  Speculative.
9    Q    (By Mr. Gerson) -- in the sense of
10 providing better security on your vessels?
11   A    What would it take?  It would take an
12 uncontrollable atmosphere which is not true.  We
13 have a controllable atmosphere.
14   Q    So nothing?
15        MR. MASE:  He just answered your question.
16   A    I did answer, Counsel.
17        MR. MASE:  You don't need to say anything
18 else.
19   Q    (By Mr. Gerson) Do you think that's an
20 acceptable number of rape and sexual assaults on
21 women on Carnival ships?
22        MR. MASE:  Objection, asked and answered.
23        MR. GERSON:  I didn't ask him that.
24   A    An acceptable number?
25   Q    (By Mr. Gerson) Yes.

Page 165

1    A    Nothing's acceptable to me.  Like I told
2  you, I'd be happy if there was no crime, no
3  incidents, no allegations, but that's not the nature
4  of the beast.  It's the world we live in.  I cannot
5  control what goes on behind closed doors.
6    Q    Okay.  Can you control the frequency of
7  your security officers' post assignments?
8         MR. MASE:  Objection.
9    A    If it was needed I could, yes.
10   Q    (By Mr. Gerson) Okay.  If it was requested
11 could you?
12   A    If it was requested and reviewed, I would
13 do it as I did to the higher profile vessels, the
14 shorter cruises out in California.  I knew they
15 needed more security, it's justifiable, they got it.
16   Q    What was the basis for the need for more
17 security on those vessels?
18   A    You ever been out in California on a ship?
19 They're party animals in California compared to the
20 East Coast.  They run all over the place.  They
21 raise hell.  They like to bring a lot of drugs on
22 board.  Lot of personal use stuff going on.
23   Q    Okay.
24   A    A lot of complaints in the nighttime,
25 noise, odors, security's always running.

Page 166

1   Q    Did you do anything on those ships about
2 placing security officers in the passenger corridor
3 areas?
4   A    No, I did not.
5   Q    Okay.  So what specific change did you
6 make?
7   A    I added personnel.
8   Q    You added two --
9   A    Yes.
10   Q    -- on three ships?
11   A    Two each.
12   Q    Two officers on three ships?
13   A    And at the discretion of the staff captain
14 to assign them as needed.
15        MR. MASE:  I think you're
16     misunderstanding.  It's not two on three ships
17     I don't think, was it?
18        THE WITNESS:  Two, two and two.
19        MR. MASE:  Yeah, six officers, Nick.  You
20     should be clear on that.
21   Q    (By Mr. Gerson) Well, you said two
22 officers per ship?
23   A    Yes, increase.
24   Q    Okay.  So a total of six officers on three
25 ships?

Page 167

1        MR. MASE:  There you go.
2   A    Yes.
3   Q    (By Mr. Gerson) How many officers on
4 Carnival ships -- how many security officers are
5 there on ships now as opposed to three years ago?
6   A    Total?
7   Q    Yes.
8   A    Fleet wide?
9   Q    Yes.
10   A    I've got a staff of over 500 so they range
11 from 14 up to 18 per vessel.  Smaller ships like the
12 Sensation, 14, with the exception of the peak season
13 increase there are 16.  Your larger ships, dream
14 class it's called, they have 18.
15   Q    What is the average salary of a security
16 officer?
17   A    Security officer.  Entering Carnival or
18 our chief security -- there's different pay grades.
19   Q    Let's start with just a security officer
20 like Mr. Rakesh Chaven.  Do you know who
21 Rakesh Chaven is?
22   A    No.
23   Q    He's a security officer on the Sensation.
24 If you don't know who he is I'll tell you.  Do you
25 know what the average salary is of a security

Page 168

1 officer?
2   A    Exactly, no, because of the different
3 tears that were established.  Somewhere in the range
4 of like 15 to $1800 a month.
5   Q    It's your testimony that they earn $1500
6 to $1800 a month, security officers?
7   A    Something like that.  Don't hold me to
8 that number.
9   Q    Okay.  So you don't know?
10   A    No.
11   Q    Okay.  Now, you mentioned that there's in
12 the neighborhood of 14 officers, security officers
13 per ship, 14 to 18 depending on the size of the
14 ship?
15   A    Right.
16   Q    And they don't all work at the same
17 shifts; right?
18   A    No.
19   Q    Okay.  And of the rapes and sexual
20 assaults that have been reported in the last three
21 years, wouldn't you agree that a majority of those
22 have happened in passenger staterooms?
23   A    Yes.
24        MR. MASE:  Objection, form.
25   Q    (By Mr. Gerson) And wouldn't you agree

Page 169

1 that most of those have happened in the evening
2 hours, if not the early morning hours?
3   A    The majority, yes.
4   Q    Okay.  And based on that knowledge you
5 still have not done anything to increase the
6 security deterrents in those areas during those
7 hours since you've been -- or at least in the last
8 four years?
9        MR. MASE:  Objection, form.
10   A    No need to.  Very rare.
11   Q    (By Mr. Gerson) Are passengers free to
12 protect themselves from harm on board?
13   A    Free to protect themselves from --
14   Q    Yes.
15   A    You mean defend themselves?
16   Q    Can they carry weapons, guns --
17   A    No.
18   Q    -- knives to protect themselves?
19   A    No.
20   Q    Can they carry mace?
21   A    No.
22   Q    If they're licensed can US citizens in
23 general carry weapons to protect themselves?
24   A    No.  No.
25   Q    Licensed American Citizens?

Page 170

1    A    On board?  On board?
2    Q    Yes.
3    A    No.
4    Q    Do you agree that female passengers should
5    be safe from sexual assaults on cruise ships?
6    A    Yes.
7    Q    Do you agree that its Carnival's
8    responsibility to make sure there are no rapes or
9    sexual assaults on women by other passengers?
10   MR. MASE:  Objection, form.
11   A    It's our responsibility to have a safe and
12   secure environment.
13   Q    (By Mr. Gerson) Do you agree that it's
14   Carnival's responsibility to ensure that all
15   available safety and security measures available to
16   the company are being used --
17   MR. MASE:  Objection.
18   Q    (By Mr. Gerson) -- for the protection of
19   female passengers?
20   MR. MASE:  Objection, form.  Incorporates
21   an improper legal standard.
22   A    They are protected.
23   Q    (By Mr. Gerson) Do you -- well, we've
24   already established that there are no security
25   cameras in the passenger corridors; right?

Page 171

1    A    That's correct.
2    Q    Okay.  And you would agree that there are
3    security cameras in places like convenient stores;
4    right?
5    A    I didn't say that, but --
6    Q    Okay.  Well, do you dispute the fact that
7    there are cameras, security -- CCTV cameras in
8    convenient stores?
9    MR. MASE:  Objection, form.
10   A    I'm sure there are.
11   Q    (By Mr. Gerson) Okay.  Have you ever been
12   to an ATM?
13   A    Of course.
14   Q    Okay.  Have you ever seen the little video
15   camera in the ATM that says you are being watched on
16   video?
17   A    Geez, I never read that, but, yeah, I know
18   there's video.
19   Q    Okay.  And what about in apartment
20   complexes, have you ever been to an apartment
21   complex and seen a sign that says this area is being
22   monitored by?
23   A    Some places, yes.
24   Q    Have you ever been to a shopping plaza and
25   seen a security guard car or security guard in a

Page 172

1    fixed position to act as a deterrent to potential
2    criminals?
3    A    Yes.
4    Q    Okay.  Have you ever been to a Publix?
5    A    Yes.
6    Q    Have you ever been to a Publix and you've
7    seen a police officer standing in the Publix?
8    A    Yes.
9    Q    Okay.  You agree that these are land based
10   environments?
11   A    Yes.
12   Q    You agree that these are security measures
13   that Carnival does not utilize?
14   A    In some cases.  You're correct on the --
15   the closed circuit TV in the hallways.  We don't
16   have police officers on board.  What was your other
17   example?
18   Q    Well, not only don't you have police
19   officers on board, but you don't have security
20   officers in fixed positions other than in the
21   casinos; right?
22   A    We don't have security in fixed positions
23   in -- in casinos, we do not.
24   Q    Okay.  You have --
25   A    We have roaming patrols.

Page 173

1    Q    Okay.
2    A    Roaming patrols is sufficient.
3    Q    Okay.  Do you know why Publix, for
4    instance, and other land based environments have
5    security personnel in fixed positions with post
6    orders?
7    MR. MASE:  Objection, form.
8    A    Not all Publix.
9    Q    (By Mr. Gerson) Not all Publix, but some
10   where there is a history of prior incidents?
11   A    Yes.
12   Q    You agree that prior incidents is criteria
13   that is useful in determining the potential for
14   future crime?
15   MR. MASE:  Objection, form.
16   A    If a pattern is developed.
17   Q    (By Mr. Gerson) Okay.
18   A    I agree.
19   Q    And it's your testimony that despite the
20   40 or more, 50 or more reported rapes and sexual
21   assaults that have occurred on Carnival ships in the
22   last three years that there are no patterns that
23   you're aware of?
24   A    The only pattern is is it's behind closed
25   doors.

Page 174

```
 1     Q    Okay.  And what about the fact that it's
 2   happening in the evening to early morning hours?
 3     A    Not all of them.
 4     Q    Okay.  Carnival doesn't utilize all
 5   available security measures that it could take
 6   advantage of in other land based environments, does
 7   it?
 8          MR. MASE:  Objection, form.  Improper
 9   legal standard.
10     A    It does a reasonable job of security, it
11   does.
12     Q    (By Mr. Gerson) Okay.  And it does a
13   reasonable job of security based -- according to
14   your -- in your opinion?
15          MR. MASE:  Objection.
16     A    I think it's factual when you look at the
17   number of incidents as opposed to the amount of
18   guests that we sale, very few.
19     Q    (By Mr. Gerson) Why don't you listen to
20   the recommendations and requests that are being made
21   by the security officers and the safety officers
22   that are attending these annual meetings and
23   requesting more coverage?
24          MR. MASE:  Objection, asked and answered.
25     A    I have listened to them.  They got more
```

Page 175

```
 1   security on the high profile ships at peak season.
 2   They're not needed on the other vessels.  So when
 3   you're saying I'm not listening to them, that's not
 4   a true statement.  I do listen to them.  They did
 5   get extra security where needed.  They're not needed
 6   on the majority of our vessels because they are
 7   fine.
 8     Q    (By Mr. Gerson) But your security
 9   officers, the safety officers, the people at these
10   annual safety meetings that occur are telling your
11   director of security that it is needed and that they
12   do need more coverage?
13          MR. MASE:  Objection, form.
14     Q    (By Mr. Gerson) What's the harm in going
15   to -- and making the recommendation to increase the
16   number of security officers from three in the
17   evening hours to having nine in the -- nine in --
18   during those hours --
19          MR. MASE:  Objection, form.
20     Q    (By Mr. Gerson) -- or at least one on
21   every passenger stateroom corridor?
22          MR. MASE:  Objection, form.
23     A    Well, I wouldn't have them on every
24   stateroom corridor and there's no need to hire more
25   security because everything is being controlled
```

Page 176

```
 1   properly.  If an incident occurs, I told you
 2   earlier, nothing in this world is 100 percent.
 3   We're not 100 percent sitting here so we can argue
 4   this point all day long.
 5          I did listen to them.  They did get
 6   their extra security where needed.  They're not
 7   needed in other places.  So to be specific, the
 8   person requesting the extra security, was he on,
 9   let's say the Imagination or the Inspiration?  I
10   don't know.  I hope he was because he got what he
11   wanted.
12     Q    (By Mr. Gerson) Well, you're telling me
13   that there was a select number of vessels that were
14   provided more security for some certain seasons on
15   select ships on the West Coast?
16     A    And one in Miami --
17     Q    And you're telling me --
18     A    -- based on incidents.
19     Q    Okay.  And the ship in Miami, is that the
20   Carnival Breeze?
21     A    I'm -- I think -- I think I mentioned it
22   earlier.  I thought it was the Ecstasy.  It could be
23   the Victory or the Ectasy.  It's one of the two
24   because they both do short runs.
25     Q    Okay.
```

Page 177

```
 1     A    But the clientele's a little bit different
 2   out west than it is here.
 3     Q    Okay.  So as far as vessels like the
 4   Sensation and vessels on the East Coast, the
 5   Elation, the Victory, the Valor, the Destiny, the
 6   Liberty, the Paradise, the Fantasy, the Triumph, the
 7   Conquest, the Splendor, you don't see any need for
 8   increased security measures, do you?
 9     A    Depends where they are.  Ships do move
10   around.  Are you going back three years because the
11   Destiny's no longer the Destiny?  It's called the
12   Sunshine.  The Destiny went out of service a couple
13   of years ago so --
14     Q    So that's a no?
15     A    That's a no.
16     Q    What would the harm be?
17          MR. MASE:  Objection, form.  Improper
18   legal standard.
19     A    What would the harm be?
20     Q    (By Mr. Gerson) Yeah.  What would the harm
21   be to add three more security guards on each of the
22   Carnival ships?
23     A    If you don't need it why have it?
24     Q    How much more -- how much more would it
25   cost Carnival?
```

Page 178

```
1              MR. MASE:  Objection, form.
2      A    I don't think it's the money issue here.
3  I think it's the reasonable man's theory that it's
4  working the way it is.
5      Q    (By Mr. Gerson) Well, the testimony you've
6  already told me that you were -- you've already
7  mentioned that it wasn't in the budget?
8              MR. MASE:  Objection, form.
9      A    It was accept -- the extra security that I
10 told you about, the two per vessels, was accepted in
11 the budget.
12     Q    (By Mr. Gerson) So but that's two vessels
13 out of 24?
14     A    I think it was three or four.
15     Q    You don't know exactly, do you?
16     A    Well, whether it's three, whether it's
17 four, they got more.  You're telling me that I'm
18 closing my ears to requests which is not true.
19     Q    Okay.  Well, that's not according to what
20 other people are -- in your company are saying?
21     A    Matter of opinion.  It's my call.
22     Q    Okay.  Your call.  So if you wanted to
23 increase the security presence on Carnival ships you
24 have the authority to make that change, don't you?
25             MR. MASE:  Objection, form.
```

Page 179

```
1      A    I could put a request in.
2      Q    (By Mr. Gerson) Okay.  So you have the
3  authority to add more security officers to the
4  Sensation, to the Victory, to the Elation, to the
5  Magic, to the Fantasy, to the Triumph, to the
6  Conquest, to the Dream, to the Sensation, to the
7  Miracle, you have the authority if you wanted to do
8  it, don't you?
9      A    Spirit, Legend and Fascination you missed.
10     Q    Thank you for clarifying.
11             MR. MASE:  Objection, form.
12     A    It's not needed.
13     Q    (By Mr. Gerson) Okay.  But you have the
14 authority to make the change?
15     A    I would put in the request.
16     Q    And do you have any reason to believe that
17 if you put in the -- the authority or you put the
18 request in, that it wouldn't be accepted?
19     A    Do I have any reason to think that it
20 would not be accepted?
21     Q    Yes.
22     A    I wouldn't put in for something that I
23 really don't need.
24     Q    Sir, isn't it true that the reason wh --
25 the requests have been made and you've been told
```

Page 180

```
1  it's not in the budget?
2      A    Fleet wide.
3      Q    Yes.
4      A    It's not necessary.
5      Q    But isn't it true that it's not in the
6  budget?
7      A    When you negotiate a contract sometimes
8  you have to meet half way; right?  I negotiated for
9  more security, we met half way and we got what we
10 needed.  We got what was necessary as opposed to
11 just putting people out there and stand around.
12     Q    So the rest of the security requests you
13 were told that it's not in the budget?
14     A    I don't think those words were used.
15     Q    Okay.  Do you have any reason to dispute
16 the testimony of Mike Panariello or Robert Williams?
17     A    No.  It's Mike's belief and that's his
18 belief.
19     Q    Okay.  Well, Mike's -- but Mike's comments
20 are according to what you told him, so are you
21 telling -- are you telling members of this jury that
22 Mike Panariello is lying about his request for more
23 security officers fleet wide and your response to
24 him that it's not in the budget?
25             MR. MASE:  Objection, form.
```

Page 181

```
1      A    Well, the answer would have to be
2  clarified.  What's authorize -- there was money,
3  there was a need and it was put to good use.  We're
4  not going to put people on ships that it's not
5  needed.
6      Q    (By Mr. Gerson) Okay.  What would the harm
7  be --
8      A    I would never call Mike a liar.
9      Q    Okay.
10     A    That's actually an insult, Counselor.
11     Q    Well, I'm just asking you.  You're telling
12 me that apparently isn't the truth, so I want
13 to know if you're telling me that Mr. Panariello is
14 not being honest with me about what your response
15 has been to him?
16             MR. MASE:  Objection to form.
17     A    It could be the way that it's interpreted.
18 It's a matter of interpretation.
19     Q    (By Mr. Gerson) Or it could be the way
20 that you're answering the question.
21             MR. MASE:  Move to strike, harassing.
22     A    Or you're asking me the question.
23     Q    (By Mr. Gerson) You know who Professor
24 Ross Klein is?
25     A    Yes.
```

Page 182

1    Q    Do you know he has frequently criticized
2  your company and the cruise ship industry in general
3  for lack of security policies?
4    A    Yes.
5    Q    And do you not accept his criticisms?
6    A    I do not accept his comments.
7    Q    Why not?
8    A    What's his basis of credibility in the
9  inside knowledge of what's really going on other
10  than being a theorist?
11    Q    Well, let my ask you this, have you
12  ever -- have you ever personally done any academic
13  literature or any studies into the prevalence of
14  rapes and sexual assaults on Carnival ships and the
15  cruise line industry at all?
16       MR. MASE:  Objection, form.
17    A    Have I ever done any academic --
18    Q    (By Mr. Gerson) Have you ever done any
19  research in academic literature regarding the
20  prevalence of cruise ship crime and risk to
21  passengers?
22    A    The risk, yes.  And when it comes to the
23  allegations, you look at law enforcement's side of
24  it, whether it's founded or unfounded.  I think if
25  he did a study and analyzed all the allegations,

Page 183

1  research with the police, whoever investigated,
2  whether the case was closed by an arrest or if it
3  was unfounded, could probably change some of his
4  statistics and comments.
5    Q    Have you read Dr. Klein's publications?
6    A    No.
7    Q    Are you -- are you aware of any academic
8  articles which contradict or dispute
9  Professor Klein's research?
10    A    I don't -- I don't comment about
11  Professor Klein and his statements.
12    Q    Okay.  Well, who other than yourself does
13  Carnival use to determine the security needs and
14  security risks that are posed to passengers such as
15  rape or sexual assaults?
16    A    Actually, we work with rape crisis
17  organizations such as RANE.
18    Q    And rape crisis, is that prevention or
19  response?
20    A    It's both.
21    Q    Okay.  Who do you work with over there?
22    A    At RANE?
23    Q    Yes.
24    A    Her name is Sunita.
25    Q    Sunita what?

Page 184

1    A    I -- you got me on that.  I just sent her
2  an e-mail too.
3    Q    What about?
4    A    Future things that we're going to work on.
5    Q    With respect to passenger crime?
6    A    Training.  Training.
7    Q    What?
8    A    Training.
9    Q    What future things are you going to work
10  on?
11    A    She's going to be invited to our next
12  training in-service school in April.
13    Q    And why are you having her come?
14    A    She does a great job.
15    Q    And how do you know she does a great job?
16    A    I took her course.
17    Q    And what was the course on?
18    A    Talking to an alleged victim.
19  Understanding what rape is.  In addition to our
20  background it's always good to know updated
21  information.
22    Q    So you don't agree that passengers need
23  more protection during the nighttime hours compared
24  to afternoon hours on Carnival ships?
25    A    Afternoons are pretty busy, so I -- I

Page 185

1  would say no.  The incidents are very few.  We've
2  gone down this road.  I have adequate security.
3  Each ship can designate their security officers at
4  night, day, whatever the ship security officer deems
5  and it's working well.
6    Q    Do you agree that the sale of drink
7  packages of 12 drinks per day encourages passengers
8  to drink more than they would in an equivalent land
9  based setting?
10       MR. MASE:  Objection, form.  Asked and
11       answered.
12       MR. GERSON:  I don't think I asked him
13       that.
14    A    I mean, go to an all inclusive resort,
15  you're going to have more than 12 drinks.  There's
16  no cap on them.  At least we have a cap on our
17  limits.
18    Q    (By Mr. Gerson) Don't you sell unlimited
19  drink packages?
20    A    It's not unlimited.
21    Q    Okay.  Does Carnival have a policy on
22  drinking age?
23    A    Yes.
24    Q    What is it?
25    A    21.

Page 186

1    Q    So it would be a violation of Carnival's
2  policies and procedures if it permitted people under
3  the age of 21 to drink?
4    A    That's right.
5    Q    Okay.  And I don't think you told me one
6  way or another, but the drink packages of 12 drinks
7  or more per day, you don't think that encourages
8  passengers to drink more than they would ordinarily?
9    MR. MASE:  Asked and answered repeatedly.
10   A    They're on vacation, they bought the
11 package.  They can be at an all inclusive resort in
12 Jamaica and drink more than 12, so -- without any
13 limits, so we control the limits.  I can't be
14 specific, but I know that there's a time frame
15 between each serving.  So there are some types of
16 control on that.
17   Q    (By Mr. Gerson) Well, the fact that you
18 sell these 12 drinks per day or more packages or 12
19 drinks per day package encourages people to drink
20 more than they would because they don't have to
21 drive home?
22   MR. MASE:  Asked and answered.
23   MR. GERSON:  That's a different question.
24   A    They buy it because they like to drink.
25   Q    (By Mr. Gerson) Okay.

Page 187

1    A    They're on vacation.
2    Q    And they don't have to drive home; right?
3    A    No, they don't have to drive home.
4    Q    Okay.  So you would agree then it
5  encourages them to drink more?
6    MR. MASE:  Objection, form.  Asked and
7    answered.
8    A    I can't agree to that.
9    Q    (By Mr. Gerson) Why does Carnival sell
10 drink packages to customers allowing no charge
11 consumption up to 12 drinks per day?
12   A    You have to talk to the food and beverage
13 people.
14   Q    Don't you think as a member of law
15 enforcement as -- and as the company security
16 officer that allowing customers to or having a
17 policy of 12 drinks per day increases the risk of
18 certain passengers to crime?
19   MR. MASE:  Objection, form.
20   A    To crime?  Not necessarily.
21   Q    (By Mr. Gerson) Could it?
22   A    You also have to understand that although
23 they have this package, they have a responsible
24 serving of alcohol and shipboard security and my
25 team encourage bartenders to cut people off.

Page 188

1    Q    Okay.  Sir, is it your testimony that
2  Carnival vessels like the Sensation have a strong
3  security presence and strong security deterrent
4  affect in place at all times?
5    A    Yes.
6    Q    Okay.  And the fact that you only have two
7  to three security officers patrolling the ship
8  between the hours of 12:00 o'clock a.m. to 6:00
9  o'clock a.m., how do you justify that comment if you
10 have 14 passenger decks and you have 2000 people and
11 only three people that are there to protect your
12 passengers?
13   A    So it's at the discretion of the ship's
14 security officer who knows that there's very minimal
15 incidents that are occurring between those hours, so
16 he utilizes his staff in peak times.
17   Q    So you rely on people like Mr. John Manuel
18 to set the security schedules based on what he feels
19 is necessary?
20   MR. MASE:  Objection, form.
21   A    John would work with the staff captain as
22 far as scheduling.  He answers to the SSO, the staff
23 captain.
24   Q    (By Mr. Gerson) Do you agree if there was
25 a security officer standing in the passenger

Page 189

1  corridor area on the deck where Lindsey Horne's
2  cabin was that Lamarcus James wouldn't have forced
3  his way into my client's stateroom?
4    MR. MASE:  Objection, form.
5    A    Do I agree that could have stopped it?
6    Q    (By Mr. Gerson) Yes.
7    A    If it happened.  I don't know if the
8  allegation is founded or unfounded.
9    Q    Okay.  Well, assuming it was true and a
10 passenger did force his way into Ms. Horne's
11 stateroom, do you believe that if there was a
12 security officer stationed in the passenger corridor
13 that it's more likely than not that that person who
14 forced his way into her room wouldn't have done so?
15   MR. MASE:  Objection, form.
16   A    Within eyesight of the cabin.  There
17 again --
18   Q    (By Mr. Gerson) Just in general.
19   A    -- one guard -- one guard would have to
20 vis -- visually see it.  If they visually saw
21 someone pushing that door open in front of their
22 face, of course it would have prevented it, but it's
23 not feasible or logical.
24   Q    Okay.  And when you say "it's not
25 feasible", why is it not feasible?

Page 190

1    A    Because there's no need to have security
2  guards on every deck.
3    Q    Okay.  What about just on the passenger
4  decks where the staterooms are?
5    A    There's no need for that, minimal minimal
6  crime.
7    Q    What about if you just had a security
8  officer positioned there between the hours of 12:00
9  o'clock a.m. to 6:00 o'clock a.m. on four decks?
10   A    Here again, when you know the length of
11 the corridor you can be standing down there and
12 you're not going to see what's going on fore or aft
13 or wherever you're standing, you could turn your
14 head, something could happen.
15        Like a policeman driving around the
16 block.  You get in your car, everything's nice here.
17 He doesn't see what's going on in the driveway.
18 That could happen.  It's not feasible.
19   Q    Can you say with any degree of certainty
20 that the incident could have been prevented by any
21 of the measures that we have talked about in this
22 deposition?
23        MR. MASE:  Objection, form.
24   A    Could it have been prevented?  If someone
25 was standing there it could have been prevented,

Page 191

1  standing right there.
2    Q    (By Mr. Gerson) What if someone was
3  just -- a security officer was observed by Mr. James
4  or Mr. Randle before they followed Lindsey Horne
5  back to her stateroom?
6    A    They would have picked up on it.
7    Q    And what is your training and experience
8  as a member of law enforcement if a criminal or
9  potential criminal picks up on the fact that there
10 is a visible security presence in an area, do they
11 commit the crime or do they wait for another
12 opportunity?
13        MR. MASE:  Objection, form.  Speculative.
14   A    Good chance they're not going to commit
15 the crime.  In this case I don't know, did they
16 force their way in, were they allowed?  I can't get
17 specific on this case.  I don't know what really
18 happened.
19   Q    (By Mr. Gerson) Well, are you telling me
20 that security officers on your ships aren't useful?
21        MR. MASE:  Objection, form.
22   A    I'm not saying that.
23   Q    (By Mr. Gerson) So they are useful?
24   A    Of course they're useful.
25   Q    So why don't you use more of them?

Page 192

1    A    We don't need more.
2    Q    What would the harm be if you -- if you --
3  could you afford more?
4        MR. MASE:  Objection, form.  Asked and
5  answered.  Harassing the witness.  Improper
6  legal standard.
7    Q    (By Mr. Gerson) You can answer.
8        MR. MASE:  Again.
9    A    What's the question now?
10        MR. MASE:  Asked and answered before.  For
11 the 19th time he wants to know what the harm
12 would be.
13   A    We don't need it.  We have enough
14 security.
15   Q    (By Mr. Gerson) Aside from the fact that
16 you don't need it, would there be any -- would it --
17 would it hurt having more?
18        MR. MASE:  Objection, form.
19   A    More of everything is better in this
20 world; right?  Would you like more money?  Would you
21 like more water?  Would you like more security?  Is
22 it necessary?  I'm not thirsty so I don't need more
23 water.  I'm making plenty of money, I don't need
24 more money.  I have adequate security, I don't need
25 more security.

Page 193

1    Q    (By Mr. Gerson) Let me ask you this, how
2  many more rapes and sexual assaults need to you --
3  need for you to become aware of until Carnival
4  changes something about the way that they're
5  securing their ships?
6        MR. MASE:  Asked and answered previously,
7  objection.
8    Q    (By Mr. Gerson) You can answer.
9    A    There's no need to have any more or less.
10   Q    How many more if there were --
11   A    You cannot prevent everything, Counselor.
12   Q    I understand that.
13        MR. MASE:  Let him answer the question,
14 Mr. Gerson.
15   A    Nothing is 100 percent.
16   Q    (By Mr. Gerson) How many more -- if there
17 were 20 more rapes that had been reported in the
18 next three years, would that not be enough to get
19 Carnival to change the way that they're doing things
20 in the terms of providing security measures on its
21 ships?
22        MR. MASE:  Objection, speculative.
23   A    Depends where the rapes are.  If there's a
24 pattern.  If there's six rapes on the Carnival
25 Sensation on deck -- Riviera Deck, of course I'd

Page 194

1  have more people there.
2      Q   (By Mr. Gerson) What if there are just 20
3  rapes on Carnival ships and they're all occurring in
4  the passenger staterooms, would that get you to
5  change the way you are providing security on your
6  ships?
7      A   Not at the present time, no.
8          MR. MASE:  Objection, form.
9      Q   (By Mr. Gerson) Okay.  So would 50 in the
10 next three years do it?
11         MR. MASE:  Objection, form.
12     A   Hypothetical, Counselor, I --
13     Q   (By Mr. Gerson) I'm asking you.
14     A   But my answer is my answer.
15     Q   But you're the -- you're company security
16 officer?
17         MR. MASE:  He's answered.
18     A   But it's not a logical question.
19     Q   (By Mr. Gerson) Okay.  So I'm saying there
20 have been over 50 reported rapes and sexual assaults
21 in the last three years.
22     A   On the Sensation?
23     Q   No, on Carnival ships.
24     A   Okay.
25     Q   Okay?  And why does it make a difference

Page 195

1  what ship it occurs on?
2      A   You're talking 50 allegations over a three
3  year period across 24 vessels, you don't find that
4  low number in Coral Gables in a three year period.
5      Q   At a private business?
6      A   How many private businesses have to report
7  statistics like the Holiday Inn or whatever?
8      Q   When was the --
9      A   None.
10     Q   When was the last time you ever went and
11 pulled the statistics for a business in Coral Gables
12 to determine --
13     A   Why would I?
14     Q   Let me just ask you the question.  How
15 many times, sir, have you pulled the crime report or
16 the crime grid for a Holiday Inn or a Marriott and
17 reviewed the crime data to see how many rapes have
18 been reported at that particular location in the
19 last three years?
20         MR. MASE:  Objection, form.
21     A   Reportable?
22     Q   (By Mr. Gerson) Reported.
23     A   Actual police report?
24     Q   Yes.
25     A   Majority of these people don't report in

Page 196

1  these businesses.  There's no mandated reporting
2  statistics for me to look at.
3      Q   That wasn't my question.  I'm asking
4  you --
5      A   You're asking me about the crime report.
6      Q   You made the comparison to other land
7  based environments.  You're telling me that in the
8  context of other places, I imagine you're assuming
9  like a hotel or since a cruise ship is like a
10 floating hotel that the number's relatively low.
11         So I'm asking you, sir, when was the
12 last time you went and pulled the crime data for a
13 Marriott that houses 2000 people and reviewed the
14 number of times there has been a rape or sexual
15 assault reported at that facility?
16     A   Never.
17     Q   Never.  So you have no clue what the
18 numbers are, do you?
19         MR. MASE:  Objection, form.
20     A   I do have a clue when I'm talking about
21 incidents on our ship per capita to a city.  That's
22 been studied and reviewed and testified in congress.
23     Q   (By Mr. Gerson) So there are only 2000
24 people on the Sensation or 2600 people on the
25 Sensation; right?

Page 197

1      A   Right.
2      Q   So how do you --
3      A   That's not counting crew.
4      Q   Okay.  Not counting crew.  So you don't
5  know what the comparison is from the number of
6  reported rapes and sexual assaults on Carnival ships
7  fleet wide in comparison to similar land based
8  environments such as the equivalent hotels or, you
9  know, the equivalent type of facility?
10     A   No, I don't know that.
11     Q   Okay.  So how do you know the number's
12 low?
13     A   I know the comparisons were done with
14 statistics from the industry compared to cities, the
15 size and the amount of passengers we carry.
16     Q   Well, what cities?
17         MR. MASE:  Let -- let Mr. Froio answer
18     your questions.
19         MR. GERSON:  Okay.
20         MR. MASE:  Please stop interrupting him.
21     A   That study was done during the hearing.
22 What cities it was, I don't know.  Maybe Ross Klein
23 knows or whatever.  But we had -- CLIA did a
24 complete study and did a comparative analysis and
25 compared it to the uniform crime report and

Page 198

1    statistics on cruise ships are lower, safer.

