UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-21031-ALTONAGA

LINDSEY HORNE,

    Plaintiff,

v.

CARNIVAL CRUISE LINE,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED by and between the Plaintiff, Lindsey L. Horne, and the Defendant, Carnival Cruise Line ("Carnival") (collectively, the "Parties"), that all claims and causes of action between or among the Parties have been amicably resolved, and that all the claims and causes of action between or among the above Parties are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| GERSON & SCHWARTZ P.A. | MASE LARA P.A. |
| 1980 Coral Way | 2601 South Bayshore Drive, Suite 800 |
| Miami, Florida 33145 | Miami, Florida 33133 |
| Tel: 305-371-6000 | Tel: 305-377-3770 |
| Fax: 305-371-5749 | Fax: 305-377-0080 |
| *Attorneys for Plaintiff* | *Attorneys for Carnival* |
| By: */s/ Philip M. Gerson* | By: */s/ Victor J. Pelaez* |
|     PHILIP M. GERSON |     CURTIS J. MASE |
|     Florida Bar No.: 127290 |     Florida Bar No.: 478083 |
|     pgerson@gslawusa.com |     cmase@maselara.com |
|     NICHOLAS I. GERSON |     VICTOR J. PELAEZ |
|     Florida Bar No.: 20899 |     Florida Bar No.: 78359 |
|     ngerson@gslawusa.com |     vpelaez@maselara.com |

CASE NO.: 15-cv-21031-ALTONAGA

**CERTIFICATE OF SERVICE**

I certify that on March 29, 2016, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Victor J. Pelaez*
VICTOR J. PELAEZ

CASE NO.: 15-cv-21031-ALTONAGA

## SERVICE LIST

**LINDSEY HORNE v. CARNIVAL CRUISE LINE**

Case No. 15-cv-21031-ALTONAGA

**Philip M. Gerson, Esq.**
**Edward S. Schwartz, Esq.**
**Nicholas I. Gerson, Esq.**
Gerson & Schwartz, P.A.
1980 Coral Way
Miami, FL 33145
Tel: (877) 475-2905
Fax: (305)3715749
Email: pgerson@gslawusa.com
Email: eschwartz@gslawusa.com
Email: ngerson@gslawusa.com
*Attorney for Plaintiff*

**Curtis J. Mase, Esq.**
**Victor J. Pelaez, Esq.**
MASE LARA, P.A.
2601 South Bayshore Drive, Suite 800
Miami, FL 33133
Tel: (305) 377-3770
Fax: (305) 377-0080
Email: cmase@maselara.com
Email: vpelaez@maselara.com
*Attorneys for Carnival Cruise Line*