2        Q    (By Mr. Gerson) So you're comparing the

3    reported rapes and sexual assaults on Carnival ships

4    fleet wide to a city in the United States and you're

5    telling me that based on the population size or

6    based on those comparisons that the number is low?

7        A    Yes.

8        Q    What cities?

9        A    You're going to have to talk to CLIA.

10       Q    Well, I'm asking you, sir.

11       A    No, it's years ago.

12       Q    But you're the one who's making the

13   statement that it's a low number.

14       A    I don't know the specific city.

15       Q    Well, why don't you know, you're making

16   the statement?

17           MR. MASE:  Objection, form.

18       A    Why don't I know?

19       Q    (By Mr. Gerson) Yes.  You're the chief --

20   you're the company security officer and you're the

21   one who's telling me that the numbers are low.

22       A    Right.

23       Q    And you're telling me the basis.

24       A    I've been advised in the congressional

25   hearings, we can pull up the hearing statistics,

Page 199

1    I -- I believe you would find your answers there or

2    we can talk to the doctor that did the study for

3    CLIA, then you'll get your correct answer.

4        Q    Okay.  So you don't know what the -- what

5    the numbers are exactly?

6           MR. MASE:  Objection, form.

7        A    I do know that we are lower.

8        Q    (By Mr. Gerson) Okay.  Do you know how

9    much lower?

10       A    No, I don't.

11       Q    What's the population size that you're

12   comparing your --

13       A    Amount of passengers --

14       Q    -- data to?

15       A    -- sale per year.

16       Q    The amount of number of passengers that

17   sale per year?

18       A    Uh-huh.

19       Q    Are you -- you're only looking at this in

20   the context of reportable crimes to -- pursuant to

21   the CVSSA; right?

22           MR. MASE:  Objection, form.

23       A    Trying to think if CVSSA was even out when

24   they did the study.  No, I believe it was all -- all

25   crimes.

Page 200

1        Q    (By Mr. Gerson) Do you believe or are

2    you -- you guessing?

3           MR. MASE:  Objection, form.

4        A    It was all crimes because it was before

5    CVSSA even came out.

6        Q    (By Mr. Gerson) If the number was so low

7    before the passage of the CVSSA, why was the CVSSA

8    passed in the first place?

9           MR. MASE:  Objection, lack of predicate

10           and qualification.  Mr. Froio is not our

11           congressman.

12       Q    (By Mr. Gerson) Well --

13       A    You just took the words out of my -- not a

14   congressman or a president.

15       Q    What is your understanding as the sec --

16   company security officer for Carnival that if the

17   number of reported crimes, rapes, missing persons,

18   sexual assaults on cruise ships such as Carnival was

19   a number that's so low that the CVSSA and mandates

20   required by federal law are now required by Carnival

21   at all?

22           MR. MASE:  Objection, form.

23       A    Politics, Counselor.  Politics.  Oh, I

24   didn't know if you heard me.  I wanted to see.

25       (Continued in Volume II.)

**$**

**$10,000**  96:16
**$1500**  168:5
**$1800**  168:4,6

**1**

**1**  59:22,25
  61:3,7 62:9
**100**  68:2 82:23
  116:19 118:23,
  24 139:12
  143:2 176:2,3
  193:15
**100,000**  158:16
**11**  105:15
  130:15
**12**  112:5 130:15
  157:16 185:7,
  15 186:6,12,18
  187:11,17
**12:00**  104:4
  105:7 108:4
  133:4 139:19
  188:8 190:8
**13**  72:9 157:16
  158:6
**14**  107:22
  131:22,23
  152:5 158:6
  167:11,12
  168:12,13
  188:10
**15**  107:23 168:4
**15-21031-civ-
altonaga/o'
sullivan**  4:11
**16**  96:21 167:13
**18**  167:11,14
  168:13
**1973**  10:10
**1974**  12:20
**1981**  11:19
**1986**  13:13
**1991**  12:5 15:5,
  7 17:22
**1993**  27:22
**1999**  111:5

**1999/2000**  48:25
  49:9 50:6,13
  51:3
**19th**  192:11

**2**

**2**  84:21
**20**  15:13 69:10
  98:12 193:17
  194:2
**200**  32:10
**2000**  32:20 33:2
  48:10,21
  188:10 196:13,
  23
**2000s**  88:17
**2006**  111:8
**2007**  53:1 88:18
  111:8
**2009**  110:11
**2009/2010**  109:3
**2010**  7:13 8:24,
  25 41:13,14,17
  75:16 77:2
**2012**  157:14
**2013**  6:4,5,20,
  23 72:3,7,12
  73:22,24 74:12
  157:14
**2014**  76:1 91:5
  102:13 105:8
**2015**  4:6
**21**  185:25 186:3
**22**  9:6
**24**  37:4 42:7
  81:13 133:16
  136:8 155:24
  178:13 195:3
**24/7**  103:4
**25th**  4:6
**2600**  103:10,16
  196:24
**2650**  103:10
**2:00**  81:9,11,
  14,18

**3**

**3**  11:8 130:22,

**25** 131:6
**30**  69:14 70:2
**3:00**  81:18
  124:11
**3rd**  91:5 102:13
  105:8

**4**

**4**  150:24,25
  151:3
**4.6**  64:15
**4.75**  133:1
**40**  34:22,23
  52:16 69:16,
  24,25 70:3,4,8
  86:11 91:14,15
  92:12 133:14
  134:3 136:4
  147:1 148:7
  162:23 163:2
  173:20
**4:00**  81:18
  83:22 124:10

**5**

**50**  32:9 69:22
  70:2,7 92:12
  98:16 133:25
  148:14 162:23
  173:20 194:9,
  20 195:2
**500**  167:10

**6**

**6/2/1949**  10:23
**6/29/49**  10:22,
  24,25
**6:00**  104:5
  105:8 108:5
  133:4 139:19
  188:8 190:9

**7**

**72**  8:16 11:8
  12:6,10
**73**  8:16

**74**  11:9 12:6,
  10,12,15
**79**  14:19

**8**

**81**  13:7,8,12
  14:23
**86**  13:13,14,19
  14:6,17
**8:00**  105:18
  124:10,11

**9**

**900**  102:12
**91**  12:5,14,15
  13:9,19 14:6,
  17 27:10
**93**  27:18
**99**  32:20 33:2
  48:10
**99/2000**  48:21
  49:1

**A**

**a.m.**  81:10,12,
  15 104:4,5
  105:8 108:4,5
  133:4 139:19
  188:8,9 190:9
**absolutely**  30:7
**acad**  45:14
**academic**  79:13
  80:1,15
  182:12,17,19
  183:7
**academies**
  45:15,17
**academy**  17:3
**accept**  178:9
  182:5,6
**acceptable**
  164:20,24
  165:1
**accepted**  126:14
  178:10 179:18,
  20
**accompanied**
  81:21 82:7

| | | | |
|---|---|---|---|
| 83:3 | aftercare 152:3 | 149:3,15 | annually 52:11 |
| **accurate** 21:13 | **afternoon** 78:23 | 150:2,3,7 | **answering** |
| 71:13 108:8,10 | 81:23 82:9 | 153:21 154:3 | 128:18 181:20 |
| **accurately** | 83:5,13 184:24 | 189:8 | **answers** 124:17 |
| 131:13 | **Afternoons** | **allegations** | 188:22 |
| **accused** 142:9, | 184:25 | 37:11 66:20,23 | **anymore** 42:18 |
| 10 | **age** 185:22 | 68:3,22 69:19 | 129:10 |
| **acronyms** 40:17, | 186:3 | 70:8,14,25 | **apartment** |
| 18 | **aggressive** | 71:3 73:8 | 171:19,20 |
| **act** 41:3,11,16, | 64:16,17 | 91:22 98:4,5,6 | **apparently** |
| 23 72:24 73:12 | **agree** 34:23 | 104:1 124:21 | 181:12 |
| 75:16 111:4,10 | 35:4,9,15,16 | 133:18 139:13 | **appealing** 28:10 |
| 119:20 172:1 | 43:18,23 51:3, | 163:2 165:3 | **appearance** |
| **action** 150:5 | 18 54:16 58:9, | 182:23,25 | 31:17 |
| 151:18,20,21 | 17,22 89:21 | 195:2 | **applied** 25:20 |
| **actions** 151:22 | 90:7 92:18 | **alleged** 73:19 | 27:8 100:25 |
| **activity** 120:9 | 93:2 94:1 | 114:7 155:18 | **applies** 57:19 |
| **acts** 116:17 | 98:22 103:18 | 184:18 | **apply** 27:9 |
| **actual** 54:13 | 113:15 116:14, | **Allegedly** 74:20 | 43:11 44:2 |
| 66:22 107:18 | 20 119:2 130:3 | **alleges** 149:19 | **appointed** 7:15 |
| 117:10 160:2 | 131:8 140:5 | **allen** 143:5 | **approach** 31:3 |
| 195:23 | 154:5 162:8 | **allowed** 143:10 | **approximately** |
| **add** 54:16 | 168:21,25 | 191:16 | 5:13 8:11 |
| 177:21 179:3 | 170:4,7,13 | **allowing** 112:5 | 11:11 34:12 |
| **added** 113:11 | 171:2 172:9,12 | 187:10,16 | 130:14 131:24 |
| 166:7,8 | 173:12,18 | **alluded** 95:15 | 132:12 133:14 |
| **addition** 64:8 | 184:22 185:6 | 109:20 | 139:17 |
| 184:19 | 187:4,8 188:24 | **America** 48:3,5 | **April** 27:17 |
| **address** 5:6 | 189:5 | **American** 50:16, | 184:12 |
| 59:12 | **agreed** 121:15 | 24 51:5 103:13 | **area** 21:12,17 |
| **addresses** 63:1 | **agreement** | 169:25 | 22:16 83:9 |
| 64:3 | 111:8,9 | **amount** 136:7 | 93:16 104:18 |
| **adequate** 138:7 | **ahead** 5:5 30:14 | 174:17 197:15 | 128:25 132:16 |
| 185:2 192:24 | 60:25 64:24 | **analy** 19:13 | 171:21 189:1 |
| **Administration** | 86:4 102:25 | **analysis** 19:7, | 191:10 |
| 53:4 88:8 | 126:20 127:11 | 13,16 20:15 | **areas** 20:20 |
| **admit** 153:24 | 131:16 | 22:10 136:24 | 21:16,18 56:20 |
| **adopted** 33:10 | **airport** 43:9 | 197:24 | 81:7,9,11 |
| **advantage** 174:6 | 46:22,23 | **analyst** 18:17, | 93:15 120:16, |
| **advertised** | 47:18,19 53:8 | 18,19 19:5,11 | 19 129:13 |
| 48:16 | **ajar** 79:20 | 20:16 21:3 | 133:5 139:17 |
| **advice** 89:5 | **alcohol** 80:24 | 24:2 | 141:8,13,22,24 |
| **advise** 79:11 | 113:16,21 | **analyze** 22:15 | 161:21,22 |
| **advised** 120:18, | 114:2,3,5,13 | 128:24 150:11, | 166:3 169:6 |
| 21 153:21 | 187:24 | 12 | **argue** 162:6 |
| **affect** 38:1 | **allegation** | **analyzed** 182:25 | 176:3 |
| 188:4 | 70:17 75:5,13 | **analyzing** 20:21 | **argumentative** |
| **afford** 58:10 | 78:1,3,16 | 21:16 | 149:1 |
| 192:3 | 95:23 101:19 | **animals** 165:19 | **army** 51:1,2,5 |
| **aft** 132:25 | 113:25 114:14 | **annual** 122:3 | **Arnold** 36:14,15 |
| 190:12 | 135:2,4,12,16 | 127:9 174:22 | **arrest** 183:2 |
| | 140:1 144:22 | 175:10 | |

Bonita Lockett-Malcom v. LSD
November 25, 2015

3

arrested  142:22
arrests  23:11
  66:22
art  94:9
articles  183:8
ASIS  28:19,21
  29:8 48:17
assault  6:12
  40:24 51:20
  58:20 65:1,5
  68:5,22 70:18
  71:5,24 72:1,
  3,4,13,14,21
  73:17,18,20,23
  74:6,8,12
  75:21 76:7,15
  78:19 80:3,16
  95:9 96:12
  97:23 138:9
  145:10 155:18
  159:20 160:10
  196:15
assault/rape
  73:1 76:2,10,
  11,23
assaulted  144:9
  146:22 153:25
  154:1
assaults  52:2
  63:3 64:5
  66:12 91:15
  92:2 95:5
  97:17 103:19
  110:2 133:15
  134:1 136:1,5
  137:8,18
  140:20 142:19
  144:3 145:17
  147:2 157:8,13
  158:12 159:12,
  21,22 162:24
  164:20 168:20
  170:5,9 173:21
  182:14 183:15
  193:2 194:20
  197:6
assess  21:11
assign  129:5
  161:20 166:14
assigned  11:25
  14:11,19 79:7
  103:7 104:18

assignments
  106:2 165:7
Assist  27:14
assistant
  52:13,14 53:12
  153:10
assistants  56:4
Association
  28:24 136:25
assume  6:11
  35:19
assuming  76:21,
  23 189:9 196:8
assumption
  70:12,13 91:21
  98:17,20,23
assure  87:21
Atlantic  28:9
ATM  171:12,15
atmosphere
  50:21 126:25
  143:17 164:12,
  13
attached  14:10
  73:2 153:16
attacks  59:5
attend  42:10,15
attended  9:14
  109:22
attending
  174:22
attention  112:3
Attorney's
  17:9,14,19
  18:7,12 24:13,
  25 25:8,13
audit  52:18
  87:15
audits  39:10
authority  57:23
  105:23 106:1
  178:24 179:3,
  7,14,17
authorize  181:2
authorized
  56:11 58:3
  63:19,23
  141:22 142:4
average  67:2
  103:13 167:15,
  25

aware  52:5
  62:25 64:2
  70:15,21 74:16
  91:14,24 98:6
  111:22 133:14
  145:7,17,18,21
  155:6 173:23
  183:7 193:3
awareness  53:25
  64:19 83:20
  115:19,20,22

                B

B-e-h  7:24 8:21
Bachelor  45:4
back  6:19 7:5
  10:7 13:25
  42:19 48:9,10
  50:10 51:13
  73:3 74:1 85:1
  93:9 100:14
  104:14 110:11
  111:5 118:16
  136:22 141:14
  145:23 146:1
  157:18 159:4,5
  161:14 177:10
  191:5
background  7:5
  25:18 44:5,16,
  18 49:11 50:24
  51:6 53:7
  184:20
backgrounds
  23:1 32:12
  33:23
bad  34:8 93:19,
  24,25
Ballen  89:9
ballpark  70:14
bar  64:18
bartenders
  187:25
base  72:8
based  35:20
  39:3 43:20,25
  50:16,25 53:22
  81:25 82:5
  94:2 106:6
  108:9 110:13
  116:12 120:8

124:10 135:10
  146:25 147:18,
  19 154:3,4,6
  160:6 169:4
  172:9 173:4
  174:6,13
  176:18 185:9
  188:18 196:7
  197:7
basically  22:24
  50:20 105:25
basis  53:18,21
  79:2,10 99:10
  108:21,23
  122:16,21
  123:11 135:23,
  25 165:16
  182:8
bearing  114:6
beast  165:4
beat  129:18
beginning  30:15
  33:7
Beh  7:24,25 8:3
  17:10 24:20,
  21,22,23 25:4,
  7,16,18 28:9
behalf  5:14,17
  80:9
behavior  89:22
  92:20 99:17
belief  180:17,
  18
beneficial
  101:5
beverage  187:12
big  34:1 93:19,
  23 96:18
  100:11
biggest  33:25
  51:16 109:19
binder  78:14
binders  78:13
birth  10:21
  85:8
bit  9:7,9 24:24
  42:20,23
  118:17 177:1
blank  39:23
  40:2,3,8
block  23:11
  52:16 190:16

**blown**  132:23
**board**  32:22
  40:25 48:19
  50:4 53:6
  55:8,9,11,22
  56:8,14 75:13
  81:22 82:8
  102:15 105:18
  113:1 150:10
  152:8 165:22
  169:12 170:1
  172:16,19
**Bob**  24:19 54:7,
  10,24,25 55:4
  121:13 154:22
**Bob's**  8:16
**bonded**  53:12
**book**  78:15,16
**books**  33:3
**boots**  107:4
**bought**  186:10
**box**  21:8
**boxes**  149:12
**break**  60:3,4,
  12,18,19 74:8,
  11 84:13,17
  118:2,6,11,16
  159:2,23
**breaks**  125:22
**Breeze**  176:20
**bring**  52:11
  165:21
**broken**  74:7
**brought**  112:3
**brow**  68:17
**Broward**  17:9
**brutally**  148:23
**budget**  123:3
  124:22 125:5,
  7,14,15,18
  178:7,11
  180:1,6,13,24
**building**  37:11
**buildings**  37:6
**burden**  139:15
**bureau**  11:18,25
  13:15 14:19,23
**Burke**  36:6,16,
  19
**Burke's**  36:25
  37:16

**business**  27:4,
  21 195:5,11
**businesses**
  195:6 196:1
**busy**  24:3
  184:25
**butt**  96:1,22
**buy**  186:24

___

**C**

**cabin**  113:6,8,9
  140:14 142:6
  144:21 189:2,
  16
**cabins**  132:4,
  18,19
**California**
  125:24 126:22
  129:7 165:14,
  18,19
**call**  20:3 58:8
  73:24 152:9,11
  178:21,22
  181:8
**called**  17:3
  18:23 21:21
  57:9 167:14
  177:11
**calls**  22:22
**camera**  92:23
  93:7,25 100:14
  101:4 116:6
  131:17 171:15
**cameras**  33:23
  34:9 35:5,10,
  17 89:21
  90:10,12,15,21
  91:1,6 92:19
  93:14 94:1,16,
  17 99:15,16
  100:3 101:9
  102:14 103:2,
  6,7 116:15
  170:25 171:3,7
**cap**  185:16
**capacity**  13:9
  46:20 47:15
  49:4 80:7,10,
  12 103:8
  112:10 132:24

**capita**  196:21
**captain**  55:25
  56:15,23
  105:14,24
  106:2,9 107:23
  108:10 150:21
  152:15,21
  153:6,12
  166:13 188:21,
  23
**captains**  52:11,
  12,24
**car**  75:11
  171:25 190:16
**card**  159:7,10
**care**  152:2
**career**  10:20
  14:24 15:12
  17:23
**careful**  8:14
**Caribbean**  89:7,
  8
**carnival**  4:8
  5:9,14,17,20,
  25 6:1,13 7:1,
  6,19 8:1,24
  9:5,8 16:12
  17:12 25:16,21
  27:10 34:1,10
  35:5,11,18,24
  36:11 37:3,5,
  20 38:6,10
  41:25 42:1,5,
  8,14,15 43:5
  44:21 46:19
  47:12 48:7,18
  49:2,3,8,10
  50:2,3,8,17,18
  51:3,6,15,21
  52:3 53:3
  54:14 55:1,13
  56:11 59:10
  62:18 63:13
  66:9,13 68:5,
  23 70:18 71:5,
  18,25 72:17,
  18,19 73:6,7,
  16 74:18
  75:11,18 76:4
  77:4,6 78:7
  79:12,23,25
  80:9,14 82:25
  83:25 86:3

**capita**  196:21
87:4,6,7,18
88:4 90:9
91:6,16 92:2
93:13 94:9,16
95:2,6,15,20
96:3,8,9,25
97:3,5,18,19
98:1 99:2,11
100:2,8,14,18
101:10 103:20
104:2,17
106:16 107:3,
12 108:11,14
109:21 110:3,
10 111:2,19
112:4 117:12
119:8,9,10
120:1 121:16
122:1,17,21,24
123:17 125:4
127:8,10,24
129:8,10,11
131:14 133:2
134:2,21
135:4,16
137:6,20
140:18 141:6,
17 142:11,15,
25 143:19
145:13,18
146:22 147:8
148:24 149:25
154:1 155:7,17
156:3,11,14,
18,23 157:2
160:15 161:10,
20 162:20,25
163:17 164:1,
6,21 167:4,17
172:13 173:21
174:4 176:20
177:22,25
178:23 182:14
183:13 184:24
185:21 187:9
188:2 193:3,
19,24 194:3,23
197:6
**Carnival's**
27:22 31:3
42:3 44:22
48:1 84:5
86:6,11 95:21
144:8 170:7,14

186:1
**carry** 169:16,
20,23 197:15
**case** 4:10 6:21,
22 74:25 78:16
92:13 102:23
113:16 116:25
146:10,13
148:22 150:5,
13 151:8,12
155:4 183:2
191:15,17
**cases** 52:20
86:18 172:14
**casino** 27:18,
21,23 28:1,6
33:8,25 34:4,
7,8,10 35:5,17
36:1 94:20,23,
25 95:2,6
100:11,15,21
**casinos** 33:16,
19 35:10
90:13,15
94:16,18 100:8
172:21,23
**categorize**
76:12
**caution** 87:22
**cavity** 74:9
**CCTV** 89:21
90:10,12,15,21
91:6 92:19
94:16,17
99:15,16
100:3,14
102:14,25
171:7
**certainty**
157:22 190:19
**certification**
24:4,5 88:16,
18
**certified** 17:2
52:25 53:3
88:7,15
**certify** 53:4
**cetera** 74:2
**chance** 160:4
191:14
**change** 32:25
103:10 124:24

141:7 159:6
166:5 178:24
179:14 183:3
193:19 194:5
**changed** 72:3
122:5 146:6
**Chapter** 64:15
**charge** 35:25
112:5 187:10
**charter** 161:16
**Chaven** 167:20,
21
**Check** 70:4
**checked** 149:12
154:22
**checking** 143:16
**chief** 36:3,19
41:24 44:21
52:13,14
53:11,12 55:19
56:2,7,10,21
63:12 72:18
82:17 87:3
105:14,24
106:3,8 122:21
128:2 129:3
133:23 152:24,
25 153:1,2,10,
13 167:18
**chiefs** 29:4
52:24
**choice** 56:5
**Christine**
36:11,12,17,18
**circuit** 172:15
**circumstances**
110:18
**cities** 197:14,
16,22
**citizens** 49:11
169:22,25
**city** 8:9 28:9
103:13 136:9
147:20 196:21
**civil** 6:25
**clarified** 181:2
**clarify** 96:20
**clarifying**
179:10
**class** 26:18
52:25 58:4

167:14
**classified**
75:21,24
**clean** 51:14
**clear** 54:22
67:11 166:20
**CLIA** 136:24
137:3,5,6,11,
13 197:23
**cliche** 142:7
**client** 74:17
75:2 101:25
111:23
**client's** 189:3
**clientele's**
177:1
**closed** 80:25
81:3 129:24
143:5 144:4
163:13 165:5
172:15 173:24
183:2
**closes** 81:12,13
**closing** 81:17
178:18
**club** 81:17
**clue** 34:13,15,
16 196:17,20
**coast** 39:5
72:22 76:19
78:2 87:14
96:25 97:2,9,
13 134:20
165:20 176:15
177:4
**collect** 19:18
101:7
**collection**
52:18
**college** 9:21,
22,25 10:4,6,
8,18 11:2,3
16:24 45:1
**collusion** 33:24
100:10
**color** 82:14
83:20
**combination**
65:23
**comment** 183:10
188:9

**comments** 180:19
182:6 183:4
**commit** 114:18
191:11,14
**commitment**
86:14
**commits** 141:17
**committed**
134:19 140:19
143:6 145:9
150:9 152:7
153:4 155:8
**committee** 29:11
137:14
**committing**
116:17 142:19
**common** 80:20
**communication**
87:17
**community** 9:22,
25 10:4,6,8
11:2,3
**companies** 54:19
**company** 36:2
38:21,22,25
39:7 82:19,21,
24 87:4 93:13
100:1 112:11
128:8 133:24
161:10,12,16
162:16 164:5
170:16 178:20
182:2 187:15
194:15
**comparative**
17:4,5 197:24
**compare** 40:11
147:19
**compared** 44:15
81:23 82:8
83:4 165:19
184:23 197:14,
25
**comparing**
148:12
**comparison**
196:6 197:5,7
**comparisons**
197:13
**competent**
105:24

Compilation
  65:25
complain  143:15
complaints
  108:25 110:8,9
  165:24
complete  197:24
completely  90:7
complex  171:21
complexes
  171:20
compliance
  17:4,5 86:17
compliant
  87:11,12
complicated
  72:2
complying  77:2
composite  59:24
  62:9
comprehensive
  86:12
concept  20:6
concerned  71:19
conduct  154:24
conducted
  153:18
conducts  152:6
confusing  14:18
  74:13
congress  41:17,
  21 196:22
congressional
  42:11 109:2,
  22,25 111:14
conjunction
  56:22
connect  19:19
connected  17:12
connecting
  22:25
Conquest  177:7
  179:6
consideration
  150:10
considered
  71:21 72:15
  147:9 161:10
consistent
  46:11

Constant  31:11
consumed  113:16
consumption
  112:5 187:11
context  6:18
  14:14 15:10
  25:3,6 109:3
  157:1 158:23
  196:8
continue  17:23
  86:13
continuing
  149:17
contract  180:7
contradict
  183:8
contrary  30:16
control  163:11,
  12,14,15
  165:5,6
  186:13,16
controllable
  164:13
controlled
  175:25
convenient
  171:3,8
convention
  40:23 48:17
copy  63:15,24
  76:24 84:7
  85:1,21 154:15
Coral  128:25
  129:1 139:7
  195:4,11
corner  21:22
  139:5,9
corporate  36:4,
  10 42:4 80:6
  126:5
corporation
  36:20 42:1
correct  7:7,21
  20:13 22:9,13
  23:16 24:13,14
  33:5 36:13,16
  38:10 42:3
  47:24 49:15
  57:10,17,18,
  20,24 62:10
  63:20,21 66:3,
  9,10 71:19

72:24 73:15
90:22,23 94:10
95:25 96:25
97:5,14,20
100:6 107:20
110:4 112:19
119:3,8 135:24
141:5 151:22
154:9 171:1
172:14
corrective
  151:18,20,21
corridor  90:16
  93:15 94:19
  119:25 120:16,
  19 130:13
  139:16 140:7,
  15 141:8
  161:21 166:2
  175:21,24
  189:1,12
  190:11
corridors
  90:19,21 91:2,
  6,9,13 94:17
  101:1,3 104:4
  117:4 120:9
  170:25
Cosmo  152:21
cost  177:25
Coste  150:22
Council  29:4
counsel  58:2
  164:16
Counselor
  124:18 127:15
  143:2 181:10
  193:11 194:12
count  92:9
  107:22 131:1
  158:7
counted  138:4
  158:5
counting  197:3,
  4
couple  105:5
  125:16 177:12
court  4:1,5,6,9
  61:16 146:2
cover  139:10
  151:7

coverage  101:4
  121:2 122:4
  127:8 128:1
  138:21 139:12
  162:3 174:23
  175:12
covers  74:6
Cozumel  112:25
created  30:13
  89:19
credentials
  25:24,25
credibility
  182:8
crew  40:20 50:4
  63:2 64:4
  86:21 107:19
  111:12 131:25
  132:8,9,11
  140:18 141:10,
  12,21,24,25
  142:3,5 145:8
  158:23 197:3,4
crewmen  102:12
crime  13:23
  14:9,14 18:17,
  18,19,22,23
  19:5,7,11,13,
  16 20:1,3,15,
  19,20 21:3,12
  22:1,2,10,21
  23:17 37:11,20
  39:10 41:2,9
  58:24 59:6,12,
  16 61:18 63:2
  64:25 65:22
  72:23 75:3,15
  77:25 78:3,15
  92:24 94:18,20
  95:23 99:12,13
  100:4 101:14
  108:16,17
  114:18,19,21,
  22 115:9,11,
  12,19 118:17,
  18 119:3
  129:4,20
  134:19 136:2
  137:14 138:9,
  18,19 143:6
  150:9 151:13
  152:7 153:3
  158:8,9

159:21,24
160:11 165:2
173:14 182:20
184:5 187:18,
20 190:6
191:11,15
195:15,16,17
196:5,12
197:25
**crimes** 12:2
13:15,17,20
14:4,17,25
38:5 64:4
72:11 73:8,11
96:3 97:4,8,9,
12,16 114:23
115:3 118:20
124:21 136:2
156:3 157:1
159:19 160:1,
9,12
**criminal** 7:3
11:18 12:1
13:15 14:20,23
22:25 79:17
89:22 92:19
99:17 110:2
116:17 137:2
150:4 191:8,9
**criminals**
116:17 172:2
**crisis** 183:16,
18
**criteria** 32:8
43:19,24
44:22,23 45:25
46:14,18 47:11
158:22 173:12
**criticisms**
182:5
**criticized**
137:6,11 182:1
**crowd** 116:8
**cruise** 4:8 5:9
6:13 17:13
25:16 40:25
41:3,11,16,22,
25 42:5 54:19
56:18 63:13
73:11 76:5
88:6,14,22
89:1 104:10
110:4,10

111:3,6,10
125:24 136:24
137:6,9 138:7
147:21 170:5
182:2,15,20
196:9
**cruises** 125:23
126:23 127:16
165:14
**culpable** 114:9
**curious** 132:22
**Curtis** 128:19
**customers** 112:5
187:10,16
**cut** 187:25
**CVSAA** 77:24
**CVSSA** 42:12
53:2 76:14
77:2,19 87:11
96:9 97:5,6
111:6 156:4
157:2 160:11,
13

_____

**D**

**daily** 38:3,7
78:17 79:10
**data** 19:18
20:20 22:1
24:8 79:2
148:12 195:17
196:12
**date** 4:5 10:21
41:13 48:23
85:8 91:5
122:25
**Davie** 8:10 16:6
**day** 23:15 57:6
62:16,17 78:21
80:20 86:13
112:6,25
124:12 125:24
138:16 147:7,
8,13 152:11
176:4 185:4,7
186:7,18,19
187:11,17
**dayers** 126:13
**daylight** 81:10
**days** 74:1

**deal** 59:7
100:11
**dealer** 100:10
**dealer's** 100:15
**dealers** 100:9
**deals** 59:4
**death** 6:21,22
**debatable**
99:23,24,25
100:2,6
**December** 7:13
**decided** 15:7
17:23
**decides** 67:19
**decision** 50:5,
10 67:21
**decisions** 106:6
**deck** 104:10,18
131:9,11,13,
19,22 132:18
140:7 142:5
189:1 190:2
193:25
**decks** 81:19
130:15,17
131:1,20,23,24
132:7,9,11,12,
23 133:1,3
139:17 188:10
190:4,9
**decline** 158:8,
18
**deems** 185:4
**defend** 169:15
**define** 29:23
71:25 95:8
**definition**
13:25 14:4
29:22 30:20,23
42:22 71:4,6
73:22 154:5
**definitions**
72:3
**degree** 190:19
**Degrees** 45:4
**delegate**
105:23,25
**delete** 54:17
**deleted** 125:18
**demands** 41:21,
22

**demographically**
56:16 125:23
**deny** 121:25
154:10
**denying** 122:7
**department** 10:9
11:4,11 12:8
14:5 15:11
17:6 18:13
22:11 37:6
44:24 45:2
77:8,9 93:17
125:6 139:8
**departments**
52:19
**depending**
168:13
**depends** 65:11
97:22 114:21
177:9 193:23
**depict** 131:13
**deploy** 104:17
**depo** 149:14
**depose** 149:5
**deposition** 4:1,
12 5:1,3,11,
16,24 6:2,19,
24 68:12
190:22
**depositions** 7:3
**describe** 30:21,
22
**designate** 185:3
**designated** 39:7
42:1 56:1 80:5
**Destiny** 177:5,
11,12
**Destiny's**
177:11
**detail** 28:9
**detecters**
119:16
**deter** 92:24
**determination**
128:3
**determine** 21:11
64:12 75:7
79:13 80:15
134:18 183:13
195:12

determining
89:24 100:20
173:13
deterrence
141:7
deterrent
116:24 119:12,
20 172:1 188:3
deterrents
117:11 169:6
deterring
89:22,25 90:1
92:19 99:17
100:3 116:16
deters 115:25
developed 52:22
54:9,10 173:16
devise 54:2
56:12
diagram 130:19
difference
141:17 194:25
differently
89:14 114:17
difficult 20:23
112:23
digging 61:9
direct 4:21
32:11 46:17
directly 79:10
113:13 114:13
director 7:15,
17,20 8:23
32:10,14,17,18
38:9 107:9
121:20 122:22
127:6,25 164:5
175:11
disagree 46:24
90:4,6 131:12
discharge 15:16
disclose 97:18
disco 81:16
discretion
82:13 83:18
166:13 188:13
discuss 92:13
discussed 89:18
109:25
disembarkation
119:7

disproven
110:20
dispute 171:6
180:15 183:8
distinction
73:17
distinguish
72:20
distinguishing
36:24
District 4:9,10
102:24
divide 107:21
document 57:8,
10 60:17,21
62:10,12,15
78:6 85:25
131:4 151:4,10
documentation
78:4
documents 20:17
77:14
dollars 96:16
dome 93:23,24
Dominick 4:12,
18 5:7 154:20,
21
Donald 36:14,15
door 79:20
80:25 81:4
140:14 143:5,
10,12,13
189:21
doors 37:12
129:24 144:4
163:13 165:5
173:25
dots 22:25
dotted 19:19,20
downgraded 51:3
drank 113:5
drawing 39:23
40:1,3,7
dream 167:13
179:6
drink 49:18
111:19 112:4,
13 113:1,4,12
185:6,8,19
186:3,6,8,12,
19,24 187:5,10

drinking 113:9
185:22
drinks 112:6
185:7,15
186:6,18,19
187:11,17
drive 186:21
187:2,3
driveway 190:17
driving 190:15
drop 21:4
drugs 52:18
165:21
Duffy 36:11,12,
17,18
duly 4:19
duties 18:18
27:13 36:24
37:1 57:6
62:17,20 79:8
117:15,16
duty 105:7
152:9,10

E

e-mail 53:14
184:2
earlier 94:8
101:2 113:24
133:14 154:5
155:22 176:2,
22
early 169:2
174:2
earn 168:5
ears 127:24
178:18
easier 61:15
124:4,5
East 165:20
177:4
eavesdropping
19:22
Ecstasy 176:22
Ectasy 126:22
176:23
educations 45:1
effect 41:12
112:13 113:18
116:16 119:12

effective 99:16
100:3
Elation 177:5
179:4
elbow 74:9
embarkation
119:7
employed 5:8
8:1 9:4 25:7
107:25
employee 51:7
144:7
employees 47:22
50:8 142:8,18
employment 5:20
46:19
employs 55:14
encompasses
36:22 37:10
encourage
187:25
encourages
185:7 186:7,19
187:5
end 16:12
104:12,13
140:14 143:7
energetic 49:20
enforce 141:23
142:1
enforcement
17:22,24 26:23
43:10 47:17
87:16,17,20
116:13 152:1
187:15 191:8
enforcement's
182:23
English 31:16
32:4
ensure 86:20
170:14
entered 145:8
entering 142:18
144:10,13,15
167:17
environment
86:20 127:19
163:24 170:12
environments
94:2 172:10

173:4 174:6
196:7 197:8
**equivalent**
47:17 55:10
161:6,8 185:8
197:8,9
**established**
66:2 168:3
170:24
**evaluated**
112:13
**evaluating**
149:25
**evening** 169:1
174:2 175:17
**eventually** 79:4
**everybody's**
78:23
**everything's**
190:16
**evidence** 52:18
101:4,7 155:8
**exact** 37:1
48:23 66:16
92:11
**exam** 32:1
**EXAMINATION**
4:21
**examined** 4:19
**examples** 86:19
**exceed** 86:18
111:3
**exceeds** 87:7
88:4,14
**excellent** 86:10
**exception**
167:12
**excuse** 7:11,16
57:11 87:4
121:21 127:5
133:24
**exercise** 87:22
**exhibit** 59:22,
24 61:7 62:9
84:9,21
130:22,25
131:6 150:24,
25 151:3
**expectation**
88:14

**expensive** 123:6
**experience** 7:5
26:22 39:8
43:8,9 47:17
49:12 50:24
51:6 82:6
116:13 191:7
**explain** 15:16
30:2
**explained**
126:12 159:17
**extent** 35:1
80:8
**external** 37:10
**extra** 124:12
125:17 126:11
161:15 175:5
176:6,8 178:9
**eye** 23:9
**eyes** 127:24
**eyesight** 189:16

_____

**F**

**face** 189:22
**facility** 196:15
197:9
**fact** 42:23
109:21 110:1
111:15,18,22
122:1 136:22
142:23 146:21
148:12 149:23
154:17 155:6
160:7 162:22
171:6 174:1
186:17 188:6
191:9 192:15
**factor** 119:3
149:25
**factual** 174:16
**fall** 32:23
**falls** 79:4
**false** 92:16
**familiar** 20:1,
6,12 26:12
28:19 38:8,14
39:12,15 40:12
41:6 57:9,13
62:9 74:25
83:25 84:4

111:18 137:3
153:17
**familiarized**
84:6
**Fantasy** 177:6
179:5
**Fascination**
179:9
**FBI** 72:4 78:2
87:15 95:16
97:2,9,19
111:7 134:20
154:23
**feasible**
189:23,25
190:18
**features** 116:15
**federal** 72:9
73:9 74:7 77:3
87:13 110:23
**feel** 40:7 106:6
**feels** 188:18
**felony** 14:10
**female** 71:8,12
80:2,16 82:16
83:17,21
103:18,25
148:22 170:4,
19
**fence** 115:13
**fences** 116:15
**field** 43:8
**fight** 113:3
**fights** 97:17
156:13
**figure** 92:11
158:7
**file** 78:12
**Filipino** 50:7
**Filipinos** 32:5
49:22
**financial**
139:15
**find** 117:6,9
134:22 136:10,
17 143:25
158:2 195:3
**findings** 112:16
**fine** 60:13 61:6
86:25 175:7

**finger** 72:13
74:9
**finish** 44:10,13
62:4,5 84:16
88:10 124:17
128:20
**finished** 128:18
**fitness** 31:19
**fixed** 129:12
130:11 172:1,
20,22 173:5
**flag** 58:4 78:2
97:2,11
**flat** 157:19
158:18 159:17,
24
**fleet** 53:5
122:17 126:15
128:6,9 138:15
167:8 180:2,23
197:7
**floating** 136:20
196:10
**floors** 129:12
130:13,14
**Florida** 4:3,10
8:8 12:3 16:2,
3 17:2,3 72:10
**focal** 23:13,15,
17
**focus** 27:18,22
33:8
**follow** 15:2
57:5 111:16
**food** 187:12
**force** 189:10
191:16
**forceable** 155:8
**forced** 148:25
189:2,14
**forcing** 140:9
144:10,15,21
**fore** 190:12
**Forgive** 17:21
**form** 6:14 14:7
25:1 27:25
28:2 29:24
31:7 34:3 35:7
38:20 41:1,18
43:21 46:15
47:6 48:4

49:13 50:19
51:10 52:4
53:20 55:16
57:11 62:19
63:4 64:7
65:3,10,20
66:15,19 67:4
68:6 70:9,20
71:14,20 72:25
73:10,21 74:19
75:4,12 76:8,
16,20 77:21,22
78:8,11,12
79:3,15 80:4
81:24 83:8
87:10 89:23
90:5,18,25
91:8,17,20
92:3,7 93:4,18
94:3,11,24
95:3 97:21
98:3 99:5,19
100:5 101:12
102:16,21
103:15,21
104:6,20
105:12 106:13,
22 108:13
109:5,8,14
110:5,12,25
112:7 113:19
114:8,12,20
115:4 116:18
118:21 120:4,
7,17 121:4,9,
17,23 122:11,
18 123:1,13,24
124:8 125:8
127:14 128:5,
7,12 129:16
130:5 133:6,11
134:5,10,17
135:1,6,19
136:6 137:10,
21 138:11,22
139:20 140:11,
21 141:9,19
142:13,20
143:1,20
144:14 145:11,
20 148:17
149:2,20
153:20 154:2,
8,12 155:12

157:5,10,23
160:22 161:7,
24 162:4
163:1,10,21
164:3,8 168:24
169:9 170:10,
20 171:9
173:7,15 174:8
175:13,19,22
177:17 178:1,
8,25 179:11
180:25 181:16
182:16 185:10
187:6,19
188:20 189:4,
15 190:23
191:13,21
192:4,18
194:8,11
195:20 196:19
**formal** 54:18,20
78:12 80:18
**formalized**
88:17
**formally** 14:22
**formulate** 19:2,
19
**formulated**
41:22
**forward** 150:1
**Foster** 4:1,6
**found** 37:6
49:21,24
133:20
**foundation** 68:8
**founded** 150:3
182:24 189:8
**frame** 186:14
**free** 81:6
169:11,13
**frequency** 165:6
**frequently**
182:1
**Froio** 4:12,18
5:7 33:6 68:1
118:15 197:17
**front** 140:13
157:24 189:21
**Ft** 17:6 18:14,
15 20:16 21:17
22:11 44:23

**full** 86:17
132:23,24
**fully** 71:11
**fun** 50:21
143:17
**function**
160:21,24
**functions**
119:19
**future** 173:14
184:4,9

---

## G

**Gables** 128:25
129:1 139:7
195:4,11
**game** 19:2
**gangway** 113:10
117:15,16
143:19,21
**gangways** 119:6
**gaps** 70:16
**Gary** 89:9
**gate** 143:5
**gates** 37:13
**gather** 18:24
19:18 20:17
**gathered** 41:20
**gathering** 21:6
23:3
**gave** 86:1 89:17
119:5
**geez** 30:19
171:17
**gender** 72:16
**general** 24:9
110:4 114:5
131:13 137:7
162:19 169:23
182:2 189:18
**generalization**
45:7
**generally** 66:17
**generic** 65:6,23
**Gerson** 4:22,25
6:10,11,16
8:21 9:19
14:2,13 25:3
28:1,8 30:1,
11,19,24 31:10

33:13,16 34:5
35:3,9 38:22
40:4,12,15,19
41:5,24 43:23
44:12,20 46:16
47:7 48:6
49:16 50:23
51:18 52:8
53:24 55:18
57:13 59:21,24
60:6,14,20,22,
25 61:2,6,13,
21 62:7,24
63:8,11,12
64:11,21 65:4,
24 66:17,21
67:5,9,11,13,
25 68:9,10,13,
24 69:1,2,5
70:2,6,11,22
71:16,22 73:6,
13,25 74:21
75:6,14 76:17
77:1,6,9,23
78:10 79:6,17
80:11 81:25
83:10 84:10,
11,13,19,25
85:9,12,14,17
88:1,11 89:25
90:9,20 91:3,
10,18,23 92:5,
10,25 93:6,22
94:5,13,15
95:1,5 96:7
97:24 98:5
99:7,21 100:7
101:13 102:5,
8,20 103:3,18,
24 104:9,23
105:20 106:15,
25 108:17
109:6,10,17
110:7,16 111:2
112:10 113:23
114:15,23
115:6 116:20
118:7,10,15,24
120:5,10,20
121:5,12,19,25
122:12,20
123:8,17
124:2,14,19
126:4,10,20

127:21 128:6,
10,14,18,19,
20,23 129:8,22
130:8,24
133:8,13
134:7,12,21
135:3,7,21
136:11 137:13,
24 138:5,14
139:1,11,23
140:17,23
141:16,23
142:15,24
143:3,23
144:17 145:15,
25 146:7,19
148:20 149:4,
22 151:2
153:22 154:4,
10,14 155:14
157:7,12 158:1
159:1,4,10,11,
22 160:20,23
161:9 162:1,8
163:6,16,22
164:4,9,19,23,
25 165:10
166:21 167:3
168:25 169:11
170:13,18,23
171:11 173:9,
17 174:12,19
175:8,14,20
176:12 177:20
178:5,12
179:2,13
181:6,19,23
182:18 185:12,
18 186:17,23,
25 187:9,21
188:24 189:6,
18 191:2,19,23
192:7,15
193:1,8,14,16
194:2,9,13,19
195:22 196:23
197:19
**gift** 116:9
**give** 4:14 10:25
11:6 21:3 23:9
32:1,9 33:15
40:5 48:23
51:24 64:16
89:16 92:11,16

115:2 140:25
**giving** 70:13
**glass** 132:20
**God** 85:3
**good** 4:23,24
8:12 87:18,20
101:6 118:11,
12 160:4 181:3
184:20 191:14
**governing**
62:14,15
**government** 27:7
52:19,21 72:7,
9 74:7 87:13
134:19
**grab** 78:15
**grades** 167:18
**graduate** 9:24
**graduated** 9:9,
16 11:2 16:24
**graduation** 10:3
**grand** 156:17
**great** 8:18,19
17:25 18:1
89:19 130:6
184:14,15
**grid** 20:1,3
22:2 195:16
**grids** 20:19
**grope** 95:17,24
**groping** 97:17
156:10
**ground** 22:4
107:4
**group** 28:23
54:18,21
**groups** 29:18
41:19,20
110:14
**Guaranteed** 70:5
**guard** 26:8 39:5
47:16 72:22
76:19 78:2
87:14 96:25
97:2,9,13
103:5 117:22
134:20 171:25
189:19
**guards** 127:11
161:21 177:21
190:2

**guess** 23:6
39:23 59:20
68:18,19,25
**guessing** 126:22
**guest** 50:4
100:11 141:11,
13,14,22,24
142:6 143:14
158:8
**guestimate**
133:16
**guests** 86:9,21
111:12 158:16,
19 174:18
**guidance** 89:16,
17
**guideline** 40:23
57:4
**guidelines** 41:8
43:4,6 58:18,
23 61:24 62:21
64:19 89:18
157:3
**guns** 169:16
**guy** 87:25
93:19,25
104:11 143:7,
10,11
**guy's** 93:24
**guys** 89:15

## H

**half** 84:12
112:2 133:1
149:13 180:8,9
**hallway** 104:12,
13 143:7
**hallways** 129:21
172:15
**hamburgers**
44:17
**handled** 149:9
151:25
**handling** 87:23
**happen** 73:5
114:3 140:16
163:3 190:14,
18
**happened** 75:25
78:22 101:3

102:6 110:15
113:18 134:4,
22 142:23
145:19 146:4
153:8 168:22
169:1 189:7
191:18
**happening** 65:15
174:2
**happy** 165:2
**harassing**
105:12 149:2
181:21 192:5
**hard** 50:1
114:18
**harm** 169:12
175:14 177:16,
19,20 181:6
192:2,11
**Harrison** 36:13
**hate** 68:19
161:14
**head** 15:7 64:20
66:8 75:23
140:16 145:1
190:14
**hear** 109:13
**heard** 6:9
26:15,18 41:22
70:5 109:12
110:21 111:6
**hearing** 112:1
197:21
**hearings** 42:11,
17 109:3,4,22
110:1 111:14
**helicopter**
25:9,17
**hell** 165:21
**helpful** 89:21,
24 92:19
**Henninger** 9:20
**hey** 89:15
**HIDA** 17:6 18:17
**high** 9:9,14,20
21:12 126:11
147:6,9 175:1
**higher** 88:24
165:13
**hip** 53:12

hire  31:24
  32:9,15 43:6
  51:6 53:6
  139:8 175:24
hired  11:5 24:3
  27:17 42:25
  48:18,24 51:11
  89:18 161:15
hiring  31:9,23
  32:11 43:4,19,
  24 44:15,22,23
  47:11 51:16
  161:10
history  9:8
  11:1 33:15
  86:12 173:10
hold  25:23
  26:6,8,10
  34:21 88:22
  113:1,2
  131:16,17
  138:1 159:1
  168:7
holiday  125:22
  147:24,25
  148:8 195:7,16
home  186:21
  187:2,3
homicide  14:9
  96:14
homicides
  156:22 160:10
honest  181:14
hope  176:10
hormones  163:11
Horne  4:8 74:15
  75:10 102:6
  111:23 113:15,
  17 114:7
  116:25 134:24
  148:23 149:18,
  24 153:19,23,
  24 154:6,11,17
  155:9 191:4
Horne's  140:8
  189:1,10
hotel  43:9,13
  46:1,20,22,23
  47:15 51:8
  53:9,10 196:9,
  10

hotels  197:8
hour  52:16 60:2
  84:12 124:12
hours  81:13,23
  82:8,9 83:4,5,
  13,14 104:4
  105:5 108:4
  133:4 139:18
  153:9 169:2,7
  174:2 175:17,
  18 184:23,24
  188:8,15 190:8
house  115:13
  131:24 132:8
housecleaning
  142:8
housekeeping
  142:3,18
houses  196:13
human  114:10
hurt  192:17
hypothetical
  130:6,10
  147:15 194:12
Hypothetically
  130:6

---

**I**

---

idea  29:9 98:9
  101:9 102:4
  103:17 134:6
  137:23 148:5,
  10 149:21,23
  154:13
identification
  61:8 84:22
  85:20 130:23
  151:1
identified
  112:22
identify  77:14
  112:23
Imagination
  126:21 176:9
imagine  20:18
  22:3 196:8
immediately
  87:22 152:9
IMO  39:12 40:21

implemented
  51:13
important  22:15
  42:24 106:11,
  14,21,23,25
  115:24 116:1,3
  119:3 149:24
impossible
  139:13
improper  67:15
  163:20 170:21
  174:8 177:17
  192:5
improve  99:3,6
  107:2,11
  109:15 135:17
  163:7
improvements
  99:8
in-service
  52:10 88:16
  184:12
incident  23:22
  52:6 65:15,16
  74:15 79:11
  81:3 87:23
  91:5 100:21
  110:15 113:7,
  18 139:9
  150:10 158:19
  176:1 190:20
incidents  53:22
  77:15 78:24
  91:9,12,13,15
  97:19 101:3
  104:1 108:19,
  23,25 110:2
  112:17,18,21
  113:12 124:23
  133:10 135:23
  137:2 138:8
  139:22,24
  140:18,22,24
  141:4,11,15
  142:12,17
  144:6 145:6,16
  146:5 147:1
  148:13,14
  155:17 156:10
  158:11,17,22
  165:3 173:10,
  12 174:17
  176:18 185:1

  188:15 196:21
include  20:18
  42:7
included  14:14
  73:23
including
  110:10 123:20
  152:2
inclusive  72:5
  74:13 185:14
  186:11
incorporated
  62:22
Incorporates
  170:20
increase  125:3
  126:5 142:16
  162:2,9 166:23
  167:13 169:5
  175:15 178:23
increased  177:8
increases
  187:17
India  32:11,15,
  19 47:23 48:2
Indian  50:7
Indians  32:5
  49:22
individual
  80:7,10,12
  81:4 82:12
  114:17
individuals
  19:20 64:16,17
  83:19
Industrial
  28:24
industry  88:19
  110:4 136:25
  137:7 182:2,15
  197:14
influence  30:12
information
  18:24 20:24
  22:14 23:3
  52:21 106:11
  125:5 184:21
initial  152:6,8
  153:14
initially
  153:14

Inn 147:24,25
148:8 195:7,16
input 22:14
inserted 71:12
insertion 72:13
74:9 95:11
inside 35:5,10,
17 143:4 182:9
Inspiration
126:21 176:9
instance 113:14
173:4
instances
116:21,22
instruct 64:18
67:9
instructed 30:5
instructing
67:14
instruction
67:15,17
insult 181:10
integrity 24:7
intel 19:18,19,
25 37:14,18
intelligence
18:24 19:14
20:17
intended 30:11
161:3
interfere 33:14
internal 37:10
78:5 89:17
international
29:3 39:4,6,
14,22 40:22
86:18 87:8
88:5 136:25
interpret 65:22
interpretation
181:18
interpreted
181:17
interrogate
101:7
interrupt 68:11
128:21
interrupting
197:20
intervene 130:4

intoxicated
114:10
introduced
25:11
investigate
17:17 23:21
61:25 101:8
102:6 154:16
investigated
135:9 183:1
investigation
13:16 14:17
101:6 151:25
152:6,13,15,19
153:3,5,18
154:15,24
investigations
11:18 12:1
14:20,23 27:15
37:11 55:2
65:7 79:9
investigative
87:21 151:7
investigator
13:5,8,10,12
17:16,18
27:11,12,23
49:5,6,8 55:1
79:9 149:9
150:14,15
152:10
investigators
54:6
invited 184:11
involved 7:2
50:20 58:7
79:10 113:17
114:2 118:22
involvement
54:12
involving 74:15
113:15
ISO 39:15,17,18
40:22
ISPS 55:23
issue 74:13
76:2 178:2
issued 87:12
issues 36:21
59:6 109:19,25
163:14

**J**

Jamaica 186:12
James 189:2
191:3
Jerry 42:16,17
Jersey 25:10,17
Jim 6:7,8
job 11:7 16:12
17:25 18:1
24:3,5,6,8
26:24,25 28:7
38:18 39:1
49:21 52:23
148:16 174:10,
13 184:14,15
jobs 10:16
John 152:22
188:17,21
joined 33:7
Jonna 4:1,6
Jr 4:18 5:7
judge 67:19
July 41:13,14
jury 38:24 87:7
180:21
justifiable
165:15
justify 188:9

**K**

Kale 42:16
keeper 142:4
keeping 31:3
Kidnapping
96:14
kind 31:21
45:8,11 109:17
114:21,23
115:3 145:22
kinds 21:7
61:10 118:20
123:7
kit 155:1
Klein 181:24
183:11 197:22
Klein's 183:5,9

knew 25:15,17
66:14 149:3
165:14
knives 169:18
knock 143:12
knocks 143:10
knowing 92:6
knowledge 82:1,
5 116:12
146:25 151:17
169:4 182:9

**L**

lack 68:7,8
109:7 113:19
182:3
Lamarcus 189:2
land 43:20,25
94:2 172:9
173:4 174:6
185:8 196:6
197:7
Large 4:3
larger 167:13
lasted 24:15
late 32:10,13
78:23 81:23
82:8 83:4,13
94:4,6
Lauderdale 17:6
18:14,15 20:16
21:17 22:11
44:23
law 17:22,23
26:22 43:9
47:16 72:8
73:9 77:3
87:16,17,19
102:23 110:23
111:16,17
116:13 151:25
182:23 187:14
191:8
lawyer 6:6
layout 131:9,13
leads 152:15
learn 27:3
28:10 53:13
learning 27:21

leave  15:11
  79:20
led  152:13
legal  4:7
  163:20 170:21
  174:9 177:18
  192:6
Legend  179:9
legit  146:23,24
legs  84:17
length  104:14
  190:10
lengthy  15:12
let alone
  137:22
level  110:9
  142:16
levels  106:1
liar  181:8
Liberty  177:6
license  26:2,8,
  10,13,16,19
licensed
  169:22,25
licenses  26:6,7
Lido  132:18,25
life  124:4,5
lifeboats  87:25
lifetime  7:3
lights  19:20
  115:17
likes  74:8
limits  185:17
  186:13
Lindsey  4:8
  74:15 113:15
  116:25 148:23
  149:18,24
  153:19,23,24
  154:6,11,17
  155:9 189:1
  191:4
Linen  142:4
lines  4:9 5:9
  17:13 19:19
  41:25 89:1
  111:6
listed  78:11
listen  107:1
  174:19 175:4
  176:5

listened  174:25
listening  175:3
literature
  79:13 80:1,15
  182:13,19
live  8:5 86:13
  102:18 103:4,7
  165:4
lives  8:3,4,7
Lloyds  53:1
  58:5 88:19
lobbyist  41:19
local  72:10,11
  129:2
located  104:19
  119:6
location  23:12
  140:7 195:18
locks  37:12
log  78:1,2,3,16
  95:23
logged  95:23
logical  104:8
  189:23 194:18
logically
  124:20
long  6:2 7:1,12
  8:23 9:4 11:21
  12:22 18:7
  22:23 45:16
  50:12 56:18
  60:21 61:22
  67:1 104:24
  140:15 176:4
longer  177:11
lost  37:6
  145:22 146:8
lot  8:15 19:14
  21:22 36:22
  49:22,24 59:5
  98:10,11 100:9
  101:7 122:14
  123:2,21
  124:15,18
  138:24 149:6
  165:21,22,24
loud  84:2
  117:24
love  25:18
  115:7
low  99:12,13

118:8 135:22
  136:2,5,9,13
  137:2 147:2,5,
  14,17 148:13
  155:16 156:1
  157:4,6 195:4
  196:10 197:12
lower  136:9
  157:19 159:24
loyal  50:17
loyalty  49:22,
  25 50:2,3
lying  180:22

_____

M

mace  30:6
  169:20
made  30:5 41:21
  48:12 67:21
  68:4 75:5,13
  110:6,22
  111:16 123:11
  125:2 128:3
  135:2,3 139:13
  145:17 174:20
  179:25 196:6
Mae  24:19,21
Magic  179:5
magistrate
  67:16
magnifying
  132:20
main  27:18,22
  132:7 144:1
maintain  77:14
maintaining
  86:23
major  12:2
  13:15,17,19,23
  14:3,4,14,16,
  24 138:9
majority  168:21
  169:3 175:6
  195:25
make  30:3 32:3
  40:4 57:1,23
  61:22 63:19
  73:16 74:14
  93:8 106:1,5
  108:12,14
  124:4,5 138:6

149:11 151:17,
  19 154:22
  163:4,17 166:6
  170:8 178:24
  179:14 194:25
maker  50:10
makes  129:19
  135:11
making  46:13
  79:19 175:15
  192:23
male  71:8,11,23
  104:1
males  81:22
  82:2,3,4,7,15
  83:3
man  53:11
man's  178:3
manage  55:14
  56:8
manager  54:19,
  23,24 55:2,11
  56:5 79:9
manager's
  26:10,13,16
managers  54:21
  55:14
mandated  196:1
mandates  39:4
manned  117:22
  119:6,24
  129:11
manner  160:25
manning  37:13
manual  57:2,4,
  19,24,25
  59:11,12,16
  62:13 63:1,5,
  15,20,24 64:2,
  6,9,24 65:9,17
Manuel  152:22
  188:17
MARAD  53:3
maritime  36:3,
  19,20 39:5,6,
  14 53:3 88:8
mark  59:21
  60:25 61:1,2
  84:8 150:23
marked  61:7
  62:8 84:21

130:22,25
131:6 150:25
151:3
**Marriott** 195:16
196:13
**Mase** 6:9,14
8:13,17,20
9:16 13:24
14:7 25:1
27:25 28:2
29:24 30:3,7,
13,23 31:7
33:4,10,14
34:3,24 35:7
38:20 40:1,10,
17 41:1,18
43:21 44:10,13
46:15 47:6
48:4 49:13
50:19 51:10
52:4 53:20
55:16 57:11
59:23 60:1,8,
11,20,23 61:1,
12,15 62:4,19
63:4,9 64:7,12
65:3,10,20
66:15,19 67:3,
8,11 68:6,10,
24 69:2 70:1,
4,9,20 71:14,
20 72:25
73:10,21 74:19
75:4,12 76:8,
16,20 77:4,7,
18,21 78:8
79:3,15 80:4
81:24 83:6,8
84:8,11,15
85:3,5,11,13
87:10 88:10
89:23 90:5,18,
25 91:8,17,20
92:3,7,21
93:4,18 94:3,
11,24 95:3
96:6 97:21
98:3 99:5,19
100:5 101:12
102:2,7,16,18,
21 103:15,21
104:6,20
105:12 106:13,
22 108:13

109:5,7,14
110:5,12,25
112:7 113:19
114:8,12,20
115:4 116:18
118:11,21
120:4,7,17
121:4,9,17,23
122:11,18
123:1,13,24
124:8,17 125:8
126:8,18
127:13 128:5,
7,12,17,20
129:16 130:5
133:6,11
134:5,10,17
135:1,6,19
136:6 137:10,
21 138:1,11,22
139:6,20
140:11,21
141:9,19
142:13,20
143:1,20
144:12,14
145:11,20,23
146:9,12
148:17 149:1,
20 153:20
154:2,8,12
155:12 157:5,
10,23 159:8,15
160:18,22
161:7,24 162:4
163:1,10,20
164:3,8,15,17,
22 165:8
166:15,19
167:1 168:24
169:9 170:10,
17,20 171:9
173:7,15
174:8,15,24
175:13,19,22
177:17 178:1,
8,25 179:11
180:25 181:16,
21 182:16
185:10 186:9,
22 187:6,19
188:20 189:4,
15 190:23
191:13,21

192:4,8,10,18
193:6,13,22
194:8,11,17
195:20 196:19
197:17,20
**master** 153:6
**math** 12:24
107:23
**matter** 4:8
71:7,10 72:15
135:14 136:21
178:21 181:18
**max** 5:18,24
**Mcdonald's**
44:17
**meaning** 153:25
**means** 39:1 47:3
118:9
**measure** 48:13
141:14
**measures** 116:24
141:7 142:16
170:15 172:12
174:5 177:8
190:21 193:20
**media** 136:21
**medical** 155:10
**meet** 25:18
180:8
**meeting** 25:4,6,
19
**meetings** 78:21
109:15 122:3
127:10 138:16
174:22 175:10
**member** 29:1,3,
10,13,18
116:13 137:16
141:25 142:3,5
145:8 155:10
158:23 187:14
191:8
**members** 29:6,7,
8 38:23 64:4
86:21 87:7
88:24 120:12
132:8 140:18
141:24 180:21
**memorandum**
111:7
**men** 83:17,22
148:25

**men's** 118:4
**mental** 114:10
**mentality**
127:17
**mentioned** 5:10,
23 9:15 25:15
37:23 47:21
155:22 168:11
176:21 178:7
**mentioning** 43:1
**met** 17:10
24:18,24 25:9,
11 180:9
**metal** 119:16
**metropolitan**
18:22,23
**Miami** 8:5 16:4
21:24 126:23
176:16,19
**Michael** 17:9
**Mickey** 36:13
**mid** 41:13 88:17
**midnight** 105:18
**Mike** 38:12
127:16 139:2
162:12 180:16,
22 181:8
**Mike's** 180:17,
19
**military** 43:9
45:22 46:22,23
47:16 48:18
49:11 50:24
51:11 53:7
**million** 10:16
**millions** 133:17
155:25
**mind** 68:18
131:18 145:13
**minimal** 53:22
188:14 190:5
**minimum** 43:7,
12,14 45:25
46:1,8,9,14,
18,21 47:11
51:4,8
**minor** 96:21
**minute** 84:17
118:16 159:2
**minutes** 126:19

Miracle 179:7
miranda 160:25
  161:2
Mischaracterizes
  99:20
missed 70:3
  179:9
misunderstanding
  166:16
MIU 18:23
modeled 89:2
money 100:16
  123:6 178:2
  181:2 192:20,
  23,24
monitor 37:13,
  23 100:9
  102:14,25
  103:7 117:17
monitored 93:16
  102:19 171:22
monitoring
  37:19 102:19
  103:2,4
month 22:24
  70:16,17
  168:4,6
months 24:16
  45:19 68:15,16
  70:15,23 71:2
morning 4:23,24
  78:22 83:22
  153:9 169:2
  174:2
motion 111:15
move 16:3,8
  50:7 80:7
  85:14 102:22
  177:9 181:21
moved 12:2
  16:2,3,9 17:2
moving 150:1
multiple 23:11
  35:10,12 38:3
  79:8 147:12
multiply 158:6
music 78:24

---

**N**

name's 4:25

named 126:18
names 19:25
narcotics 14:9,
  11 18:20 19:3
  21:22 53:15
nationalities
  48:13
nature 23:17
  97:18 165:3
navy 51:1,2,5
necessarily
  23:21 90:3
  104:13 113:4
  187:20
needed 50:22
  118:11 121:1,
  10 122:9
  124:21 126:2,
  3,14 127:18
  128:4,9
  135:20,22
  138:2 165:9,15
  166:14 175:2,
  5,11 176:6,7
  179:12 180:10
  181:5
needing 82:16
  122:5
negligent 150:8
negotiate 180:7
negotiated
  180:8
neighborhood
  15:13 47:5
  129:5,6 168:12
news 93:1
  137:11
nice 190:16
Nicholas 4:25
Nick 30:17 33:4
  85:5 166:19
night 78:23
  81:7,17 82:8
  83:4,13,18
  105:15 152:10
  185:4
nighttime
  165:24 184:23
noise 165:25
norm 83:21
Notary 4:2

notebook 78:13
notes 155:3
nothing's
  116:19 118:23,
  24 165:1
notified 87:21
  149:6 152:1
  153:8 154:23
November 4:6
number 4:10
  66:16 68:3,20
  77:14 78:6
  91:21 92:1
  98:24 103:14
  126:6 135:23
  136:5,9 137:7
  138:8 147:3,5,
  6,9,14,17
  148:13,15
  155:16 156:1,
  7,9,13,17,21
  157:1,4,6,13
  158:10,13,21
  159:12,25
  160:7,14 162:9
  164:20,24
  168:8 174:17
  175:16 176:13
  195:4 196:14
  197:5
number's 196:10
  197:11
numbers 35:8
  92:9,17 107:21
  138:3,4,12,13
  140:25 148:18,
  19 157:24
  158:5,6,13,14,
  15 160:2,4
  196:18
numerous 35:4
  144:6
nurse's 155:3

---

**O**

ob 73:7
object 6:14
  14:7 28:3
  34:25 38:20
  67:3 68:6
  77:21 80:4

102:21 103:21
  104:20 160:18
objection 25:1
  27:25 28:2
  29:24 30:5
  31:7 34:3 35:7
  41:1,18 43:21
  46:15 47:6
  48:4 49:13
  50:19 51:10
  52:4 53:20
  55:16 57:11
  62:19 63:4
  64:7 65:3,10,
  20 66:15,19
  67:3 70:9,20
  71:14,20 72:25
  73:10,21 74:19
  75:4,12 76:8,
  16,20 77:22
  78:8 79:3,15
  81:24 83:6,8
  87:10 89:23
  90:5,18,25
  91:8,17,20
  92:3,7,21
  93:4,18 94:3,
  11,24 95:3
  97:21 98:3
  99:5,19 100:5
  101:12 102:16
  103:15 104:6
  105:12 106:13,
  22 108:13
  109:5,7,14
  110:5,12,25
  112:7 113:19
  114:8,12,20
  115:4 116:18
  118:21 120:4,
  7,17 121:4,9,
  17,23 122:11,
  18 123:1,13,24
  124:8 125:8
  127:13 128:5,
  7,12 129:16
  130:5 133:6,11
  134:5,10,17
  135:1,6,19
  136:6 137:10,
  21 138:11,22
  139:20 140:11,
  21 141:9,19
  142:13,20

143:1,20
144:12,14
145:11,20
148:17 149:1,
20 153:20
154:2,8,12
155:12 157:5,
10,23 159:15
160:22 161:7,
24 162:4
163:1,10,20
164:3,8,22
165:8 168:24
169:9 170:10,
17,20 171:9
173:7,15
174:8,15,24
175:13,19,22
177:17 178:1,
8,25 179:11
180:25 181:16
182:16 185:10
187:6,19
188:20 189:4,
15 190:23
191:13,21
192:4,18
193:7,22
194:8,11
195:20 196:19
**objections**  30:3
68:11
**obligation**
102:24
**observed**  191:3
**obtain**  20:24
88:15
**occasions**  87:16
**occur**  52:6
80:21 91:9,12
142:22 144:3
175:10
**occurred**  75:8
77:16 92:2
98:6 100:22
101:22 113:22
134:2 148:2
150:10 156:22
162:24 173:21
**occurring**  65:14
92:24 110:3
188:15 194:3

**occurs**  87:23
176:1 195:1
**October**  12:5
**odors**  165:25
**offensive**  83:1
**offered**  110:10
**offers**  111:19
**office**  9:2
17:9,15,19
18:7,12 24:13,
25 25:8,13
37:16 78:22
80:21 87:19
89:4,10,13,18
92:8 103:5
125:15
**officer**  17:2
36:3,19 38:21,
23,25 39:8
41:25 42:1
43:18,24
44:15,18,21
45:9,13 51:7
56:1,2,10,22
63:13 72:18
82:17,20,21,24
87:3,4 93:13
100:2 104:3,
17,24 105:3
106:3 107:17
112:11 122:21
128:2,8 129:9,
11 130:2,3,8,
11 133:3,24
139:16 140:6
153:1,13
158:24 162:16
164:5 167:16,
17,19,23 168:1
172:7 185:4
187:16 188:14,
25 189:12
190:8 191:3
194:16
**officers**  18:25
22:4,8,12
42:24 43:20
44:1 46:19
47:11 48:1
50:8,16,25
51:5,19 52:1,
12,13,14 54:14
56:12 103:12

105:6,14
106:20 107:1,
24 108:3
119:25 120:11,
14 121:8,16
122:16,23
123:12 126:6
127:1 129:10,
14 138:20
160:23 161:6
162:18,19
166:2,12,19,
22,24 167:3,4
168:6,12
172:16,19,20
174:21 175:9,
16 179:3
180:23 185:3
188:7 191:20
**officers'**
106:9,10 165:7
**official**  112:10
**on-board**  52:12
**on-ship**  33:11
**onboard**  32:5
48:11 51:15
53:1
**Onondaga**  9:22
**open**  81:9,11,
13,14,19,20
83:9 143:21
189:21
**openly**  82:14
**operate**  86:17
**operation**  89:16
**operations**
27:24 31:12
32:24 37:4
42:2 55:15
56:8 86:11
87:5 89:2
**opinion**  107:8,
14 108:9 136:7
161:18,19
174:14 178:21
**opinions**  106:14
**opportunity**
40:5 191:12
**opposed**  48:2
83:13 95:11
129:13 157:14
167:5 174:17

180:10
**oral**  32:1 72:13
**order**  55:20
64:10 80:8
102:23
**orders**  173:6
**ordinarily**
186:8
**organ**  71:11,12,
23
**organization**
29:13 39:14,22
**organizations**
39:6 183:17
**organized**  14:9
18:22,23
**orifices**  71:8
**original**  159:19
**overboards**
109:18
**oversee**  37:4
77:11 149:11
**oversees**  36:4,
20 153:5
**oversight**  31:11
**overview**  11:1

_____

P

**package**  111:24
112:24,25
113:3,5,12
186:11,19
187:23
**packages**  111:19
112:4,13
185:7,19
186:6,18
187:10
**Panariello**
38:12 56:25
57:22 58:1
66:2,12 107:10
120:13 121:22
122:1 125:3,12
138:21 180:16,
22 181:13
**Panariello's**
128:11
**paper**  123:3

Paradise   177:6
paragraph   65:13
  85:18 86:5
Pardon   25:5
part   20:15
  22:10 37:8
  42:4 50:5
  119:13
partake   45:12
participate
  45:11
party   126:24
  165:19
passage   42:11
passageways
  119:25 131:3
passed   41:17
  110:24 125:5
passenger   40:24
  90:16,22 91:7
  93:15 94:17
  98:7 100:25
  103:8,22
  104:3,19
  107:16,18
  117:4 120:16
  130:12,18
  132:3,7 137:13
  139:16,18
  141:8 142:18
  144:2,11 145:9
  146:13 148:22,
  24 158:7,23
  161:21 166:2
  168:22 170:25
  175:21 184:5
  188:10,25
  189:10,12
  190:3 194:4
passengers
  58:19,25
  59:13,17 63:2
  64:3,25 74:17
  79:14,22 80:2,
  17 81:6 98:1
  103:19 131:24
  132:8,13,24
  133:1 134:8,
  14,15 136:8
  140:8,19,20
  142:9 143:22
  144:8 145:19
  146:5,20

160:15 169:11
  170:4,9,19
  182:21 183:14
  184:22 185:7
  186:8 187:18
  188:12 197:15
past   5:11 66:13
  126:9
patrol   53:23
  54:3,13 56:12,
  19 104:24
  105:3,13 117:3
  139:8 162:2
patrolling   59:7
  103:13 104:14
  106:2 108:4
  129:12,15
  162:18 188:7
patrols   64:15
  104:22 117:1,3
  133:5 172:25
  173:2
pattern   173:16,
  24 193:24
patterns   173:22
pay   167:18
PD   11:8,12
peak   125:21
  167:12 175:1
  188:16
pecking   55:20
Pembroke   16:10
penal   72:8
pending   60:7,16
  61:16 146:2
penetration
  71:7,9,17,21
penis   74:2
people   22:3,5
  30:25 31:3
  32:9,10 37:12
  44:16 49:18
  52:21 57:1
  58:2 63:23
  64:18 79:7
  103:2 109:21
  116:5 117:19
  119:20 121:20
  123:4 124:1,3,
  11 125:15
  127:24 138:20
  144:9 155:25

163:11 175:9
  178:20 180:11
  181:4 186:2,19
  187:13,25
  188:10,11,17
  194:1 195:25
  196:13,24
percent   68:2
  116:19 118:23,
  25 139:12
  143:2 176:2,3
  193:15
perception
  110:13
perfect   67:17,
  18
perform   19:16,
  17
period   65:7
  70:13 133:17
  155:25 195:3,4
periodically
  78:20
permanent   13:2,
  11
permitted   186:2
perpetrator
  93:7
Perry   40:7,11
person   56:11
  63:19 105:24
  149:10 163:15
  176:8 189:13
personal   63:2
  64:4,25 146:25
  165:22
personally   32:7
  88:23 102:7
  182:12
personnel   27:14
  32:16 33:23
  43:5 46:12
  49:10 51:4
  57:5 59:8
  62:16 64:18
  102:14 107:2,
  22 117:11
  119:6 120:15
  121:20 122:3
  127:5 150:18,
  20 155:7
  160:21 162:10

166:7 173:5
Philippines
  32:11,15,19
  47:22 48:2
phonetic   143:5
physical   96:12
  97:17
physically
  116:6
PI   26:2
picked   191:6
picks   191:9
pieces   101:8
pilot   25:9,17
Pines   16:10
pizzeria   81:12
place   21:20,21,
  24 51:17 54:1
  56:13 100:13
  116:24 137:9
  141:12,21
  155:17 165:20
  188:4
places   171:3,23
  176:7 196:8
placing   166:2
Plaintiff   62:9
plaintiff's
  59:24 61:3,7
  84:21 130:22,
  25 150:25
plan   57:9,14,
  15,16,17 58:3,
  10,12,18,23
  59:4,11 131:9,
  11,19
plans   19:2
  131:9
plaza   171:24
plenty   192:23
point   23:13,15,
  18 38:25 60:20
  67:22 162:7
  176:4
points   43:1
police   10:9
  11:4,5,9,10,14
  12:6,8,16,17,
  18 13:18 14:5
  15:11 17:2,6
  18:12,25 19:10

20:13,16,18
21:6 22:2,8,
11,12,19,22
23:25 24:4
25:10,17 29:4
43:20 44:1,8,
15,17,24 45:1,
9,13 103:12,16
127:17 129:5
134:20 139:7
150:7 160:21,
24 161:6
172:7,16,18
183:1 195:23
**policeman** 44:2,
5 129:2,18
139:3,4 190:15
**policemen** 129:2
139:8
**policies** 182:3
186:2
**policy** 185:21
187:17
**pool** 32:9
**pooled** 48:1
**population**
147:19
**port** 39:4
**posed** 183:14
**position** 5:19
12:18 18:16
19:5 20:16
25:20 27:9
129:12 130:4,
11 149:18
172:1
**positioned**
130:9 140:6
190:8
**positions** 43:10
48:18 56:6
172:20,22
173:5
**positive** 125:21
**post** 165:7
173:5
**posted** 119:25
120:15
**potential**
116:16 172:1
173:13 191:9

**practices** 31:24
87:14
**predicate** 68:7
103:15 109:7
113:20 140:11
**prefer** 60:16
**preference**
125:4
**preparation**
149:14
**prepared** 140:25
148:18
**presence** 116:2,
14 117:10,18
119:2 135:17
178:23 188:3
191:10
**present** 11:2
16:25 194:7
**presentation**
54:9,10
**president** 36:11
42:16 116:2
**presume** 16:4
**prettier** 123:7
**pretty** 15:12
136:13 184:25
**prevalence**
182:13,20
**preven** 59:12
**prevent** 65:14
80:24 81:3
92:24 115:14,
15,19 116:24
142:25 143:4,
6,8 193:11
**preventability**
114:6
**preventable**
114:19,21,24
115:3,9
**prevented**
115:12 118:19
140:3 189:22
190:20,24,25
**preventing**
93:12
**prevention**
58:24 59:13,16
61:18,19
115:11 118:18
119:3 137:14

183:18
**preventive**
141:13
**previous** 32:17
**previously**
193:6
**primarily** 50:7
**principal**
100:25
**print** 84:24
86:2
**prior** 6:22 7:6,
18 8:24 42:11
51:5 73:24
111:15 119:7
145:16 148:14
173:10,12
**priority** 86:10
**private** 27:6
28:23 195:5,6
**problem** 30:13
34:1 84:19
113:11 118:5
**problems** 33:25
109:24
**procedure**
100:13
**procedures**
56:12 58:19,24
151:24 186:2
**process** 51:12,
13 53:13 77:11
119:14
**professional**
10:20 161:17
**Professor**
181:23 183:9,
11
**profile** 126:12
165:13 175:1
**program** 112:24
**project** 17:6
18:17
**promenade** 83:21
**promoted** 11:18
13:5,10,12
14:22 52:12,15
**proper** 31:9,11
32:3 42:25
68:20 73:2

**properly** 42:25
151:25 152:2
176:1
**property** 30:25
**prosecution**
101:5
**protect** 169:12,
13,18,23
188:11
**protected**
170:22
**protecting**
51:20 52:2
58:19 63:1
64:3,25
**protection**
40:24 58:25
59:13,17 81:22
82:4,8,10,16
83:4,12,18
170:18 184:23
**protective** 80:7
102:22
**protocol** 141:12
**proven** 110:20
125:21 155:10
**proves** 86:13,14
**provide** 119:12
121:15 127:11
161:3,11
**provided** 63:22
122:23 151:9,
10,12 176:14
**providing**
117:11 164:10
193:20 194:5
**public** 4:2 81:6
**publications**
183:5
**publicized**
97:13
**published** 76:19
**publishes** 86:3
**Publix** 172:4,6,
7 173:3,8,9
**pulled** 195:11,
15 196:12
**purchased**
111:23
**purpose** 84:24
85:6 151:15

**purposes**  61:8
  84:22 85:20
  130:23 151:1
**pursu**  96:8
**pursuant**  72:23
  73:8 75:15
  76:4,14 156:4
**pushing**  189:21
**put**  21:8 51:16
  54:15 84:20
  104:11 115:13
  123:3,15
  126:11 141:20
  179:1,15,17,22
  181:3,4
**putting**  180:11
**puzzle**  101:9

---

**Q**

**qualification**
  109:8 113:20
**qualifications**
  51:4
**qualified**  87:24
  149:10
**qualify**  43:10
**quarters**  136:3
**question**  30:4,
  6,18 33:5 40:6
  46:17 60:6,16,
  17 61:9,11,14,
  16 67:4,18
  68:7 69:3,4
  80:5,13 87:1
  90:8 96:6
  102:22 103:1,2
  104:7,12,21
  112:9 113:21
  114:11 115:7
  130:7 131:5
  139:21 146:1,
  2,7,8 159:19,
  20 163:4
  164:15 181:20,
  22 186:23
  192:9 193:13
  194:18 195:14
  196:3
**questions**  39:9
  99:22 149:11
  197:18

**quickly**  154:16
**quiet**  126:1
**quote**  49:12
**quoted**  81:19

---

**R**

**raise**  68:17
  83:20 165:21
**Rakesh**  167:20,
  21
**ran**  28:9 129:14
**Randle**  191:4
**RANE**  183:17,22
**range**  167:10
  168:3
**rank**  13:3,11
**ranks**  9:2
**rape**  6:12 14:13
  40:24 52:2
  58:19 63:2
  64:4 65:1,2,5,
  16 68:4,22
  70:17 71:5,6,
  18,21 72:5,14,
  15,20 73:4,5,
  17,23,24 74:6,
  7,11,12,13
  75:21 76:6,7,
  12,18 80:2,16
  96:4,10
  101:10,22
  114:6,7 134:9
  135:25 138:9
  141:17 143:25
  145:9 147:8,13
  153:3,19 154:5
  155:1,8,18
  159:22 160:9
  164:20 183:15,
  16,18 184:19
  196:14
**rape/sexual**
  76:15
**raped**  73:19
  74:17 75:10
  101:25 116:25
  134:25 135:5,7
  144:8 146:22
  148:23 149:18,
  24 154:7,11,17

**rapes**  51:21
  66:12 78:7,19
  91:15 92:1
  94:22 95:1
  110:2 133:14
  134:1 136:4
  137:8,18
  140:19 142:19
  143:18 144:2
  145:16 147:1,
  12,24 157:7,13
  158:12 159:12
  162:24 168:19
  170:8 173:20
  182:14 193:2,
  17,23,24
  194:3,20
  195:17 197:6
**raping**  142:9
**rapist**  80:25
  81:1 113:24,25
**rapport**  87:20
**rare**  169:10
**ratio**  107:17,18
  136:2 137:2
  158:7,18,24
**raw**  19:19
**read**  61:13,16,
  18 62:21 63:6,
  10 65:6,13
  85:11,17 86:4
  112:2 145:23,
  25 146:2
  149:12,13
  171:17 183:5
**reading**  64:22
  65:18,21
**real**  154:15
**reality**  44:7
  80:25 155:24
**realize**  88:11
  124:22
**reason**  15:24
  50:15 91:11
  100:24 105:10
  143:25 162:11
  179:16,19,24
  180:15
**reasonable**
  31:14 108:18,
  24 126:3
  163:24 174:10,

**13**  178:3
**reasons**  50:18
  107:5 148:21
**rec**  46:5
**recall**  9:1 33:1
  47:8,9 112:1
  121:13 125:9,
  11 132:23
  161:15
**receiving**  45:12
  151:16
**recently**  32:14
**recess**  118:14
  159:3
**recollection**
  43:16 47:1,13
**recommendation**
  175:15
**recommendations**
  106:10 174:20
**recommended**
  161:18
**record**  5:6
  60:15 70:5
  86:5,10 118:7,
  10,16 159:5
**recorded**  24:10
  52:20,22
**recruit**  88:23
**recruiter**  32:8
**reference**  58:24
**referring**
  102:18 142:4
**reflect**  113:2
**regular**  79:2
**regulations**
  86:19 87:8
  88:5
**rejected**  125:25
**relate**  113:4
  114:13 116:5
**related**  14:5
  20:20 59:6
  113:13 114:3
**relating**  129:17
  163:13
**relative**  79:13,
  16,17 80:1,15
**relax**  128:19
**relied**  150:14

rely  78:5,9
  106:5,19,23
  107:6,10
  188:17
remained  159:13
remark  53:19,21
remember  6:5
  25:10 42:18,25
  109:6 120:1
  129:1 150:21,
  22
Remove  42:4
renewed  111:8
repeat  30:18
  43:22 145:21
repeatedly
  129:13 157:11
  186:9
Repetitive
  92:22 102:3
replace  7:23
report  20:13
  22:2 24:7
  36:7,9,10,15,
  18 66:5 72:4
  73:1,8,14
  76:13,18,22,25
  77:25 95:15,20
  96:3,9 97:8
  103:6 111:11
  134:8,24 142:6
  149:13 151:16
  153:15 154:15
  157:2 195:6,
  15,23,25 196:5
  197:25
reportable
  96:23 195:21
reported  19:11
  75:10,14 76:4,
  6,9,14 77:15
  78:7 97:25
  133:15 134:1
  136:1,4 137:19
  140:18 144:6
  145:19 146:5
  147:25 148:3,4
  154:6,9 156:3,
  10,14,18,22
  158:10,12
  160:13 162:23
  168:20 173:20

193:17 194:20
  195:18,22
  196:15 197:6
reporter  4:2,5,
  7 61:17 146:3
reporting  22:25
  41:9 72:22
  77:2 97:1
  137:7 196:1
reports  20:19
  21:7 22:19
  23:20 36:12
  78:6,19 96:25
  97:4 153:5
represent
  133:25
representative
  80:6
request  118:17
  122:14,16,19,
  22 123:2,4,5,
  6,7,15,21
  126:13 127:2
  128:24 179:1,
  15,18 180:22
requested
  121:6,7,11
  122:1,6,10,13
  126:5,16
  165:10,12
requesting
  93:14 120:14
  121:14 122:4,6
  123:23 125:9
  138:21 174:23
  176:8
requests  106:16
  123:11 125:2,
  21 128:11
  174:20 178:18
  179:25 180:12
required  73:7
  77:3 91:6
  95:21 96:8,9
  97:5,20 156:3
  157:2 160:12
requirements
  75:15 76:5
  77:3 96:3
requires  111:4
research  48:23
  79:12 80:1,14

145:4 182:19
  183:1,9
researched
  105:16
residents
  103:14
resort  185:14
  186:11
respect  42:2
  184:5
responded
  153:14 154:24
responders
  152:8,18
  153:14
response  6:12
  20:7 142:12,17
  180:23 181:14
  183:19
responsibilities
  18:19 27:13
  36:25 37:2
  57:6 62:17,20
  79:1
responsibility
  79:4 137:24
  170:8,11,14
responsible
  37:19 42:5
  77:1,5 80:24
  92:6 187:23
rest  116:7
  180:12
restricted
  141:21
result  144:9
results  155:1
retire  15:16
retired  8:2
  12:1,19 14:12
  15:18,19,22
  16:1 17:22,24
retirement
  49:21
review  20:17
  22:1,18,21
  23:20 24:7,8
  38:5 39:21
  53:14 54:15
  58:3 63:5 64:9
  73:2 78:16,19
  79:2 100:14

113:9 152:4
  154:25 155:3
  160:5
reviewed  58:14
  87:14 165:12
  195:17 196:13,
  22
reviewing
  20:18,19 32:12
  64:14
reviews  38:3
Rick  40:7,11
ring  78:13
risk  38:1
  79:13,16,17,24
  80:15 182:20,
  22 187:17
risks  79:22
  80:1 183:14
Riviera  193:25
road  185:2
roaming  104:22
  172:25 173:2
robbery  14:10
  139:5
Robert  7:24
  17:10 24:21,
  22,23 25:16,18
  38:15 79:8
  150:16 151:8
  152:10 180:16
role  153:2
rolled  53:5
room  118:4
  189:14
rooms  132:16
  144:10
Ross  181:24
  197:22
Roughly  130:19
roving  117:1,3
Royal  89:7,8,20
rules  40:23
run  125:15
  165:20
running  165:25
runs  176:24

## S

saddled 53:10
safe 31:1,3
86:10,20 99:9,
11 103:19,23
111:12 127:19
163:24 170:5,
11
safer 108:12,15
147:21 163:18
safety 41:3,11,
16,23 52:11
62:16 72:23
73:12 75:16
76:6 84:4
86:2,5,9,12,19
87:8,24 107:1
111:3,10
137:14 170:15
174:21 175:9,
10
salary 167:15,
25
sale 136:8
147:11 174:18
185:6
Santoro 152:21
satisfied
162:22 163:2
Satz 17:9
schedules 59:8
188:18
scheduling
188:22
school 9:10,14,
20 10:13
184:12
science 29:14,
15
screaming
129:25 130:1
screening
119:14
season 167:12
175:1
seasons 125:21,
22 176:14
section 61:22
sector 27:6

28:23
secur 59:10
secure 30:25
111:13 162:17
170:12
securing 193:5
security 5:21
7:9,15,16,19,
20 8:23 25:23,
25 26:6,8,10,
12,15,22 27:19
28:1,6,24
29:11,14,15,
18,22,23
30:20,23,24
32:14,15,20,
22,23 33:7,17,
18,19 35:21,25
36:4,21 37:3,
4,5,8,12 38:9,
19,21,23,25
39:2,4,5,8,22
40:14 41:3,11,
16,23,24 42:1,
2,5,21,22,24
43:4,8,18,24
44:4,8,16,21
45:25 46:18,20
47:11,15 48:1,
7,10,11,14
50:8,16,21
51:4,7,19
52:1,13,14
53:7 54:14,18,
21,23,24
55:14,19,22
56:1,2,9,10,
12,22 57:1,4,
9,14,15,16,17,
19,23 58:3,10,
11,18,23 59:4,
8,11,12 62:13
63:1,13 64:15
65:17 66:8
72:18,19,23
73:12 75:16
76:6 82:17,20,
21,24 84:5
86:2,5,9 87:3,
4,5,6 88:3,5,
17,23,24 89:2,
16,20 93:13,14
99:3 100:2

102:17 103:5
104:3,11,17,24
105:6,14,17
106:3,8,9,10,
16,20 107:2,3,
10,11,17,18,
22,24 108:3,
18,24 109:1
110:10 111:4,
10 112:11,12,
14 113:8
115:22,23,24
116:14,15,23
117:10,11,18,
22 119:2,6,24
120:11,12,14,
15,19,23
121:2,7,16,20,
21 122:2,16,
19,21,22,23
123:12,15
125:4,10,25
126:3,6,11,15,
17 127:1,5,6,
7,9,11,25
128:2,8 129:9,
10,11,14
130:2,3,8,11
133:3,24
135:17 138:7,
20,21 139:16
140:6 141:7
142:16 143:11,
16 149:25
152:9,19
153:1,13,15
158:24 160:20,
23 161:4,10,
11,12,16,20
162:2,9,16,18,
19 163:7,14,23
164:5,6,10
165:7,15,17
166:2 167:4,
15,17,18,19,
23,25 168:6,12
169:6 170:15,
24 171:3,7,25
172:12,19,22
173:5 174:5,
10,13,21
175:1,5,8,11,
16,25 176:6,8,
14 177:8,21

178:9,23 179:3
180:9,12,23
182:3 183:13,
14 185:2,3,4
187:15,24
188:3,7,14,18,
25 189:12
190:1,7 191:3,
10,20 192:14,
21,24,25
193:20 194:5,
15
security's
153:2 165:25
sedate 126:25
seeks 80:8
sees 142:5
select 97:12
176:13,15
sell 44:16
112:4 185:18
186:18 187:9
sending 78:1
sends 88:22
senior 13:10,12
53:11 55:2
79:9
Sensation
58:10,12 75:11
99:4 102:13
103:9 104:25
105:7 107:17
111:23 117:4
123:12,14,16,
19,20 126:1,7
131:10,14,20
132:13 135:18
148:24 153:19
167:12,23
177:4 179:4,6
188:2 193:25
194:22 196:24,
25
sense 80:20
129:19 164:9
sensitive 52:21
59:5
separate 116:7
September 91:5
102:13 105:8
152:5

sergeant 13:11,
12
seriou 155:15
serve 64:18
served 113:1
service 7:15
15:13 20:3
35:6 42:3,8
122:24 160:6
177:12
services 5:22
7:9,16,19,20
22:22 32:23
33:8 35:21
37:3 38:19
39:2 66:8 87:6
112:12 160:15
164:6
serving 80:24
186:15 187:24
session 88:18
set 25:19 89:17
188:18
setting 185:9
sex 52:6 71:23
72:13
sexual 6:12
40:24 51:20
52:2,17 58:20
63:3 64:5
65:1,5,16
66:12 68:5,22
70:18 71:5,11,
12,24,25 72:3,
4,12,14,20,21
73:1,17,18,20,
23 74:6,8,12
75:21 76:2,7,
9,11,23 78:19
80:3,16 91:15
92:1 95:5,9,
14,25 97:17
103:19 110:2
133:15 134:1
136:1 137:8,18
138:9 140:19
142:19 144:2
145:10,16
147:2 155:18
157:8,13
158:12 159:12,
20,21,22 160:9
162:24 164:20

168:19 170:5,9
173:20 182:14
183:15 193:2
194:20 196:14
197:6
sexually 144:9
146:22 153:25
154:1
sheet 78:24
151:7
shift 50:7
124:10,12
shifts 168:17
shine 18:5
shines 18:4
ship 6:13 28:14
34:10 35:18
38:2 39:4
40:25 41:11,16
46:19 47:12
55:6 56:1
57:15,16,23
58:3,9,11,17,
22 59:10,12
62:13 65:17
68:5,23 70:18
74:18 76:5
83:7,11 101:11
104:11 111:3
117:20 119:21
129:15 132:23
137:6 138:7
141:18 143:19
145:14 147:9,
10,11,21
152:7,8,12,20
163:17 165:18
166:22 168:13,
14 176:19
182:2,20
185:3,4 188:7
195:1 196:9,21
ship's 57:5
59:3 62:15
63:1 107:1
153:15 188:13
shipboard 27:14
31:12 150:18,
20 187:24
ships 31:4,5,9
34:2 35:5,8
37:21 42:8
43:5 50:9,17

51:21 52:3
62:18 66:13
78:7,20 79:23
86:17 91:16
92:2 98:1
99:4,11
103:20,22
106:16 107:3,
12 108:12,15
110:3,10,11
111:20 117:12
119:8,9,10
121:2,16
122:17,24
123:18 125:4
127:8,12,15,24
128:2 133:16
134:2 135:17
136:3 137:9,20
142:17 146:22
150:1 155:17
156:11 159:18
161:11 162:20,
25 163:8
164:21 166:1,
10,12,16,25
167:4,5,11,13
170:5 173:21
175:1 176:15
177:9,22
178:23 181:4
182:14 184:24
191:20 193:5,
21 194:3,6,23
197:6
shoes 123:6
shop 116:9
shopping 171:24
shore 152:12
shoreside
28:16,17 37:5
55:1,4 88:23
113:5
short 56:18
61:22 126:23
127:16 176:24
shorter 125:22
165:14
shot 67:1
140:15
show 83:24 84:7
150:23

shown 85:19
shut 68:12
side 87:24
152:12,20
182:23
sign 54:16
93:15,19,20
171:21
signage 116:16
signed 111:7
similar 103:14
197:7
similarly 38:5
sir 5:8 63:12
72:17 128:2
138:6 140:5
143:18 148:16
150:20 153:17
155:16 158:20
163:16 179:24
188:1 195:15
196:11
sit 49:9 62:24
63:9 65:9
67:24 91:25
124:16
site 76:19
sitting 176:3
situation 21:11
37:15
size 168:13
197:15
skills 31:16
32:4
Slash 76:12
slide 125:16
slight 71:7,10,
17
Slightest 71:21
slim 136:3
144:16,18
small 84:23
85:3 136:9
smaller 132:15
167:11
sober 114:16
society 52:25
58:4
someone's 116:9
sounds 15:12

south 15:8
Southern 4:10
  102:23
speak 22:3,8,11
  86:15 105:19
  108:18
speaking 22:2
  56:16 68:11
  124:20 125:23
  152:15
spearheaded
  152:19
specialized
  26:21 33:17,19
  51:19,22 52:1
specific 21:18
  61:11 65:2,5,
  17,19 113:11
  123:14 128:9
  138:12,13
  157:3 159:20,
  21 166:5 176:7
  186:14 191:17
specifically
  12:2 14:11
  30:6 59:15
  62:25 64:2,3
  65:8 76:15
  103:25 120:11,
  15 122:2
  123:15
specifics 59:2
speculate 34:25
  35:1 67:12
speculating
  67:6
speculative
  67:3,20 68:7
  122:11 140:12
  164:8 191:13
  193:22
spike 158:8
spiking 129:4
Spirit 179:9
Splendor 177:7
spot 21:4
spreadsheet
  78:9
spreadsheets
  78:6
spring 125:22

SSO 55:25 56:14
  188:22
SSP 58:8 59:1,3
staff 27:11,12,
  23 32:5 48:12
  49:5,6,8 50:8
  51:15 52:11,
  12,24 53:1
  55:25 56:14,22
  105:14,24
  106:2,9 107:23
  108:10 152:15,
  21 153:6,12
  155:10 166:13
  167:10 188:16,
  21,22
staffing 106:1
staffs 49:23
stand 40:15
  180:11
standard 40:20
  163:21 170:21
  174:9 177:18
  192:6
standards 39:5
  40:14 48:13
  86:12 87:12
standing 116:7,
  10 140:13
  143:7 162:11
  172:7 188:25
  190:11,13,25
  191:1
stands 28:25
  39:24
start 5:5 27:2
  71:6 87:25
  167:19
started 5:1
  12:20 27:10
  28:13 88:16
starting 89:15
state 4:2 5:6
  8:7 11:5,9,14,
  16 12:6,16,17,
  18 13:18 14:5
  17:8,14,19
  18:7,11 19:10
  24:13,24 25:7,
  10,12,17 72:7,
  10 94:9 114:10

statement 21:13
  84:5 99:11
  108:23 138:6
  175:4
statements
  110:6,22
  183:11
stateroom 101:1
  130:13 140:8,
  10 145:9
  148:25 175:21,
  24 189:3,11
  191:5
staterooms
  90:17,22 91:7
  97:25 98:7
  104:19 120:1
  130:18 139:18
  140:20 142:9,
  18 144:4,11
  156:7 168:22
  190:4 194:4
states 4:9
  48:3,5 49:10,
  11 59:16 72:22
  76:19 97:13
  147:20
stationed 104:3
  133:3 139:16
  140:6 189:12
statistics
  136:20 183:4
  195:7,11 196:2
  197:14
STCW 29:10
  40:13,15,22
steal 116:9,10
steps 152:1
stop 93:25
  128:17 163:15
  197:20
stopped 15:24
  189:5
stopping 81:5
stores 171:3,8
stories 146:6
story 11:21
  61:22 82:15
straight 28:5
straighten
  33:11

street 21:6,21
  22:6 129:19
  139:4 144:1
  147:24 148:1
stretch 84:17
strike 58:11
  96:7 101:24
  106:20 120:11
  130:12 181:21
stringent
  43:19,25
  44:14,19,22
strong 188:2,3
studied 196:22
studies 29:14,
  15 182:13
study 29:20
  136:25 182:25
  197:21,24
stuff 21:7
  61:10 88:2
  125:17 161:1
  165:22
subjects 19:3
submit 77:24
  123:3
submitted 32:12
submitting
  125:14
subordinates
  29:7
sufficient
  102:14 104:22
  162:21 173:2
suggestions
  107:10
sun 18:4
Sunita 183:24,
  25
Sunshine 177:12
superiors 29:6
  50:3
Support 4:7
supposed 141:12
  160:21,24
  161:6
surprise 108:5
surrounded
  14:24
surveillance
  27:18 28:6

93:16
swear 4:13
sweep 51:14,15
sworn 4:19
43:20,25
Syracuse 9:13,
22 10:7,9,14
11:4,12 12:7,8

T

tag 56:5
takes 104:24
taking 5:1 62:7
100:16 131:19
137:8 146:24
talk 74:24
129:1 187:12
talked 190:21
talking 87:25
108:16,17
114:9,22
118:8,17 140:1
141:10,20
156:2 160:2
184:18 195:2
196:20
tally 68:17
tape 159:6,9
tapes 53:14
113:10
taps 23:3
targeted 19:2
targets 23:7
teach 52:19
team 21:2 38:7
88:24 89:20
120:12 152:2
187:25
teams 87:21
88:17,23
tears 168:3
technically
152:14
techniques
53:23 54:3,13
105:13
technology
31:14 94:7,9,
14

telling 32:13
33:6 42:22
46:25 50:6,16
99:16 101:25
111:25 121:22
126:4 127:6,25
135:22 146:17,
21 148:12
156:1,6 163:8
175:10 176:12,
17 178:17
180:21 181:11,
13 191:19
196:7
tells 64:17
ten 34:14,18
35:17 69:6
89:11,12
118:16 136:14
139:8 158:17
term 56:18
153:25
terminated
142:23
terminology
72:21
terms 193:20
terrorism 36:21
37:14,24 39:10
52:17 59:5
108:15
terrorist 37:24
testified 4:20
26:23 42:18
46:11 63:7
64:9 119:23
133:13 196:22
testify 148:21
testimony 4:13
44:20 47:10
48:25 49:9
59:3 64:5 76:3
78:18 83:2
99:20 100:1
101:23 110:8
113:24 118:19
120:6 125:1
127:22,23
129:9 133:8,23
134:4 144:18
145:15 155:16
157:3 160:13
161:5 162:17

168:5 173:19
178:5 180:16
188:1
theft 33:24
37:8 94:21
96:16 100:10,
21
thefts 97:25
98:7 156:7,18
theorist 182:10
theory 178:3
thing 22:24
46:25 48:15
51:16 78:22
107:9
things 21:25
36:22 39:9
44:8 53:25
79:7 80:21
85:14 97:17
111:9,15
122:14 123:2,
7,21 124:15,18
125:16 126:24
138:25 163:23
184:4,9 193:19
thinking 60:24
80:21 114:17
115:5,9
thinks 67:20
thirsty 192:22
thought 49:21
85:14 140:9
159:18,23
176:22
threats 37:24
threshold 97:22
throw 21:7
68:19
tied 147:10
time 6:23 7:1
11:1 13:3
16:24 17:10
23:15 27:17
28:5 33:15
38:25 42:17
58:14 67:22
78:14 82:12
102:19 107:15,
25 186:14
192:11 194:7
195:10 196:12

timeline 16:18
timely 152:1
times 5:13,16
30:3 81:7,17
82:23 100:9
133:16,17
136:7,8 188:4,
16 195:15
196:14
title 17:18
38:19 39:1,3
45:13 55:11,
17,18 56:5
72:9 82:18
titled 73:4
76:23
titles 38:18
55:17 73:2
today 5:1 49:10
62:25 67:24
91:4,25 124:16
136:19 139:7
Today's 4:5
told 25:24
45:24 46:9
68:24 94:8
120:13,18
121:1 125:6
127:9 138:24
139:2 156:9,
13,17,21 165:1
176:1 178:6,10
179:25 180:13,
20 186:5
ton 113:1
top 61:4 64:20
75:22 86:10
145:1
torture 85:13
total 68:18,19,
25 131:20
166:24 167:6
totally 90:6
92:23 112:23
touch 96:1,22
touching 95:9,
25 96:21
touchings 95:14
town 23:12
103:16 147:20,
22

trafficking
 21:22
train 52:23
 53:1,5 89:19
trained 53:16
trainer 52:23
 53:11
trainers 53:5
training 19:6,8
 26:21,24,25
 31:8,11 40:20
 42:25 45:8,11
 51:12,13,16,
 20,22 52:1,5,
 9,10,17,18,23
 53:4 61:20
 82:5 88:7,16,
 18 116:12
 184:6,8,12
 191:7
transferred
 11:17
treaty 40:23
trends 23:6,7,8
 24:9 37:14,20,
 23 38:5 53:15
trespass 115:14
trespassing
 115:14
trial 6:25
trick 46:12
Triumph 177:6
 179:5
trooper 11:16
 12:21,22 13:1,
 2,3
trouble 8:13
true 38:17 96:2
 97:24 113:25
 131:11 137:5
 144:5 146:14
 150:7 164:12
 175:4 178:18
 179:24 180:5
 189:9
truth 4:14,15
 146:18,21
 181:12
turn 7:11 30:8
 126:24 139:9
 190:13

turned 140:16
TV 172:15
twist 65:12
type 37:14
 50:23 53:7
 65:22 112:21
 197:9
types 50:21
 97:4 186:15

            U

ugly 21:22
Uh-huh 7:4
 11:15 14:21
 17:7 18:10,21
 19:1,12,24
 20:5 21:5
 23:2,16 27:8,
 20 28:8,12
 31:13 32:2,21
 37:7 41:5
 47:20 49:7
 54:11 55:21,24
 56:17 74:3,5,
 10 77:10 79:6
 84:1 96:15,17
 99:7 107:7
 114:1 117:21,
 23 123:8
 124:19 126:10
 132:1 137:1
 152:16 157:21
umbrella 39:11
un 139:14
 144:13
uncontrollable
 164:12
undercover 13:2
 14:19
undergo 45:9,10
understand
 16:20,22 17:1
 30:2 60:22
 74:15 75:2,9
 78:24 90:20
 143:3 163:16
 187:22 193:12
understanding
 14:3 28:21
 33:12 35:22
 41:10,15 43:4

46:13 49:17
54:25 55:3
67:23 68:2,21
70:7 73:15
96:19 108:22
122:12,15,20
123:10,22
184:19
understood 18:6
 22:7 27:23
 30:10 71:24
 88:1 93:2
 95:14 119:19
unfounded
 133:20 150:3
 182:24 183:3
 189:8
uniform 115:25
 116:2,5,9
 139:4 197:25
uniformed 11:16
 13:1
uniforms 123:7
unique 56:15
unit 14:11,17
 18:20,24 37:18
United 4:9
 48:2,5 49:10,
 11 72:22 76:19
 97:13 147:20
University 9:23
 10:7
unlawfully
 144:10,15
unlimited
 111:19 185:18,
 20
unreasonable
 104:2,16 120:6
 127:5,10
 139:15 161:20,
 25 162:2,5,6,9
unusual 83:23
unwanted 95:24
update 57:1
updated 184:20
updates 53:15
upset 110:14,15
Upstate 11:16,
 17 18:5
USA 144:1

useless 93:21
utilize 172:13
 174:4
utilized 54:13
utilizes 94:9
 188:16

            V

vacation 186:10
 187:1
vagina 74:2
Valor 177:5
varies 81:16,17
veranda 132:2,
 3,24
verbal 20:7
versus 27:6
vessel 41:3,11,
 16,23 55:8,9,
 15,22 56:13,19
 57:17,20 72:23
 73:11 75:16
 76:5 105:3,18
 106:3 107:22
 108:9 111:3,10
 113:10 126:12
 130:14 131:9
 154:24 167:11
vessel's 56:15
vessels 32:22
 35:11 37:5
 38:6 42:3,6,9
 50:4 53:22
 80:2 87:9,16,
 17 101:15
 106:11 109:16
 120:1 123:12
 126:2,6,16
 127:20 129:6
 136:8 145:18
 155:25 156:14,
 18,23 160:6
 164:10 165:13,
 17 175:2,6
 176:13 177:3,4
 178:10,12
 188:2 195:3
vice-president
 5:21 7:8,12,
 16,19 35:21
 37:2 38:19

39:2 72:19
87:5 112:12
127:7
**victim** 73:20
75:3 115:19
134:9 184:18
**victims** 41:20
**victims'** 110:14
**Victory** 176:23
177:5 179:4
**video** 38:24
60:13 131:17
159:10 171:14,
16,18
**viewed** 58:11
**violating**
143:15
**violation** 77:25
78:15 95:22
97:1 186:1
**violations**
76:22,24
**violence** 52:6
**vis** 189:20
**visibility**
115:22,24
**visible** 191:10
**visual** 119:18
**visually** 189:20
**vocal** 110:17
**voice** 118:9
**voluntarily**
15:20
**voluntary** 15:16

─────────────

**W**

─────────────

**wait** 191:11
**walk** 129:19
**walked** 113:10
**Walker** 6:7,8,19
**walking** 83:11,
21 129:18
143:13
**wanted** 15:23
16:23 19:16
148:18 176:11
178:22 179:7
**warrants** 19:23
**Washington**

**41**:21
**watch** 93:1
116:9
**watched** 171:15
**watching** 38:24
**water** 118:4
192:21,23
**ways** 56:15
**weapons** 169:16,
23
**website** 83:25
84:5 86:3,6
97:13
**wee** 153:9
**week** 149:6
**weekends** 138:17
**weeks** 45:18,20
**west** 176:15
177:2
**Weston** 16:9
**wh** 179:24
**what'd** 17:15
**Where'd** 16:3,8
**wide** 53:6
122:17 128:6,9
136:25 167:8
180:2,23 197:7
**widely** 94:1
**William** 36:6,
16,19
**Williams** 38:15
54:7,10,24,25
55:4,6 66:3,11
79:8 120:13
121:13,21
125:3,9 150:16
151:8 154:22
180:16
**wire** 23:3
**woman** 82:2
**women** 51:20
52:2 81:21
82:6 83:2
164:21 170:9
**word** 61:19
64:10,14,22
65:6,21
**words** 63:7
65:12 76:18
180:14

**work** 7:5 8:15
9:8 11:1 12:12
34:23 46:19
48:24 49:12
50:1 107:25
124:6,7,11,25
143:17 168:16
183:16,21
184:4,9 188:21
**worked** 10:9
11:4,10 12:15
13:9,19 14:16
17:8,14 18:6,
12 24:13 51:7
53:16,17
**working** 7:6
12:20 14:5
15:24 17:5
18:20 21:2
26:22 27:10
43:5,12 45:25
47:14 49:1,3,
17 50:17 124:9
178:4 185:5
**works** 55:4
116:21,22
**world** 37:15
88:7 108:15
149:7 165:4
176:2 192:20
**Wow** 8:17 84:23
**writing** 32:4
**written** 32:1
**wrong** 43:16
73:16 129:4

─────────────

**X**

─────────────

**X-ray** 119:14

─────────────

**Y**

─────────────

**year** 10:8,10
12:4 13:6
17:10 18:8,9
24:17,18 46:25
48:22 52:10
53:2 70:13
86:11 112:2
124:23,24
133:17 149:13
155:25 158:17

195:3,4
**years** 9:1,3,6
10:11 11:6,11
12:24 13:1
15:13 43:7,12,
17 46:1,3,7,8,
21 47:1,4,7,9,
12,14 48:11
51:9 66:14,24
68:4,23 69:7,
11,17 70:10,
16,19 89:11,12
91:19 95:2,7
96:21 98:2,8,
13,18 99:3
100:12 128:1
136:12,14,20
137:19,22,23
138:10 140:24
144:7,20,24
145:7,13 147:1
148:1 155:19
157:9 158:11,
14 159:14,16
160:1,8 161:14
162:25 167:5
168:21 169:8
173:22 177:10,
13 193:18
194:10,21
195:19
**yelling** 129:24
130:1
**York** 9:13 11:5,
17 12:16,17,18
13:18 18:5
**young** 81:21
82:6,16 83:2
163:11

1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA

2

3          CASE NO.:15-21031-CIV-ALTONAGA/O'SULLIVAN

4

5   LINDSEY HORNE,

6          Plaintiff,

7   vs.

8   CARNIVAL CRUISE LINES,

9          Defendant.

10  _____/

11                 VOLUME II

12                 VIDEOTAPED DEPOSITION OF
                   DOMINICK FROIO
13                 Pages 201 through 279

14

15                 Wednesday, November 25th, 2015
                   10:21 a.m. - 4:10 p.m.
16                 Gerson & Schwartz, P.A.
                   1980 Coral Way
17                 Miami, Florida  33145

18

19

                   Stenographically Reported By:
20                     JONNA FOSTER
                       Court Reporter

21

22

23

24

25

Page 202

```
 1              APPEARANCES:
 2   On behalf of the Plaintiff:
         GERSON & SCHWARTZ, P.A.
 3       1980 Coral Way
         Miami, Florida  33145
 4       (305)371-6000
         ngerson@gslawusa.com
 5       BY: NICHOLAS I. GERSON, ESQ.
 6
 7
     On behalf of the Defendant:
 8       MASE LARA
         2601 South Bayshore Drive
 9       Suite 800
         Miami, Florida  33133
10       (305)377-3770
         cmase@maselara.com
11       BY: CURTIS MASE, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 203

```
 1              INDEX OF PROCEEDINGS
 2   VOLUME I
 3   Deposition of DOMINICK FROIO          PAGE
 4   Direct Examination by Mr. Gerson        4
 5
 6
 7              PLAINTIFF'S EXHIBITS
 8   (Exhibits Retained by Counsel.)
 9   Number        Description          Page
10   1             Ship Security Manual   61
11   2             Website Document        84
12   3             Deck Plans             130
13   4             Investigative Cover Sheet  150
14
15   VOLUME II
16   Deposition of DOMINICK FROIO          PAGE
17   Cross Examination by Mr. Mase         255
     Redirect Examination by Mr. Gerson    267
18
19
20
21
22
23
24
25
```

Page 204

```
 1              (Continued from Volume I.)
 2   Q    (By Mr. Gerson) That's it, just politics?
 3   A    There's a lot of politics going on with
 4   the CVSSA.
 5   Q    You don't think anything has to do with
 6   safety of passengers?
 7        MR. MASE:  Objection to form.
 8   A    I'm sure that's why the requests are made,
 9   but I think we do a very good job industry wide,
10   media reports, allegations.
11   Q    (By Mr. Gerson) Do you know how many
12   successful criminal prosecutions there have been in
13   the last three years of a reported rape on a
14   Carnival ship?
15   A    I think maybe one.
16   Q    And what do you attribute that to?
17   A    Our ability to be the initial responders
18   and working with law enforcement --
19   Q    So --
20   A    -- and the confession of the perpetrator.
21   Q    I don't know, I'm -- I'm not
22   understanding.  If there's only been one successful
23   prosecution in the last --
24   A    That I recall.
25   Q    -- that you're aware of in the last three
```

Page 205

```
 1   years of the 40 to 50 or more reported rapes and
 2   sexual assaults --
 3   A    Uh-huh.
 4   Q    -- you attribute that to the -- the job of
 5   your investigators on -- in response?
 6   A    Working with law enforcement.
 7   Q    Okay.
 8   A    Yes.
 9   Q    You would agree, sir, that before law
10   enforcement even gets to touch any of the crime
11   scene and interview any witness, that your security
12   personnel are trained to conduct an investigation
13   and to secure a crime scene in a way that protects
14   the company?
15   A    Protects the company?
16   Q    Yes.
17   A    No.
18   Q    Do you know who John Manuel is?
19   A    Yes.
20   Q    Okay.  Have you ever met John Manuel?
21   A    Have I?
22   Q    Yes.
23   A    Yes.
24   Q    Okay.  When was the last time you spoke to
25   Mr. Manuel?
```

Case 1:15-cv-21031-CMA   Document 72-2 Entered on FLSD Docket 01/19/2016   Page 81 of
112

Page 206

1     A    Had to have been -- I think he was at our
2  last training, April.
3     Q    Are you aware that Mr. Manuel took a
4  statement from Mr. James?  Do you know who Mr. James
5  is?
6     A    No.
7     Q    Okay.  Take a look at your report.  Let me
8  just make sure I understand something correctly.
9  This report that we've identified as Exhibit --
10  Exhibit 4, this is what is provided to you by
11  Mr. Williams; correct?
12     A    There's all kinds of attachments to it.
13     Q    Right.
14     A    The ship report, statements, evidence
15  logs, chain of custody, photos, bar bills.
16     Q    Okay.
17     A    What am I looking at?  James you said?
18     Q    Your --
19     A    You asked me who James was?
20     Q    Your report.
21     A    James Lamarcus.
22          MR. MASE:  I think it's actually
23  Lamarcus James.
24          THE WITNESS:  It's Lamarcus James.
25          MR. MASE:  That's what I have.

Page 207

1     Q    (By Mr. Gerson) Sir, every time there's a
2  rape or a sexual assault or a serious crime you're
3  provided a report by the shoreside investigator and
4  a version of the report is similar to the one that
5  has been identified as Exhibit 4 in this case;
6  correct?
7     A    Correct.
8     Q    Okay.  And why is that report provided to
9  you?
10     A    So I know what's going on to make sure
11  that all the bases were covered properly.
12     Q    Okay.  And so you know whether or not
13  Carnival is doing everything to protect Carnival?
14          MR. MASE:  Objection, form.
15     A    When you say "protect Carnival", we're
16  protecting the victim and Carnival.  It's not like
17  I'm out to totally protect Carnival.  I'm protecting
18  Carnival because of CVSSA, making sure that we have
19  all our homework done in order of reporting and how
20  we handle things.  So I guess you could say that's
21  protecting Carnival, but our main goal is to protect
22  the victim and other people on board that vessel.
23     Q    (By Mr. Gerson) Do you, based on your
24  review of the investigation that was conducted, do
25  you disagree with the fact that there was not only a

Page 208

1  reported rape and an alleged sexual assault, that
2  there was also an assault committed on other
3  passengers as a result of this incident?
4          MR. MASE:  Objection.
5     A    It's my understanding.
6     Q    (By Mr. Gerson) Okay.  And do you know why
7  there were no charge -- there were no formal
8  criminal charges brought in response to any of the
9  allegations that were made in this case, both the
10  allegations of rape, sexual assault and aggrevated
11  assault?
12     A    Do I know why there were no arrests you
13  mean?
14     Q    Yes.
15     A    Alls I know is that the Bravard County
16  Sheriffs in addition to the FBI responded and they
17  declined.  I have no idea what the results of the
18  rape kit were or why they didn't arrest anyone.
19     Q    Do you think that the assailants,
20  Mr. Lamarcus James and Troy Randle, should have been
21  arrested?
22          MR. MASE:  Objection, form.
23     A    If I was an FBI agent or Bravard County
24  Sheriff I would have been doing the investigation
25  and I would know more facts than I know as a

Page 209

1  civilian, so I can't tell you I think they should
2  have been arrested or not.
3     Q    (By Mr. Gerson) Did you review the
4  photographs of Ms. Horne's roommates in this case?
5     A    No, I did not.
6     Q    Okay.  Let me -- do you mind if a take a
7  look at that?  Does Carnival have any interest in
8  investigating the allegations of serious crimes such
9  as rape and aggravated battery?
10          MR. MASE:  Objection, form.
11     A    Yes.
12     Q    (By Mr. Gerson) So you received this
13  report from Mr. Williams; is that correct?
14     A    That's correct.
15     Q    And once you received the report what did
16  you do?
17     A    I initial it and it gets filed.
18  Mr. Williams handles all the forwarding to other
19  departments, whether it's loss prevention people or
20  FBI or Bravard County Sheriffs.
21     Q    Mr. Williams is the sole liaison with law
22  enforcement; is that correct?
23     A    Sole, no.
24     Q    Who else liaisons with law enforcement?
25     A    My whole office.

Dominik Frederico Rusz
November 25, 2015                           210 to 213

Page 210

1      Q    Your whole office?

2      A    Except our lost and found people.

3      Q    Does Mr. -- would the chief security
4  officer, Mr. Manual, have any -- be responsible for
5  sending any of the shipboard report to any members
6  of law enforcement in response to a potential
7  criminal investigation?

8      A    If they needed it right away and it wasn't
9  in our possession we would tell them to send it
10 over.

11     Q    Is that documented anywhere in this report
12 that Mr. Manual did that?

13     A    I don't know.  Let me see.

14          MR. MASE:  Can you read me the question,
15     the one before, about Mr. Manuel and what he
16     did?

17          (The requested question was read by the
18     court reporter.)

19     A    I'm not sure going forward.  Hold on,
20 there's another page here.

21     Q    (By Mr. Gerson) Well, sir, isn't it the
22 protocol and -- proper protocol and procedure that
23 your shoreside investigator, Mr. Williams, is the
24 person who is responsible for liaisoning with law
25 enforcement like the FBI and the Bravard Sheriff --

Page 211

1  Bravard Sheriff's Office with respect to a serious
2  crime like this one?

3      A    All my investigators do that.

4      Q    Right, I understood.

5      A    Robert is --

6      Q    Robert Williams --

7          MR. MASE:  Let him finish his answer.

8      A    Robert's the supervisor.

9      Q    (By Mr. Gerson) Okay.

10     A    So we all liaison.  We all prefer to
11 review reports and then send them to the FBI, but
12 there are cases where they may need them immediately
13 and we're not waiting any longer for it to come to
14 us to review and we'll tell the ship to send it
15 directly to the FBI.

16     Q    Okay.  Is it your understanding that
17 Mr. Williams is the person who sent the shipboard
18 incident reports and crime allegation log and the
19 statements to the FBI and local authorities in this
20 case?

21     A    Well, I know that Robert sent the serious
22 violations report to the coast guard -- the FBI
23 and -- and the coast guard.  It doesn't specifically
24 say who sent the ship incident report.  I'm not
25 sure if it was Robert or the chief.  More than

Page 212

1  likely Robert, unless it's in the chief's report.

2      Q    Okay.  So if someone other than Robert
3  sent information to the FBI that would be
4  documented; right?

5      A    It should be.

6      Q    Okay.  So if I were to tell you so far the
7  only documentation, as far as who sent information
8  to the FBI, was Robert Williams, you had no reason
9  to assume that anyone else sent anything else?

10     A    Correct.

11     Q    Okay.  And that -- that is actually the
12 standard operating procedure within Carnival is that
13 the ship conducts its investigation, it contacts the
14 shoreside investigator, in this case it would be
15 Mr. Williams, and then Mr. Williams takes that
16 information, the incident report, the statements,
17 and then he forwards that to the FBI, the FBI
18 reviews it and then they come on the ship?

19          MR. MASE:  Objection.

20     A    That's the normal protocol.

21     Q    (By Mr. Gerson) Okay.  You have no reason
22 to believe that that was deviated from in this case,
23 do you?

24     A    Not that I'm aware of.

25     Q    Okay.  Do you know that there's a history

Page 213

1  of Mr. Manuel being accused of be -- acting in a
2  dishonest manner to cover up or hide the truth in
3  prior cases where Carnival has been accused of
4  inadequate security and enabling a crime to occur on
5  a cruise ship?

6          MR. MASE:  Objection, form.

7      A    I don't have any recall on that, but if
8  you can fill me in a little further maybe I can
9  remember.  He got accused of covering up a -- what'd
10 you say?

11     Q    (By Mr. Gerson) I'm asking you do you know
12 whether or not there's a history of Mr. Manuel being
13 accused of acting in a dishonest manner to cover up
14 or hide the truth of prior cases where Carnival has
15 been accused of inadequate security enabl --
16 enabling a sexual crime to occur on a ship?

17     A    I don't recall that.

18     Q    No?

19     A    I don't recall it.  When -- when did that
20 happen?

21     Q    Well, if you don't recall then --

22     A    Well, no, I'm interested here so I can
23 have a better recall at it.  It was unfounded I
24 would assume?

25     Q    I'm just asking you if --

Dominic Incandela - FWDT
November 25, 2015                          214 to 217

Page 214

1    A    All right.  I know.  I know.
2    Q    So you don't know?
3    A    You're just peaking my interest.
4    Q    If John Manuel took a -- if a statement
5    was taken of Lamarcus James and then a second
6    statement was taken 12 hours later which
7    contradicted the first statement would you agree
8    based on your training and experience and as a
9    member of law enforcement and as the company
10   security officer that you should not try to get a
11   witness to change his statement?
12        MR. MASE:  Objection, form.
13   A    Try to get a witness to change his
14   statement or was it voluntary?
15   Q    (By Mr. Gerson) Yes.
16   A    If a witness volunteers to give a second
17   statement of course I'm going to take it.
18   Q    Well, do you know how many statements were
19   taken by Mr. James in this case?
20   A    No.  Two from what you're telling me.
21   Q    Well, I haven't told you.  Well --
22   A    You said an initial one and then another
23   one.  Two?
24   Q    Yes.
25        MR. MASE:  He's answered the question.

Page 215

1    A    No, are you --
2         MR. MASE:  You've answered the question.
3    Q    (By Mr. Gerson) Would you agree that an
4    investigator should not get a witness to try and
5    change his statement?
6         MR. MASE:  Objection, form.
7    A    Change his statement?
8    Q    (By Mr. Gerson) Yes.
9    A    Encourage them to change his statement?
10   Q    Yes.
11   A    If they were lying to the investigator and
12   if they want to be truthful about something why
13   wouldn't you want a second statement?  I would take
14   a second statement.
15   Q    Does Carnival have a policy in place about
16   what state -- what information or how statements are
17   written?
18   A    Well, they're trained in the basic who,
19   what, why, where, when and how.
20   Q    Okay.  Would it be improper for your
21   security officers to tell a witness who provides a
22   written statement to rewrite the statement because
23   they're writing too much?
24        MR. MASE:  Objection to form.
25   A    Because they're writing too much?

Page 216

1    Q    (By Mr. Gerson) Yes.
2    A    That doesn't sound right.
3    Q    So --
4    A    I -- I wouldn't like that.  No, I would
5    not.
6    Q    Why wouldn't you like that?
7    A    Because the more information you get the
8    better it is.
9    Q    Do your -- are your security officers
10   trained to help passengers write their statements?
11   A    Help write them?
12   Q    Passengers or witnesses.
13   A    To help them write them?  They could on
14   occasion.  They may give them some recall.  They
15   initially do an -- an oral interview and then say
16   the security person is listening and then say you
17   were to sit down and write a statement and you left
18   out an important sentence that you told the
19   investigator, the investigator may say, well, didn't
20   you say she had blue shoes on?  Oh, yes, I recall,
21   and they add that.
22        I wouldn't encourage them to put
23   words in their mouth, but if they recall something
24   from a verbal interview.
25   Q    Did you ever read the statement of

Page 217

1    Lindsey Horne in this case?
2    A    No.  Back in September, I haven't read it
3    since.
4    Q    Do you know why Lindsey Horne was told to
5    use the names of Mr. Randle and Mr. James if she did
6    not know their names independently?
7    A    She was told what?
8    Q    To use Mr. Randle's na -- Troy's name and
9    Lamarcus James's name in her statement if she didn't
10   know their name independently?
11        MR. MASE:  Objection, form.
12   A    Did she identify them?  If she identified
13   them then security was assisting her with their
14   names.
15   Q    (By Mr. Gerson) What is the procedure for
16   when a statement is requested from a passenger or a
17   witness to a criminal incident?
18   A    An oral interview and then reduce it to
19   writing.
20   Q    Does -- is the procedure that you
21   interview -- your officers interview the passenger
22   and then hand them a piece of paper and say now
23   write?
24   A    They do.
25   Q    Are they trained to tell the passengers

Dominick Ferraro, Vol. II
November 25, 2015                           218 to 221

Page 218

1   what to include and what not to include?
2       A    If it was pertinent during their oral
3   interview of course they would tell them.  They
4   wouldn't force them to write anything.
5       Q    So your security officers are trained to
6   tell passengers whether or not they're writing too
7   much or whether or not they're writing too little?
8            MR. MASE:  Objection, form.
9       A    They should never say you're writing too
10  much or too little.  Your statement's your
11  statement.
12      Q    (By Mr. Gerson) Okay.  Why is that not a
13  good idea?
14      A    You don't want to put words in people's
15  mouth.
16      Q    And you don't want to take words out of
17  people's mouth; right?
18      A    Of course not.
19      Q    Okay.  Would you consider that to be a
20  serious violation of the integrity of the
21  investigative process if your cruise ship employees
22  are telling witnesses to an incident that they're
23  writing too much in their statements?
24           MR. MASE:  Objection, form.
25      A    I wouldn't be happy about that.

Page 219

1       Q    (By Mr. Gerson) Do you have an
2   explanation, sir, as you sit here today why out of
3   the 40 to 50 plus reported rapes or sexual assaults
4   that you are aware of in the last three years, why
5   there's only been one successful prosecution?
6       A    Do I have an explanation --
7       Q    Yes.
8       A    -- for that?
9            MR. MASE:  I think that's been asked and
10           answered.
11      A    I do not.  You'd have to talk to the
12  government, prosecution and --
13      Q    (By Mr. Gerson) Would you attribute that
14  to the fine job that Carnival has done in
15  investigating and covering up the incidents that
16  have been reported as they actually occur?
17           MR. MASE:  Objection to form.  Harassing.
18      A    If anybody ever covers up anything under
19  my direction they're gone.
20      Q    (By Mr. Gerson) Has Carnival fired anyone
21  in the last three years for covering up an
22  investigation?
23      A    In security?
24      Q    Yes.
25      A    No.

Page 220

1       Q    The fact that Mr. Manuel was accused back
2   in the '90s, late 1990s of covering up a criminal
3   investigation involving a rape of a passenger on one
4   of your ships, that's not something you'd ever been
5   made aware of?
6       A    If I was it had to be unfounded and gone
7   to the wayside.  You said late '90s?
8       Q    Late '90s/early 2000.
9       A    Yeah, right around the time we took over
10  and I just don't recall the incident.  Was it -- has
11  to be unfounded or he wouldn't be employed.
12      Q    Well, I don't know that -- what did
13  Carnival ever do to investigate Mr. Manuel's
14  involvement?
15      A    I'm sure if the allegation was made it was
16  investigated.
17      Q    Do you know what the context of Mr. --
18  Mr. James's second statement that was taken in this
19  case?
20      A    The only thing I recall from his
21  statement, I -- I think he admitted that oral sex or
22  something like that in the second statement.  That's
23  my best recollection which is -- and it was
24  consensual.
25      Q    Does Carnival --

Page 221

1       A    That's his story.
2       Q    Uh-huh.
3       A    I'm not saying he's telling the truth or
4   not, that's his story.
5       Q    Well, whose story do you believe?
6            MR. MASE:  Objection, form.
7       A    I didn't investigate this.
8       Q    (By Mr. Gerson) Okay.  Well, your -- your
9   ship officers did conduct an investigation, didn't
10  you?
11      A    That's right.
12      Q    Okay.  And what's the purpose of
13  conducting the investigation?
14      A    For the initial responders to turn it over
15  to the government for disposition.
16      Q    Okay.  Does -- is that all that Carnival
17  is concerned about, whether or not someone is
18  successfully prosecuted or arrested when an -- a
19  passenger is accused of a rape or sexual assault?
20      A    No, our aftercare is outstanding.  We're
21  very concerned about victims of alleged crimes.
22      Q    But out of the 40 to 50 incidents that
23  have been reported in the last three years, just the
24  rapes and sexual assaults, Carnival has done nothing
25  to change the way it's doing things from a security

Dominik Andrzejewski v. Carnival Corp.

November 25, 2015                                222 to 225

Page 222

```
 1   standpoint at all?
 2        MR. MASE:  Objection, form.
 3        A    Like I told you, we provide reasonable
 4   security.  We do our job with excellence.  We have
 5   aftercare.  We're very concerned about any
 6   allegation reported.  We're very concerned about the
 7   reporting chain and following all normal protocol.
 8        Q    (By Mr. Gerson) Are you going to take any
 9   action for what Mr. Manuel did in this
10   investigation?
11        MR. MASE:  Objection, form.
12        A    As far as what?
13        Q    (By Mr. Gerson) As far as the -- the
14   second statement that he took in this case?
15        A    Why would I take action for taking a
16   second statement?
17        Q    Let me ask you this, why would Mr. Manual
18   be the one who took the second statement of
19   Mr. James as opposed to the other security officers
20   that had taken all the other statements up until
21   then?
22        A    Did Mr. James come forward, is that it,
23   and wanted to give a second statement?  If he did --
24        Q    I'm asking do you --
25        A    If he did, there's -- there's no reason
```

Page 223

```
 1   why John Manual couldn't take his statement.  You're
 2   better off with -- he's got more experience anyway.
 3        Q    Well, John Manual -- John Manual has more
 4   experience?
 5        A    Sure.  He's been around a long time.
 6        Q    Okay.  How long's he been around?
 7        A    Longer than me.
 8        Q    Okay.  John Manuel has been involved in a
 9   number of prior rapes and sexual assaults on
10   Carnival ships over the ten -- over his tenure with
11   Carnival, hasn't he?
12        A    I'm not sure.  I'm sure he's been
13   involved.  He's done an outstanding job.
14        Q    Okay.  He's done an outstanding job?
15        A    Yes.
16        Q    In the sense that -- in what sense?
17        A    He's a good chief.
18        Q    He's done a good job in protecting
19   Carnival?
20        MR. MASE:  Objection, form.
21        A    He's done a good job in following
22   protocol.  Are you calling that protecting Carnival?
23   Well, if you're following proper protocol you are
24   protecting Carnival.  You're also protecting the
25   victim by conducting a proper investigation.
```

Page 224

```
 1        Q    (By Mr. Gerson) Are you aware that the
 2   criminals who attacked my client were reported to
 3   have been throwing US currency in the air on the
 4   floor in the disco of the Sensation for several
 5   nights prior to when my client was attacked?
 6        A    No, I'm not aware of it.
 7        Q    Would you consider that to be behavior
 8   that is concerning as you -- someone who is
 9   responsible for the security of all of Carnival
10   ships?
11        A    They were throwing money around in the
12   disco?
13        Q    Yes.
14        A    Is it a security concern?  I think it's a
15   little odd, but I've seen people throw money around
16   before.
17        Q    Would you consider that to be unusual
18   behavior?
19        A    It's odd.
20        Q    Okay.  And what are your officers trained
21   to do when they see unusual behavior?
22        A    They're watching them.
23        Q    And how long should they be watching them
24   for?
25        A    Until they feel comfortable that there's
```

Page 225

```
 1   no other criminal intent or whatever you want to
 2   call it.  I mean, how many times did they throw
 3   money in the air, once, twice, five, ten?
 4        Q    Would you agree that seeing two African
 5   American males with a white female, as a white man,
 6   following a white female back to her room is unusual
 7   behavior that your officers should be trained to
 8   keep an eye out for?
 9        A    Following her back to her cabin?
10        Q    Yes.
11        A    Not walking back together?
12        Q    Yes.
13        A    You're talking racism if you want to go
14   down that road.  Why is that unusual?
15        Q    I'm asking you.
16        A    It's not unusual.
17        Q    What is unusual behavior?
18        A    Bumping and grinding on her if they're
19   walking down the hall.
20        Q    So if someone -- if your security officer
21   saw an African American male throwing money in the
22   nightclub and bumping and grinding on a female
23   who -- or white female that didn't want that kind of
24   behavior, that's unusual behavior in the sense of
25   Carnival's policies and procedures?
```

Page 226

1    A    Let's remove the Afro American.  It could
2 be a Jewish guy --
3    Q    Okay.
4    A    -- doing the same thing.  It's unusual
5 behavior, yes --
6    Q    Okay.  How would someone --
7    A    -- or an Italian guy.
8    Q    Sir, how would someone know that they're
9 Jewish?
10   A    How?  I don't know.  How do you know I'm
11 Italian?
12   Q    I don't know you're Italian.
13   A    You mentioned it minutes earlier.
14   Q    Are you -- are you suggesting --
15   A    You mentioned it in Mike Panariello's --
16   Q    Are you suggesting that I'm Jewish?
17   A    I don't know what you are.
18   Q    Okay.  Well, I'm just wondering where the
19 Jewish reference came from?
20   A    Why not?  Why did you have to refer to
21 blacks and white?
22   Q    Because those are --
23   A    It's very -- it's --
24   Q    Because that's the evidence in this case,
25 sir.

Page 227

1    A    You're making it sound like it's a racist
2 situation.
3    Q    No, I'm --
4    MR. MASE:  Do not interrupt him.
5    Q    (By Mr. Gerson) Okay.  I'm basing it on
6 the facts of what this case is as you know it and as
7 I understand it and as everyone in this room
8 understands it, not for any other reason.
9    A    I'm glad.
10   Q    Okay.
11   A    Thank you.
12   Q    So I don't quite understand what your
13 remarks about someone being Jewish has anything to
14 do with it, but --
15   A    Irish, Italian, German.
16   Q    Okay.
17   A    White guy, Indian guy, Japanese guy.
18   Q    Sir, you're the one who used the words if
19 I saw a guy grinding on a female passenger.
20   A    It's a problem.
21   Q    That's a problem?
22   A    That's right.
23   Q    What do you expect your security officers
24 or what are your security officers trained to do in
25 the event --

Page 228

1    A    Intervene.
2    MR. MASE:  Well, but I think his actual
3 testimony was --
4    MR. GERSON:  Please do not say anything
5 other than object to the form of the question
6 or suggest any of the testimony that is already
7 in the record.  I would appreciate it.
8    MR. MASE:  Well, I object to the
9 testimony.
10   MR. GERSON:  Okay.
11   MR. MASE:  I object to the question as
12 mischaracterizing the witness's prior
13 testimony.
14   Q    (By Mr. Gerson) Okay.  Based on your
15 knowledge, training and experience, what is -- what
16 are your security officers trained to do in the
17 event of that they observe male guests grinding on
18 female passengers that are not seem to be accepting
19 of those advances?
20   A    Even if they are accepting they intervene
21 and stop it.
22   Q    Okay.  And tell me what they're supposed
23 to do.  How are they supposed to intervene?
24   A    They tell them to stop.
25   Q    So they're supposed to approach the

Page 229

1 victim?  They're supposed to approach the -- the --
2 the gentlemen that are doing this?
3    A    Right.
4    Q    They're supposed to approach the
5 passengers?
6    A    That's correct.
7    Q    And what are they supposed to say to them?
8    A    It's inappropriate.
9    Q    Okay.  And are your passengers -- are your
10 crew members trained to do that?
11   A    Yes.
12   Q    Okay.  And where is that in train -- in
13 your training?
14   A    Security awareness.
15   Q    Where is that in the security manual?
16   A    I don't know if it's in the manual.
17   Q    Okay.  It's --
18   A    It's in the training.
19   Q    Okay.
20   A    Anything unusual, report it.  See
21 something, say something.
22   Q    Okay.  So your -- your security officers
23 are trained to, when they observe behavior such as
24 other passengers grinding on females inside a night
25 club, to approach the passengers or whoever they are

Dominic Interlandi - FTL
November 25, 2015                                230 to 233

Page 230

1  and tell them that this is inappropriate?
2      A    Right.
3      Q    And what if they don't stop?
4      A    They get removed from the nightclub.
5      Q    And who removes them?
6      A    Security.
7      Q    And do you know whether or not that was
8  done in this case?
9      A    I have no indication that it -- it was
10 done.
11     Q    Okay.  Do you --
12     A    Are we talking about the grinding or
13 throwing the money around?
14     Q    Well, let's talk about the grinding.
15     A    If that was to occur?
16     Q    Uh-huh.
17     A    They would be removed from the -- the
18 nightclub if they didn't listen to the warning.
19     Q    Security should at least make their
20 presence known; correct?
21     A    Yes.  Yeah.
22     Q    Security should let the -- the other
23 passengers know that they're being watched and that
24 they know that what they're doing is inappropriate
25 and not acceptable by Carnival's standards?

Page 231

1      A    That's correct.
2      Q    And that should happen every time?
3      A    Yes, it should.
4      Q    And should -- would you agree that that
5  should put your Car -- your crew members or your
6  security officer on notice that there may be an
7  issue with these particular guests?
8           MR. MASE:  Objection, form.
9      A    I'm sure they would keep an eye on them.
10 It would raise a flag in their mind to keep an eye
11 on them, of course.
12     Q    (By Mr. Gerson) Okay.
13     A    But there are incidents that people want
14 that.
15     Q    Okay.
16     A    And when they intervene we get complaints
17 that the security was rude to them.
18     Q    You don't know if that was done in this
19 case?
20     A    The bumping and grinding or the money in
21 the air?
22     Q    Well, let's start with the grinding on
23 Ms. Horne in the nightclub by Mr. James or
24 Mr. Randle.
25     A    I don't know.  Did that happen?  I don't

Page 232

1  know.  I'm not aware.
2      Q    Are you aware of whether or not Mr. James
3  was grinding on -- on Lindsey Horne in the nightclub
4  on the night in question?
5      A    I'm not aware.
6      Q    And by the night in question I mean the
7  night that she was raped.
8      A    I'm not aware.
9      Q    Are you aware of whether or not he was
10 doing that on previous nights?
11     A    I'm not aware.
12     Q    Are you aware of whether or not Mr. Randle
13 was grinding on Ms. Horne on the night that she was
14 raped in the nightclub?
15     A    I have no recall on this.
16     Q    Okay.  Do you know whether or not any --
17 either Mr. James or Mr. Randle was doing that to any
18 of Lindsey's cabin mates?
19     A    I have no recall of that.
20     Q    Okay.  Did you ever learn that
21 Lindsey Horne is gay?
22     A    I heard it mentioned.
23     Q    Yes?
24     A    Yes, I heard it mentioned.
25     Q    Okay.  And based on the allegations that

Page 233

1  she's made that she was raped and the fact that, you
2  know, that she has reported that she is gay, you
3  still have no opinion as to whether or not the
4  allegations that she's made in this case are true?
5           MR. MASE:  Objection, form.
6      A    She's gay, bisexual, gay, I have no idea.
7      Q    (By Mr. Gerson) So you believe Troy Randle
8  and James Lamarcus as far as what happened in this
9  case?
10     A    I didn't investigate this.
11     Q    Let me ask you --
12     A    Whatever the FBI believes or the Bravard
13 County Sheriffs believes I have to take their word
14 as professionals.
15     Q    Well, sir --
16          MR. MASE:  Please let him finish his
17 answer.
18     A    I don't have an opinion -- I don't have an
19 opinion either way.  I have -- I'm concerned about
20 the allegation.  I feel bad what allegedly happened
21 to this girl, but I have no way of proving it.
22     Q    (By Mr. Gerson) You're not doing any --
23 Carnival's not doing anything, even though you feel
24 bad what allegedly happened to Ms. Horne, you're not
25 doing anything differently moving forward in

Domini Incarbona - FTS, Inc.
November 25, 2015                                    234 to 237

Page 234

1   response, are you?
2        A    No.
3             MR. MASE:  Objection, form.
4        Q    (By Mr. Gerson) Carnival's not doing
5   anything differently in the sense of security on the
6   Sensation or any other ship in response to what
7   Lindsey Horne claims to have occurred to her back in
8   September 3rd, 2014?
9             MR. MASE:  Objection, form.
10       A    We just drive training home for awareness.
11       Q    (By Mr. Gerson) Would it be unreasonably
12  burdensome for Carnival to do background checks on
13  passengers to find out if they had a criminal
14  background or subject to any pending criminal
15  charges or on any terrorist watch lists?
16            MR. MASE:  Objection, form.
17            MR. GERSON:  Why do you laugh?
18            MR. MASE:  I'm allowed to laugh.
19            MR. GERSON:  Was there something funny?
20            MR. MASE:  Huh?
21            MR. GERSON:  Was there something funny?
22            MR. MASE:  To me.
23            MR. GERSON:  What?
24            MR. MASE:  I'm not here to be deposed in
25       the case.

Page 235

1             MR. GERSON:  Well, okay, I don't
2        appreciate you laughing.
3             MR. MASE:  Okay.
4        Q    (By Mr. Gerson) Would it be burdensome for
5   Carnival to do a background check on passengers to
6   find out if they have a criminal background?
7             MR. MASE:  Objection, form.
8        A    The manifests are screened by CBP prior to
9   sailing so they're all screened.
10       Q    (By Mr. Gerson) When you say "they're all
11  screened", what do you mean?
12       A    They're vetted through CBP, through many
13  many vetting systems.
14       Q    Okay.  And what is CBP?
15       A    Customs Border Protection.
16       Q    Tell me what is checked.
17       A    Their backgrounds.
18       Q    And what backgrounds are you looking out
19  for?
20       A    Me or them?
21       Q    Them.
22       A    It's usually narcotics.
23       Q    Okay.  Anything else?
24       A    Active warrants.
25       Q    Anything else?

Page 236

1        A    That's their big concern, active warrants
2   and narcotics.  If they have a criminal history and
3   have served their time and they're allowed to leave
4   the country, if they're on parole based on their
5   parole officer, just another citizen going on a
6   vacation.
7        Q    What about whether or not they're the
8   subject of any criminal charges for rape?
9        A    Do they tell us?
10       Q    Do you -- do you look?
11       A    Do I look?  No, I don't.
12       Q    Does Carnival look?
13       A    What we look at is sexual predators to
14  minors.
15       Q    Okay.  Sexual predators to minors?
16       A    Uh-huh.
17       Q    Okay.  So what if it were -- if -- let me
18  ask you this.  If Troy Randle had a criminal charge
19  of a sexual assault on a minor should he have been
20  permitted to board the Sensation?
21       A    He wouldn't.  If I knew he wouldn't board.
22       Q    Okay.  Same thing for Mr. Randle?
23       A    For anyone.
24       Q    Same thing for Mr. James?
25       A    Yes.

Page 237

1        Q    So it would be a violation of Carnival's
2   policies and procedures if it allowed a --
3        A    Registered sexual predator.
4        Q    Not a registered sexual predator, but it
5   would be a violation of Carnival's policies and
6   procedures if it allowed Mr. James or Mr. Lamar --
7   Mr. Randle to board its ship if it had -- if he had
8   pending criminal charges for a sexual crime?
9        A    Against a minor.
10       Q    Only against a minor?
11       A    Yeah.
12       Q    And if he had a -- and if there were
13  pending criminal charges against a minor then he
14  shouldn't have been allowed on the ship?
15       A    He wouldn't be allowed on the ship --
16       Q    And --
17       A    -- if I know about it.
18       Q    Okay.  And how do you know about it?
19       A    If I was notified.
20       Q    Okay.  Well, how would -- well, how would
21  you -- how does Carnival go about figuring that out?
22       A    Well, now we vet.
23       Q    Well, what were you doing back in
24  September 3rd, 2014?
25       A    We relied on CBP.

Page 238

1    Q    So should there have been a criminal
2  background check conducted on Lamarcus James?
3         MR. MASE:  Objection, form.
4    A    Should there have been?  Well, he was
5  vetted through the government system.  There's no
6  notifications to me that he was a wanted criminal or
7  a subject of sexual offense or narcotics smuggler.
8              Whether he was arrested for
9  possession, personal use or whatever, they would
10 more than likely, not all the time, it depends what
11 port you're in and how aggressive CBP is, contact
12 our office and ask us to pull some information for
13 them.
14   Q    What does CBP stand for?
15   A    Customs Border Protection.
16   Q    Okay.  Does Carnival do any independent
17 research on the criminal backgrounds of its
18 passengers, whether or not there are any pending
19 criminal charges for rape or sexual assaults on
20 minors?
21   A    Yes.
22   Q    Okay.  So there is a procedure in place
23 that is supposed to be followed by Carnival to
24 investigate whether or not your passengers have a
25 criminal background and are the subject of pending

Page 239

1  criminal charges for rape and sexual assault as it
2  relates to minors?
3    A    Right.
4    Q    Why is it only as it relates to minors?
5    A    That's the threshold we came up with
6  because of the volume.
7    Q    What do you mean?
8    A    You know, we get -- we'll get 3,000 hits
9  in a month and we vet those 3,000 names because of
10 similar names and dates of birth and we have to
11 verify who's who.  And out of that 3,000 hits, this
12 is just towards minors, you may come up with 100.
13             Now, these are people that could book
14 and sale a year from now, but the names get vetted
15 as soon as they enter it into our system.
16   Q    If you knew that James or Randle had
17 pending criminal charges for sexual crimes against a
18 minor child would -- Carnival wouldn't have let them
19 on board?
20   A    I would not, no.
21   Q    Okay.  So you would agree that -- that
22 would be a -- putting your passengers at risk if
23 that did occur?
24        MR. MASE:  Objection, form.
25   A    To children, uh-huh.

Page 240

1    Q    (By Mr. Gerson) Okay.  What about just in
2  general?
3    A    In general, I'll agree with that.
4    Q    What should Carnival have done if it had
5  known that Mr. James had pending charges for sexual
6  crimes against a minor child before they got on your
7  Sensation?
8    A    Did they?  Are you telling me something
9  that I don't know?
10   Q    I'm asking you, sir, what Carnival should
11 have done.
12   A    Wouldn't sale.
13   Q    Who's responsible?
14   A    If I knew that they had charges like that
15 they would not sale.
16   Q    Would you agree that's a breach of
17 security?
18   A    What's a breach of security?
19   Q    Letting a passenger who has been -- who
20 has pending criminal charges on him, pending sexual
21 criminal charges on a minor child, would you agree
22 it -- as the company security officer that that is a
23 breach of security?
24   A    No, that's not the definition of a breach
25 of security.

Page 241

1    Q    Okay.  But you would agree that it's a
2  violation of Carnival's procedures?
3         MR. MASE:  Objection, form.
4    A    We have a right to sale who we want to
5  sale no matter what.
6    Q    (By Mr. Gerson) Okay.  But you've told me
7  that that person shouldn't be allowed on?
8    A    If I knew I wouldn't allow him on.
9    Q    Okay.  Are you the person who's supposed
10 to be making the decision on a passenger per
11 passenger basis as far as who gets on all 24 vessels
12 of Carnival Ships?
13   A    No, not really.
14   Q    Who is?  Who would be responsible for the
15 Sensation?
16   A    If I got the question right, in other
17 words, you book a cruise, you're allowed to go on.
18 Unless there's a crime against a minor or something
19 serious enough that comes to my attention, then I
20 would make that decision.
21             It's not like I go through every
22 person's background.  CBP does not share everything
23 with us, violations of NCIC, National Crime
24 Information Center.  So it has to be something
25 that's brought to my attention that reaches a

Page 242

1 threshold where I think it's a danger to have them
2 on board.
3    Q    How would it get brought to your
4 attention?
5    A    Sometimes they tell us when they're not
6 supposed to.  Tell me about it.  I understand.
7    Q    What is --
8    A    I've brought this to the table many times.
9 It's --
10    Q    You brought what to the table?
11    A    That I would like to be notified of
12 certain issues and it's just against the law for
13 them to release NCIC information, but they are the
14 best vetting process that we have.
15    Q    Okay.  So Carnival doesn't do anything
16 other than rely on this CBP?
17    A    We vet for sexual predators to minors,
18 separate and apart.
19    Q    Okay.
20    A    We have a system in place that vets that
21 specifically.
22    Q    Why doesn't Carnival have stronger
23 policies and procedures to prevent people with
24 criminal pasts such as aggravated assault, sex
25 crimes, regardless of the age of the victim, why

Page 243

1 isn't it a company wide policy as far as those
2 criteria are concerned?
3         MR. MASE:  Objection, form.
4    A    If they served they're time they're free
5 to go.  They paid their dues.
6    Q    (By Mr. Gerson) If Carnival can't prevent
7 people with criminal pasts other than criminal pasts
8 with a -- criminal pasts or sexual crimes on minors
9 from coming on its cruise ships, then won't you
10 agree Carnival should expect that there is a risk to
11 innocent passengers?
12    A    Could there be a risk?  I mean, I hate to
13 compare it to walking down the street.  I mean, it's
14 a risk walking down the street.  You don't know
15 who's walking behind you.  If I don't know, I don't
16 know.
17    Q    Do your passengers have the ability to
18 call the police when something bad happens?
19    A    Yes.
20    Q    How long should it take for security to
21 respond to a fight or altercation in a passenger's
22 stateroom?
23    A    Well, it's hard to say.  Depends where
24 they are.  Depends if they're involved with
25 something.  It depends what the complaint is.  It

Page 244

1 should be immediate if it's of a violent nature.  By
2 immediate I can't even put a time frame on it.
3 Ships are big.  They're running all over the place,
4 so it's hard to say from point A to point B.  It
5 could be one minute, it could be five.
6    Q    Could be 20?
7    A    Could be 20.
8    Q    If you had more security officers on these
9 particular areas wouldn't you agree that it would be
10 more in the one to five minute range than it would
11 be in the 20 minute range?
12    A    If they weren't involved in another issue.
13    Q    But there's so many few incidents on
14 Carnival ships, there shouldn't be; right?
15    A    Well, there could be a fire alarm going
16 off.  They respond immediately to that.  They could
17 be cutting someone off drinking at the bar, trying
18 to prevent another issue.
19    Q    Okay.  It sounds like the security
20 officers that you have on your ships, they've got a
21 lot of -- a lot of responsibilities to look after?
22    A    As we all do.
23    Q    Okay.  So with that said, you still don't
24 think that it might be a good idea to listen to your
25 security personnel and increase the number of

Page 245

1 security officers since there are a lot of different
2 security needs for Carnival ships?
3         MR. MASE:  Objection, form.
4    A    Well, I guess I got to repeat this again;
5 right?  I listen to them.  They got extra security
6 on ships that needed it.  Ships that didn't need it
7 don't get them.
8    Q    (By Mr. Gerson) Out of the -- sorry, go
9 ahead.
10    A    I'm very happy with the way things are
11 going and the way they're handling their protocols
12 on board.
13    Q    Okay.  You're very happy with the fact
14 that there have been 40 to 50 or more reported rapes
15 and sexual assaults?
16    A    Counsel, Counsel, of course not.
17    Q    Well, you don't seem concerned about it,
18 sir.
19         MR. MASE:  Don't answer that.  That's not
20 a question.
21    Q    (By Mr. Gerson) Are you concerned about
22 it?
23    A    Of course I'm concerned about it.
24    Q    Why aren't you doing more to prevent it --
25 to try to prevent it?

Page 246

```
1          MR. MASE:  Objection, asked and answered.
2     Q    (By Mr. Gerson) Why isn't Carnival doing
3  more to try to prevent the number of rapes and
4  sexual assaults?
5     A    We have prevention in place.  They are
6  doing a good job.  We have reasonable expectations
7  of security on board.
8     Q    What are the reasonable expectations of
9  security?
10    A    That they're going on a cruise in a safe
11 and secure environment.
12    Q    Do you think Lindsey Horne thinks that her
13 cruise was safe?
14         MR. MASE:  Objection, form, speculative,
15    lack of foundation, predicate.
16    A    I don't know what Lindsey Horne thinks.
17    Q    (By Mr. Gerson) Okay.  Do you think the
18 other 40 to 50 passengers that claim that they were
19 raped and sexually assaulted just in the last three
20 years would agree with you that cruise ships are
21 safe?
22         MR. MASE:  Objection, form.
23    A    I doubt that they would think they were
24 safe.
25    Q    (By Mr. Gerson) Okay.  Do you think
```

Page 247

```
1  that --
2     A    Unless -- unless they withdraw their
3  complaints and -- or whatever.  I don't know the
4  disposition of these 40, 50 cases you're talking
5  about.  Were they unfounded?  Did they refuse to
6  press charges?  Did they say it ended up being
7  consensual?  I don't know what's going on in all
8  their minds.  Some may have sailed again.
9     Q    Is it a fair statement to say, sir, that
10 you looked at this report identified as Exhibit 4
11 back on September 4th or around September 4th, 2014
12 and never did anything again to investigate what
13 actually took place on --
14    A    I just was --
15    Q    -- that day?
16    A    -- was updated by Robert Williams.
17    Q    How long ago?
18    A    Oh, no, throughout the disposition.
19    Q    Okay.  And so the investigation ended
20 when, do you know?
21    A    I believe when the FBI and Bravard County
22 Sheriffs declined.
23    Q    Do you know why they declined?
24    A    I do not.  AUSA must have told them to
25 decline the case.  I have no idea.
```

Page 248

```
1     Q    Of the other 40 or 50 incidents that have
2  been reported that you're aware of just in the last
3  three years, do you know why the ASA has declined to
4  prosecute on those?
5     A    The AUSA?
6          MR. MASE:  Asked and answered repeatedly.
7     A    They look at what they have.  Their agents
8  or local police do their investigation.  They report
9  to them whatever their findings are.  They make a
10 decision to decline.  He said/she said, not enough
11 evidence, withdrew the complaint, those are some of
12 the reasons that I hear about.
13    Q    (By Mr. Gerson) Sir, are you familiar with
14 the legal standard in a criminal setting as opposed
15 to the legal standard in a civil setting?
16    A    As far as?
17    Q    What is required to be proven in a case.
18    A    No, I don't know the difference with
19 civil.
20    Q    Do you know that there is a much higher
21 burden to meet in a criminal context or a criminal
22 investigation as opposed to a civil investigation or
23 a criminal -- or a civil lawsuit?
24    A    Yes, I do know that from the OJ Simpson
25 case, yes.  Uh-huh.
```

Page 249

```
1     Q    You don't have any plans to change the
2  security manual, do you?
3          MR. MASE:  Objection, form.
4     A    As far as?
5     Q    (By Mr. Gerson) Providing more security or
6  better security on Carnival ships.
7     A    Oh, right now I have no plans to increase
8  security.  I do informal security levels based on
9  terrorism, so if you're talking about that I can
10 tell you that I have increased awareness and there's
11 certain protocol that has to be followed.
12         As far as the sexual incidents,
13 they're to do what they have been doing and I see no
14 change in that right now.
15    Q    Sir, you have made a conscious decision to
16 disregard the requests that have been made by your
17 director of security services as well as security
18 officers with respect to the need and request for
19 increased security measures; correct?
20    A    That's not what I'm saying.  I listen to
21 my security officers.  I listen to Michael and added
22 security on three to four ships --
23    Q    Okay.
24    A    -- where needed and that's it, so don't
25 say I'm not listening.  Of course I'm listening.
```

Page 250

1    Q    Okay.  The increase in security that you
2    keep saying that you've actually provided, that is
3    on -- that is only for particular times; correct?
4    A    Where I see the needs, yes.
5    Q    Okay.
6    A    That's correct.
7    Q    Okay.  And that -- those needs are
8    based on -- are those needs based on -- based on
9    what?
10   A    Rowdiness.
11   Q    Okay.  So --
12   A    Crowd -- crowd control.
13   Q    So you said three ships --
14   A    Marijuana odors in the hallways.  People
15   complaining they smell marijuana.  It seems like
16   that's more out west.
17   Q    Okay.  So two to three ships and for what
18   are the time frames that you've asked for more
19   security officers on those two or three ships?
20   A    Holiday season, spring break.
21   Q    Holiday season, so we're talking like
22   December to January?
23   A    Now, November.
24   Q    November to January?
25   A    And then spring break, that varies from

Page 251

1    West Coast to East Coast.  That's it.  If we hear
2    there's a charter let's say that can be pretty wild,
3    you know, we'll request them to bring security and
4    we'll add security to work with them, so there are
5    increases under certain circumstances.
6    Q    And when did those changes go into effect?
7    A    Actually a couple of years ago.  I know
8    that the placement's in place now as we speak.  It's
9    been a couple of years.
10   Q    Okay.  Do you know that for the last two
11   or three years that there have been some repeated
12   requests for more security officers on --
13   A    Recently?
14   Q    Yes.
15        MR. MASE:  Objection, form.
16   A    Well, every budget year it comes up.
17   Q    (By Mr. Gerson) Okay.  Who's responsible
18   for the budget?
19   A    The final budget or submitting the budget?
20   Q    Well, approving the budget.
21   A    Approving the budget?
22   Q    Yeah.
23   A    It goes to the Carnival CFO, the
24   president, the steering committee.  Then it will go
25   to corporate, the corporate CFO, and I'm sure the

Page 252

1    chief operating officer, whoever, and then it comes
2    back.
3    Q    So have you passed the requests along to
4    the superiors at Carnival or the budgeting people
5    about the requests for security, more security
6    officers fleet wide or you just made the decision on
7    your own that we're not going to?
8    A    Basically I got what I -- I needed on my
9    request like I told you, the peak season vessels.
10   I'm not going to ask for something that I really
11   don't need.
12   Q    Okay.  So you've never told Mr. Panariello
13   that it's not in the budget?
14   A    I probably did.  I mean, I don't know if
15   it was like those words, like, hey, we're not going
16   to do it, it's not in the budget, I mean --
17   Q    Those are the words he used.
18        MR. MASE:  Let's let Mr. Froio finish his
19   answer, please.
20        THE WITNESS:  Pardon me?
21        MR. MASE:  I'm just saying let you finish.
22        THE WITNESS:  I'm ready to cross my legs.
23   Can I take a quick break now?
24        MR. MASE:  Sure.  Yeah.  We can take a
25   break.

Page 253

1        (There was a brief recess.)
2        MR. GERSON:  Okay.  We'll go back on.
3    Q    (By Mr. Gerson) Today isn't the first time
4    you've met with Mr. Mase, is it?
5    A    No.
6    Q    Okay.  When was the last time you met with
7    him?
8    A    Yesterday.
9    Q    And where did that meeting take place?
10   A    My office.
11   Q    And about how long did that meeting take
12   place?
13   A    30 minutes max.
14   Q    Thirty minutes max?
15   A    Uh-huh.
16   Q    Did you review any documents?
17        MR. MASE:  You can answer that yes or no.
18   A    Yes.
19   Q    (By Mr. Gerson) Okay.  Did you review the
20   investigation report that I showed you just now?
21   A    No, I didn't.
22   Q    Did you review another investigation
23   report?
24   A    No, I didn't.
25   Q    Did you review any photographs?

Page 254

1    A    No, I did not.
2    Q    Did you -- well, what did you review?
3         MR. MASE:  Don't answer that question.
4    Based on the attorney/client privilege and the
5    thought processes of counsel I instruct you not
6    to answer.  Based upon work/product privilege,
7    excuse me.
8    Q    (By Mr. Gerson) Did anyone else attend the
9    meeting with you?
10   A    No.  No.
11   Q    When was the last time you talked to
12   John Manuel?
13   A    I think I said back in April.  It may have
14   been at the last in service.  He's a sick kid.
15   Q    He's a sick kid?
16   A    Sick, yeah.
17   Q    What's wrong with him?
18   A    It looks like Parkinson's.
19   Q    Do you know who Matthew Paglarini is?
20   A    Yes.
21   Q    Who is he?
22   A    FBI agent out of Melbourne office.
23   Q    How long have you known him?
24   A    I think I met Matthew Paglarini three
25   years ago, four years ago maybe.

Page 255

1    Q    Where did you meet him?
2    A    On the Carnival Dream.
3    Q    When's the last time you talked to
4    Matthew Paglarini?
5    A    Probably two years.
6    Q    Two years ago?
7    A    Roughly.
8    Q    Whose job is it to make sure that your
9    security officers are aware of the number of rapes
10   and sexual assaults and violent crimes that are
11   occurring on a -- on Carnival ships?
12        MR. MASE:  Object to the form of the
13   question.
14   A    It would be the SSO or chief security.
15   They have meetings daily, weekly, monthly and
16   discuss activity on the vessel.
17        MR. GERSON:  Okay.  I don't think I have
18   anything further for you.  I don't know if
19   Mr. Mase has any questions for you, but --
20        MR. MASE:  I have a few questions.
21             CROSS EXAMINATION
22   BY MR. MASE:
23   Q    Mr. Froio, you are here today in your
24   individual capacity as distinguished from being a
25   corporate representative; correct?

Page 256

1    A    Yes.
2    Q    And when you got the notice of your
3    deposition it didn't indicate any area of inquiry in
4    particular, did it?
5    A    No, it did not.
6    Q    Now, in terms of -- and I'm kind of
7    jumping between subjects because what I'm going to
8    try to do is go back and just address things I think
9    should be addressed.  I may jump around a little bit
10   on you.  If I do that, and you're wondering, just
11   ask me to repeat it and I'll be happy to.
12        You talked a bit about or you were
13   asked a lot of questions by Mr. Gerson about what
14   Carnival does when it investigates sexual assaults
15   and so forth.  Carnival's role when there's an
16   allegation of a crime is to go in and first assure
17   that the victim is safe and secure and then preserve
18   evidence so that law enforcement can come on and
19   determine whether it's appropriate to prosecute;
20   correct?
21   A    That's correct.
22   Q    So you were asked, for example, by
23   Mr. Gerson had you reviewed the results of the rape
24   kit.  What Carnival does with the rape kit is it has
25   it administered by the medical officer, it then has

Page 257

1    it sealed and it turns it over to law enforcement;
2    correct?
3         MR. GERSON:  Form.
4    A    Correct.
5    Q    (By Mr. Mase) You don't actually get the
6    rape kit results back, do you, law enforcement gets
7    those?
8         MR. GERSON:  Form.
9    A    That correct.
10   Q    (By Mr. Mase) And very often Carnival has
11   no idea what the ultimate results of the rape kit
12   are; correct?
13   A    Correct.
14   Q    Okay.  And with evidence that Carnival
15   takes and secures in cases like this, it turns it
16   over -- officers should turn it over to law
17   enforcement; correct?
18   A    That's correct.
19   Q    Okay.  Now, you were asked some questions
20   by Mr. Gerson about what Carnival does to prevent
21   rape and sexual assault and you were shown the
22   security manual which is an exhibit to your
23   deposition here, I think it may even be the first
24   exhibit, and you were asked to point out specific
25   provisions directed to preventing sexual assault and

Domini Independent Producers

November 25, 2015                    258 to 261

Page 258

1  rape, do you remember those questions?
2      A    Yes.
3      Q    Okay.  Isn't it true, sir, that this,
4  manual details in broad strokes, and I think the
5  manual's, I don't even know how many pages it is,
6  it's probably close to 200 pages; right?
7      A    Yes.
8      Q    Okay.  This manual details generally how
9  ship security should work on board the ship; right?
10     A    Yes.
11     Q    And it's designed to give guidelines to
12  your security personnel, give them checklists,
13  forms, direction, et cetera; correct?
14     A    Correct.
15     Q    And then in addition to that you have
16  training that's done on the ship by the senior
17  security personnel down and then you also have
18  training off the ship; correct?
19     A    Correct.
20     Q    And the totality of that, the manual, the
21  training, all of that is designed to prevent crime
22  including sexual assault and rape; correct?
23     A    Correct.
24     Q    Okay.  So is there a specific section in
25  the manual, for example, on how to prevent shootings

Page 259

1  on the ship?
2      A    Shootings, no.
3      Q    Okay.  How to prevent, for example, a
4  specific section how to prevent robbery?
5      A    Specifically, no.
6      Q    But the overarching objective of the
7  manual and the training, et cetera, is to prevent
8  those crimes as well as other crimes; correct?
9      A    Correct.
10     Q    All right.  You mentioned that today
11  Carnival defines rape as penetration of any kind,
12  but previously that's not how it was defined, true?
13          MR. GERSON:  Form.
14     A    That's correct.
15     Q    (By Mr. Mase) And when did that change?
16     A    2013.
17     Q    Why?
18     A    The government came out with a standard
19  across the board to all law enforcement that rape is
20  penetration, no matter how slight, by any object to
21  an orifice of the body, mouth, anus, vagina.
22     Q    You were asked a lot of questions by
23  Mr. Gerson about identifying numbers, numbers of
24  things, numbers of incidents, for example, how many
25  sexual assaults there have been alleged throughout

Page 260

1  Carnival's fleet of vessels in three years, five
2  years, 20 years, et cetera.
3          If you had known in advance of your
4  deposition that you were going to be asked those
5  kinds of specific questions could you have gotten
6  that information?
7          MR. GERSON:  Form.
8      A    Yes.
9      Q    (By Mr. Mase) Is that information that's
10  readily available to you if you need to get it?
11     A    Yes.
12     Q    Okay.  You were asked some questions by
13  Mr. Gerson about whether it would aid in the
14  prevention of crime to have cameras, additional
15  security personnel, personnel in the passenger
16  corridors, do you remember those questions?
17     A    Yes.
18     Q    Now, you were also asked questions about
19  whether you -- what you believe happened to
20  Ms. Horne and whether you believe allegations made
21  by passengers and so forth and I just want to
22  clarify something you said.  You take everything
23  passenger's say as legitimate, whether they make a
24  complaint about a crime or anything else; correct?
25     A    That is correct.

Page 261

1      Q    But let me ask you this, you're not saying
2  that everything passengers say is true, are you?
3      A    No, I'm not.
4      Q    Okay.  You're simply stressing your first
5  approach is to take what they say to you and accept
6  it at face value; correct?
7      A    Correct.
8      Q    Mr. Gerson asked you some questions about
9  passengers being free to protect themselves on
10  board, whether they can bring weapons and that kind
11  of thing.  On Carnival's website there's a posting
12  that says you can't bring weapons on board; correct?
13     A    Correct.
14     Q    So in -- in addition to that when
15  passengers board the vessel they go through a
16  security screening including a metal detector;
17  right?
18     A    Correct.
19     Q    If they seek to bring a weapon on board
20  security personnel, as they're boarding, will tell
21  them that's not allowed; correct?
22     A    Well, we screen shoreside.
23     Q    Right.
24     A    So --
25     Q    That's part of the boarding, as part of

Case 1:15-cv-21031-CMA   Document 72-2 Entered on FLSD Docket 01/19/2016   Page 95 of 112

Page 262

1  the going on?
2      A    As part of the boarding, right.
3      Q    So if they try to bring a weapon on board
4  they'll be told they can't do that?
5      A    Right.
6      Q    Okay.  And so that's information that
7  passengers know before they ever board the vessel;
8  correct?
9      A    Correct.
10     Q    And Mr. Gerson asked you a question about
11  whether you would agree that female passengers
12  should be free from sexual assault and you said that
13  you agreed that they should.  Carnival doesn't
14  represent however anywhere to any of its passengers
15  that on board their vessels they'll be completely
16  free from crime, do they?
17     A    No, they do not.
18     Q    You're familiar -- well, strike that.  You
19  were asked some questions about John Manual being
20  accused in the late '90s or maybe early 2000 of
21  covering up allegations of rape.  You have no
22  knowledge or information or awareness of that, true?
23     A    I do not.
24     Q    So as we sit here today you don't know
25  whether that's actually a true thing or that's

Page 263

1  something that was completely made up?
2      A    And I can tell you I just do not recall
3  that.
4      Q    Right.
5      A    I was working at Carnival at the time, but
6  I just don't recall an incident like that.
7      Q    But -- but as -- right.  Okay.  What type
8  of feedback, if any, have you received in your
9  interaction with law enforcement about Carnival's
10  security, what they do with respect to crime
11  prevention and crime response?
12         MR. GERSON:  Form.
13     A    I get several comments -- compliments.
14     Q    (By Mr. Mase) From who?
15     A    I receive them from local police, FBI,
16  people that we deal with all the time.  They're
17  happy with the way we handle things.
18     Q    Okay.  With respect to statements, your
19  security personnel on board the ships, they're
20  trained to try to get as complete a statement as
21  they can; correct?
22     A    Yes.
23     Q    They're also trained to try to get
24  accurate statements that don't have unnecessary or
25  superfluous information, true?

Page 264

1      A    Yes.
2      Q    Okay.  With respect to, and I -- I'm
3  jumping around on you, your testimony about grinding
4  and the security personnel's need to intervene in
5  that, do you leave discretion in the hands of the
6  security to determine whether grinding reaches a
7  level that they should intervene?
8      A    I have no choice that I have to use the
9  discretion, the way they dance now.
10     Q    Are you familiar with the term or maybe
11  with that movie called Dirty Dancing?
12     A    Yes.
13     Q    All right.  And so how do the various
14  security officers make a determination -- strike
15  that.  Just to be clear, you don't make any
16  reference to grinding in say, for example, the
17  security manual; right?
18     A    No.
19     Q    Okay.  That's something you talk to them
20  about; correct?
21     A    And it's basically inappropriate behavior.
22     Q    Okay.
23     A    In the public view.
24     Q    So if two individuals are in the nightclub
25  and there are not children there and they're dancing

Page 265

1  in a sexually provocative way, maybe even grinding,
2  is it up to the individual security officer's
3  discretion whether they want to intervene?
4      A    It is.
5      Q    Okay.  And if there -- if it doesn't
6  appear to the security officer that it's causing any
7  discomfort or disquiet, is it appropriate for them
8  to simply let that proceed if it appears to be
9  consensual?
10     A    It's their discretion.  It could be
11  offending other people because you don't want to
12  have any elicit things going on.
13     Q    Understood.  Would it be fair to say
14  though that it's not exactly a bright line?
15     A    Correct.
16     Q    Okay.  When you were being asked questions
17  by Mr. Gerson he was asking you questions about if
18  someone had a pending criminal charge against them
19  that involved a sexual -- alleged sexual crime
20  whether they would be allowed to go on board.  I
21  want to ask you this, is there a distinction between
22  having a charge versus having a conviction?
23     A    As far as sailing?
24     Q    Yes.
25     A    There would be.  If they have a -- a --

Dominick Macaluso, FSD Dck
November 25, 2015                                266 to 269

Page 266

1  here again, our threshold is with minors and we
2  would probably call the PD or the probation officer,
3  parole officer, get details on it.
4       Q   So let's break this down a little bit.  If
5  someone has a pending charge, but they have not been
6  convicted, they haven't actually been determined to
7  have committed the crime, is that going to bar them
8  from going on board?
9       A   It could depending on what it is.
10      Q   Okay.  How about if it's not involving a
11  minor?
12      A   Again, depending what it is.
13      Q   Okay.  And then I want to just briefly
14  touch on I guess the last point is this issue of
15  whether or not, you know, additional security's been
16  requested not -- additional personnel for security
17  have been requested by you and then for budget
18  reasons or whatever not allowed and I just want to
19  back up and ask you this.
20          Am I clear in my understanding of
21  your testimony that when you have felt the need for
22  additional security and you have gone to senior
23  management and explain that you need it, as opposed
24  to just might want, but you need it because it was a
25  true safety issue in your opinion, have you ever

Page 267

1  been denied --
2       A   Never.
3       Q   -- that request for security?
4       MR. GERSON:  Form.
5       A   No.
6       Q   (By Mr. Mase)  Okay.  And if when
7  Mike Panariello or anyone else told you that they
8  might like to see or thought it would be good if you
9  had more security or something else, if you reached
10 the conclusion that you believe that that was
11 appropriate and necessary for Carnival to provide
12 reasonable security to your guests, have you always
13 gone to management in those situations?
14      A   If it's proven needed?
15      Q   Yes --
16      A   Yes.
17      Q   -- in your opinion it's proven needed.
18      A   Yes.
19      MR. MASE:  Okay.  I don't have anything
20 else right now.
21          REDIRECT EXAMINATION
22 BY MR. GERSON:
23      Q   Who from management would you go and talk
24 to?
25      A   The president.

Page 268

1       Q   President being?
2       A   It would have been Jerry Kale at the time.
3  And actually --
4       Q   And who is it now?
5       A   Christine Duffy.  And I reminded her when
6  she took over in February about our needs for peak
7  season and she said absolutely.
8       Q   She send that to you in any
9  correspondence?
10      A   No, face to face.
11      Q   Just had an informal conversation with her
12 and said, hey, I need two security officers on three
13 ships for spring break and holiday season?
14      A   Right.
15      Q   And those are just on three vessels on the
16 West Coast?
17      A   Two on the West Coast, one in Miami.
18 Could be two in Miami.  It's either three or four
19 ships we got extra security on.
20      Q   Sir, first you said two to three ships.
21      A   Yeah.  No.  No.  No.  No.  No.  I never
22 said two.  I said two in California, one in Miami.
23      Q   What are the ships in Miami?
24      A   As I stated earlier, the Ectasy and/or the
25 Victory.

Page 269

1       Q   Okay.  And those are just from November to
2  January?
3       A   November to January and then spring break
4  time.
5       Q   So for two weeks in March?
6       A   It's usually longer than that because of
7  the differences in spring breaks in the country.
8       Q   Is it only two weeks difference in spring
9  breaks?
10      A   California breaks different than the East
11 Coast.  There's a mixture.  It's more than two
12 weeks.
13      Q   Two to three weeks?
14      A   More than that.
15      Q   Okay.
16      A   At least a month.  I got to say at least a
17 month.
18      Q   And that was two additional security
19 officers?
20      A   Yes.
21      Q   And what did -- where would they -- where
22 did you put those additional security officers on
23 the spring break trips?
24      A   At the -- whatever the staff captain
25 wants.  Wherever he wants to place them.

Page 270

1    Q    You don't know where?
2    A    Well, around the pool areas, it gets
3  pretty hectic there.  Bars, nightclub.
4    Q    Nothing in the passenger corridors or
5  anything like that?
6    A    Not that I'm aware of.
7    Q    So pool area and the bars and the
8  nightclubs?
9    A    Yeah.  You know, if they get complaints,
10 like I said earlier, you know, you get noise
11 complaints and the smell of marijuana complaints,
12 they're in the corridors.
13   Q    How are people getting marijuana on your
14 ships?
15   A    Internally.
16   Q    How's that possible?
17   A    Internally.
18   Q    Yeah, how are they smuggling marijuana on
19 your ships?
20   A    In your underwear, in your crotch, in your
21 vagina.  It's not just marijuana.  It could be
22 cocaine.  It could be pills.  It could be ecstasy.
23 It could be anything.
24   Q    Okay.  Mr. Mase made a reference to the
25 fact that the security manual doesn't say anything

Page 271

1  about preventing shootings on Carnival ships, right,
2  remember that?
3    A    Yes.
4    Q    Okay.  How many shootings have there been
5  in the last three years on a Carnival ship?
6    A    In the last three years?
7    Q    Yeah.
8    A    None.
9    Q    How many robberies have there been in the
10 last three years?
11   A    The true definition of robbery.  On board,
12 I don't think there's been any.
13   Q    What would you say the number one crime
14 problem or the most reported crime on Carnival ships
15 is?
16   A    Theft.
17   Q    Theft in cabins?
18   A    Everywhere.
19   Q    Theft on persons?
20   A    Lido Deck, near the pool, casino,
21 promenade, in cabins.
22   Q    Is larceny a problem on Carnival ships?
23   A    That's the thefts.
24   Q    So taking property from people --
25   A    Yeah.  Yes.

Page 272

1    Q    -- without them knowing?
2    A    Without them knowing, yes.
3    Q    So you'd say that's the number one crime?
4    A    I'd say that's the number one.
5    Q    That's not something you're required to
6  report; right?
7    A    $10,000 or more is a requirement.
8  Anything below that is on the crime allegation log.
9    Q    You mentioned before that you -- you've
10 been apparently commended, you personally, about the
11 stellar job that your security personnel have done
12 in terms of criminal investigations; is that
13 correct?
14   A    That's correct.
15   Q    Okay.  Who -- who -- tell me who from the
16 local police department has commended you.
17   A    Several Miami-Dade police officers.
18 David Nunez, the FBI.
19   Q    Who are the Miami-Dade police officers?
20   A    They have Hispanic names.  I'd have to
21 check.
22   Q    You don't know?
23   A    They're very well known to a couple of my
24 investigators.
25   Q    Can you tell me the names of any?

Page 273

1    A    That are there now, not off the top -- I'm
2  having a Rick Perry moment.  He was the major in
3  court.  He's now retired.  I can't think of his
4  name.
5    Q    Can't tell me any, can you?
6    A    No, but I -- I can -- I can find out their
7  names.
8    Q    As you sit here today you don't know?
9    A    -- trust me.
10   Q    I'm just asking you who the names are.
11 You mentioned --
12   A    I know.  I -- I just --
13   Q    You said several local police, FBI, I just
14 want to know other than --
15   A    CBP --
16   Q    You can't --
17   A    -- DEA, all kinds of agencies have
18 commended us.
19   Q    They've all commended you personally?
20   A    Me and my team.
21   Q    Okay.
22   A    And the shipboard personnel.
23   Q    Okay.  And but do you have any letters
24 from any of them?
25   A    Probably.  Got awards too, plaques.

Page 274

```
 1        Q    Can't tell me the names of any other than
 2   David Nunez?
 3        A    Now that I'm remembering, DEA,
 4   Mark Trouville, special agent in charge of DEA.
 5   He's now retired, just retired.  A kid named
 6   Grafenstein, put a major case together for him.
 7   George Roy, CBP director.  Diane Sabatino, CBP
 8   director.
 9        Q    Did anyone commend you on the
10   investigation that you did in Lindsey Horne's case?
11        A    No.
12        Q    Where do you reside, sir?
13        A    Weston.
14        Q    Weston.  Can I just have your address?
15        MR. MASE:  Can we agree we don't need to
16        put it in the deposition transcript, that it's
17        given to you?
18        MR. GERSON:  Sure.
19        MR. MASE:  Put X's across it or something.
20        Okay.  What, Nick?
21        MR. GERSON:  We can go off the record and
22        he can provide it to me.
23        MR. MASE:  Yeah, that's fine.
24        MR. GERSON:  Okay.  Can I get a
25        stipulation that you'll accept the subpoena for
```

Page 275

```
 1   him --
 2        MR. MASE:  Yes.
 3        MR. GERSON:  -- just for to appear at
 4   trial?
 5        MR. MASE:  I'll make it easier.  Let's
 6   skip his personal address and we'll just do
 7   that.  You serve me and he'll appear at trial.
 8   I prefer that anyway.  You don't need his
 9   address and phone number.  You need to get to
10   him, you call me.  You need him for trial, tell
11   me.
12        MR. GERSON:  Okay.
13        MR. MASE:  That way we don't have your
14   personal information out and about.  No reason
15   for that.
16        THE WITNESS:  Unfortunately this day and
17   age anybody can find you.
18        MR. MASE:  That's just so true.  Done?
19        MR. GERSON:  All right.  Yeah.
20        MR. MASE:  Good.  We'll read.
21        MR. GERSON:  Thank you.  Off the record.
22        (The deposition was concluded at 4:10 p.m.)
23
24
25
```

Page 276

```
 1                  CERTIFICATE OF OATH
 2
 3   THE STATE OF FLORIDA    )
 4   COUNTY OF MIAMI-DADE    )
 5
 6
 7
 8        I, Jonna Foster, Court Reporter, Notary Public,
 9   State of Florida, certify that DOMINICK FROIO,
10   personally appeared before me on the 25th day of
11   November, 2015, and was duly sworn.
12        Signed this 15th day of January, 2016.
13
14
15
16        JONNA FOSTER, REPORTER
                  Notary Public, State of Florida
17                Commission No.  EE185111
                  Expires:  July 15, 2016
18
19
20
21
22
23
24
25
```

Page 277

```
 1                CERTIFICATE OF REPORTER
 2
 3
 4   STATE OF FLORIDA       )
 5   COUNTY OF MIAMI-DADE   )
 6
 7
 8
 9        I, JONNA FOSTER, Reporter, certify that I
10   was authorized to and did stenographically report
11   the deposition of DOMINICK FROIO, pages 1 through
12   276; that a review of the transcript was requested;
13   and that the transcript is a true record of my
14   stenographic notes.
15
16        I further certify that I am not a
17   relative, attorney or counsel of any of the parties,
18   nor am I a relative or employee of any of the
19   parties' attorneys or counsel connected with the
20   action, nor am I financially interested in the
21   action.
22        DATED this 15th day of February, 2016.
23
24
25                JONNA FOSTER, REPORTER
```

Page 278

```
1              WITNESS NOTIFICATION LETTER
2    DATE:  January 15th, 2016
3    TO:    MR. DOMINICK FROIO
              C/O CURTIS MASE, ESQ.
4            Mase Lara, P.A.
              2601 South Bayshore Drive
5            Suite 800
              Coconut Grove, FL  33133
6
     IN RE:    LINDSEY HORNE VS. CARNIVAL CRUISE LINES
7    CASE NO:  15-21031-CIV-ALTONAGA/O'Sullivan
                Deposition taken on November 25th, 2015
8                U.S. Legal Support Job No. 1346300
9    The transcript of the above proceeding is now
     available for your review.
10
     Please call to schedule an appointment between the
11   hours of 9:00 a.m. and 4:00 p.m., Monday through
     Friday, at a U.S. Legal Support office located
12   nearest you.
13   Please complete your review within 30 days.
14   Very truly yours,
15
16   JONNA FOSTER, Court Reporter
     U.S. Legal Support, Inc.
17   One Southeast Third Avenue
     Suite 1250
18   Miami, Florida  33131
     (305)373-8404
19
20   CC via transcript:
     Nicholas Gerson, Esq.
21
22
23
24
25
```

Page 279

```
1              E R R A T A  S H E E T
2    DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
3              IN RE: Lindsey Horne vs. Carnival
                    Dominick Froio
4            Wednesday, November 25th, 2015
              U.S. LEGAL JOB NO. 1346300
5
6    PAGE NO.  LINE NO.    CHANGE          REASON
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   Under penalties of perjury, I declare that I have
18   read the foregoing document and that the facts
19   stated in it are true.
20   _____    _____
21   Date                 Dominick Froio
22
23
24
25
```

| | | | |
|---|---|---|---|
| **$** | **9** | **aftercare** 221:20 222:5 | **and/or** 268:24 |

**$**

**$10,000** 272:7

**1**

**100** 239:12
**12** 214:6
**1990s** 220:2

**2**

**20** 244:6,7,11
 260:2
**200** 258:6
**2000** 220:8
 262:20
**2013** 259:16
**2014** 234:8
 237:24 247:11
**24** 241:11

**3**

**3,000** 239:8,9,
 11
**30** 253:13
**3rd** 234:8
 237:24

**4**

**4** 206:10 207:5
 247:10
**40** 205:1 219:3
 221:22 245:14
 246:18 247:4
 248:1
**4th** 247:11

**5**

**50** 205:1 219:3
 221:22 245:14
 246:18 247:4
 248:1

**9**

**90s** 220:2,7
 262:20
**90s/early** 220:8

**A**

**ability** 243:17
**absolutely**
 268:7
**accept** 261:5
 274:25
**acceptable**
 230:25
**accepting**
 228:18,20
**accurate** 263:24
**accused** 213:1,
 3,9,13,15
 220:1 221:19
 262:20
**acting** 213:1,13
**action** 222:9,15
**active** 235:24
 236:1
**activity** 255:16
**actual** 228:2
**add** 216:21
 251:4
**added** 249:21
**addition** 208:16
 258:15 261:14
**additional**
 260:14 266:15,
 16,22 269:18,
 22
**address** 256:8
 274:14
**addressed** 256:9
**administered**
 256:25
**admitted** 220:21
**advance** 260:3
**advances** 228:19
**African** 225:4,
 21
**Afro** 226:1

**aftercare**
 221:20 222:5
**age** 242:25
**agencies** 273:17
**agent** 208:23
 254:22 274:4
**agents** 248:7
**aggravated**
 209:9 242:24
**aggressive**
 238:11
**aggrevated**
 208:10
**agree** 205:9
 214:7 215:3
 225:4 231:4
 239:21 240:3,
 16,21 241:1
 243:10 244:9
 246:20 262:11
 274:15
**agreed** 262:13
**ahead** 245:9
**aid** 260:13
**air** 224:3 225:3
 231:21
**alarm** 244:15
**allegation**
 211:18 220:15
 222:6 233:20
 256:16 272:8
**allegations**
 208:9,10 209:8
 232:25 233:4
 260:20 262:21
**alleged** 208:1
 221:21 259:25
 265:19
**allegedly**
 233:20,24
**allowed** 234:18
 236:3 237:2,6,
 14,15 241:7,17
 261:21 265:20
 266:18
**Alls** 208:15
**altercation**
 243:21
**American** 225:5,
 21 226:1

**and/or** 268:24
**anus** 259:21
**apparently**
 272:10
**appears** 265:8
**approach** 228:25
 229:1,4,25
 261:5
**approving**
 251:20,21
**April** 206:2
 254:13
**area** 256:3
 270:7
**areas** 244:9
 270:2
**arrest** 208:18
**arrested** 208:21
 209:2 221:18
 238:8
**arrests** 208:12
**ASA** 248:3
**assailants**
 208:19
**assault** 207:2
 208:1,2,10,11
 221:19 236:19
 239:1 242:24
 257:21,25
 258:22 262:12
**assaulted**
 246:19
**assaults** 205:2
 219:3 221:24
 223:9 238:19
 245:15 246:4
 255:10 256:14
 259:25
**assisting**
 217:13
**assume** 212:9
 213:24
**assure** 256:16
**attachments**
 206:12
**attacked** 224:2,
 5
**attend** 254:8
**attention**
 241:19,25
 242:4

**attorney/client**
254:4
**attribute** 205:4
219:13
**AUSA** 247:24
248:5
**authorities**
211:19
**awards** 273:25
**aware** 206:3
212:24 219:4
220:5 224:1,6
232:1,2,5,8,9,
11,12 248:2
255:9 270:6
**awareness**
229:14 234:10
249:10 262:22

——————————

**B**

**back** 217:2
220:1 225:6,9,
11 234:7
237:23 247:11
252:2 253:2
254:13 256:8
257:6 266:19
**background**
234:12,14
235:5,6 238:2,
25 241:22
**backgrounds**
235:17,18
238:17
**bad** 233:20,24
243:18
**bar** 206:15
244:17 266:7
**bars** 270:3,7
**based** 207:23
214:8 228:14
232:25 236:4
249:8 250:8
254:4,6
**bases** 207:11
**basic** 215:18
**basically** 252:8
264:21
**basing** 227:5
**basis** 241:11

**battery** 209:9
**behavior** 224:7,
18,21 225:7,
17,24 226:5
229:23 264:21
**believes**
233:12,13
**big** 236:1 244:3
**bills** 206:15
**birth** 239:10
**bisexual** 233:6
**bit** 256:9,12
266:4
**blacks** 226:21
**blue** 216:20
**board** 207:22
236:20,21
237:7 239:19
242:2 245:12
246:7 258:9
259:19 261:10,
12,15,19
262:3,7,15
263:19 265:20
266:8 271:11
**boarding**
261:20,25
262:2
**body** 259:21
**book** 239:13
241:17
**Border** 235:15
238:15
**Bravard** 208:15,
23 209:20
210:25 211:1
233:12 247:21
**breach** 240:16,
18,23,24
**break** 250:20,25
252:23,25
266:4 268:13
269:3,23
**breaks** 269:7,9,
10
**briefly** 266:13
**bright** 265:14
**bring** 251:3
261:10,12,19
262:3

**broad** 258:4
**brought** 208:8
241:25 242:3,
8,10
**budget** 251:16,
18,19,20,21
252:13,16
266:17
**budgeting** 252:4
**bumping** 225:18,
22 231:20
**burden** 248:21
**burdensome**
234:12 235:4

——————————

**C**

**cabin** 225:9
232:18
**cabins** 271:17,
21
**California**
268:22 269:10
**call** 225:2
243:18 266:2
**called** 264:11
**calling** 223:22
**cameras** 260:14
**capacity** 255:24
**captain** 269:24
**Car** 231:5
**Carnival**
207:13,15,16,
17,18,21 209:7
212:12 213:3,
14 215:15
219:14,20
220:13,25
221:16,24
223:10,11,19,
22,24 224:9
234:12 235:5
236:12 237:21
238:16,23
239:18 240:4,
10 241:12
242:15,22
243:6,10
244:14 245:2
246:2 249:6
251:23 252:4
255:2,11

256:14,24
257:10,14,20
259:11 262:13
263:5 267:11
271:1,5,14,22
**Carnival's**
225:25 230:25
233:23 234:4
237:1,5 241:2
256:15 260:1
261:11 263:9
**case** 207:5
208:9 209:4
211:20 212:14,
22 214:19
217:1 220:19
222:14 226:24
227:6 230:8
231:19 233:4,9
234:25 247:25
248:17,25
274:6,10
**cases** 211:12
213:3,14 247:4
257:15
**casino** 271:20
**causing** 265:6
**CBP** 235:8,12,14
237:25 238:11,
14 241:22
242:16 273:15
274:7
**Center** 241:24
**cetera** 258:13
259:7 260:2
**CFO** 251:23,25
**chain** 206:15
222:7
**change** 214:11,
13 215:5,7,9
221:25 249:1,
14 259:15
**charge** 208:7
236:18 265:18,
22 266:5 274:4
**charges** 208:8
234:15 236:8
237:8,13
238:19 239:1,
17 240:5,14,
20,21 247:6

charter  251:2
check  235:5
  238:2 272:21
checked  235:16
checklists
  258:12
checks  234:12
chief  210:3
  211:25 223:17
  252:1 255:14
chief's  212:1
child  239:18
  240:6,21
children  239:25
  264:25
choice  264:8
Christine  268:5
circumstances
  251:5
citizen  236:5
civil  248:15,
  19,22,23
civilian  209:1
claim  246:18
claims  234:7
clarify  260:22
clear  264:15
  266:20
client  224:2,5
close  258:6
club  229:25
coast  211:22,23
  251:1 268:16,
  17 269:11
cocaine  270:22
comfortable
  224:25
commend  274:9
commended
  272:10,16
  273:18,19
comments  263:13
committed  208:2
  266:7
committee
  251:24
company  205:14,
  15 214:9
  240:22 243:1

compare  243:13
complaining
  250:15
complaint
  243:25 248:11
  260:24
complaints
  231:16 247:3
  270:9,11
complete  263:20
completely
  262:15 263:1
compliments
  263:13
concern  224:14
  236:1
concerned
  221:17,21
  222:5,6 233:19
  243:2 245:17,
  21,23
conclusion
  267:10
conduct  205:12
  221:9
conducted
  207:24 238:2
conducting
  221:13 223:25
conducts  212:13
conscious
  249:15
consensual
  220:24 247:7
  265:9
contact  238:11
contacts  212:13
context  220:17
  248:21
contradicted
  214:7
control  250:12
conversation
  268:11
convicted  266:6
conviction
  265:22
corporate
  251:25 255:25
correct  206:11
  207:6,7

209:13,14,22
  212:10 229:6
  230:20 231:1
  249:19 250:3,6
  255:25 256:20,
  21 257:2,4,9,
  12,13,17,18
  258:13,14,18,
  19,22,23
  259:8,9,14
  260:24,25
  261:6,7,12,13,
  18,21 262:8,9
  263:21 264:20
  265:15 272:13,
  14
correctly  206:8
correspondence
  268:9
corridors
  260:16 270:4,
  12
counsel  245:16
  254:5
country  236:4
  269:7
County  208:15,
  23 209:20
  233:13 247:21
couple  251:7,9
  272:23
court  210:18
  273:3
cover  213:2,13
covered  207:11
covering  213:9
  219:15,21
  220:2 262:21
covers  219:18
crew  229:10
  231:5
crime  205:10,13
  207:2 211:2,18
  213:4,16 237:8
  241:18,23
  256:16 258:21
  260:14,24
  262:16 263:10,
  11 265:19
  266:7 271:13,
  14 272:3,8

crimes  209:8
  221:21 239:17
  240:6 242:25
  243:8 255:10
  259:8
criminal  208:8
  210:7 217:17
  220:2 225:1
  234:13,14
  235:6 236:2,8,
  18 237:8,13
  238:1,6,17,19,
  25 239:1,17
  240:20,21
  242:24 243:7,8
  248:14,21,23
  265:18 272:12
criminals  224:2
criteria  243:2
cross  252:22
  255:21
crotch  270:20
crowd  250:12
cruise  213:5
  218:21 241:17
  243:9 246:10,
  13,20
currency  224:3
custody  206:15
Customs  235:15
  238:15
cutting  244:17
CVSSA  207:18

         D

daily  255:15
dance  264:9
dancing  264:11,
  25
danger  242:1
dates  239:10
David  272:18
  274:2
day  247:15
DEA  273:17
  274:3,4
deal  263:16
December  250:22
decision
  241:10,20

248:10 249:15
252:6
**Deck** 271:20
**decline** 247:25
248:10
**declined** 208:17
247:22,23
248:3
**defined** 259:12
**defines** 259:11
**definition**
240:24 271:11
**denied** 267:1
**department**
272:16
**departments**
209:19
**depending**
266:9,12
**depends** 238:10
243:23,24,25
**deposed** 234:24
**deposition**
256:3 257:23
260:4 274:16
**designed**
258:11,21
**details** 258:4,8
266:3
**detector** 261:16
**determination**
264:14
**determine**
256:19 264:6
**determined**
266:6
**deviated** 212:22
**Diane** 274:7
**difference**
248:18 269:8
**differences**
269:7
**differently**
233:25 234:5
**directed** 257:25
**direction**
219:19 258:13
**directly** 211:15
**director** 249:17
274:7,8

**Dirty** 264:11
**disagree** 207:25
**disco** 224:4,12
**discomfort**
265:7
**discretion**
264:5,9 265:3,
10
**discuss** 255:16
**dishonest**
213:2,13
**disposition**
221:15 247:4,
18
**disquiet** 265:7
**disregard**
249:16
**distinction**
265:21
**distinguished**
255:24
**documentation**
212:7
**documented**
210:11 212:4
**documents**
253:16
**doubt** 246:23
**Dream** 255:2
**drinking** 244:17
**drive** 234:10
**dues** 243:5
**Duffy** 268:5

---

**E**

**earlier** 226:13
268:24 270:10
**early** 262:20
**East** 251:1
269:10
**ectasy** 268:24
270:22
**effect** 251:6
**elicit** 265:12
**employed** 220:11
**employees**
218:21
**enabl** 213:15

**enabling** 213:4,
16
**encourage** 215:9
216:22
**ended** 247:6,19
**enforcement**
205:6,10
209:22,24
210:6,25 214:9
256:18 257:1,
6,17 259:19
263:9
**enter** 239:15
**environment**
246:11
**event** 227:25
228:17
**evidence** 206:14
226:24 248:11
256:18 257:14
**EXAMINATION**
255:21 267:21
**excellence**
222:4
**excuse** 254:7
**exhibit** 206:9,
10 207:5
247:10 257:22,
24
**expect** 227:23
243:10
**expectations**
246:6,8
**experience**
214:8 223:2,4
228:15
**explain** 266:23
**explanation**
219:2,6
**extra** 245:5
268:19
**eye** 225:8
231:9,10

---

**F**

**face** 261:6
268:10
**fact** 207:25
220:1 233:1
245:13 270:25

**facts** 208:25
227:6
**fair** 247:9
265:13
**familiar** 248:13
262:18 264:10
**FBI** 208:16,23
209:20 210:25
211:11,15,19,
22 212:3,8,17
233:12 247:21
254:22 263:15
272:18 273:13
**February** 268:6
**feedback** 263:8
**feel** 224:25
233:20,23
**felt** 266:21
**female** 225:5,6,
22,23 227:19
228:18 262:11
**females** 229:24
**fight** 243:21
**figuring** 237:21
**filed** 209:17
**fill** 213:8
**final** 251:19
**find** 234:13
235:6 273:6
**findings** 248:9
**fine** 219:14
274:23
**finish** 211:7
233:16 252:18,
21
**fire** 244:15
**fired** 219:20
**flag** 231:10
**fleet** 252:6
260:1
**floor** 224:4
**force** 218:4
**form** 207:14
208:22 209:10
213:6 214:12
215:6,24
217:11 218:8,
24 219:17
221:6 222:2,11
223:20 228:5
231:8 233:5

234:3,9,16
235:7 238:3
239:24 241:3
243:3 245:3
246:14,22
249:3 251:15
255:12 257:3,8
259:13 260:7
263:12 267:4
**formal**   208:7
**forms**   258:13
**forward**   210:19
222:22 233:25
**forwarding**
209:18
**forwards**   212:17
**found**   210:2
**foundation**
246:15
**frame**   244:2
**frames**   250:18
**free**   243:4
261:9 262:12,
16
**Froio**   252:18
255:23
**funny**   234:19,21

---

### G

**gay**   232:21
233:2,6
**general**   240:2,3
**generally**   258:8
**gentlemen**   229:2
**George**   274:7
**German**   227:15
**Gerson**   207:1,23
208:6 209:3,12
210:21 211:9
212:21 213:11
214:15 215:3,8
216:1 217:15
218:12 219:1,
13,20 221:8
222:8,13 224:1
227:5 228:4,
10,14 231:12
233:7,22
234:4,11,17,
19,21,23

235:1,4,10
240:1 241:6
243:6 245:8,21
246:2,17,25
248:13 249:5
251:17 253:2,
3,19 254:8
255:17 256:13,
23 257:3,8,20
259:13,23
260:7,13 261:8
262:10 263:12
265:17 267:4,
22 274:18,21,
24
**girl**   233:21
**give**   214:16
216:14 222:23
258:11,12
**glad**   227:9
**goal**   207:21
**good**   218:13
223:17,18,21
244:24 246:6
267:8
**government**
219:12 221:15
238:5 259:18
**Grafenstein**
274:6
**grinding**
225:18,22
227:19 228:17
229:24 230:12,
14 231:20,22
232:3,13
264:3,6,16
265:1
**guard**   211:22,23
**guess**   207:20
245:4 266:14
**guests**   228:17
231:7 267:12
**guidelines**
258:11
**guy**   226:2,7
227:17,19

---

### H

**hall**   225:19

**hallways**   250:14
**hand**   217:22
**handle**   207:20
263:17
**handles**   209:18
**handling**   245:11
**hands**   264:5
**happen**   213:20
231:2,25
**happened**   233:8,
20,24 260:19
**happy**   218:25
245:10,13
256:11 263:17
**Harassing**
219:17
**hard**   243:23
244:4
**hate**   243:12
**hear**   248:12
251:1
**heard**   232:22,24
**hectic**   270:3
**hey**   252:15
268:12
**hide**   213:2,14
**higher**   248:20
**Hispanic**   272:20
**history**   212:25
213:12 236:2
**hits**   239:8,11
**Hold**   210:19
**holiday**   250:20,
21 268:13
**home**   234:10
**homework**   207:19
**Horne**   217:1,4
231:23 232:3,
13,21 233:24
234:7 246:12,
16 260:20
**Horne's**   209:4
274:10
**hours**   214:6
**How's**   270:16

---

### I

**idea**   208:17
218:13 233:6

**hallways**   250:14
**hand**   217:22
244:24 247:25
257:11
**identified**
206:9 207:5
217:12 247:10
**identify**   217:12
**identifying**
259:23
**immediately**
211:12 244:16
**important**
216:18
**improper**   215:20
**inadequate**
213:4,15
**inappropriate**
229:8 230:1,24
264:21
**incident**   208:3
211:18,24
212:16 217:17
218:22 220:10
263:6
**incidents**
219:15 221:22
231:13 244:13
248:1 249:12
259:24
**include**   218:1
**including**
258:22 261:16
**increase**   244:25
249:7 250:1
**increased**
249:10,19
**increases**   251:5
**independent**
238:16
**independently**
217:6,10
**Indian**   227:17
**indication**
230:9
**individual**
255:24 265:2
**individuals**
264:24
**informal**   249:8
268:11
**information**
212:3,7,16

215:16 216:7
238:12 241:24
242:13 260:6,9
262:6,22
263:25
**initial** 209:17
214:22 221:14
**initially**
216:15
**innocent** 243:11
**inquiry** 256:3
**inside** 229:24
**instruct** 254:5
**integrity**
218:20
**intent** 225:1
**interaction**
263:9
**interest** 209:7
214:3
**interested**
213:22
**Internally**
270:15,17
**interrupt** 227:4
**intervene**
228:1,20,23
231:16 264:4,7
265:3
**interview**
205:11 216:15,
24 217:18,21
218:3
**investigate**
220:13 221:7
233:10 238:24
247:12
**investigated**
220:16
**investigates**
256:14
**investigating**
209:8 219:15
**investigation**
205:12 207:24
208:24 210:7
212:13 219:22
220:3 221:9,13
222:10 223:25
247:19 248:8,
22 253:20,22
274:10

**investigations**
272:12
**investigative**
218:21
**investigator**
207:3 210:23
212:14 215:4,
11 216:19
**investigators**
205:5 211:3
272:24
**involved** 223:8,
13 243:24
244:12 265:19
**involvement**
220:14
**involving** 220:3
266:10
**Irish** 227:15
**issue** 231:7
244:12,18
266:14,25
**issues** 242:12
**Italian** 226:7,
11,12 227:15

---

**J**

**James** 206:4,17,
19,21,23,24
208:20 214:5,
19 217:5
222:19,22
231:23 232:2,
17 233:8
236:24 237:6
238:2 239:16
240:5
**James's** 217:9
220:18
**January** 250:22,
24 269:2,3
**Japanese** 227:17
**Jerry** 268:2
**Jewish** 226:2,9,
16,19 227:13
**job** 205:4
219:14 222:4
223:13,14,18,
21 246:6 255:8
272:11

**John** 205:18,20
214:4 223:1,3,
8 254:12
262:19
**jump** 256:9
**jumping** 256:7
264:3

---

**K**

**Kale** 268:2
**kid** 254:14,15
274:5
**kind** 225:23
256:6 259:11
261:10
**kinds** 206:12
260:5 273:17
**kit** 208:18
256:24 257:6,
11
**knew** 236:21
239:16 240:14
241:8
**knowing** 272:1,2
**knowledge**
228:15 262:22

---

**L**

**lack** 246:15
**Lamar** 237:6
**Lamarcus**
206:21,23,24
208:20 214:5
217:9 233:8
238:2
**larceny** 271:22
**late** 220:2,7,8
262:20
**laugh** 234:17,18
**laughing** 235:2
**law** 205:6,9
209:21,24
210:6,24 214:9
242:12 256:18
257:1,6,16
259:19 263:9
**lawsuit** 248:23
**learn** 232:20

**leave** 236:3
264:5
**left** 216:17
**legal** 248:14,15
**legitimate**
260:23
**legs** 252:22
**letters** 273:23
**Letting** 240:19
**level** 264:7
**levels** 249:8
**liaison** 209:21
211:10
**liaisoning**
210:24
**liaisons** 209:24
**Lido** 271:20
**Lindsey** 217:1,4
232:3,21 234:7
246:12,16
274:10
**Lindsey's**
232:18
**listen** 230:18
244:24 245:5
249:20,21
**listening**
216:16 249:25
**lists** 234:15
**local** 211:19
248:8 263:15
272:16 273:13
**log** 211:18
272:8
**logs** 206:15
**long** 223:5
224:23 243:20
247:17 253:11
254:23
**long's** 223:6
**longer** 211:13
223:7 269:6
**looked** 247:10
**loss** 209:19
**lost** 210:2
**lot** 244:21
245:1 256:13
259:22
**lying** 215:11

**M**

made 208:9
220:5,15
233:1,4
249:15,16
252:6 260:20
263:1 270:24
main 207:21
major 273:2
274:6
make 206:8
207:10 230:19
241:20 248:9
255:8 260:23
264:14,15
making 207:18
227:1 241:10
male 225:21
228:17
males 225:5
man 225:5
management
266:23 267:13,
23
manifests 235:8
manner 213:2,13
manual 210:4,12
222:17 223:1,3
229:15,16
249:2 257:22
258:4,8,20,25
259:7 262:19
264:17 270:25
manual's 258:5
Manuel 205:18,
20,25 206:3
210:15 213:1,
12 214:4 220:1
222:9 223:8
254:12
Manuel's 220:13
March 269:5
marijuana
250:14,15
270:11,13,18,
21
Mark 274:4
Mase 206:22,25
207:14 208:4,

22 209:10
210:14 211:7
212:19 213:6
214:12,25
215:2,6,24
217:11 218:8,
24 219:9,17
221:6 222:2,11
223:20 227:4
228:2,8,11
231:8 233:5,16
234:3,9,16,18,
20,22,24
235:3,7 238:3
239:24 241:3
243:3 245:3,19
246:1,14,22
248:6 249:3
251:15 252:18,
21,24 253:4,17
254:3 255:12,
19,20,22
257:5,10
259:15 260:9
263:14 267:6,
19 270:24
274:15,19,23
mates 232:18
matter 241:5
259:20
Matthew 254:19,
24 255:4
max 253:13,14
measures 249:19
medical 256:25
meet 248:21
255:1
meeting 253:9,
11 254:9
meetings 255:15
Melbourne
254:22
member 214:9
members 210:5
229:10 231:5
mentioned
226:13,15
232:22,24
259:10 272:9
273:11
met 205:20
253:4,6 254:24

metal 261:16
Miami 268:17,
18,22,23
Miami-dade
272:17,19
Michael 249:21
Mike 226:15
267:7
mind 209:6
231:10
minds 247:8
minor 236:19
237:9,10,13
239:18 240:6,
21 241:18
266:11
minors 236:14,
15 238:20
239:2,4,12
242:17 243:8
266:1
minute 244:5,
10,11
minutes 226:13
253:13,14
mischaracterizin
g 228:12
mixture 269:11
moment 273:2
money 224:11,15
225:3,21
230:13 231:20
month 239:9
269:16,17
monthly 255:15
mouth 216:23
218:15,17
259:21
movie 264:11
moving 233:25

**N**

na 217:8
named 274:5
names 217:5,6,
14 239:9,10,14
272:20,25
273:7,10 274:1
narcotics
235:22 236:2

238:7
National 241:23
nature 244:1
NCIC 241:23
242:13
needed 210:8
245:6 249:24
252:8 267:14,
17
Nick 274:20
night 229:24
232:4,6,7,13
nightclub
225:22 230:4,
18 231:23
232:3,14
264:24 270:3
nightclubs
270:8
nights 224:5
232:10
noise 270:10
normal 212:20
222:7
notice 231:6
256:2
notifications
238:6
notified 237:19
242:11
November
250:23,24
269:1,3
number 223:9
244:25 246:3
255:9 271:13
272:3,4
numbers 259:23,
24
Nunez 272:18
274:2

**O**

object 228:5,8,
11 255:12
259:20
Objection
207:14 208:4,
22 209:10
212:19 213:6

214:12 215:6,
24 217:11
218:8,24
219:17 221:6
222:2,11
223:20 231:8
233:5 234:3,9,
16 235:7 238:3
239:24 241:3
243:3 245:3
246:1,14,22
249:3 251:15
objective 259:6
observe 228:17
229:23
occasion 216:14
occur 213:4,16
219:16 230:15
239:23
occurred 234:7
occurring
255:11
odd 224:15,19
odors 250:14
offending
265:11
offense 238:7
office 209:25
210:1 211:1
238:12 253:10
254:22
officer 210:4
214:10 225:20
231:6 236:5
240:22 252:1
256:25 265:6
266:2,3
officer's 265:2
officers 215:21
216:9 217:21
218:5 221:9
222:19 224:20
225:7 227:23,
24 228:16
229:22 244:8,
20 245:1
249:18,21
250:19 251:12
252:6 255:9
257:16 264:14
268:12 269:19,
22 272:17,19

OJ 248:24
operating
212:12 252:1
opinion 233:3,
18,19 266:25
267:17
opposed 222:19
248:14,22
266:23
oral 216:15
217:18 218:2
220:21
order 207:19
orifice 259:21
outstanding
221:20 223:13,
14
overarching
259:6

P

pages 258:5,6
Paglarini
254:19,24
255:4
paid 243:5
Panariello
252:12 267:7
Panariello's
226:15
paper 217:22
Pardon 252:20
Parkinson's
254:18
parole 236:4,5
266:3
part 261:25
262:2
passed 252:3
passenger
217:16,21
220:3 221:19
227:19 240:19
241:10,11
260:15 270:4
passenger's
243:21 260:23
passengers
208:3 216:10,
12 217:25

218:6 228:18
229:5,9,24,25
230:23 234:13
235:5 238:18,
24 239:22
243:11,17
246:18 260:21
261:2,9,15
262:7,11,14
pasts 242:24
243:7,8
PD 266:2
peak 252:9
268:6
peaking 214:3
pending 234:14
237:8,13
238:18,25
239:17 240:5,
20 265:18
266:5
penetration
259:11,20
people 207:22
209:19 210:2
224:15 231:13
239:13 242:23
243:7 250:14
252:4 263:16
265:11 270:13
271:24
people's
218:14,17
permitted
236:20
Perry 273:2
person 210:24
211:17 216:16
241:7,9
person's 241:22
personal 238:9
personally
272:10 273:19
personnel
205:12 244:25
258:12,17
260:15 261:20
263:19 266:16
272:11 273:22
personnel's
264:4

persons 271:19
pertinent 218:2
photographs
209:4 253:25
photos 206:15
piece 217:22
pills 270:22
place 215:15
238:22 242:20
244:3 246:5
247:13 251:8
253:9,12
269:25
placement's
251:8
plans 249:1,7
plaques 273:25
point 244:4
257:24 266:14
police 243:18
248:8 263:15
272:16,17,19
273:13
policies 225:25
237:2,5 242:23
policy 215:15
243:1
pool 270:2,7
271:20
port 238:11
possession
210:9 238:9
posting 261:11
potential 210:6
predator 237:3,
4
predators
236:13,15
242:17
predicate
246:15
prefer 211:10
presence 230:20
preserve 256:17
president
251:24 267:25
268:1
press 247:6
pretty 251:2
270:3

prevent 242:23
  243:6 244:18
  245:24,25
  246:3 257:20
  258:21,25
  259:3,4,7
preventing
  257:25 271:1
prevention
  209:19 246:5
  260:14 263:11
previous 232:10
previously
  259:12
prior 213:3,14
  223:9 224:5
  228:12 235:8
privilege
  254:4,6
probation 266:2
problem 227:20,
  21 271:14,22
procedure
  210:22 212:12
  217:15,20
  238:22
procedures
  225:25 237:2,6
  241:2 242:23
proceed 265:8
process 218:21
  242:14
processes 254:5
professionals
  233:14
promenade
  271:21
proper 210:22
  223:23,25
properly 207:11
property 271:24
prosecute 248:4
  256:19
prosecuted
  221:18
prosecution
  219:5,12
protect 207:13,
  15,17,21 261:9
protecting
  207:16,17,21

223:18,22,24
Protection
  235:15 238:15
protects
  205:13,15
protocol 210:22
  212:20 222:7
  223:22,23
  249:11
protocols
  245:11
proven 248:17
  267:14,17
provide 222:3
  267:11 274:22
provided 206:10
  207:3,8 250:2
Providing 249:5
proving 233:21
provisions
  257:25
provocative
  265:1
public 264:23
pull 238:12
purpose 221:12
put 216:22
  218:14 231:5
  244:2 269:22
  274:6,16,19
putting 239:22

Q

question
  210:14,17
  214:25 215:2
  228:5,11
  232:4,6 241:16
  245:20 254:3
  255:13 262:10
questions
  255:19,20
  256:13 257:19
  258:1 259:22
  260:5,12,16,18
  261:8 262:19
  265:16,17
quick 252:23

R

racism 225:13
racist 227:1
raise 231:10
Randle 208:20
  217:5 231:24
  232:12,17
  233:7 236:18,
  22 237:7
  239:16
Randle's 217:8
range 244:10,11
rape 207:2
  208:1,10,18
  209:9 220:3
  221:19 236:8
  238:19 239:1
  256:23,24
  257:6,11,21
  258:1,22
  259:11,19
  262:21
raped 232:7,14
  233:1 246:19
rapes 205:1
  219:3 221:24
  223:9 245:14
  246:3 255:9
reached 267:9
reaches 241:25
  264:6
read 210:14,17
  216:25 217:2
readily 260:10
ready 252:22
reason 212:8,21
  222:25 227:8
reasonable
  222:3 246:6,8
  267:12
reasons 248:12
  266:18
recall 213:7,
  17,19,21,23
  216:14,20,23
  220:10,20
  232:15,19
  263:2,6
receive 263:15

received
  209:12,15
  263:8
Recently 251:13
recess 253:1
recollection
  220:23
record 228:7
  274:21
REDIRECT 267:21
reduce 217:18
refer 226:20
reference
  226:19 264:16
  270:24
refuse 247:5
registered
  237:3,4
relates 239:2,4
release 242:13
relied 237:25
rely 242:16
remarks 227:13
remember 213:9
  258:1 260:16
  271:2
remembering
  274:3
reminded 268:5
remove 226:1
removed 230:4,
  17
removes 230:5
repeat 245:4
  256:11
repeated 251:11
repeatedly
  248:6
report 206:7,9,
  14,20 207:3,4,
  8 209:13,15
  210:5,11
  211:22,24
  212:1,16
  229:20 247:10
  248:8 253:20,
  23 272:6
reported 205:1
  208:1 219:3,16
  221:23 222:6
  224:2 233:2

245:14 248:2
271:14
**reporter** 210:18
**reporting**
207:19 222:7
**reports** 211:11,
18
**represent**
262:14
**representative**
255:25
**request** 249:18
251:3 252:9
267:3
**requested**
210:17 217:16
266:16,17
**requests** 249:16
251:12 252:3,5
**required** 248:17
272:5
**requirement**
272:7
**research** 238:17
**reside** 274:12
**respect** 211:1
249:18 263:10,
18 264:2
**respond** 243:21
244:16
**responded**
208:16
**responders**
221:14
**response** 205:5
208:8 210:6
234:1,6 263:11
**responsibilities**
244:21
**responsible**
210:4,24 224:9
240:13 241:14
251:17
**result** 208:3
**results** 208:17
256:23 257:6,
11
**retired** 273:3
274:5
**review** 207:24
209:3 211:11,

14 253:16,19,
22,25 254:2
**reviewed** 256:23
**reviews** 212:18
**rewrite** 215:22
**Rick** 273:2
**risk** 239:22
243:10,12,14
**road** 225:14
**robberies** 271:9
**robbery** 259:4
271:11
**Robert** 211:5,6,
21,25 212:1,2,
8 247:16
**Robert's** 211:8
**role** 256:15
**room** 225:6
227:7
**roommates** 209:4
**Roughly** 255:7
**Rowdiness**
250:10
**Roy** 274:7
**rude** 231:17
**running** 244:3

_____

S

**Sabatino** 274:7
**safe** 246:10,13,
21,24 256:17
**safety** 266:25
**said/she** 248:10
**sailed** 247:8
**sailing** 235:9
265:23
**sale** 239:14
240:12,15
241:4,5
**scene** 205:11,13
**screen** 261:22
**screened** 235:8,
9,11
**screening**
261:16
**sealed** 257:1
**season** 250:20,
21 252:9
268:7,13

**section** 258:24
259:4
**secure** 205:13
246:11 256:17
**secures** 257:15
**security** 205:11
210:3 213:4,15
214:10 215:21
216:9,16
217:13 218:5
219:23 221:25
222:4,19
224:9,14
225:20 227:23,
24 228:16
229:14,15,22
230:6,19,22
231:6,17 234:5
240:17,18,22,
23,25 243:20
244:8,19,25
245:1,2,5
246:7,9 249:2,
5,6,8,17,19,
21,22 250:1,19
251:3,4,12
252:5 255:9,14
257:22 258:9,
12,17 260:15
261:16,20
263:10,19
264:4,6,14,17
265:2,6
266:16,22
267:3,9,12
268:12,19
269:18,22
270:25 272:11
**security's**
266:15
**seek** 261:19
**send** 210:9
211:11,14
268:8
**sending** 210:5
**senior** 258:16
266:22
**Sensation** 224:4
234:6 236:20
240:7 241:15
**sense** 223:16
225:24 234:5

**sentence** 216:18
**separate** 242:18
**September** 217:2
234:8 237:24
247:11
**served** 236:3
243:4
**service** 254:14
**services** 249:17
**setting** 248:14,
15
**sex** 220:21
242:24
**sexual** 205:2
207:2 208:1,10
213:16 219:3
221:19,24
223:9 236:13,
15,19 237:3,4,
8 238:7,19
239:1,17
240:5,20
242:17 243:8
245:15 246:4
249:12 255:10
256:14 257:21,
25 258:22
259:25 262:12
265:19
**sexually** 246:19
265:1
**share** 241:22
**Sheriff** 208:24
210:25
**Sheriff's** 211:1
**Sheriffs** 208:16
209:20 233:13
247:22
**ship** 206:14
211:14,24
212:13,18
213:5,16
218:21 221:9
234:6 237:7,
14,15 258:9,
16,18 259:1
271:5
**shipboard** 210:5
211:17 273:22
**ships** 220:4
223:10 224:10
241:12 243:9

244:3,14,20
245:2,6 246:20
249:6,22
250:13,17,19
255:11 263:19
268:13,19,20,
23 270:14,19
271:1,14,22
**shoes** 216:20
**shootings**
258:25 259:2
271:1,4
**shoreside** 207:3
210:23 212:14
261:22
**showed** 253:20
**shown** 257:21
**sick** 254:14,15,
16
**similar** 207:4
239:10
**simply** 261:4
265:8
**Simpson** 248:24
**sir** 205:9 207:1
210:21 219:2
226:8,25
227:18 233:15
240:10 245:18
247:9 248:13
249:15 258:3
268:20 274:12
**sit** 216:17
219:2 262:24
273:8
**situation** 227:2
**situations**
267:13
**slight** 259:20
**smell** 250:15
270:11
**smuggler** 238:7
**smuggling**
270:18
**sole** 209:21,23
**sound** 216:2
227:1
**sounds** 244:19
**speak** 251:8
**special** 274:4

**specific** 257:24
258:24 259:4
260:5
**specifically**
211:23 242:21
259:5
**speculative**
246:14
**spoke** 205:24
**spring** 250:20,
25 268:13
269:3,7,8,23
**SSO** 255:14
**staff** 269:24
**stand** 238:14
**standard** 212:12
248:14,15
259:18
**standards**
230:25
**standpoint**
222:1
**start** 231:22
**state** 215:16
**stated** 268:24
**statement** 206:4
214:4,6,7,11,
14,17 215:5,7,
9,13,14,22
216:17,25
217:9,16
218:11 220:18,
21,22 222:14,
16,18,23 223:1
247:9 263:20
**statement's**
218:10
**statements**
206:14 211:19
212:16 214:18
215:16 216:10
218:23 222:20
263:18,24
**stateroom**
243:22
**steering** 251:24
**stellar** 272:11
**stipulation**
274:25
**stop** 228:21,24
230:3

**story** 221:1,4,5
**street** 243:13,
14
**stressing** 261:4
**strike** 262:18
264:14
**strokes** 258:4
**stronger** 242:22
**subject** 234:14
236:8 238:7,25
**subjects** 256:7
**submitting**
251:19
**subpoena** 274:25
**successful**
219:5
**successfully**
221:18
**suggest** 228:6
**suggesting**
226:14,16
**superfluous**
263:25
**superiors** 252:4
**supervisor**
211:8
**supposed**
228:22,23,25
229:1,4,7
238:23 241:9
242:6
**system** 238:5
239:15 242:20
**systems** 235:13

---

**T**

**table** 242:8,10
**takes** 212:15
257:15
**taking** 222:15
271:24
**talk** 219:11
230:14 264:19
267:23
**talked** 254:11
255:3 256:12
**talking** 225:13
230:12 247:4
249:9 250:21

**team** 273:20
**telling** 214:20
218:22 221:3
240:8
**ten** 223:10
225:3
**tenure** 223:10
**term** 264:10
**terms** 256:6
272:12
**terrorism** 249:9
**terrorist**
234:15
**testimony**
228:3,6,9,13
264:3 266:21
**Theft** 271:16,
17,19
**thefts** 271:23
**thing** 220:20
226:4 236:22,
24 261:11
262:25
**things** 207:20
221:25 245:10
256:8 259:24
263:17 265:12
**thinks** 246:12,
16
**Thirty** 253:14
**thought** 254:5
267:8
**threshold** 239:5
242:1 266:1
**throw** 224:15
225:2
**throwing** 224:3,
11 225:21
230:13
**time** 205:24
207:1 220:9
223:5 231:2
236:3 238:10
243:4 244:2
250:18 253:3,6
254:11 255:3
263:5,16 268:2
269:4
**times** 225:2
242:8 250:3
**today** 219:2

253:3 255:23
259:10 262:24
273:8
**told**  214:21
216:18 217:4,7
222:3 241:6
247:24 252:9,
12 262:4 267:7
**top**  273:1
**totality**  258:20
**totally**  207:17
**touch**  205:10
266:14
**train**  229:12
**trained**  205:12
215:18 216:10
217:25 218:5
224:20 225:7
227:24 228:16
229:10,23
263:20,23
**training**  206:2
214:8 228:15
229:13,18
234:10 258:16,
18,21 259:7
**transcript**
274:16
**trips**  269:23
**Trouville**  274:4
**Troy**  208:20
233:7 236:18
**Troy's**  217:8
**true**  233:4
258:3 259:12
261:2 262:22,
25 263:25
266:25 271:11
**trust**  273:9
**truth**  213:2,14
221:3
**truthful**  215:12
**turn**  221:14
257:16
**turns**  257:1,15
**type**  263:7

### U

**uh-huh**  205:3
221:2 230:16

236:16 239:25
248:25 253:15
**ultimate**  257:11
**understand**
206:8 227:7,12
242:6
**understanding**
208:5 211:16
266:20
**understands**
227:8
**understood**
211:4 265:13
**underwear**
270:20
**unfounded**
213:23 220:6,
11 247:5
**unnecessary**
263:24
**unreasonably**
234:11
**unusual**  224:17,
21 225:6,14,
16,17,24 226:4
229:20
**updated**  247:16

### V

**vacation**  236:6
**vagina**  259:21
270:21
**varies**  250:25
**verbal**  216:24
**verify**  239:11
**version**  207:4
**versus**  265:22
**vessel**  207:22
255:16 261:15
262:7
**vessels**  241:11
252:9 260:1
262:15 268:15
**vet**  237:22
239:9 242:17
**vets**  242:20
**vetted**  235:12
238:5 239:14
**vetting**  235:13
242:14

**victim**  207:16,
22 223:25
229:1 242:25
256:17
**victims**  221:21
**Victory**  268:25
**view**  264:23
**violation**
218:20 237:1,5
241:2
**violations**
211:22 241:23
**violent**  244:1
255:10
**volume**  239:6
**voluntary**
214:14
**volunteers**
214:16

### W

**waiting**  211:13
**walking**  225:11,
19 243:13,14,
15
**wanted**  222:23
238:6
**warning**  230:18
**warrants**  235:24
236:1
**watch**  234:15
**watched**  230:23
**watching**
224:22,23
**wayside**  220:7
**weapon**  261:19
262:3
**weapons**  261:10,
12
**website**  261:11
**weekly**  255:15
**weeks**  269:5,8,
12,13
**west**  250:16
251:1 268:16,
17
**Weston**  274:13,
14
**what'd**  213:9

**When's**  255:3
**white**  225:5,6,
23 226:21
227:17
**wide**  243:1
252:6
**wild**  251:2
**Williams**  206:11
209:13,18,21
210:23 211:6,
17 212:8,15
247:16
**withdraw**  247:2
**withdrew**  248:11
**witness's**
228:12
**witnesses**
216:12 218:22
**wondering**
226:18 256:10
**word**  233:13
**words**  216:23
218:14,16
227:18 241:17
252:15,17
**work**  251:4
258:9
**work/product**
254:6
**working**  205:6
263:5
**write**  216:10,
11,13,17
217:23 218:4
**writing**  215:23,
25 217:19
218:6,7,9,23
**written**  215:17,
22
**wrong**  254:17

### X

**X's**  274:19

### Y

**year**  239:14
251:16
**years**  205:1
219:4,21



```
221:23 246:20
248:3 251:7,9,
11 254:25
255:5,6 260:1,
2 271:5,6,10
Yesterday  253:8
```